1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
   LEO D. CASERIA, Cal. Bar No. 240323
3  ROBIN A. ACHEN, Cal. Bar No. 287033
   333 South Hope Street, 43rd Floor
4  Los Angeles, California 90071-1422
   Telephone:    213.620.1780
5  Facsimile:    213.620.1398
   E mail        lcaseria@sheppardmullin.com
6                rachen@sheppardmullin.com

7  Attorneys for Defendants NINGBO SUNNY
   ELECTRONIC CO., LTD., SUNNY OPTICS,
8  INC., and MEADE INSTRUMENTS CORP.

9

10                    UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

13  OPTRONIC TECHNOLOGIES, INC. d/b/a          Case No. 5:16-cv-06370-EJD
    Orion Telescopes & Binoculars, a California  *Assigned To:  Honorable Edward J. Davila*
14  corporation,
                                                **DEFENDANTS NINGBO SUNNY
15              Plaintiff,                       ELECTRONIC CO., LTD., SUNNY
                                                OPTICS, INC., AND MEADE
16         v.                                   INSTRUMENTS CORP.'S
                                                CERTIFICATION OF INTERESTED
17  NINGBO SUNNY ELECTRONIC CO., LTD.,          ENTITIES OR PERSONS**
    SUNNY OPTICS, INC., MEADE
18  INSTRUMENTS CORP., and DOES 1-25,           **[Civil L.R. 3-15]**

19              Defendants.
                                                Complaint Filed:  November 1, 2016
20                                              Trial Date:       None Set

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.   Optronic Technologies, Inc., Plaintiff

2.   Ningbo Sunny Electronic Co. Ltd., Defendant

3.   Sunny Optics, Inc., Defendant

4.   Meade Instruments Corp., Defendant

Dated:  November 23, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
/s/ Leo D. Caseria
LEO D. CASERIA

Attorneys for NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., and MEADE INSTRUMENTS CORP.