UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC, <br> Plaintiff, <br> v. <br> NINGBO SUNNY ELECTRONIC CO., LTD., et al., <br> Defendants. | Case No. 16-cv-06370-EJD (VKD) <br><br> **ORDER RE JOINT DISCOVERY STATEMENT RE PLAINTIFF'S REQUEST TO COMPEL PRODUCTION OF DOCUMENTS; SETTING HEARING** <br><br> Re: Dkt. No. 97 |

The Court has reviewed the parties' Joint Discovery Statement re Plaintiff's Request to Compel Production of Documents (Dkt. No. 97) and sets a telephonic hearing on the matter for **June 11, 2018 at 9:30 a.m.** Counsel shall arrange for appearance via CourtCall Phone Conferencing at (866) 582-6878. If any party cannot appear at the scheduled time, they should confer regarding a mutually agreeable date and time during the week of June 11, and then contact Judge DeMarchi's Courtroom Deputy, Patricia Cromwell, at (408) 535-5365 to schedule a different date or time for the hearing.

At the hearing, the parties should be prepared to discuss the following issues:

1. Which party or parties did Sheppard Mullin represent in the Meade transaction?

2. Are the documents plaintiff is seeking from Sheppard Mullin documents that plaintiff contends are within the possession, custody or control of a defendant or defendants on whom plaintiff has already served discovery requests?

3. Which specific discovery requests does plaintiff contend require a defendant or defendants to gather and produce documents that are in Sheppard Mullin's physical possession (or that plaintiff believes are in Sheppard Mullin's physical possession)?

4. What documents or information does plaintiff expect to discover from Sheppard Mullin that it has not been able to discover already from discovery of defendants, and how does that information bear on a claim or defense in the action?

**IT IS SO ORDERED.**

Dated: June 7, 2018

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge