UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC, <br> Plaintiff, <br> v. <br> NINGBO SUNNY ELECTRONIC CO., LTD., et al., <br> Defendants. | Case No.16-cv-06370-EJD (VKD) <br><br> **ORDER RE JOINT DISCOVERY STATEMENT RE PLAINTIFF'S REQUEST TO COMPEL PRODUCTION OF DOCUMENTS** |

On June 11, 2018, the Court held a telephonic hearing on plaintiff's request to compel production of documents from defendants' counsel (Dkt. No. 97). The parties advised the Court that they expect the discovery schedule, and perhaps other deadlines in this case, will need to be extended to accommodate certain developments that have occurred in discovery since the filing of the Joint Statement. Further, based on the parties' representations during the hearing, the Court expects that defendants' recent production of documents and its responses to plaintiff's written discovery requests may bear on the issue presented in the Joint Statement.

Accordingly, the Court orders as follows:

1. The parties shall meet and confer regarding a proposal for an extension of the discovery schedule and, if necessary, other deadlines in the case, and shall submit their agreed proposal or, if there is no agreement, their respective proposals to the Court for consideration by Judge Davila no later than **Friday, June 15, 2018**.

2. The parties' proposal for extension of the schedule shall include a date for the submission of a supplemental discovery letter brief that includes the following:

    a. The specific document requests as to which plaintiff seeks to compel

defendants' counsel to produce responsive documents.  (The Court understands that plaintiff has served a subpoena on defendants' counsel that describes the documents plaintiff seeks.)

    b. Defendants' and/or defendants' counsel's objections the specific document requests at issue.

    c. The parties' respective positions regarding whether there are documents that have been sought in discovery from defendants but have not been produced in discovery, and whether those documents are in the possession of defendants' counsel.  The parties should also address whether the information plaintiff seeks through document discovery has been provided or may be obtained through other means of discovery from defendants, such as interrogatories, requests for admissions, or deposition testimony.

**IT IS SO ORDERED.**

Dated:   June 11, 2018

_Virginia K. DeMarchi_
VIRGINIA K. DEMARCHI
United States Magistrate Judge