United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC, <br> Plaintiff, <br> v. <br> NINGBO SUNNY ELECTRONIC CO., LTD., et al., <br> Defendants. | Case No. 16-cv-06370-EJD (VKD) <br><br> **ORDER REQUESTING FURTHER INFORMATION** <br><br> Re: Dkt. Nos. 141, 138 |

Two discovery disputes are set for hearing before the Court on September 11, 2018. Dkt. No. 143. The Court has reviewed the parties' submissions in support of both disputes, and requests that the parties provide the following information on or before **September 7, 2018**:

1. In connection with Dkt No. 141, plaintiff shall *lodge* with the Court English translations of the Chinese language portions of the following documents:

- PL01463 at NSE2696799-801
- PL01491 at NSE2696809-811
- PL01502 at NSE2696813
- PL01505 at NSE2696816
- PL01506 at NSE2696820
- PL01507 at NSE2696822
- PL01510 at NSE2696858
- PL01521 at NSE2696868
- PL01527 at NSE2696871
- PL01544 at NSE2696878-879
- PL01570 at NSE2696880
- PL01571 at NSE2696900
- PL01579 at NSE2696938
- PL01416 at NSE2700928

If plaintiff does not have an English translation of a particular document or documents, and

1 defendants do have such translation, defendants shall *lodge* their English translation of such
2 document with the Court. If neither party has an English translation of a particular document, the
3 parties need not prepare one.

4     2. In connection with Dkt. No. 138, defendants shall *lodge* with the Court the
5 document listed in defendants' privilege log as PL01528. If this document includes Chinese
6 language text, defendants shall also *lodge* with the Court an English translation of the Chinese
7 language portions of the document. If defendants do not have an English translation of any
8 Chinese language portions of this document, defendants may instead *lodge* a comprehensive
9 description of the document's Chinese language contents.

**IT IS SO ORDERED.**

Dated: August 29, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge