CIVIL MINUTE ORDER

VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE
COURTROOM NO. 2

DATE:  September 13, 2018               CASE No.  5:16-cv-06370-EJD (VKD)

CASE TITLE:  Optronic Technologies v. Ningbo Sunny Electronic, et al.

COURT REPORTER:  Recorded by Reporter Present at Deposition

APPEARANCES

For Plaintiff(s):   Matthew Borden

For Defendant(s):  Michael Scarborough

TELEPHONIC PROCEEDING FOR MID-DEPOSITION DISPUTE

Defendants initiated a telephone call to the Court concerning a dispute over the timing of the deposition of Mr. James Chiu, whom defendants produced for deposition, both as an individual and in his capacity as Ningbo Sunny Electronic's Fed. R. Civ. P. 30(b)(6) designee. Defendants contend that plaintiff has not adhered to the parties' prior agreement on the time limit for the examination of Mr. Chiu as Ningbo Sunny's Fed. R. Civ. P. 30(b)(6) witness.  Counsel stated their respective positions.

On this record, the Court cannot properly evaluate the parties' respective claims as to Mr. Chiu's preparedness to testify, the nature and scope of the questions posed, or whether there has been undue delay in the course of the examination.  The parties were strongly encouraged to confer, in good faith, to reach a reasonable resolution of the dispute.  If they are unable to resolve the matter between themselves, they should promptly bring the matter to the Court's attention in compliance with the discovery dispute procedures outlined in the Court's Standing Order for Civil Cases,  https://cand.uscourts.gov/filelibrary/3438/Standing-Order-for-Civil-Cases-August-23-2018.pdf.