UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC,<br><br>    Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., et al.,<br><br>    Defendants. | Case No.16-cv-06370-EJD (VKD)<br><br>**ORDER SETTING HEARING ON JOINT DISCOVERY LETTER BRIEF RE SUBJECT MATTER WAIVER OF PRIVILEGE RE FTC INQUIRY**<br><br>Re: Dkt. No. 173 |

The Court sets a hearing on the parties' Joint Discovery Letter Brief re Subject Matter Waiver of Privilege re FTC Inquiry (Dkt. No. 173) for October 23, 2018, 10:00 a.m., to coincide with the hearing on plaintiff's Motion for Sanctions (Dkt. No. 148). By October 12, 2018, defendants shall submit for *in camera* review unredacted copies of the five emails identified by plaintiff at footnote 5 of the Joint Discovery Letter, i.e., SMRH-0001063, 0001065, 0001090, 0001094 and 0001098.

**IT IS SO ORDERED.**

Dated: October 9, 2018

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge