UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC, <br> Plaintiff, <br> v. <br> NINGBO SUNNY ELECTRONIC CO., LTD., et al., <br> Defendants. | Case No. 5:16-cv-06370-EJD <br><br> **PRETRIAL ORDER (JURY)** <br><br> Re: Dkt. No. 235 |

The parties in the above-entitled action came before the Court for a Trial Setting Conference on May 2, 2019. Based on the parties' Joint Trial Setting Conference Statement and their oral argument, the Court orders as follows:

IT IS HEREBY ORDERED that the parties shall complete an ADR session no later than June 28, 2019. While principals need not attend the ADR session in person, they must be immediately available in real-time to provide authorization for any potential settlement. Counsel represented to the Court that principals would be available.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Deadline to Meet and Confer per Dkt. No. 221 | May 13, 2019 |
| Deadline for Plaintiff to Produce its Experts for Deposition | May 17, 2019 |
| Designation of Rebuttal Experts with Reports | May 31, 2019 |
| Expert Discovery Cutoff | June 28, 2019 |
| Deadline for Dispositive Motion <br> *(The parties are to comply with the Standing Order for Civil Cases section IV for the Motion for Summary Judgment, and any Cross-Motion for Summary Judgment.)* | July 25, 2019 |
| Deadline for *Daubert* Motions | July 25, 2019 |

| Hearing on Anticipated Dispositive Motion(s) and *Daubert* Motion(s) | September 12, 2019 |
|---|---|
| Final Pretrial Conference | 11:00 a.m. on October 10, 2019 |
| Joint Final Pretrial Conference Statement, Motions *in limine* and Exchange of Exhibits | September 26, 2019 |
| Voir Dire Questions, Proposed Jury Instructions, Oppositions to Motions *in limine* and Proposed Jury Verdict Forms | October 3, 2019 |
| Trial Exhibits | October 8, 2019 |
| Jury Selection | 9:00 a.m. on October 15, 2019 |
| Jury Trial[1] | October 15-16, 18, 22-23, 25, 29-30, 2019<br>November 1, 2019 |
| Jury Deliberations | November 4-8, 2019 |

IT IS FURTHER ORDERED that neither party may serve sur-rebuttal expert reports absent a compelling showing of good cause.

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: May 2, 2019

EDWARD J. DAVILA
United States District Judge

---

[1] Jury trials are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2

Case No.: 5:16-cv-06370-EJD
PRETRIAL ORDER (JURY)