SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LEO D. CASERIA, Cal. Bar No. 240323
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398
E-mail:       lcaseria@sheppardmullin.com

MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar. No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:    415.434.9100
Facsimile:    415.434.3947
E-mail:       mscarborough@sheppardmullin.com
              dballard@sheppardmullin.com

Attorneys for Defendants NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., and MEADE INSTRUMENTS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1-25,<br><br>Defendants. | Case No. 5:16-cv-06370-EJD (VKD)<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO STRIKE THE TESTIMONY OF ORION'S TELESCOPE TECHNOLOGY EXPERT DR. SASIAN** |

Defendants bring this administrative motion pursuant to Civil Local Rules 7-11 and 79-5, and this Court's Standing Orders, to file the following documents – or portions thereof – under seal. These documents (1) have been designated as confidential under the Stipulated Protective Order (Dkt. 34) in place in this action by Orion, or (2) quote and refer to such information.

- Portions of Defendants' Motion to Strike the Testimony of Orion's Telescope Technology Expert Dr. Sasian; and
- Excerpts of the Deposition Transcript of Dr. Sasian, Exhibit A to the Nikonova Declaration.

The Stipulated Protective Order requires that information designated as confidential "qualify for protection under Federal Rule of Civil Procedure 26(c)." *See* Dkt. 34 at ¶ 2.2. In turn, under Rule 26(c)(1)(G), a Court may require "that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specific way." Defendant reserves the right to challenge Plaintiff's designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure and Local Rule 79-5. However, it remains Plaintiff's obligation to establish that these documents are, in fact, sealable.

Pursuant to the Stipulated Protective Order and Civil Local Rule 79-5(d), the designating party must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality.

Dated: July 25, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Leo D. Caseria*
       LEO D. CASERIA

Attorneys for DEFENDANTS
NINGBO SUNNY ELECTRONIC CO., LTD.,
SUNNY OPTICS, INC., and MEADE
INSTRUMENTS CORP.