SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LEO D. CASERIA, Cal. Bar No. 240323
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:     213.620.1398
E-mail:         lcaseria@sheppardmullin.com

MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar. No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:    415.434.9100
Facsimile:     415.434.3947
E-mail:         mscarborough@sheppardmullin.com
                    dballard@sheppardmullin.com

Attorneys for Defendants NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., and MEADE INSTRUMENTS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars, a California corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1-25,<br><br>             Defendants. | Case No. 5:16-cv-06370-EJD (VKD)<br><br>**DECLARATION OF LEO D. CASERIA IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO STRIKE THE TESTIMONY OF ORION'S TELESCOPE TECHNOLOGY EXPERT DR. SASIAN** |

I, Leo D. Caseria, do hereby declare and state as follows:

1. I am an active member in good standing with the State Bar of California. I maintain my office at 333 S. Hope St., 43rd Floor, Los Angeles, California, 90071. I am a partner at Sheppard, Mullin, Richter & Hampton LLP, and one of the attorneys of record in this matter for Defendants. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently.

2. Pursuant to Civil Local Rules 7-11 and 79-5, I respectfully submit this declaration in support of Defendant's Administrative Motion to File Under Seal the following documents:

- Exhibit A to the Declaration of Nadezhda Nikonova, which is a true and correct copy of relevant excerpts of the Deposition Transcript of Dr. Jose Sasian, which Plaintiff designated as "Highly Confidential" pursuant to the Stipulated Protective Order in this case (Dkt. 34);
- The portions of Defendants' Motion to Strike the Testimony of Dr. Sasian, which quote or reference same.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of July, 2019, in Los Angeles, California.

*/s/ Leo D. Caseria*
Leo D. Caseria