# EXHIBIT B

# Expert Report of Dr. Jose Sasian, Ph.D.

## INTRODUCTION

1.      I, Jose Sasian, Ph.D., have been qualified as an expert to provide testimony in multiple legal proceedings regarding optical equipment and lens-making.  I have been retained in this case to provide the following expert opinion on behalf of Plaintiff Optronic Technologies, Inc., d/b/a Orion Telescopes & Binoculars® ("Orion").  I am being compensated for work on this matter at a rate of $575 per hour, plus reimbursement of expenses.  I have no financial interest in the outcome of this litigation.

## SUMMARY OF EXPERT TESTIMONY

2.      In this antitrust action, Orion contends that Defendants Ningbo Sunny Electronic Co., Ltd., and its related entity Sunny Optics, Inc. (collectively, "Sunny") and non-parties Suzhou Synta Optical Technology Co. Ltd., Nantong Schmidt Opto-Electrical Technology Co., Ltd., and Good Advance Industries Limited (collectively "Synta") and other Synta subsidiaries conspired to divide the market and fix prices for consumer telescopes sold in the U.S.

3.      In its First Amended Complaint ("FAC"), Orion claims that Synta and Sunny are both capable of making the same or similar telescopes but have made an agreement not to do so. In specific, Orion contends that Sunny and Synta agreed that Sunny would manufacture low-end telescopes for Orion and Synta would manufacture the medium- and high-end telescopes.

4.      I have been asked to render an opinion as to whether Sunny and Synta are capable of manufacturing similar consumer telescopes.

5.      In my opinion, Sunny and Synta are both capable of manufacturing similar consumer telescopes for at least the following reasons:

- In consumer telescopes, similar equipment can be used to manufacture both low- and high-end products.  The distinctions between making low- and mid-range telescopes are even less significant.

1

- The specifications of telescopes that Sunny and Synta have manufactured for Orion indicates that each company could manufacture competing telescopes if they elected to do so.

- As discussed below, both Sunny and Synta have sufficient technical expertise, manufacturing experience and intellectual property to make a wide range of consumer telescopes. This is especially true after Sunny acquired Defendant Meade Instruments Corp. ("Meade") in 2013, as Meade was manufacturing medium- and high-end consumer telescopes, including Schmidt-Cassegrain telescopes.

- I am informed that Sunny expressly told Orion that it could manufacture high-end Maksutov-Cassegrain telescopes that are produced by Synta (but only after it had been provided with the draft complaint that eventually became this lawsuit). This supports my conclusion that Sunny could manufacture telescopes that Synta could make (including high end telescopes), and vice versa.

- I am informed Sunny and Synta have manufactured some similar products at similar price points—though not at the same time. Specifically, I am informed that in 2010, Synta informed Orion that some low-end SKUs would be produced by Sunny. I am further informed that after Sunny stopped manufacturing for Orion, Synta took over manufacturing some products that Sunny formerly produced. This supports my conclusion that Sunny and Synta could manufacture a wide range of competing telescopes.

- Finally, I am informed that Sunny's CEO has admitted that Synta could make telescopes produced by Sunny.

6.    In making these assessments, I have reviewed documents produced in this lawsuit and specifications of products made by Sunny and Synta and their respective subsidiaries.

7.      I understand that discovery in this case is ongoing, as is my review of the materials produced to date. I reserve the right to revise or supplement the opinions expressed in this report.  I also reserve the right to offer further opinions after reviewing the opinions offered by Defendants' experts in this case, if any.

## QUALIFICATIONS

8.      I am an expert on the matters discussed in this report.  Attached as **Exhibit 1** is a copy of my Curriculum Vitae.

9.      I am currently a full-time tenured Professor of Optical Sciences and Astronomy at the College of Optical Sciences at the University of Arizona in Tucson, Arizona, a position I have held since 2002. As a professor, I teach and perform research in the field of optical design. For example, I teach my students how to design lenses and mirrors and how to think about light so that they can design useful optical systems. As part of my academic and research responsibilities, I am involved with the design, fabrication, and testing of optical devices such as telescopes.

10.      Prior to receiving tenure, I was an Associate Professor of Optical Sciences at the University of Arizona from 1995 to 2001. Prior to joining the University of Arizona faculty, I was a member of the technical staff of AT&T Bell Laboratories from 1990 to 1995. From 1984 to 1987, I was a Research Assistant, and from 1988 to 1990, I was a Research Associate, in the Optical Sciences Center at the University of Arizona. From 1976 to 1984, I was an optician at the Institute of Astronomy at the University of Mexico.

11.      I received a Bachelor of Science degree in Physics from the University of Mexico in 1982, a Master of Science degree in Optical Sciences from the University of Arizona in 1987, and a Ph.D. degree in Optical Sciences from the University of Arizona in 1988. My research areas include optical design, fabrication and testing of optical instruments; astronomical optics; diffractive optics; opto-mechanical design; light in gemstones; lithography optics; and light propagation.

12.     At the University of Arizona, I have taught courses regarding design, fabrication, and testing of lenses, mirrors, and their mounting.  These courses include Lens Design OPTI 517 (1997-present), Introduction to Aberrations OPTI 518 (2005-present), Advanced Lens Design OPTI 595A (2008, 2012), Illumination Optics Seminar (1997-2000), Optical Shop Practices OPTI 597A (1996-present), and Opto-Mechanics (1997-2000).

13.     I have lectured regarding my work, and have published, along with students and colleagues, over one hundred scientific papers in the area of optics. These include technical papers, and thesis research done under my direction, related to telescope technology.

14.     Since 1995, I have been a consultant and have provided industry solutions to a variety of projects that include telescope optics. I also have consulted in the area of plastic optics. I have been a topical editor and reviewer for the peer-reviewed journal Applied Optics. I am a fellow of the International Society for Optics and Photonics (SPIE), a fellow of the Optical Society of America (OSA), and a lifetime member of the Optical Society of India.

15.     I have served as a co-chair for the conferences "Novel Optical Systems: Design and Optimization" (1997-2006), "Optical systems alignment, tolerancing, and verification" (2007-2018), and "International Optical Design Conference," (2002). I have been an editor of approximately 20 published conference proceedings from SPIE. I am the author of the book, "Introduction to Aberrations in Optical Imaging Systems," by Cambridge University Press, 2013. I have been listed as an inventor on approximately 13 U.S. patents.

16.     I have taught students for more than 20 years on how to design, fabricate, and test the mirrors for Newtonian and Cassegrain type telescopes. I have been an optician for more than 10 years and have built many telescopes. I also have published articles in telescope technology, for example:

- Sasian, J. M., "Four-mirror optical system for large telescopes," Opt. Eng. 29 (10), 1181-1185 (1990).
- Sasian, J. M., "Design of a Schwarzschild flat-field, anastigmatic, unobstructed, wide field telescope," Opt. Eng. 29 (1), 1-5 (1990).
- Sasian, J. M., "Flat-field, anastigmatic, four-mirror optical system for large telescopes," Opt. Eng. 26 (12), 1197-1199 (1987).

- Sasian, J. M., "The Telescope," Macmillan Encyclopedia of Physics, Vol. 4, 1572-1575, (1996).
- Sasian, J. M., "The world of unobstructed reflecting telescopes," Journal of the Amateur Telescope Makers 1, Fall 1992.
- Sasian, J. M., "An unobstructed Newtonian telescope," Sky & Telescope, March 1991.
- Sasian, J. M., "How to make an unobstructed Yolo-Newtonian telescope," Telescope Making 38 1989.
- Sasian, J. M., "A practical Yolo telescope," Sky & Telescope, August 1988.

17.    I am also familiar with consumer telescope technology as I have used and have owned telescopes from Celestron, Explore Scientific, Meade, and other companies.

## EVIDENCE AND MATERIALS REVIEWED

18.    The evidence and materials I reviewed in connection with preparing this declaration are listed in **Exhibit 2**.  For convenience, some of the documents to which I refer to in my discussion and analysis are summarized in the table below:

| |
|---|
| OTB00000007 |
| Orion StarBlast 4.5 Equatorial Reflector Telescope, *available* at https://www.telescope.com/Telescopes/Reflector-Telescopes/Orion-StarBlast-45-Equatorial-Reflector-Telescope/pc/-1/c/1/sc/11/p/9798.uts (last accessed on January 3, 2019). |
| Transcript of September 14, 2018 Deposition of James Chiu |
| Deposition Exhibit 6 |
| Orion SkyQuest XT4.5 Classic Dobsonian Telescope, available at https://www.telescope.com/Orion-SkyQuest-XT45-Classic-Dobsonian-Telescope/p/102009.uts (last accessed on January 3, 2019) |
| Orion SkyQuest XT6 Classic Dobsonian Telescope, *available* at https://www.telescope.com/Orion-SkyQuest-XT6-Classic-Dobsonian-Telescope/p/102004.uts (last accessed on January 3, 2019) |
| Orion SkyQuest XT8 Classic Dobsonian Telescope, *available at* https://www.telescope.com/Orion-SkyQuest-XT8-Classic-Dobsonian-Telescope/p/102005.uts (last accessed on January 3, 2019) |
| Orion AstroView 6 Equatorial Reflector Telescope, *available at* https://www.telescope.com/Orion-AstroView-6-Equatorial-Reflector-Telescope/p/9827.uts |
| Orion SkyView Pro 8" Equatorial Reflector Telescope, *available at* https://www.telescope.com/Orion/Orion-SkyView-Pro-8-Equatorial-Reflector-Telescope/rc/2160/p/9738.uts |

| |
|---|
| Orion AstroView 90mm Equatorial Refractor Telescope, *available at* https://www.telescope.com/Orion-AstroView-90mm-Equatorial-Refractor-Telescope/p/9024.uts (last accessed on January 3, 2019) |
| Orion AstroView 120ST Equatorial Refractor Telescope, *available at* https://www.telescope.com/Orion/Telescopes/Intermediate-Telescopes/Orion-AstroView-120ST-Equatorial-Refractor-Telescope/rc/2160/pc/-1/c/1/sc/22/p/9005.uts (last accessed on January 3, 2019) |
| Meade 10-Q for Q2 2013, *available at* https://www.sec.gov/Archives/edgar/data/1032067/000119312513291852/d555243d10q.htm (last accessed on January 3, 2019) |
| Meade LX800 Series, *available at* https://web.archive.org/web/20121014004108/http://www.meade.com/lx800 (last accessed on January 3, 2019) |
| Meade Instruments LX850 Series, *available at* https://meade.factoryoutletstore.com/cat/79024/Meade-Instruments-LX850-Series.html (last accessed on January 3, 2019) |
| Deposition Exhibit 255 |
| Orion StarSeeker IV 102mm GoTo Mak-Cass Telescope, *available at* https://www.telescope.com/Orion-StarSeeker-IV-102mm-GoTo-Mak-Cass-Telescope/p/114815.uts (last accessed January 3, 2019) |
| Orion StarSeeker IV 150mm GoTo Mak-Cass Telescope, *available at* https://www.telescope.com/Orion-StarSeeker-IV-150mm-GoTo-Mak-Cass-Telescope/p/115126.uts (last accessed January 3, 2019) |
| Orion StarSeeker IV 127mm GoTo Mak-Cass Telescope, *available at* https://www.telescope.com/Orion-StarSeeker-IV-127mm-GoTo-Mak-Cass-Telescope/p/113918.uts (last accessed January 3, 2019) |
| Orion Apex 90mm Maksutov-Cassegrain Telescope, *available at* https://www.telescope.com/Orion/I-want-to-look-at-the-Moon-and-planets/Telescopes-that-are-easy-to-move-carry/Orion-Apex-90mm-Maksutov-Cassegrain-Telescope/rc/2160/pc/-1/c/399/sc/401/p/9820.uts (last accessed January 3, 2019) |
| Orion Apex 102mm Maksutov-Cassegrain Telescope, *available at* https://www.telescope.com/Orion-Apex-102mm-Maksutov-Cassegrain-Telescope/p/9823.uts (last accessed January 3, 2019) |

## ANALYSIS

## I.    A BRIEF OVERVIEW OF TELESCOPE MANUFACTURING

19.    For companies like Sunny and Synta, which I understand have substantial manufacturing capabilities, it would not be difficult to manufacture most or all types of consumer telescopes.

6

20.    Broadly speaking, the components of consumer telescopes can be divided into the following categories: (1) the optical components, which are comprised of lenses and/or mirrors; (2) the tube assembly which houses the optics; (3) the mount and/or tripod upon which the tube is attached; (4) any software or motors that automatically point the telescope at astronomical objects and/or drive the mount and telescope to correct for the spin of the Earth; (5) the focuser, which focuses the image for viewing by the user's eye; (6) the viewfinder, which helps the user point the telescope for viewing; and (7) other accessories, such as eyepieces, image erectors, folding mirror/prism, and cameras.

21.    For marketing purposes, telescope retailers may designate their products as "beginner," "intermediate," or "advanced."  But these marketing constructs are rather artificial distinctions for manufacturing purposes.  What differentiates consumer telescopes (and the prices they command) are the aperture (*i.e.*, diameter) of the telescope, the quality of the optical components and mechanical parts, the types of materials used to manufacture the tubes and mounts (*e.g.*, plastic vs. metal), and the presence or lack of software and a motor that can point the telescope and/or move it to compensate for the spin of the Earth.

22.    In general, if a telescope has a larger aperture and higher quality optics, metal components (rather than plastic), and a motor with software that can automatically point the telescope at objects, it will be more expensive.  Similarly, the more components that a telescope has, the more the telescope will cost.

23.    Regardless of the cost, as further explained below, the basic manufacturing equipment and processes for making low- and high-end consumer telescopes are similar.

24.    There are two types of basic telescopes—reflectors and refractors.  Refractors utilize lenses, such as an achromatic/apochromatic doublet/triplet lens, to create a real image that can be magnified with the eyepiece.  Reflectors use a concave mirror instead to create a real image.  There are also several types of more advanced hybrid telescopes that use both lenses and mirrors to magnify images, such as Schmidt-Cassegrain and Maksutov-Cassegrain telescopes.

### A.        The Manufacture of Reflectors

25.        Mirror surfaces are ground and polished on a grinding machine such as those manufactured by Strasbaugh Company, and are then made reflective with a metallic coating. The fabrication of the primary mirror for a telescope starts with the selection of the material (blank) which typically is a low expansion glass such as pyrex. After the blank is made circular and given the proper thickness (must often by glass casting), the concavity on the main surface is made with a generator in the optics shop using diamond tools. Then, the roughness of the surface left by the diamond tools is reduced by the rough and fine grinding process.

26.        An auxiliary blank with the opposite curvature, *i.e.* convex, is used along with abrasives of finer and finer size to reduce the surface roughness and subsurface damage. Once the roughness is reduced to about a few micrometers, the polishing process starts with a polishing lap made out of pitch and using a metal oxide, such as cerium oxide, as the polishing agent.  The polishing process may take several hours and in this process, the optical shape/figure of the surface is monitored to be nearly spherical in shape.

27.        Once the glass surface is polished, it is tested to determine how far it is from the ideal surface, typically a parabola, and then the surface is brought to within a given tolerance, by further polishing, called figuring, to the ideal shape. Scratches and other beauty defects are avoided. Depending on the quality that is desired, the figuring tolerance is relaxed or made tighter. The more figuring, the more expensive the process becomes.

28.        Testing can be done with light interferometers. For telescopes with an aperture of 3- to 8-inch diameter, the level of difficult is about the same. Many amateurs/beginners make their first telescope by grinding blanks of 6- or 8-inches of diameter.  The process is somewhat more demanding for apertures of 10-inches and larger due to size, figuring issues, weight, mirror mounting, tooling, testing issues, and the overall telescope size.  Notwithstanding these issues, the basic processes, principles, and manufacturing equipment used for grinding larger mirrors is largely the same.

29.	The final step in the mirror manufacture is the reflective coating with a layer of aluminum, silver, or other suitable coating, and a protective coating.

**B.	The Manufacture of Refractors**

30.	Lenses are created by grinding optical glass on a grinding machine, such as those manufactured by Strasbaugh Company.  The fabrication of an achromatic doublet telescope requires an optical design which specifies the curvatures of the two lenses forming the achromatic doublet. Flint glass and crown glass is used to correct the chromatic aberration.

31.	Similar to a mirror, the glass blanks are given the thickness and diameter specified in the design, and the curves are generated on the four surfaces of the blanks, while also giving the proper thickness and avoiding wedge between the lens surfaces. Rough and fine grinding are performed and then polishing. Figuring and testing is also done to obtain typically spherical surfaces. If the optical quality is within specification, then the lenses are antireflection coated.

32.	Glass for achromatic doublets needs to be of optical quality. Thus, for refractor aperture diameters beyond 6-inches (~150 millimeter), optical glass becomes much more expensive than for sizes in the range of 3- to 5-inches (~75-130 millimeters).  Similarly, the technical difficulties in achieving quality lenses for sizes beyond 6 inches is significant because of size, material cost and availability, testing, tooling, coating, and mounting.

**C.	The Manufacture of Schmidt-Cassegrains and Maksutov-Cassegrains**

33.	In addition to the standard reflectors and refractors, telescope manufacturers often offer the Schmidt-Cassegrain and the Maksutov-Cassegrain type telescopes.  These types of telescopes are known as catadioptric telescopes, and are of higher quality and more difficult to manufacture than the standard reflectors and refractors.

34.	The Schmidt-Cassegrain uses an aspheric glass plate to improve image quality, and the Maksutov-Cassegrain uses a meniscus lens also to improve image quality.

35.	In lay terms, the optical and mechanical tolerances in Schmidt-Cassegrain and Maksutov-Cassegrain telescopes are tighter, and thus require a higher degree of quality control

9

and testing. The Schmidt-Cassegrain and Maksutov-Cassegrain telescopes are thus more sophisticated than the beginner's Dobsonian telescope or basic refracting telescope.

## II.   SUNNY AND SYNTA ARE CAPABLE OF MANUFACTURING SIMILAR PRODUCTS

36.     I am informed that an issue in this litigation is whether Sunny and Synta were capable of producing telescope products that competed with one another.  After reviewing the specifications of telescopes produced by Sunny and Synta, and reviewing documents produced in this lawsuit, I conclude that they could for at least the following reasons: (1) the telescopes Sunny made for Orion demonstrate sufficient technical ability to manufacture telescopes similar to those that Synta made for Orion; (2) even if one assumes that Sunny did not have the ability to make medium- to high-end telescopes before it acquired Meade in September 2013, it appears that Sunny obtained such capability afterward; (3) I am informed that Sunny told Orion that it could make high-end telescopes manufactured by Synta after Orion had given Sunny the draft complaint that became this lawsuit; and (4) I am informed that Sunny's CEO has admitted that Synta can make any telescope that Sunny manufactures.

### A.   The Features of Products Made by Sunny Show that Sunny Has the Ability to Manufacture Telescopes Similar to the Ones that Synta Makes for Orion

37.     To help assess whether Sunny and Synta are capable of making similar products, I reviewed Orion's purchasing data to see what products Sunny and Synta were actually offering to Orion.[1]

38.     My review of this data focused on two telescopes in particular: the Starblast 4.5 EQ reflector, and the AstroView 90mm EQ refractor.  I concentrated on these telescopes because (1) I wanted to include one of each of the basic types of telescopes (*i.e.*, refractor and reflector) in my analysis; (2) these telescopes were once made by both Synta and Sunny (albeit at different periods in time), and they therefore are a useful analytical baseline.

---

[1] OTB00000007.

39.     The features of these two telescopes demonstrate that both Sunny's and Synta's optical manufacturing capabilities overlap.

### 1.     Starblast 4.5 EQ Reflector

40.     I am informed that one product that Sunny manufactured for Orion was the StarBlast 4.5 EQ, which is designated by the Orion Stock Keeping Unit ("SKU") number 09798.[2]  This telescope is a 114-millimeter (~4.5 inch) Newtonian reflector mounted on an equatorial mount.  The partial list of the StarBlast 4.5 EQ specifications is as follows; a full list is attached as **Exhibit 3** (screenshot on next page):

---

[2] *See* Orion StarBlast 4.5 Equatorial Reflector Telescope, *available at* https://www.telescope.com/Telescopes/Reflector-Telescopes/Orion-StarBlast-45-Equatorial-Reflector-Telescope/pc/-1/c/1/sc/11/p/9798.uts (last accessed on January 3, 2019). I am informed this telescope was manufactured by Sunny for Orion based upon my discussions with Orion President Peter Moreo, and my review of transactional data produced by Orion in this action.

| | |
|---|---|
| Optical design | Reflector |
| Optical diameter | 114mm |
| Focal length | 450mm |
| Focal ratio | f/4.0 |
| Optics type | Parabolic |
| Glass material | Soda-lime plate |
| Eyepieces | Expanse 15.0mm,6.0mm (1.25") |
| Magnification with included eyepieces | 30x, 75x |
| Resolving power | 1.02arc*sec |
| Lowest useful magnification | 16x |
| Highest useful magnification | 228x |
| Highest theoretical magnification | 228x |
| Limiting stellar magnitude | 12.9 |
| Optical quality | Diffraction limited |
| Finder scope | EZ Finder II |
| Focuser | 1.25" Rack-and-pinion |
| Secondary mirror obstruction | 34mm |
| Secondary mirror obstruction by diameter | 30% |
| Secondary mirror obstruction by area | 9% |
| Mirror coatings/over-coatings | Aluminum & Silicon Dioxide |
| Mount type | Equatorial |
| Astro-imaging capability | Lunar & planetary |

41.    The specifications for the StarBlast 4.5 EQ reveal two facts about Sunny's manufacturing capabilities.  First, they show that Sunny is capable of manufacturing a reflector with a 114 millimeter/4.5 inch mirror.  Second, they show that Sunny is capable of manufacturing telescopes with equatorial mounts.

42.    As discussed above, the manufacture of optical mirrors does not fundamentally change as the mirror in a reflector telescope gets larger, up until the mirror size exceeds eight inches.  Moreover, grinding mirrors larger than eight inches is possible with similar equipment as that used to grind smaller mirrors, although greater quality controls are required to ensure that the mirrors are not flawed.  This essentially requires an optician to review the mirrors and repolish them as necessary to ensure they are within specification.

43. An equatorial mount is a mount for telescopes that compensates for the Earth's rotation by having one rotational axis parallel to the Earth's axis of rotation. The advantage of an equatorial mount lies in its ability to allow the telescope attached to it to stay fixed on any celestial object with the Earth's spin—called diurnal motion—by driving one axis at a constant speed, either by hand or, in more advanced models, by the use of a motor. Equatorial mounts (which are largely made of metal) are more sophisticated and costly to produce than Dobsonian mounts (which are most often made of particle board).

44. Based upon my review of the StarBlast 4.5 EQ's specifications, I conclude that Sunny is capable of manufacturing reflector telescopes of up to eight inches in diameter, or even larger with the investment of human resources to ensure proper quality controls. I also conclude that Sunny is capable of manufacturing telescopes with equatorial mounts.

45. Accordingly, I perceive no reason why Sunny could not manufacture 4.5 inch, six-inch, and eight-inch reflectors for Orion with either equatorial or Dobsonian mounts.[3] I am informed that Orion has purchased these types of telescopes from Synta, including the SKUs 10014 (4.5 inch reflector with Dobsonian mount, retail price $249.99[4]), 08944 (six-inch reflector with Dobsonian mount, retail price $269.99[5]), 08945 (eight-inch reflector with Dobsonian mount, retail price $379.99[6]), 09851 & 09007 (130mm/~5 inch reflectors with equatorial mount, retail prices $289.99 and $309.99, respectively[7]), 09827 (six-inch reflector with equatorial

---

[3] I am informed that Sunny Vice President James Chiu testified that Sunny makes Dobsonian-mount telescopes. Chiu Dep. 250:5-12 ("Q. Does Ningbo Sunny make DOB telescopes? A. Yes, we do."); Dep. Ex. 6 (listing Dobsonians as products manufactured by Sunny).

[4] *See* Orion SkyQuest XT4.5 Classic Dobsonian Telescope, *available at* https://www.telescope.com/Orion-SkyQuest-XT45-Classic-Dobsonian-Telescope/p/102009.uts (last accessed on January 3, 2019).

[5] *See* Orion SkyQuest XT6 Classic Dobsonian Telescope, *available at* https://www.telescope.com/Orion-SkyQuest-XT6-Classic-Dobsonian-Telescope/p/102004.uts (last accessed on January 3, 2019).

[6] *See* Orion SkyQuest XT8 Classic Dobsonian Telescope, *available at* https://www.telescope.com/Orion-SkyQuest-XT8-Classic-Dobsonian-Telescope/p/102005.uts (last accessed on January 3, 2019).

[7] *See* Orion SpaceProbe 130 EQ Reflector Telescope, *available at* https://www.telescope.com/Orion-SpaceProbe-130-EQ-Reflector-Telescope/p/9851.uts (last accessed on January 3, 2019); Orion SpaceProbe 130ST Equatorial Reflector Telescope, *available at* https://www.telescope.com/Orion-SpaceProbe-130ST-Equatorial-Reflector-Telescope/p/9007.uts (last accessed on January 3, 2019).

mount, retail price $449.99[8]), and 09738 (eight-inch reflector with equatorial mount, retail price $629.99[9]).  The specifications for these SKUs are appended as **Exhibits 4-10**.  Nevertheless, I am informed that Sunny has never attempted to compete with Synta for Orion's business on the manufacture of these (or similar) SKUs.[10]

46.     Sunny likely could also manufacture reflectors with aperture larger than eight inches since Sunny clearly has the technological knowledge and expertise to make quality smaller telescopes, and there are not new technological problems in making larger telescopes other than acquiring larger tooling.  Indeed, I am informed that Sunny currently manufactures reflectors with mirrors that exceed ten inches in diameter.[11]

47.     I am informed that Synta originally manufactured the Starblast 4.5 EQ.  I am further informed that in 2010, Synta informed Orion that Synta would no longer manufacture the Starblast 4.5 EQ, and that Sunny would manufacture it instead. Finally, I am informed that when Sunny refused to supply telescopes to Orion in 2016, Synta again began manufacturing the Starblast 4.5 EQ.  The fact that both Sunny and Synta manufactured the Starblast 4.5 EQ (albeit only as I am informed when they would *not* be competing with each other) supports my conclusion that both manufacturers can make similar telescopes.[12]

### 2.     AstroView 90mm EQ Refractor

48.     I am informed that another product that Sunny manufactured for Orion was the AstroView 90mm EQ refractor, which is designated by the Orion Stock Keeping Unit ("SKU") number 09024.[13]  This telescope is a 90-millimeter refractor.  A partial list of the AstroView 90mm's specifications is as follows; a full list is appended as **Exhibit 11**:

---

[8] *See* Orion AstroView 6 Equatorial Reflector Telescope, *available at* https://www.telescope.com/Orion-AstroView-6-Equatorial-Reflector-Telescope/p/9827.uts (last accessed on January 3, 2019).

[9] *See* Orion SkyView Pro 8" Equatorial Reflector Telescope, *available at* https://www.telescope.com/Orion/Orion-SkyView-Pro-8-Equatorial-Reflector-Telescope/rc/2160/p/9738.uts (last accessed on January 3, 2019).

[10] Discussion with P. Moreo.

[11] Dep. Ex. 6 (noting that Sunny planned to manufacture ten-inch and larger Dobsonians).

[12] Discussion with P. Moreo.

[13] *See* Orion AstroView 90mm Equatorial Refractor Telescope, *available at* https://www.telescope.com/Orion-AstroView-90mm-Equatorial-Refractor-Telescope/p/9024.uts (last accessed on January 3, 2019). I am informed this

14

| | |
|---|---|
| **Optical design** | Refractor |
| **Optical diameter** | 90mm |
| **Finder scope lens diameter** | 30mm |
| **Focal length** | 910mm |
| **Focal ratio** | f/10.1 |
| **Coatings** | Multi-coated |
| **Optics type** | Air-spaced doublet |
| **Glass material** | Crown/Flint |
| **Eyepieces** | Sirius Plossl 25.0mm,10.0mm (1.25") |
| **Magnification with included eyepieces** | 36x, 91x |
| **Resolving power** | 1.29arc*sec |
| **Lowest useful magnification** | 13x |
| **Highest useful magnification** | 180x |
| **Highest theoretical magnification** | 180x |
| **Limiting stellar magnitude** | 12.5 |
| **Optical quality** | Diffraction limited |
| **Finder scope** | 6x30 |
| **Focuser** | 1.25" Rack-and-pinion |
| **Diagonal degrees** | 1.25" 90° Mirror Star |
| **Mount type** | Equatorial |
| **Astro-imaging capability** | Lunar & planetary |
| **Dovetail bar system** | No |
| **Motor drive compatibility** | Clock drive sold separately |
| **Computerized compatibility** | Not compatible |
| **Bearing material** | Friction bearings |

49.     The specifications for the AstroView 90mm demonstrate that Sunny is capable of manufacturing a refractor with a 90-millimeter aperture.

50.     As discussed above, the manufacture of achromatic optical lenses for refractors does not fundamentally change as the lenses gets larger until the lens size exceeds 120 millimeters.

---

telescope was manufactured by Sunny for Orion based upon my discussions with Orion President Peter Moreo, and my review of transactional data produced in this action by Orion.

51.    Based upon my review of the AstroView 90mm's specifications, I conclude that Sunny is capable of manufacturing achromatic refractor telescopes with up to 120 millimeters of aperture without significantly changing any of its manufacturing processes.

52.    Indeed, I am informed that Sunny currently manufactures 120mm refractors with apochromatic lenses, which are higher quality and more difficult to manufacture than achromatic lenses.[14]

53.    Accordingly, I perceive no reason why Sunny could not manufacture refractors with up to 120mm in aperture for Orion on equatorial mounts or simpler mounts.  I am informed that Orion has purchased these types of telescopes from Synta, including the SKU 09005 (120mm reflectors with equatorial mount, retail price $599.99[15]).  The specifications for this SKU is attached as **Exhibit 12**.  Nevertheless, I am informed that Sunny has never attempted to compete with Synta for Orion's business on the manufacture of this SKU.[16]

54.    I am informed that Synta originally manufactured the AstroView 90mm EQ.  I am further informed that in 2010, Synta informed Orion that Synta would no longer manufacture the AstroView 90mm EQ, and that Sunny would manufacture it instead. Finally, I am informed that in 2016 (*after* Sunny had refused to supply Orion any longer), Synta again began manufacturing the AstroView 90mm EQ.  The fact that both Sunny and Synta manufactured this telescope supports my conclusion that both manufacturers could make competing telescopes.[17]

### B.    After Sunny Acquired Meade, Sunny Had Sufficient Equipment, Knowhow and Intellectual Property to Manufacture Medium- to High-End Products

55.    In 2013, Sunny acquired Meade.  This is significant to me because it appears that Meade had the ability, equipment, knowhow, line capacity and intellectual property to

---

[14]  Dep. Ex. 6.

[15] *See* Orion AstroView 120ST Equatorial Refractor Telescope, *available at* https://www.telescope.com/Orion/Telescopes/Intermediate-Telescopes/Orion-AstroView-120ST-Equatorial-Refractor-Telescope/rc/2160/pc/-1/c/1/sc/22/p/9005.uts (last accessed on January 3, 2019).

[16] Discussion with P. Moreo.

[17] Discussion with P. Moreo.

manufacture medium- and high-end telescopes.  This reinforces my opinion that Sunny had the ability to make telescopes made by Synta.

56.    At the time Sunny acquired Meade, Meade manufactured its own medium- and high-end telescopes.  Meade was also capable of making Schmidt-Cassegrain telescopes, which, as described above, are among the most difficult type of consumer telescope to manufacture.

57.    I understand that at the time of the Sunny acquisition, Meade manufactured its high-end products at its factory in Mexico.[18]  Some of these products were more sophisticated and difficult to make than most, if not all, the telescopes that Orion has been purchasing from Synta.  For example, in October 2012, Meade's LX800 telescope featured Goto software, a metal equatorial mount, a 130mm 3-element, air-spaced apochromatic f/7 refractor, and high-quality optics, and retailed for $7,299.[19]

58.    Meade continues to offer medium- and high-end products on its website.  For example, Meade's LX850 currently retails for $8,799 on Meade's website.[20]  According to Meade's website, this telescope includes similar features to the LX800, as well as some improvements.

59.    Since at least 2002, Meade has held at least one patent for Goto technology, U.S. Patent 6,392,799.[21]

60.    As discussed above, it would have been easy for Sunny to manufacture the telescopes that Synta made for Orion without significantly modifying its machinery and operations.  Based on the technology, intellectual property and knowhow that Sunny acquired

---

[18] *See* **Exhibit 13**, Meade 10-Q for Q2 2013, *available at* https://www.sec.gov/Archives/edgar/data/1032067/000119312513291852/d555243d10q.htm (last accessed on January 3, 2019) ("the high-end telescopes are manufactured and assembled at the Company's Mexico facility").

[19] *See* **Exhibit 14**, Meade LX800 Series, *available at* https://web.archive.org/web/20121014004108/http://www.meade.com/lx800 (last accessed on January 3, 2019).

[20] *See* **Exhibit 15**, Meade Instruments LX850 Series, *available at* https://meade.factoryoutletstore.com/cat/79024/Meade-Instruments-LX850-Series.html (last accessed on January 3, 2019).

[21] *See also* Dep. Ex. 255.

from Meade, even if Sunny did not have the ability to make medium- to high-end telescopes before the Meade acquisition, it had such capability afterward.

### C. Sunny Told Orion That It Could Make High-End Telescopes Manufactured by Synta

61.    I am informed that documents produced in this lawsuit support my conclusion that Sunny is capable of making telescopes that compete with Synta's telescopes, even on the higher end of the consumer telescopes spectrum.

62.    For example, I am informed that after Orion sent Sunny a draft of the complaint that ultimately initiated this lawsuit, Sunny's Vice President James Chiu told Orion that it could manufacture products produced by Synta. In specific, I am informed that Chiu informed Orion that said Sunny could make SKUs 09820, 09823, 13162, 13163, and 13166.[22]  The specifications for the SKUs are attached hereto as **Exhibits 16-20**. These SKUs are all Matsukov-Cassegrain telescopes with GoTo technology ranging up to 150 millimeters in aperture, and retail for up to $999.99.[23]

63.    As described above, Matsukov-Cassegrains are hybrid reflector/refractor telescopes that utilize both lenses and mirrors, and are far more advanced from an optical manufacturing perspective than standard Newtonian reflectors and low-end refractors. The fact that Sunny could manufacture Matsukov-Cassegrains with a 150-millimeter aperture and GoTo capabilities signifies that Sunny possesses advanced consumer telescope manufacturing capabilities.

---

[22] Dep. Ex. 6.

[23] *See* Orion StarSeeker IV 102mm GoTo Mak-Cass Telescope, *available at* https://www.telescope.com/Orion-StarSeeker-IV-102mm-GoTo-Mak-Cass-Telescope/p/114815.uts (last accessed January 3, 2019); Orion StarSeeker IV 150mm GoTo Mak-Cass Telescope, *available at* https://www.telescope.com/Orion-StarSeeker-IV-150mm-GoTo-Mak-Cass-Telescope/p/115126.uts (last accessed January 3, 2019); Orion StarSeeker IV 127mm GoTo Mak-Cass Telescope, *available at* https://www.telescope.com/Orion-StarSeeker-IV-127mm-GoTo-Mak-Cass-Telescope/p/113918.uts (last accessed January 3, 2019); Orion Apex 90mm Maksutov-Cassegrain Telescope, *available at* https://www.telescope.com/Orion-I-want-to-look-at-the-Moon-and-planets/Telescopes-that-are-easy-to-move-carry/Orion-Apex-90mm-Maksutov-Cassegrain-Telescope/rc/2160/pc/-1/c/399/sc/401/p/9820.uts (last accessed January 3, 2019); Orion Apex 102mm Maksutov-Cassegrain Telescope, *available at* https://www.telescope.com/Orion-Apex-102mm-Maksutov-Cassegrain-Telescope/p/9823.uts (last accessed January 3, 2019).

**D.**    **Synta Is Capable of Manufacturing Telescopes That Compete with Sunny's**

64.    I am informed that there is no dispute that Synta can manufacture telescopes that compete with Sunny.  Specifically, I am informed that Sunny's CEO Peter Ni testified at deposition that Synta could easily make any product that Sunny manufactures.[24]

65.    I am further informed that at certain points in time, Synta informed Orion that it was moving products that Synta was making to Sunny.  In specific, I am informed that Synta moved the following SKUs to Sunny:[25]

| SKU | Description | Year Moved to Sunny | Year Moved Back to Synta |
|---|---|---|---|
| 09798 | StarBlast 4.5 EQ Reflector | 2015 | 2017 (as SKU 09250) |
| 09843 | SpaceProbe 3 EQ Reflector | 2010 | N/A |
| 09853 | Observer 60mm EQ Refractor | 2003 | N/A |
| 09854 | Observer 60mm AZ Refractor | 2002 | N/A |
| 09881 | Observer 70mm AZ Refractor | 2010 | N/A |
| 09882 | Observer 70mm EQ Refractor | 2010 | N/A |
| 09883 | SpaceProbe 3 AZ Reflector | 2010 | N/A |
| 09946 | ShortTube 80mm Terrestrial Refractor | 2010 | N/A |
| 09947 | ShortTube 80mm Astro Version Refractor | 2010 | N/A |
| 09948 | ShortTube 80mm OTA Refractor | 2010 | N/A |
| 09024 | AstroView 90mm Refractor EQ | 2010 | 2016 |
| 10033 | 76mm (3") Table Top Reflector | 2015 | N/A |

66.    I am informed that after this lawsuit was filed, Sunny stopped manufacturing telescopes for Orion.  I am further informed that when this occurred, Synta resumed manufacturing certain telescopes that Sunny previously had been making for Orion.[26]

67.    This swapping of SKUs between Sunny and Synta further supports my conclusion that Synta could manufacture telescopes that Sunny could make, and vice versa.

---

[24] Ni Dep. 144:6-13 (Q: And is the same true in reverse? Synta has no ability to manufacture any product that Ningbo Sunny manufactures? A: They definitely are able to. For them to manufacture the products that we do is like a piece of cake.").

[25] Discussion with P. Moreo.

[26] Discussion with P. Moreo.

19

## III.   CONCLUSION

68.   For the reasons stated above, my professional opinion is that Sunny and Synta were capable of producing telescope products that competed with one another.


Dated:  January 3, 2019                              By:   _José Sasian_
                                                               Jose Sasian

20

# EXHIBIT 1

# CURRICULUM VITAE

# JOSE SASIAN

**CONTACT INFORMATION**

College of Optical Sciences
University of Arizona
Tucson, AZ 85721
Tel: (520) 621 3733
Fax: (520 621 3389
E-mail: jose.sasian@optics.arizona.edu
Web: http://www.optics.arizona.edu/Faculty/Resumes/Sasian.htm

**PROFESSIONAL AND RESEARCH INTERESTS**

Education and teaching optical sciences. Optical engineering in general. Managing programs in optical engineering. Optical instrumentation, Optical design, optical fabrication and testing, illumination optics, astronomical optics, diffractive optics, opto-mechanical design, lithography optics, Optics in art and art in optics, light in gemstones and light propagation as a general subject.

**CHRONOLOGY OF EMPLOYMENT**

- Professor of Optics and Astronomy, University of Arizona, 2001 to date.
- Associate Professor, University of Arizona, 1995 to 2001.
- Member of Technical Staff, AT&T Bell Laboratories, 1990-1995.
- Research Associate, University of Arizona, Optical Sciences Center, 1989-1990.
- Research Assistant, University of Arizona, Optical Sciences Center, 1984-1988.
- Optician, University of Mexico, Institute of Astronomy, Mexico, 1974-1984.

**CHRONOLOGY OF EDUCATION**

- Ph. D. Optical Sciences, December 1988. University of Arizona
- Master of Science, May 1987. University of Arizona
- B. Sc. Physics, October 1982. University of Mexico (UNAM)

*Curriculum Vitae*
*Jose Sasian*

## SPECIAL ACHIEVEMENTS

- Committee member, evaluation of the School of Opto-electronics at the Beijing Institute of Technology, 2017.
- Chair, "Optical System Alignment, Tolerancing and verification" SPIE Conference, 2007-2016
- Member of the OSA and SPIE "Joseph Goodman Book Award" committee 2006-2008
- Topical Editor Applied Optics, 1998 to 2004
- Chair, "Novel Optical Systems Design and Optimization" SPIE Conference, 1995-2006
- Co Chair, "International Optical Design Conference," 2002
- Co Chair, "Optical design and Testing Conference," Shanghai, China 2002
- Co Chair, "Optical design and Testing Conference," Beijing, China 2004
- Institute National for Astrophysics, Optics and Electronics (INAOE), Mexico, External Evaluating Committee, member 1996-2002
- Center for Research in optics (CIO), Mexico, External Evaluating Committee, member 2001 to 2004.
- Committee member of OSA Joseph Goodman Award, 2010
- Committee member of OSA Joseph Franhoufer Medal, 2004
- Committee member of OSA Adolph Lomb Medal, 1997
- Capella Photonics, Technical Advisory board member, 2001-2003
- ETEC, Technical Advisory board member, 1998
- Rudolf Kingslake medal and prize, 1994, International Society for Optical Engineering
- Merit award, Riverside Telescope Makers Conference, 1988

## PROFESSIONAL AFFILIATIONS

- Fellow of the International Society for Optical Engineering
- Optical Society of India, Lifetime member
- Fellow of the Optical Society of America

## SPECIAL COURSES

- Advanced Lens Design, CORE Utsonomya University, Japan 2014.
- Advanced Lens Design, CORE Utsonomya University, Japan 2016
- Advanced Lens Design, CORE Utsonomya University, Japan 2017
- Lens Design, LAPAN, Indonesia, 2017.
- Optical Engineering, Photonic Sensors and Algorithms, Spain, 2017.

2

**GRADUATED STUDENTS 1996-2017**

1. Ying Ting Liu, "Review and Design of a Mobile Phone Camera Lens for 21.4 Mega-Pixels Image Sensor," M. Sc. Report, 2017.

2. Haosheng Hu, "Report for Reflective System Designs Based on Freeform Mirrors," M. Sc. Thesis, 2017.

3. Luxin Nie, "Patent Review of Miniature Camera Lenses," M. Sc. Report, 2017.

4. Clarissa Kenney Wylde, The Art of Optical Aberrations," M. Sc. Thesis, 2017.

5. Ruijuan Niu, Overview of Microscope Objective Design," M. Sc. Thesis, 2017.

6. Yufeng Yan, M. Sc. Thesis, "Photographic Fisheye Lens Design for 35 mm Format Cameras,"  2016.

7. Jesse Ball, M.Sc. Thesis, "NCPA Optimizations at Gemini North using Focal Plane Sharpening," 2016.

8. Gong Chen, M. Sc. Report "Design of a large a large working are F-theta lens," 2016.

9. Emily Heaton, M.Sc. Report, "Interferometric Methods for Aligning and Measuring Test Surfaces," 2016.

10. Andrew McCarron, M.Sc. Report, "Long wave infrared scan lens design and distortion correction," 2016.

11. Taylor Davis Sorensen, M.Sc. "SWIR/MWIR Objective Lens," Report 2016.

12. Rhiannon Katarina Jenkins, M.Sc. "MTF Lens Evaluation," Report 2016.

13. Dmitry Reshidko, Ph.D. "Topics in Modern Lens Design," Dissertation, 2016

14. Douglas, "Shadow Imaging of Geosynchronous Satellites," Ph.D. Dissertation 2014.

15. Lori Ann Moore, "Plenoptic Cameras, Shack-Harman Wavefront Sensors, and Related Lens Array Based Optical Systems,"  Ph.D. Dissertation 2014.

16. Yuhao Wang, "Advanced Theory of Field Curvature." Ph.D. Dissertation 2014.

17. Adam Persia, M. Sc. Report 2014.

18. Eric Herman, M. Sc Report 2014.

3

*Curriculum Vitae*
*Jose Sasian*

19. Akash Arora, M. Sc. Report 2014.

20. Mary Liang, Design of Custom Chromatic Reimaging Optics," Ms. Sc. Thesis 2013.

21. Oscar Martinez, "A Systematic Approach to Glass Selection for Complex Optical Systems." Ms. SC. Thesis 2012.

22. Takashi Nakazawa, "Optical profilers," Ph. D. Dissertation 2011.

23. Manit M. Limlamai, " Optical systems in microlithography," M. Sc. Report 2011.

24. Lirong Wang, "Design, modeling, and testing of optical surfaces in illumination optics," Ph. D. Dissertation, 2010.

25. Stacy Munger, "Spherical Aberration Study," M. Sc. Thesis, 2010.

26. Rong Lui, M. Sc. Report, 2010.

27. Ernest Fasse, "Image Motion Compensation," M. Sc. Report, 2010.

28. Cheng Kuei-Yeh, "Cell phone zoom lens design and patent research," M. Sc. Report, 2010.

29. Rania Abd El-Maksoud, "Ghost image analysis in Optical Systems," Ph.D. Dissertation, 2009.

30. Ralph Shepard, "Optical Design with Negative Index Materials," Ph. D. Dissertation, 2009.

31. Gerard Desroches, "Optical Design with Liquids," M. Sc. Report 2009.

32. Ryan Irving, "Optical Systems Design Considerations for Infrared Applications," M. Sc. Report, 2009.

33. Rachel Haynes, "Transferring FEA results into an optical design program," M. Sc. Report 2009.

34. Tim Johnson, "Optical design and analysis of an X-ray telescope and reflection grating spectrometer system," M. Sc. Report 2009.

35. Jacob Egan, "Design of a space-based optical camera for an asteroid sample return mission," M. Sc. Report, 2009.

4

*Curriculum Vitae*
*Jose Sasian*

36. Sheng Yuan, "Aberrations of Anamorphic Optical Systems, " Ph. D. Dissertation. 2008.

37. Rob Bates, "Design for Fabrication: Miniature Camera Lens Case Study," M. Sc. Report, 2008.

38. Alice Palmer, "Multiple Aperture Telescope Collector Considerations," M. Sc. Report, 2008.

39. Ming Lie, "Optics Industry Comparison between United States of America and People's Republic of China, M. Sc. Report 2008.

40. George Duckett, "Fourth and Sixth-Order wavefront aberrations of common lens systems," M. Sc. Report, 2008.

41. Andrei Kazmierski, "Design and analysis of a confocal microscope utilizing and incoherent light source and reflective spatial light modulator," M. Sc. Thesis 2008.

42. Jay Perlin, "Recent developments in optical fabrication," M. Sc. Report, 2007.

43. Chao-Wen Liang, "The grating-slit test," Ph. D. Dissertation, 2006.

44. Stevie Smith, "Examples of Lens Behavior Statistics Under Fabrication Errors. M. Sc. Thesis, 2006.

45. Robert Sprowl, "Optical Testing," M. Sc. Report, 2006.

46. Kevin O'Shea,  Lens Design Approach to Optical Relays," M. Sc. Thesis, 2005.

47. Josh Hudman, "Analysis of an Off-Axis Null Corrector and the Characterization of a 1 Meter Liquid Flat, M. Sc. 2005.

48. Marguerite Green,  "History of ray tracing algorithms," M. Sc. 2004.

49. Corrin Wilson, "Tracing rays through Double-Clad fibers to characterize absorption efficiency," M. Sc. 2004.

50. Iwonka Palusinski, 'Advances in Null Corrector Design and Certification,' Ph. D. Dissertation, 2003.

51. Lenny Laughlin, "Optical Source modeling," M. Sc. Report, 2003.

52. Ryan Eckman, " Lens Design Requirements for CCD Imaging," M. Sc. Thesis, 2003.

5

*Curriculum Vitae*
*Jose Sasian*

53. David Knap, "Conformal Optical Design,' Ph. D. Dissertation, 2002.

54. Matt Dubin, 'Polychromatic Image Noise in Rear Projection Screens,' Ph. D. Dissertation, 2002.

55. Holden Chase, M. Sc. 'Optical Design with Rotationally Symmetric Nurbs,' M. Sc. Thesis, 2001.

56. McCarthy, Patrick L. M. Sc. "Aspheric optics," Report, 2001.

57. Rex Kremer, M. Sc. 'Null Corrector Design for White Light Scatter-plate Interferometry on a Large Conic Surface,' M. Sc. Thesis, 2001.

58. Tony Lin, M. Sc. "Lens Design Guidelines for Coherence Studies in the Optical Design of a Lithographic System," M. Sc. Thesis, 2001.

59. Scott Lerner, 'Optical Design Using Novel Aspheric Surfaces,' Ph. D. Dissertation, 2000.

60. Rick Bomber, M. Sc. 'Design of video camera lenses,' M. Sc. Report, 2000.

61. Mike Pate, M. Sc. "Optical design of riflescopes," M. Sc. Report, 2000.

62. Scott Ellis, Ph. D., 'The Optics of Ellipsoidal Domes,' Ph. D. Dissertation, 1999.

63. Jeremie Jackson, M. Sc. "Fiber optical amplifiers," M. Sc. Report, 1999.

64. Tom Mitchel, 'Aberration Generation with Translating Aspheric Plates,' M. Sc. Thesis, 1998.

65. Rob Johnson, M. Sc., 'Influence of pupil Aberration on the Relative Illumination of Optical Systems,' M. Sc. Thesis, 1998.

66. Roland Sarlot, M. Sc., 'Design Considerations for a Virtual Reality Retinal Scanning Device,' M. Sc. Thesis, 1997

67. Scott Sparrold, M. Sc. 'Correcting Dynamic Third-Order Astigmatism in Conformal Missile Domes with Gimbaled Seekers,' M. Sc. Thesis, 1997.

68. Matt Novak, M. Sc., 'Wavefront Deformation of Conformal Surfaces,' M. Sc. Thesis, 1997.

69. Jose Torres, M. Sc. 'Opto-mechanical design of windows," M. Sc. Report, 1996.

# JOURNAL PUBLICATIONS

1. Rengmao Wu, José Sasián, and Rongguang Liang, "Algorithm for designing free-form imaging optics with nonrational B-spline surfaces," Applied Optics, Vol. 56 (9), pp. 2517-2522, (2017).

2. Dmitry Reshidko, Jose Sasian, "Geometrical irradiance changes in a symmetric optical system," Optical Engineering, 56(1), 015104 (2017). doi:10.1117/1.OE.56.1.015104

3. Jose Sasian; Weichuan Gao and Yufeng Yan, "Method to design apochromat and superachromat objectives," Optical Engineering, 56(10), 105106 (2017). doi:10.1117/1.OE.56.10.105106

5. Yufeng Yan; Jose Sasian, "Photographic zoom fisheye lens design for DSLR cameras," Optical Engineering, 56(9), 095103 (2017). i:10.1117/1.OE.56.9.095103

6. D. Reshidko and J. Sasian, "Role of aberrations in the relative illumination of a lens system," - *Opt. Eng*. 55(11), 115105 (Nov 29, 2016). doi:10.1117/1.OE.55.11.115105.

7. Jose Sasian, Dmitry Reshidko, and Chia-Ling Li, "Aspheric/freeform optical surface description for controlling illumination from point-like light sources," *Opt. Eng*. 55(11), 115104 (Nov 25, 2016). doi:10.1117/1.OE.55.11.115104.

8. Sara Chamadoira, Jose Sasian, Eva Acosta, "Interferometric Local Measurements of High-Order Aberrations in Progressive Addition Lenses," Optom. Vis. Sci. Nov; 92(11):1047-55, 2015.

9. Dmitry Reshidko, Jose Sasian, "Optical analysis of miniature lenses with curved imaging surfaces," Appl. Opt. Oct. 54(28):E216-23, 2015.

10. Eric Herman, Jose Sasian, "Aberration considerations in lens tolerancing," Appl. Opt. 53(3):341. January 2014.

11. Jose Sasian, Eva Acosta, "Generation of spherical aberration with axially translating phase plates via extrinsic aberration," Opt. Express 2014 Jan; 22(1):289-294.

12. Chia-Ling Li and Jose Sasian "Adaptive dispersion formula for index interpolation and chromatic aberration correction," Opt Express 2014 Jan; 22(1):1193-202.

13. Eva Acosta and Jose Sasian, "Micro-Alvarez lenses for a tunable-dynamic-range Shack–Hartmann wavefront sensor," Japanese Journal of Applied Physics, Volume 53 Number 8S2, 2014.

14. Sukmock Lee, Byongoh Kim, Jiyeon Lee, and Jose Sasian, "Accurate determination of distortion for smart phone cameras," Applied Optics, Vol. 53, Issue 29, pp. H1-H6 (2014)

15. Lucimara Cristina Nakata Scaduto, Jose Sasian, Mario Antonio Stefani, and Jarbas Caiado de Castro Neto, "Two-mirror telescope design with third-order coma insensitive to decenter misalignment," Optics Express, Vol. 21, Issue 6, pp. 6851-6865 (2013).

16. Tamer T. Elazhary, Masatsugu Nakano, and José Sasián , "Hyper numerical aperture imaging lens using a thin multi reflection Catadioptric optical element,"Optics Express, Vol. 21, Issue 13, pp. 15809-15814 (2013).

17. Braulio Fonseca Carneiro de Albuquerque Jose Sasian, Fabiano Luis de Sousa, and Amauri Silva Montes, "Method of glass selection for color correction in optical system design," Optics Express, Vol. 20, Issue 13, pp. 13592-13611 (2012).

18. Lin-Yao Liao, F.C. Bráulio de Albuquerque, Robert E. Parks and José M. Sasian, "Precision focal-length measurement using imaging Conjugates," Optical Engineering 113604-1 /Vol. 51(11), 2012.

19. Rania H. Abd El-Maksoud, Matthias Hillenbrand, Stefan Sinzinger and Jose Sasian, "Optical performance of coherent and incoherent imaging systems in the presence of ghost images,"Appl. Opt. Vol. 51, No. 30 / 20, 2012.

20. Eva Acosta, and Jose Sasian, "Phase plates for generation of variable amounts of primary spherical aberration ," OPTICS EXPRESS Volume: 19 , Issue: 14 , Pages: 13171-13178 , JUL 4 2011.

21. Design of a wide-angle, lightweight head-mounted display using free-form optics tiling Cheng Dewen; Wang Yongtian; Hua Hong; et al. OPTICS LETTERS Volume: 36 Issue: 11   Pages: 2098-2100   June 2011.

22. Chun-Che Hsueh, Tamer Elazhary, Masatsugu Nakano and Jose Sasian, "Closed- form sag solutions for Cartesian oval surfaces," , Journal of Optics DOI: 10.1007/s12596-011-0050-0, 2011.

23. El-Maksoud R.H.A.; Sasian J., "Modeling and analyzing ghost images for incoherent optical systems," Applied Optics Volume: 50   Issue: 15   Pages: 2305-15   DOI: 10.1364/AO.50.002305, 20 May 2011

24. Nakazawa Takeshi; Sasian Jose; Abraham Francy, " High-speed inline profiler using a modified Fourier transform method for measuring integrated circuit surface profiles ," Optical Engineering Volume: 50   Issue: 5    Article Number: 053603 DOI: 10.1117/1. May 2011.

25. Hsueh, Chun-Che, Ling, Psang Dain, J. Sasián, "Worst-case-based methodology for tolerance analysis and tolerance allocation of optical systems," Applied Optics, v 49, n 31, p 6179-6188, 2010.

26. Chao-Wen, Liang, Ou, Chien-Fu, J. Sasian, "Phase shifting grating-slit test with a cross slit, Optics Letters, v 35, n 4, p 496-498, 2010.

27. Yuan, Sheng, J. Sasian, "Aberrations of anamorphic optical systems III: The primary aberrations theory for toroidal anamorphic systems," Applied Optics, v 49, n 35, p 6802-6807, 2010.

28. J. Sasian, "Theory of sixth-order wave aberrations," Applied Optics, Vol. 49, Issue 16, pp. D69-D95 (2010).

29. J. Sasian, "Erratum: Theory of sixth-order wave aberrations," Applied Optics, Vol. 49, n 33, pp. 5603-6503 (2010).

30. S. Yuan and J. Sasian, "Aberrations of anamorphic optical systems. II. primary aberration theory for cylindrical anamorphic systems," *Applied Optics*, v 48, n 15, p 2836-2841, May 20, 2009.

31. S. Yuan and J. Sasian, "Aberrations of anamorphic optical systems. I: The first-order foundation and method for deriving the anamorphic primary aberration coefficients," *Applied Optics*, v 48, n 13, p 2574-2584, May 1, 2009.

32. Y. Bo, Y. Wang, Y. Lie, J. Sasian, J. Koshel, " Efficient ray-tracing for free-form reflectors," *Optik*, v 120, n 1, p 40-44, January 2009.

33. L. Sukmock and J. Sasian, "Ronchigram quantification via a non-complementary dark-space effect," *Optics Express*, v 17, n 3, p 1854-1858, February 2, 2009.

34. L. Moore, A. Hvisc, and J. Sasian, "Aberration fields of a combination of plane symmetric systems" Optics Express, Vol. 16, Issue 20, pp. 15655-15670, (2008).

35. J. Sasian, J. Quick, J. Sheffield, J. Caudill, and P. Yantzer, "Evaluation of brilliance, fire, and scintillation in round brilliant gemstones, " Optical Engineering (2007).

36. Chao-Wen Liang, Jose Sasian, "Geometrical optics modeling of the grating-slit test," Optics Express (2007).

37. B. DeBoo, J. Sasian, R. Chipman, "Depolarization of several diffusely reflecting manmade objects," Applied Optics, Vol. 44 Issue 26 Page 5434-5445 (2005).

38. P. Su, J. Hudman, J. M. Sasian, and W. J. Dallas, "Dual beam generation at a ray caustic by a multiplexing computer-generated hologram," Opt. Express 13, 4843-4847 (2005), http://www.opticsexpress.org/abstract.cfm?URI=OPEX-13-13-4843

39. Iwona Palusinski, Jose Sasian, "Sag and phase descriptions for null corrector certifiers," Optical Engineering, Vol. 43(03), p 697-701, 2004.

40. B. DeBoo, J. Sasian, R. Chipman, "Degree of polarization surfaces and maps for analysis of depolarization," Optics Express, Vol. 12, Issue 20, p. 4941, 2004.

41. Xuemin Cheng, Yongtian Wang, Qun Hao, Jose Sasian, "Expert system for generating initial layouts of zoom systems with multiple moving lens groups," Optical Engineering, Vol. 44, 2004.

42. X. Cheng, Y. Wang, Q, Hao, and J. Sasian, "Automatic element addition and deletion in lens optimization," Appl. Opt. Vol. 42(7), 1309-1317, 2003

43. R. Kremer, B. DeBoo, and J. Sasian, 'Null corrector design for white light scatter-plate interferometry on a large conic surface,' Opt. Eng. 41 (11) 2869-2875, 2002.

44. Erin M. Sabatke and Jose M. Sasian, 'Phase Theory for Multiple Aperture Systems,' Opt. Eng. 41(3), 647-655, March 2002.

45. Sasian J. M., Lerner S. A., Lin, T. Y., and Laughlin, L., "Ray and Van Citter-Zernike characterization of Spatial Coherence," Appl. Opt. 40(7), 1037-1043, March 2001.

46. Liang, C., Descour, M., Sasian, J., and Lerner, S., "Multilayer-coating-induced aberrations in extreme-ultraviolet lithography optics," Appl. Opt. 40(1), 129-135, January 2001.

47. Scott A. Lerner and Jose M. Sasian, 'Use of implicitly defined optical surfaces for the design of imaging and illumination systems,' Opt. Eng. 39(7) 1796-1801, 2000.

48. Scott A. Lerner, Jose M. Sasian, and Michael R. Descour, 'Design Approach and Comparison of Projection Cameras for EUV Lithography,' Opt. Eng. 39(3) 792-802, 2000.

49. Jose M. Sasian, 'Aberrations from a prism and a grating,' Applied Optics 39(1), 34-39, 2000.

50. José M. Sasián, Michael B. North-Morris, Geoffrey L. Wruck, Gregory A. Williby, and John E. Greivenkamp, "Rock and Roll polishing: a process for optical polishing," Opt. Eng. 38 (12), 2089-2092, 1999.

*Curriculum Vitae*
*Jose Sasian*

51. J. M. Sasian, 'Passive pupil correction as applied to annular field systems,' Opt. Eng. 38 (4) 646-649, 1999.

52. J. M. Sasian and M. Mansuripur, 'Design Approaches with a Lenslet Array and a Single, High-Numerical-Aperture Annular-Field Objective Lens for Optical Data Storage Systems that Incorporate Large Numbers of Parallel Read-Write-Erase Channels,' Appl. Opt. 38(7), 1163 – 1168, 1999.

53. Palusinski, J. M. Sasian, and J. E. Greivenkamp, 'Lateral shift variable aberration generators,' Appl. Opt. 38(1), 86-90, 1999.

54. J. M. Sasian and Michael Descour, 'Power distribution and symmetry in lens systems,' Optical Engineering, 37(3), 1001-1004, 1998.

55. J. M. Sasian, 'Annular surfaces in annular field systems,' Optical Engineering, 36(12), 3401-3403, 1997.

56. D. J. Reiley and J. M. Sasian, 'Optical design of a free-space photonic switching system,' Applied Optics. Vol. 36 (19),4497-4504, 1997.

57. R. E. Gerber, M. Mansuripur, and J. M. Sasian, 'Versatile objective lens with adjustable correction for different wavelengths and substrate thicknesses for testing optical disks,' Applied Optics, 39(11), 2414-2420, 1997.

58. J. M. Sasian, 'Double-curvature Surfaces in Mirror System Design.' Optical Engineering, 36(1), 183-188, (1997).

59. A. L. Lentine, D. J. Reiley, R. A. Novotny, R. L. Morrison, J. M. Sasian, M. G. Beckman, D. B. Buchholz, S. J. Hinterlong, T. J. Cloonan, G. W. Richards, and F. B. McCormick, 'Asynchronous transfer mode distribution network by use of an optoelectronic VLSI switching chip," Applied Optics, 36(8), 1804-1814, (1997).

60. Sasian, J. M., and Douglas A. Baillie, "Simple technique for out-of-focus feature alignment," Opt. Eng., February 1995.

61. Sasian, J. M., R. A. Novotny, M. B. Beckman, S. L. Walker and S. J. Hinterlong, "Fabrication of optical fiber bundles for free-space photonic switching systems," Opt. Eng. Sept. (1994).

62. Sasian, J. M., "How to approach the design of a bilateral symmetrical optical system," Opt. Eng. June (1994).

*Curriculum Vitae*
*Jose Sasian*

63. McCormick, F. B., T. J. Cloonan, A. L. Lentine, J. M. Sasian, R. L. Morrison, M. G. Beckman, S. L. Walker, M. J. Wojcik, S. J. Hinterlong, R. J. Crisci, R. A. Novotny, and H. S. Hinton, "Five-stage free space optical switching network with field-effect transistor self-electro-optic-effect-device smart-pixel arrays," Appl. Opt. 33 (8), 1601-1618 (1994).

64. Cloonan, T. J., G. W. Richards, R. L. Morrison, A. L. Lentine, J. M. Sasian, F. B. McCormick, S. J. Hinterlong, and H. S. Hinton, "Shuffle-equivalent interconnection topologies based on computer-generated binary-phase gratings," Appl. Opt. 33 (8), 1405-1430 (1994).

65. Sasian, J. M., F. B. McCormick, R. Webb, R. J. Crisci, K. O. Mersereau, and R. P. Stawicki, "Design, assembly, and testing of an objective lens for a free-space photonic switching system," Opt. Eng. 32 (8), 1871-1878 (1993).

66. Sasian, J. M. and R. A. Chipman, "The staircase lens: a diffractive field curvature corrector," Appl. Opt. 22 (1), 66-66 (1993).

67. McCormick, F. B., T. J. Cloonan, F. A. P. Tooley, A. L. Lentine, J. M. Sasian, J. L. Brubaker, R. L. Morrison, S. L. Walker, R. J. Crisci, R. A. Novotny, S. J. Hinterlong, H. S. Hinton, and E. Kerbis, "Six-stage digital free-space optical switching network using symmetric self-electro-optic-effect devices," Appl. Opt. 32 (26), 5153-5171 (1993).

68. McCormick, F. B., F. A. P. Tooley, T. J. Cloonan, J. M. Sasian, and H. S. Hinton, "Optical interconnections using microlens arrays," Optical and Quantum Electronics 24, S465-S477 (1992).

69. McCormick, F. B., F. A. P. Tooley, J. L. Brubaker, J. M. Sasian, T. J. Cloonan, A. L. Lentine, R. L. Morrison, R. J. Crisci, S. L. Walker, S. J. Hinterlong, and M. J. Herron, "Design and Tolerancing comparisons for S-seed-based free-space switching fabrics," Opt. Eng. 31 (12), 2667-2711 (1992).

70. McCormick, F. B., F. A. P. Tooley, T. J. Cloonan, J. L. Brubaker, A. L. Lentine, R. L. Morrison, S. J. Hinterlong, M. J. Herron, S. L. Walker, and J. M. Sasian, "Experimental investigation of a free-space optical switching network by using symmetric self-electro-optic-effect devices," App. Opt. 31 (28), 5431-5446 (1992).

71. Sasian, J. M., "Image plane tilt in optical systems," Opt. Eng. 31 (3), 527-532 (1992).

72. Sasian, J. M., "Four-mirror optical system for large telescopes," Opt. Eng. 29 (10), 1181-1185 (1990).

73. McCormick, F. B., F. A. P. Tooley, J. M. Sasian, J. L. Brubaker, A. L. Lentine, T. J. Cloonan, R. L. Morrison, S. L. Walker, and R. J. Crisci, "Parallel interconnection of two

12

64 x 32 symmetric self electro-optic effect device arrays," Electron. Lett. 27 (20), 1869-1871 (1991).

74. Sasian, J. M., "Design of a Schwarzschild flat-field, anastigmatic, unobstructed, wide-field telescope," Opt. Eng. 29 (1), 1-5 (1990).

75. Sasian, J. M., "Design of null lens correctors for the testing of astronomical optics," Opt. Eng. 27 (12), 1051-1056 (1988).

76. Sasian, J. M., "Flat-field, anastigmatic, four-mirror optical system for large telescopes," Opt. Eng. 26 (12), 1197-1199 (1987).

77. Jacobs, S. F.,  S. C. Johnston, J. M. Sasian, M. Watson, J. D. Tagorve, and D. Bass, "Surface figure changes due to thermal cycling hysteresis," App. Opt. 26 (10), 4438-4442 1987.

78. Noble, R., F. Cobos, F. Diego, and J. Sasian, "Optical characteristics of the UNAM 2-M Ritchey-Chretien telescope,"  Appl. Opt. 17 (9), 3181-3183 (1982).


**BOOKS**

Jose Sasian, "Introduction to Aberrations in Optical Imaging Systems," Cambridge University Press, 2013.

**BOOKS** (Proceedings)

1. J. Sasian, R. Youngworth, 'Optical System Alignment, Tolerancing, and Verification IX,' Proceedings SPIE, Vol. 10377, 2017.

2. J. Sasian, R. Youngworth, 'Optical System Alignment, Tolerancing, and Verification IX,' Proceedings SPIE, Vol. 9951, 2016.

3. J. Sasian, R. Youngworth, 'Optical System Alignment, Tolerancing, and Verification IX,' Proceedings SPIE, Vol. 9582, 2015.

4. J. Sasian, R. Youngworth, 'Optical System Alignment, Tolerancing, and Verification VIII,' Proceedings SPIE, Vol. 8844, 2014.

5. J. Sasian, R. Youngworth, 'Optical System Alignment, Tolerancing, and Verification VII,' Proceedings SPIE, Vol. 8844, 2013.

6.  J. Sasian, R. Youngworth, 'Optical System Alignment, Tolerancing, and Verification VI,' Proceedings SPIE, Vol. 8491, 2012.

7.  J. Sasian, R. Youngworth, 'Optical System Alignment, Tolerancing, and Verification V,' Proceedings SPIE, Vol. 8131, 2011.

8.  J. Sasian, R. Youngworth, 'Optical System Alignment, Tolerancing, and Verification IV,' Proceedings SPIE, Vol. 7793, 2010

9.  J. Sasian, R. Youngworth, 'Optical System Alignment, Tolerancing, and Verification III,' Proceedings SPIE, Vol. 7433, 2009.

10. J. Sasian, R. Youngworth, 'Optical System Alignment and Tolerancing II,' Proceedings SPIE, Vol. 7068, 2008.

11. J. Sasian, Mitchell Ruda, "Optical System Alignment and Tolerancing," SPIE Proceedings SPIE Vol. 6676. 2007

12. J. M. Sasian, Mary Turner, 'Novel Optical Systems Design and Optimization IX,' Proceedings SPIE, Vol. 6289, 2006.

13. J. M. Sasian, R. John Koshel, and Richard Juergens, 'Novel Optical Systems Design and Optimization VIII,' Proceedings SPIE, Vol. 5875, 2005.

14. J. M. Sasian, R. John Koshel, Paul Manhart, and Richard Juergens, 'Novel Optical Systems Design and Optimization VII,' Proceedings SPIE, Vol. 5524, 2004.

15. J. M. Sasian, R. John Koshel and Paul Manhart, 'Novel Optical Systems Design and Optimization VI,' Proceedings SPIE, Vol. 5174, 2003.

16. International Optical Design Conference 2002, Paul K. Manhart, Jose M. Sasian, Eds. Proceedings of SPIE Volume: 4832, 2002.

17. Novel Optical Systems Design and Optimization V, Proceedings of SPIE Volume: 4768, Editor(s): Sasian, Jose M.; Koshel, R. John, 2002.

18. Novel Optical Systems Design and Optimization IV, Proceedings of SPIE Volume: 4442   Editor(s): Sasian, Jose M.; Manhart, Paul K., 2001.

19. Novel Optical Systems Design and Optimization III, Proceedings of SPIE Volume: 4092   Editor(s): Sasian, Jose M.; 2000.

20. Novel Optical Systems and Large-Aperture Imaging, Proceedings of SPIE Volume: 3430, Editor(s): Bell, Kevin D.; Powers, Michael K.; Sasian, Jose M. 1998.

21. Novel Optical Systems Design and Optimization, Proceedings of SPIE Volume: 2537, Editor(s): Sasian, Jose M. 1995.

## PAPERS IN PROCEEDINGS

1. José Sasián, "Joseph Petzval lens design approach," Proc. SPIE 10590, International Optical Design Conference 2017, 1059017 (27 November 2017); doi: 10.1117/12.2285108

2. Yufeng Yan, Jose Sasian, "Miniature camera lens design with a freeform surface," Proc. SPIE 10590, International Optical Design Conference 2017, 1059012 (27 November 2017); doi: 10.1117/12.2292653

3. Jieun Ryu, Jose Sasian, "Tolerancing a lens for LED uniform illumination," Proc. SPIE 10377, Optical System Alignment, Tolerancing, and Verification XI, 1037703 (22 August 2017); doi: 10.1117/12.2276864

4. Dmitry Reshidko, Jose Sasian, "A method for the design of unsymmetrical optical systems using freeform surfaces," SPIE proveddigns 10590, 2016, doi:10.1117/12.2285134.

5. José Sasián, "Field Curvature Aberration," *Proc. SPIE* 9293, International Optical Design Conference 2014, 929322 (December 17, 2014); doi:10.1117/12.2075938.

6. Dmitry Reshidko and José Sasian, "Algorithms and examples for chromatic aberration correction and athermalization of complex imaging systems," *Proc. SPIE* 9293, International Optical Design Conference 2014, 92931K (December 17, 2014); doi:10.1117/12.2072655.

7. Mamoru Miyawaki, Dmitry Reshidko, Nasser Peyghambarian and Jose Sasian, "A multi-aperture imager for a wearable camera," Proc. SPIE 9293, International Optical Design Conference 2014, 92930H (December 17, 2014); doi:10.1117/12.2073335.

8. Eric Herman, Richard N. Youngworth, and Jose M. Sasian, "Efficient Assessment of Lens Manufacturability in Optical Design," International Optical Design Conference *Proc. SPIE* 9293, International Optical Design Conference 2014, 929318 (December 17, 2014); doi:10.1117/12.2072553.

9. Jose Sasian, "Polarization fields for understanding polarization aberrations in optical imaging systems," Proc. SPIE 8841, Current Developments in Lens Design and Optical Engineering XIV, 2013.

10. S. Chamadoira, J. Sasian, and E. Acosta, "Modified point diffraction interferometer to evaluate toleramnces in the design of progressive addition lenses,"*Proc. SPIE.* 8844, Optical System Alignment, Tolerancing, and Verification VII doi:88440D. (September 10, 2013).

11. Eric Herman, Jose Sasian, Richard N. Youngworth, "Optomechanical considerations for realistic tolerancing," *Proc. SPIE* 8844, Optical System Alignment, Tolerancing, and Verification VII, 884402 (September 10, 2013).

16. Dmitry Reshidko and Jose Sasian, "Method of calculation and tables of optothermal coefficients and thermal diffusivities for glass," *Proc. SPIE* 8844, Optical System Alignment, Tolerancing, and Verification VII, 884407 (September 19, 2013).

17. Braulio de Albuquerque B.F.C.; Lin-Yao Liao; Silva Montes A, Jose Sasian, "A multi-objective approach in the optimization of optical systems taking into account tolerancing," Optical System Alignment, Tolerancing, and Verification V, San Diego, CA, USA, 21-22 Aug.2011. Proceedings of the SPIE, Volume: 8131   Pages: 813105 DOI: 10.1117/12.894980   Published: 01 2011.

18. Mateen, M, Guyon O.; Sasian J.; et al., "A non-linear curvature wavefront sensor reconstruction speed and the broadband design," Conference: Astronomical Adaptive Optics Systems and Applications IV Location: San Diego, CA, USA Date: 21-24 Aug. 2011 Source: Proceedings of the SPIE - The International Society for Optical Engineering Volume: 8149   Pages**:** 814909 (12 pp.)   DOI**:** 10.1117/12.894311 Published: 01 2011 *XIII.*

19. Sasian, Jose, "Sixth-order wavefront deformations: The coefficients and insights into wavefront propagation in optical systems." *Proceedings of SPIE - The International Society for Optical Engineering,* v 7652, 2010, *International Optical Design Conference 2010.*

20. Wang, Lirong, Sasian, Jose M. "Merit figures for fast estimating tolerance sensitivity in lens systems," *Proceedings of SPIE - The International Society for Optical Engineering,* v 7652, 2010, *International Optical Design Conference 2010*

21. Wang, Lirong, Su, Peng; Parks, Robert; Angel, Roger; Sasian, Jose; Burge, James "A low-cost, flexible, high dynamic range test for free-form illumination optics," *Proceedings of SPIE - The International Society for Optical Engineering*, v 7652, 2010, *International Optical Design Conference 2010.*

22. Han, Jeong-Yeol, Sasian, Jose, González, Jesús "Conic constant trade-off study in Cassegrain type telescopes with a field corrector," *Proceedings of SPIE - The International Society for Optical Engineering*, v 7787, 2010, *Novel Optical Systems Design and Optimization XIII.*

23. T. Nakazawa, J. Sasian, and F. Abraham,, "Fast Optical Profiler," "*Optical Fabrication and Testing*," OSA Technical Digest (CD) (Optical Society of America, 2010), paper OMB4, 2010.

24. J. Sasian, "Optical Design of reflective wide-field cameras," SPIE Proc. 7060, 70600C (2008).

25. P. Su, J. Burge, B. Cuerden, J. Sasian, and H. Martin, "Scanning Penta-prism measurements of off-axis aspherics, SPIE Proc. Vol. 7018, 70183T, (2008).

26. Jorge Castro-Ramos and Jose Sasian, "Automatic phase-shifting Ronchi tester with a square Ronchi ruling," Eighth International Conference on Laser and Laser Information Technologies. Edited by Panchenko, Vladislav Y.; Sabotinov, Nikola V. Proceedings of the SPIE, Volume 5532, pp. 199-210 (2004).

27. Jose M. Sasian, 'Trends in teaching lens design,' Proc. SPIE Vol. 4588, p. 56-58, Seventh International Conference on Education and Training in Optics and Photonics, Tuan K. Lim; Arthur H. Guenther; Eds. 2002.

28. Brian J. DeBoo and Jose M. Sasian, "Novel method for precise focal length measurement," SPIE Proceedings Vol. 4832, 114-121, 2002.

29. Lenny Laughlin and Jose M. Sasian, "Source modeling and calculation of mask illumination during extreme ultraviolet lithography condenser design," SPIE Proceedings Vol. 4832, 283-292, 2002.

30. Sabatke, E. and Sasian J., "Second-order phase theory in multiple-aperture systems," Proc. SPIE Vol. 4006, p. 1083-1089, 2002.

31. H. M. Martin, J. R. P. Angel, J. H. Burge, S. M. Miller, J. M. Sasian and P. A. Strittmatter, "Optics of the 20/20 telescope," SPIE Proc. on *Future Giant Telescope*, eds. J. R. P. Angel and R. Gilmozzi, 4840, Kona, HI, 2002.

*Curriculum Vitae*
*Jose Sasian*

32. H. M. Martin, R. G. Allen, J. H. Burge, L. R. Dettmann, D. A. Ketelsen, S. M. Miller and J. M. Sasian, "Fabrication of mirrors for the Magellan Telescopes and the Large Binocular Telescope", *Large Ground-based Telescopes*, ed. J. M. Oschmann and L. M. Stepp, Proc. SPIE 4837, (2002).

33. Marushin, Patrick H., Sasian, J. M., Lin, Tony Y., Greivenkamp, John E., Lerner, Scott A., Robinson, Barry, Askinazi, Joel, 'Demonstration of a conformal window imaging system: design, fabrication, and testing,' Proc. SPIE Vol. 4375, 154-159, 2001.

34. R. M. Kremer, B. J. DeBoo, J. M. Sasian, 'Null corrector design for white light scatterplate interferometry on a large conic surface,' Proc. SPIE Vol. 4442, 26-33, 2001.

35. E. Sabatke and J. Sasian 'Phase theory for multiple aperture systems,' SPIE Annual Meeting, Proc. SPIE 4091 , 6-17, 2000.

36. S. Clarke, J. Greivenkamp, R. Richard, and J. Sasian, 'Optical reference profilometry,' OSA, Optical Conformal Windows,"*Proc. 8th DoD Electromagnetic Windows Symp.*, U.S. Air Force Academy, CO, April 2000.

37. Lerner, S.A. and J. M. Sasian, "Optical Design Using Novel Aspheric Surfaces", SPIE Annual Meeting, San Diego, Proc. SPIE 4092, 17-25, August 2000.

38. Lerner, S.A and J.M. Sasian, "Novel Surface Representation for Conformal Optics", Proceedings of the 8 th DoD Electromagnetic Windows Symposium, U.S. Air Force Academy, CO pp. 260-266, April 2000.

39. Lerner, S.A., A. Gupta, J.M. Sasian, and J.E. Greivenkamp, "The Use of Implicitly Defined Aspheric Null Correctors for the Testing of Conformal Optical Elements," in *Optical Fabrication and Testing*, OSA Technical Digest, 103-105 (OSA, Washington, D.C. 2000).

40. Smith, D.G., J.E. Greivenkamp, R. Gappinger, G. Williby, P. Marushin, A. Gupta, S.A. Lerner, S. Clark, J. Lee and J. Sasian, "Infrared Shack-Hartmann Wavefront Sensor for Conformal Dome Metrology," in *Optical Fabrication and Testing*, OSA Technical Digest, 109-111 (OSA, Washington, D.C. 2000).

41. Jose M. Sasian, Scott A. Lerner, James H. Burge, Hubert M. Martin, "Design, tolerancing, and certification of a null corrector to test 8.4-m mirrors," Proc. SPIE Vol. 3739, 444-448, 1999.

18

*Curriculum Vitae*
*Jose Sasian*

42. Jose M. Sasian, Scott A. Lerner, James H. Burge, "Certification of a null corrector via a diamond-turned asphere: design and implementation," Proc. SPIE Vol 3749, 284-285, 1999.

43. S. Lerner, J. Sasian, J. Greivenkamp, R. Gappinger, S. Clark, " Interferometric metrology of conformal domes," Proc. SPIE 3705 221-226, 1999.

44. M. Descour, M. Willer, D Clarke, J. Sasian, "EUVL projection-camera alignment methods," Proc. SPIE 3676, 663-668, 1999.

45. K. Bell, M. Powers, J. Sasian, "Novel Optical Systems and Large-Aperture Imaging," Proc. SPIE 3430, 1998.

46. Sasian, J. M., 'New developments in the design of ring-field projection cameras for EUV lithography: passive pupil correction,' Proc. SPIE Vol. 3482, p. 658-663, International Optical Design Conference 1998, Leo R. Gardner; Kevin P. Thompson; Eds., 1998.

47. Palusinski, Iowna A., Sasian, Jose M., Greivenkamp, John E., 'Lateral shift variable aberration generators,' Proc. SPIE Vol. 3482, p. 96-98, International Optical Design Conference 1998, Leo R. Gardner; Kevin P. Thompson; Eds. 1998.

48. T. Mitchell and J. Sasian, "Variable aberration correction using axially translating phase plates," Proc. SPIE Vol. 3705, 209-220, 1999.

49. M. Chang, and J. Sasian, "Variable Spherical Aberration Generators," SPIE Proceedings, Vol 3129, 1997.

50. D.J. Reiley, M.G. Beckman, and J. M. Sasian, 'Optomechanical design for free-space optical switching,' in Optoelectronic Packaging, M. R. Feldman and Y-C Lee. eds., Proc. SPIE Vol. 2691, 84-90, 1996.

51. A. L. Lentine, D.J. Reiley, R.A.Novotny,R.L.Morrison, J.M. Sasian, M.G. Beckman, D.B. Bucholz, S.J. Hinterlong, T.J. Cloonan, G.W. Richards, and F.B. McCormick, "Optoelectronic ATM Switch employing hybrid silicon CMOS/GaAs FET-SEED's," in Optical Interconnects in BroadbandSwitching Architectures, T.J. Cloonan, Editor, Proc. SPIE 2692, (1996).

52. D.J. Reiley, M.G. Beckman, and J. M. Sasian, "Optical Engineering of photonic switching systems," Proc. SPIE 2863, 379-385, Current Developments in Optical Design and Engineering VI, Robert E. Fischer; Warren J. Smith; Eds., 1996.

53. McCormick, F. B.,  F. A. P. Tooley, J. L. Brubaker, J. M. Sasian, T. J. Cloonan, A. L. Lentine, R. L. Morrison, R. J. Crisci, S. L. Walker, S. J. Hinterlong, and M. J. Herron,

"Optomechanics of a free-space photonic switching fabric: the system," SPIE 1533, Optomechanics and Dimensional Stability, 97-114 (1991).

54. Brubaker, John L., McCormick, Frederick B., Tooley, Frank A., Sasian, Jose M., Cloonan, Thomas J., Lentine, Anthony L., Hinterlong, Stephen J., Herron, Michael, J., 'Optomechanics of a free-space photonic switch: the components,' Proc. SPIE Vol. 1533, 88-96, 1991.

55. McCormick, F. B., F. A. P. Tooley, T. J. Cloonan, J. M. Sasian, and H. S. Hinton, "Microbeam optical interconnections using microlens arrays," OSA Proceedings on Photonic Switching 8, 90-96 (1991).

56. McCormick, J. M. Sasian, Crisci, Randall J., Morrison, Rick L., Tooley, Frank A., Kerbis, Esther, Walker, Sonya L., 'Fabrication and testing issues in free-space digital optical switching and computing (Invited Paper),' Proc. SPIE Vol. 1720, p. 553-572, Intl Symp on Optical Fabrication, Testing, and Surface Evaluation, Jumpei Tsujiuchi; Ed. 1994.

57. Sasian, J. M., 'Image plane tilt in optical systems,' Proc. SPIE. Vol. 1527, p. 85-95, Current Developments in Optical Design and Optical Engineering, R. E. Fischer, W. J. Smith, Eds., 1991.

58. McCormick, F. B., F. A. P. Tooley, T. J. Cloonan, J. L. Brubaker, A. L. Lentine, R. L. Morrison, S. J. Hinterlong, M. J. Herron, S. L. Walker, and J. M. Sasian, "S-seed based photonic switching network demonstration," OSA Proceedings on Photonic Switching 8, 48-55, (1991).

59. Sasian, J. M., "Optimum configuration of the Offner null corrector: Testing an F/1 paraboloid," Proceedings on Surface Characterization and Testing II, J.E. Greivenkamp editor, SPIE 1164, (1989).

60. Sasian, J. M. "Review of methods for the design of unsymmetrical optics," SPIE Proceedings on Optical Engineering Midwest'90 1396, 453-466 (1991).

61. Jacobs, S. F., Johnston, S. C., Sasian, J. M., Watson, M., Targove, J. D., 'Changes in surface figure due to thermal hysteresis,' Proc. SPIE 1246, 193-203, 1987.

## PATENTS

1. Optical System with Catadioptric Optical Subsystem, U.S. Patent 9,341,831, 2016.

2. Catadioptric optical system with total internal reflection for high numerical aperture imaging, U.S. Patent 8,947,775, 2015.

3. Systems and methods for the evaluation of scintillation in gemstones. US Patent 8,098,369, 2012.

4. Methods, apparatus, and systems for evaluating gemstones, USP 7,580,118, 2010.

5. Systems and methods for ray tracing Patent US 7,751,034, 2010.

6. Efficient EUV collector designs, USP 7,405,871, 2009.

7. Systems and methods for evaluating and displaying the dispersion of a diamond or other gemstone, USP 7,355,683, 2008.

8. Methods and apparatus, and system for evaluating gemstones, USP 7,382,445, 2008.

9. Methods and apparatus, and system for evaluating gemstones, USP 7,372,552, 2008.

10. Methods and apparatus, and system for evaluating gemstones, USP 7,336,347, 2008.

11. Shaped source of soft x-ray, extreme ultraviolet and ultraviolet radiation, USP 6,307,913, 2001.

12. Optical fiber bundle and method for manufacturing. USP 5,394,498, 1995.

13. Objective lens for a free-space photonic switching system. USP 5,353,164, 1994.

14. Powerless field corrective lens. USP 5,153,778, 1992.

## ARTICLES

1. D. Reshidko and J. Sasian, "Current trends in miniature camera lens technology," 19 February 2016, SPIE Newsroom. DOI: 10.1117/2.1201602.006327.

21

*Curriculum Vitae*
*Jose Sasian*

2.  J. Sasian, "Light Performance Evaluation of a Square Brilliant Cut," http://www.americangemsociety.org/light-performance-evaluation-of-a-square-brilliant-cut  2014.

3.  D. Cheng, Y. Wang, H. Hua, and J. Sasian, "Optical Design: Free-form optics enable lightweight head-mounted displays," Laser Focus World, April, 2012.

4.  Sasian, J. M., Peter Yanzer, Tom Tivol, "The optical design of Gemstones,' Optics and Photonics News, April 2003.

5.  Sasian, J. M. "Spherical and Cylindrical Lenses," Encyclopedia of Optical Engineering, Marcel Dekker, 2003.

6.  Sasian, J. M. "Optical Prism," *McGraw-Hill Encyclopedia of Science and Technology, 9th Edition.*

7.  Sasian, J. M. "Optimal polish for telescope mirrors," Sky & Telescope, May 2000.

8.  Sasian, J. M. "Non-rotationally symmetric optics proliferate," Laser Focus World, S5-10, July 1999.

9.  Sasian, J. M. "Compatibility marks software's success,' Photonics Spectra, January 1998.

10. Sasian, J. M., "A Breakthrough in the Design of Unobstructed Telescopes," Sky & Telescope, p. 114, November 1997.

11. Sasian, J. M., "The Telescope," Macmillan Encyclopedia of Physics, Vol. 4, 1572-1575, (1996).

12. Sasian, J. M., "The world of unobstructed reflecting telescopes," Journal of the Amateur Telescope Makers 1, Fall 1992.

13. Sasian, J. M., "An unobstructed Newtonian telescope," Sky & Telescope, March 1991.

14. Sasian, J. M., "Variations on the Schiefspiegler," Telescope Making 43, 1990.

15. Sasian, J. M., "How to make an unobstructed Yolo-Newtonian telescope," Telescope Making 38 1989.

16. Sasian, J. M., "How to design a Yolo telescope," Telescope Making 37 1989.

17. Sasian, J. M., "A practical Yolo telescope, Sky & Telescope, August 1988.

22

**Jose Sasian, Ph. D.**

**Cases in which I have testified 2004-to date.**

1.      I was retained as an expert by the firm Oliff & Berridge, PLC in 2004 in the following case: Nikon Corporation and Nikon Precision Inc., v. ASML Netherlands B.V. and ASM Lithography, Inc. Case No. C 02-5081 MHP in the United States District Court Northern District of California San Francisco Division. I testified by deposition in 2004.

2.      I was retained as an expert by the firm Fenwick & West in 2010-2011 in the following cases:

        a.   In the Matter of Certain Biometric Devices, Components Thereof, Associated Software, and Products Containing the Same, ITC Inv. No 337-TA-720.

        b.   Cross Match Technologies, Inc., v. Suprema, Inc. and Mentalix, Inc., Eastern District of Texas Case No. 6:10-cv-28.

I testified by deposition in 2010, and testified in a hearing in 2011, at the United States International Trade Commission.

3.      I was retained in 2011 as an expert by the firm Hutchinson, Black, & Cook in the case Research Electro-Optics, Inc. v. Precision Photonics Corp. et al., Boulder County District Court Case No. 2010cv1025. I testified in this case by deposition in 2011.

4.    I was retained in 2012 as an expert by Rosenthal Pauerstein Sandoloski Agather LLP, Inc. in the case G.E. Lighting Solutions LLC vs. AgiLight , Inc. Case No. 1:12-cv-00354-JG in the United States Court for the Northern District of Ohio Eastern Division, and testified in that case by deposition in 2013.

5.    I was retained in 2012 as an expert by White & Case LLP in the case Sterling Jewelers Inc., v. Zale Corporation, Case N0.: 5:12 CV 02823 in the United Sates Court Northern District of Ohio and testified by deposition and  in Court in 2013.

6.    I was retained in 2014 as an expert by Oblon McClelland Maier and Neustadt, L.L.P.  in the case Carl Zeiss SMT GMBH v. Nikon Corporation in the United States Patent and Trademark Office for the Inter Partes Reviews Case IPR2013-00362 and Case IPR2013-00363. I testified by deposition for each of these cases in 2014.

7.    I was retained in 2014 as an expert by Latham & Watkins LLP., in the case Seoul Semiconductor Co., Ltd. And North America Seoul Semiconductor Inc., v. Sharp Kabushiki Kaisha and Enplas Corporation in the United States Patent and Trademark Office for Inter Partes Reviews  Case IPR2014-00879, Case IPR2014-00878, and Case IPR2014-00605 and testified by deposition in 2014 and 2015 for each of these cases.

8.    I was retained in 2013 as an expert by Peterson, Johnson & Murray, S.C. in the case  Gemex Systems, Inc. and UGTS. Inc. v. Andrus, Sceales, Starke & Sawall,

LLP, Cook & Franke, S.C., Jeffrey S. Sokol, Westchester Fire Insurance Company, and St. Paul Fire & Marine Insurance Company, in the State of Wisconsin, Circuit Court, Milwaukke County, Case No. CV 0414. I testified by deposition in this case in 2015.

9.    I was retained in 2014 as an expert by Kirkland & Ellis LLP in the case Largan Precision Co, vs. Samsung Electronics Co, Ltd. et. al., case No. 3:13-cv-02740-DMS-NLS-(S.D. Cal.), and testified by deposition in this case in 2015.

# EXHIBIT 2

**DOCUMENTS REVIEWED BY DR. JOSE SASIAN, PH.D.**

| |
|---|
| First Amended Complaint |
| OTB00000007 |
| Orion StarBlast 4.5 Equatorial Reflector Telescope, *available* at https://www.telescope.com/Telescopes/Reflector-Telescopes/Orion-StarBlast-45-Equatorial-Reflector-Telescope/pc/-1/c/1/sc/11/p/9798.uts (last accessed on January 3, 2019). |
| Orion SkyQuest XT4.5 Classic Dobsonian Telescope, available at https://www.telescope.com/Orion-SkyQuest-XT45-Classic-Dobsonian-Telescope/p/102009.uts (last accessed on January 3, 2019) |
| Orion SkyQuest XT6 Classic Dobsonian Telescope, *available* at https://www.telescope.com/Orion-SkyQuest-XT6-Classic-Dobsonian-Telescope/p/102004.uts (last accessed on January 3, 2019) |
| Orion SkyQuest XT8 Classic Dobsonian Telescope, *available at* https://www.telescope.com/Orion-SkyQuest-XT8-Classic-Dobsonian-Telescope/p/102005.uts (last accessed on January 3, 2019) |
| Orion AstroView 6 Equatorial Reflector Telescope, *available at* https://www.telescope.com/Orion-AstroView-6-Equatorial-Reflector-Telescope/p/9827.uts |
| Orion SkyView Pro 8" Equatorial Reflector Telescope, *available at* https://www.telescope.com/Orion/Orion-SkyView-Pro-8-Equatorial-Reflector-Telescope/rc/2160/p/9738.uts |
| Orion AstroView 90mm Equatorial Refractor Telescope, *available at* https://www.telescope.com/Orion-AstroView-90mm-Equatorial-Refractor-Telescope/p/9024.uts (last accessed on January 3, 2019) |
| Orion AstroView 120ST Equatorial Refractor Telescope, *available at* https://www.telescope.com/Orion/Telescopes/Intermediate-Telescopes/Orion-AstroView-120ST-Equatorial-Refractor-Telescope/rc/2160/pc/-1/c/1/sc/22/p/9005.uts (last accessed on January 3, 2019) |
| Meade 10-Q for Q2 2013, *available at* https://www.sec.gov/Archives/edgar/data/1032067/000119312513291852/d555243d10q.htm (last accessed on January 3, 2019) |
| Meade LX800 Series, *available at* https://web.archive.org/web/20121014004108/http://www.meade.com/lx800 (last accessed on January 3, 2019) |
| Meade Instruments LX850 Series, *available at* https://meade.factoryoutletstore.com/cat/79024/Meade-Instruments-LX850-Series.html (last accessed on January 3, 2019) |

1

| |
|---|
| Orion StarSeeker IV 102mm GoTo Mak-Cass Telescope, *available at* https://www.telescope.com/Orion-StarSeeker-IV-102mm-GoTo-Mak-Cass-Telescope/p/114815.uts (last accessed January 3, 2019) |
| Orion StarSeeker IV 150mm GoTo Mak-Cass Telescope, *available at* https://www.telescope.com/Orion-StarSeeker-IV-150mm-GoTo-Mak-Cass-Telescope/p/115126.uts (last accessed January 3, 2019) |
| Orion StarSeeker IV 127mm GoTo Mak-Cass Telescope, *available at* https://www.telescope.com/Orion-StarSeeker-IV-127mm-GoTo-Mak-Cass-Telescope/p/113918.uts (last accessed January 3, 2019) |
| Orion Apex 90mm Maksutov-Cassegrain Telescope, *available at* https://www.telescope.com/Orion/I-want-to-look-at-the-Moon-and-planets/Telescopes-that-are-easy-to-move-carry/Orion-Apex-90mm-Maksutov-Cassegrain-Telescope/rc/2160/pc/-1/c/399/sc/401/p/9820.uts (last accessed January 3, 2019) |
| Orion Apex 102mm Maksutov-Cassegrain Telescope, *available at* https://www.telescope.com/Orion-Apex-102mm-Maksutov-Cassegrain-Telescope/p/9823.uts (last accessed January 3, 2019) |
| Transcript of June 12, 2018 Deposition of David Anderson & Deposition Exhibits 150 – 169 |
| Transcript of November 28, 2018 Deposition of David Anderson & Deposition Exhibits 330 – 345 |
| Transcript of September 13 & 14, 2018 Depositions of James Chiu & Deposition Exhibits 177 – 200 |
| Transcript of June 1, 2018 Deposition of Jason Espinosa & Deposition Exhibits 51 – 72 |
| Transcript of September 28, 2018 Deposition of Jim Caccavo (Steelpoint) & Deposition Exhibits 300 – 313 |
| Transcript of June 5, 2018 Deposition of Joseph Lupica & Deposition Exhibits 73 – 96 |
| Transcript of November 15, 2018 Deposition of Joseph Lupica & Deposition Exhibits 204, 300 – 318 |
| Transcript of May 24, 2018 Deposition of Ken Ta & Deposition Exhibits 1 – 26 |
| Transcript of September 12 & 13, 2018 Depositions of Ningbo Sunny 30(b)(6) Designee & Deposition Exhibits 170 – 176 |
| Transcript of November 27, 2018 Deposition of Ningbo Sunny 30(b)(6) Designee |
| Transcript of September 27, 2018 Deposition of Peter Moreo & Deposition Exhibits 230 – 278 |
| Transcript of September 18 & 19, 2018 Depositions of Peter Ni & Deposition Exhibits 201 – 216 |
| Transcript of June 6, 2018 Deposition of Steve Peters & Deposition Exhibits 97 – 111 |
| Transcript of May 30, 2018 Deposition of Victor Aniceto & Deposition Exhibits 27 – 52 |
| Transcript of November 26, 2018 Deposition of Victor Aniceto & Deposition Exhibits 303, 319– 326 |

2

| |
|---|
| Defendant Meade Instruments Corp.'s Response to Plaintiff Optronic Technologies, Inc.'s Requests for Production of Documents, Set One |
| Defendant Meade Instruments, Corp.'s Response to Plaintiff Optronic Technologies, Inc.'s Special Interrogatories, Set One |
| Defendant Meade Instruments, Corp.'s Supplemental Response to Plaintiff Optronic Technologies, Inc.'s Special Interrogatories, Set One |
| Defendant Meade Instruments, Corp.'s Response to Plaintiff Optronic Technologies, Inc.'s Requests for Admission, Set One |
| Defendant Ningbo Sunny Electronic Co., Ltd.'s Supplemental Response to Plaintiff Optronic Technologies, Inc.'s Special Interrogatories, Set One |
| Defendant Ningbo Sunny Electronic Co., Ltd. and Sunny Optics, Inc.'s Response to Plaintiff Optronic Technologies, Inc.'s Request for Production, Set One |
| Defendant Ningbo Sunny Electronic Co., Ltd.'s Response to Plaintiff Optronic Technologies, Inc.'s Requests for Admission, Set One |
| Defendant Ningbo Sunny Electronic Co., Ltd.'s Response to Plaintiff Optronic Technologies, Inc.'s Special Interrogatories, Set One |
| Defendant Sunny Optics, Inc.'s Response to Plaintiff Optronic Technologies, Inc.'s Requests for Admission, Set One |
| Defendant Ningbo Sunny Electronic Co., Ltd.'s Response to Plaintiff Optronic Technologies, Inc.'s Special Interrogatories, Set Two |
| Defendant Ningbo Sunny Electronic Co., Ltd.'s Response to Plaintiff Optronic Technologies, Inc.'s Third Set of Special Interrogatories |
| Defendant Meade Instruments, Corp.'s Amended Response to Plaintiff Optronic Technologies, Inc.'s Requests for Admission Numbers 10 and 11 |
| Defendant Meade Instruments, Corp.'s Supplemental Response to Plaintiff Optronic Technologies, Inc.'s Special Interrogatory No. 17 |
| Defendant Ningbo Sunny Electronic Co., Ltd.'s Amended Response to Plaintiff Optronic Technologies, Inc.'s Requests for Admission Numbers 5, 13, and 14 |

# EXHIBIT 3



SINCE 43rd year 1975
ORION
AN EMPLOYEE-OWNED COMPANY

Sign In    Order Status    Chat    Help    800-447-1001    McAfee SECURE

Enter keyword or product number

**Telescopes** | **Mounts & Tripods** | **Accessories** | **Astrophotography** | **Binoculars** | **Sale** | **Gift Center** | **Shop by Brand**

**Free Shipping on Orders Over $75 & Installment Billing on Orders over $350** (Exclusions Apply)

Home ▸ Telescopes ▸ Reflector Telescopes ▸ Orion StarBlast 4.5 Equatorial Reflector Telescope





### Orion StarBlast 4.5 Equatorial Reflector Telescope

USER LEVEL Beginner

★★★★½ 🔍  Read all 14 reviews  |  Write a review

VISA AMEX DISCOVER PayPal

Not Available

More Shipping Information ▸

This product is no longer available for purchase.

- The whole family will enjoy the StarBlast 4.5 EQ thanks to its great optics, convenient portability, and easy-to-use operation
- Views of everything from the Moon to distant objects like star clusters and galaxies appear bright and clear through this petite telescope
- A fantastic wide-field astronomy telescope with reflecting optics large enough to keep you and your family busy viewing for years to come
- The included EQ-1 mount makes it easy to keep moving objects centered in the eyepiece with its handy slow-motion controls
- Included 15mm and 6mm Expanse eyepieces provide 30-power and 75-power views right out of the box! Also includes an EZ Finder II sight, adjustable-height tripod, Starry Night software, and more

Learn more ▸

Item #  09798

🌐 **1-800-447-1001**
💬 **Live Chat ▸**
✉️ **Email Us ▸**

👍 Like   Share   G+
🐦 Tweet   📌 Save

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support
**More Information ▸**

Product Manuals & Video | Free Starry Night Software | Free Lifetime Tech Support

| More Info | Specs | In The Box | Shipping Info | FAQ | Reviews | Image Gallery | Video Gallery | Articles |

| | |
|---|---|
| Best for viewing | Brighter deep sky |
| Best for imaging | Lunar & planetary |
| User level | Beginner |
| Optical design | Reflector |
| Optical diameter | 114mm |
| Focal length | 450mm |
| Focal ratio | f/4.0 |
| Optics type | Parabolic |
| Glass material | Soda-lime plate |
| Eyepieces | Expanse 15.0mm,6.0mm (1.25") |
| Magnification with included eyepieces | 30x, 75x |
| Resolving power | 1.02arc*sec |
| Lowest useful magnification | 16x |
| Highest useful magnification | 228x |
| Highest theoretical magnification | 228x |
| Limiting stellar magnitude | 12.9 |
| Optical quality | Diffraction limited |
| Finder scope | EZ Finder II |
| Focuser | 1.25" Rack-and-pinion |
| Secondary mirror obstruction | 34mm |
| Secondary mirror obstruction by diameter | 30% |
| Secondary mirror obstruction by area | 9% |
| Mirror coatings/over-coatings | Aluminum & Silicon Dioxide |
| Mount type | Equatorial |
| Astro-imaging capability | Lunar & planetary |
| Dovetail bar system | No |
| Motor drive compatibility | Clock drive sold separately |
| Computerized compatibility | Not compatible |

| | |
|---|---|
| Bearing material | Bronze bearings |
| Latitude range | 14-70 |
| Setting circles | Yes |
| Polar-axis scope | Not available |
| Counterweights | One 4.8 lb. |
| Tube material | Steel |
| Tripod material | Aluminum |
| Counterweight bar length | 8 in. |
| Diameter of counterweight shaft | 12mm |
| Height range of mount | 32.50 in. - 54.75 in. |
| Length of optical tube | 18.0 in. |
| Weight, optical tube | 4.0 lbs. |
| Weight, mount/tripod | 11.9 lbs. |
| Weight, fully assembled | 20.7 lbs. |
| Additional included accessories | Collimation cap |
| Warranty | One year |








**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

More Information ›

**Shop Our Catalogs**
Online or in your mailbox. Check out our colorful catalog, filled with hundreds of quality products.

See our eCatalogs ›

**Email Sign Up**
Please send me email about sales, new products, and astronomy.

Enter your email address

Sign Up ›




## How Can We Help?

**Live Chat** ›

**Quick Help**
Instruction Manuals
How to Contact Us
Customer Service
Shipping & Delivery
Easy Returns
Satisfaction Guaranteed
Gift Certificates
E-Certificates

**Buying From Us**
Why Buy From Orion
Catalog Quick Order
Store Information
Dealer Locator
Ordering & Payment
Layaway Program
Installment Billing
Current Offers

**Community**
Featured Events
Customer Profiles
Monthly Star Chart
Today's StarDate
In The Sky This Month
Phases of the Moon
Astronomy Glossary

Orion Protecting U.S. Consumers
(Updated June 18, 2018)

**Looking For**
Solar Eclipse 2019
New Products
Buying Guides
StarSeek Astronomy App
Jobs
Affiliate Program
Wholesale Sales
Telescopes for Libraries



800-447-1001 • Telescope.com • © 2002-2019 Orion Telescopes & Binoculars All rights reserved • DMCA/Copyright • Terms and Conditions • Privacy & Security



AN EMPLOYEE-OWNED COMPANY

### About Orion Telescopes & Binoculars

Since 1975 Orion Telescopes & Binoculars has been offering telescopes for sale direct to customers. Now an employee-owned company, we pride ourselves on an unswerving commitment to best quality products, value and unmatched customer care. Our 100% satisfaction guarantee says it all.

Orion offers telescopes for every level: Beginner, Intermediate, Advanced, and Expert. From our entry level beginner telescopes for amateur astronomers to our Dobsonian telescopes to our most advanced Cassegrain telescopes and accessories, you can find the best telescope for you. Because we sell direct, we can offer you tremendous value at a great price. Not sure how to choose a telescope? Orion's Telescope Buyer's Guide is a great place to start.

Orion binoculars are known for quality optics at a great price. We offer binoculars for every viewing interest, including astronomical binoculars, compact binoculars, waterproof binoculars, birding binoculars, and sport and hunting binoculars.

Orion's telescope and astrophotography accessories will enhance your telescope enjoyment without breaking the bank. Expand your viewing experience with accessories ranging from moon filters to power-boosting Barlow lenses to advanced computerized telescope mounts. Capture breathtaking photos with our affordable astrophotography cameras. And when you're stargazing, Orion's telescope cases and covers, observing gear, red LED flashlights, astronomy books and star charts will make your observing sessions more convenient, comfortable and meaningful.

At Orion, we are committed to sharing our knowledge and passion for astronomy and astrophotography with the amateur astronomy community. Visit the Orion Community Center for in-depth information on telescopes, binoculars, and astrophotography. You can find astrophotography "how to" tips and share your best astronomy pictures here. Submit astronomy articles, events, & reviews, and even become a featured Orion customer!

# EXHIBIT 4



240 of 426

Home > I want to see galaxies, nebulas & star clusters > Telescopes that are easy to carry & move around > Orion SkyQuest XT4.5 Classic Dobsonian Telesc

## Orion SkyQuest XT4.5 Classic Dobsonian Telescope

**USER LEVEL** Beginner

★★★★★ 🔍  Read all 43 reviews | Write a review

**Free Standard Shipping**

Quantity: 1

| | |
|---|---|
| Was | $259.99 |
| **Now** | **$249.99** |
| You Save | $10.00 |

**Add to Cart ▶**

MasterCard VISA AMEX Discover PayPal

More Shipping Information ▶

✔ In Stock

- Compact and lightweight - a perfect Dobsonian reflector telescope for traveling or easy trips to the backyard at home
- 4.5" aperture and 900mm focal length provide clear views of lunar craters and plains on the Moon, planets, bright nebulas and galaxies
- Sturdy and portable Dobsonian base and handy navigation knob allow for effortless maneuvering of the reflector optical tube
- Collects a whopping 260% more light than a typical 60mm-aperture beginner telescope - which means hundreds more objects will be visible through the Orion SkyQuest XT4.5 Classic Dobsonian reflector
- Includes two eyepieces (25mm and 10mm focal length Sirius Plossl), 6x26 correct-image finder scope, 1.25" rack and pinion focuser, collimation cap, eyepiece rack, Starry Night astronomy software, and more!

Learn more ▶

Item # 10014

Print | Add to Wish List | Email Friend | SHARE

### Product Manuals & Video
### Free Starry Night Software
### Free Lifetime Tech Support

1-800-447-1001
Live Chat ▶
Email Us ▶

👍 Like  Share  G+
Tweet  Save

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

More Information ▶

**We Also Suggest**

Step up to

Orion SkyQuest XT4.5 Classic Dobsonian Telescope Kit
$299.99

Orion Magnetic 1-Pound Dobsonian Counterweight
Was $24.99
Now $21.24
You Save $3.75

1.25" Orion 13% Transmission Moon Filter
Was $19.99
Now $16.99
You Save $3.00

Orion Shorty 1.25" 2x Barlow Lens
Was $39.99
Now $33.99
You Save $6.00

Orion MoonMap 260
Was $12.99
Now $10.39
You Save $2.60

| More Info | Specs | In The Box | Shipping Info | Reviews | Image Gallery | Video Gallery | Articles |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Best for viewing | Brighter deep sky |
| Best for imaging | Lunar & planetary |
| User level | Beginner |
| Optical design | Reflector |
| Optical diameter | 114mm |
| Focal length | 900mm |
| Focal ratio | f/7.9 |
| Optics type | Spherical |
| Glass material | Low thermal expansion borosilicate glass |
| Eyepieces | Sirius Plossl 25.0mm,10.0mm (1.25") |
| Magnification with included eyepieces | 36x, 91x |
| Resolving power | 1.02arc*sec |
| Lowest useful magnification | 17x |
| Highest useful magnification | 228x |
| Highest theoretical magnification | 228x |
| Limiting stellar magnitude | 12.9 |
| Optical quality | Diffraction limited |
| Finder scope | 6x26 Correct-image |
| Focuser | 1.25" Rack-and-pinion |
| Secondary mirror obstruction | 28mm |
| Secondary mirror obstruction by diameter | 24% |
| Secondary mirror obstruction by area | 6% |
| Mirror coatings/over-coatings | Aluminum & Silicon Dioxide |
| Mount type | Dobsonian |
| Astro-imaging capability | Simple moon shots |
| Computerized compatibility | Not compatible |

| | |
|---|---|
| Bearing material | PTFE and UHMW bearings |
| Tube material | Steel |
| Tripod material | Wood |
| Length of optical tube | 35.0 in. |
| Weight, fully assembled | 17.6 lbs. |
| Additional included accessories | Collimation cap, Eyepiece rack |
| Other features | CorrecTension system, Navigation knob, Integral carry handle |
| Warranty | One year |





**Buy now. Pay over time.***

*US customers only.
Subject to credit approval.
See terms

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

More Information ▸



**Shop Our Catalogs**
Online or in your mailbox.
Check out our colorful
catalog, filled with hundreds
of quality products.

See our eCatalogs ▸

**Email Sign Up**
Please send me email about sales, new
products, and astronomy.

Enter your email address

Sign Up ▸





## How Can We Help?

**Live Chat** ▸

**Quick Help**
Instruction Manuals
How to Contact Us
Customer Service
Shipping & Delivery
Easy Returns
Satisfaction Guaranteed
Gift Certificates
E-Certificates

**Buying From Us**
Why Buy From Orion
Catalog Quick Order
Store Information
Dealer Locator
Ordering & Payment
Layaway Program
Installment Billing
Current Offers

**Community**
Featured Events
Customer Profiles
Monthly Star Chart
Today's StarDate
In The Sky This Month
Phases of the Moon
Astronomy Glossary

Orion Protecting U.S. Consumers
(Updated June 18, 2018)

**Looking For**
Solar Eclipse 2019
New Products
Buying Guides
StarSeek Astronomy App
Jobs
Affiliate Program
Wholesale Sales
Telescopes for Libraries



800-447-1001 • Telescope.com • © 2002-2019 Orion Telescopes & Binoculars All rights reserved • DMCA/Copyright • Terms and Conditions • Privacy & Security







**About Orion Telescopes & Binoculars**

Since 1975 Orion Telescopes & Binoculars has been offering telescopes for sale direct to customers. Now an employee-owned company, we pride ourselves on an unswerving commitment to best quality products, value and unmatched customer care. Our 100% satisfaction guarantee says it all.

Orion offers telescopes for every level: Beginner, Intermediate, Advanced, and Expert. From our entry level beginner telescopes for amateur astronomers to our Dobsonian telescopes to our most advanced Cassegrain telescopes and accessories, you can find the best telescope for you. Because we sell direct, we can offer you tremendous value at a great price. Not sure how to choose a telescope? Orion's Telescope Buyer's Guide is a great place to start.

Orion binoculars are known for quality optics at a great price. We offer binoculars for every viewing interest, including astronomical binoculars, compact binoculars, waterproof binoculars, birding binoculars, and sport and hunting binoculars.

Orion's telescope and astrophotography accessories will enhance your telescope enjoyment without breaking the bank. Expand your viewing experience with accessories ranging from moon filters to power-boosting Barlow lenses to advanced computerized telescope mounts. Capture breathtaking photos with our affordable astrophotography cameras. And when you're stargazing, Orion's telescope cases and covers, observing gear, red LED flashlights, astronomy books and star charts will make your observing sessions more convenient, comfortable and meaningful.

At Orion, we are committed to sharing our knowledge and passion for astronomy and astrophotography with the amateur astronomy community. Visit the Orion Community Center for in-depth information on telescopes, binoculars, and astrophotography. You can find astrophotography "how to" tips and share your best astronomy pictures here. Submit astronomy articles, events, & reviews, and even become a featured Orion customer!

# EXHIBIT 5



Free Shipping on Orders Over $75 & Installment Billing on Orders over $350 (Exclusions Apply)

Home › I want to look at the Moon and planets › Telescopes the whole family can enjoy together › Orion SkyQuest XT6 Classic Dobsonian Telescope

◄ 238 of 426 ►

## Orion SkyQuest XT6 Classic Dobsonian Telescope

USER LEVEL
Beginner

★★★★★  Read all 66 reviews  |  Write a review

**Free Standard Shipping**

Quantity: 1

Was .................... $299.99
**Now** .................... **$269.99**
You Save .................... $30.00

**Add to Cart ►**

More Shipping Information ►

✓ In Stock

- Perhaps the best beginner Dobsonian reflector telescope you can buy - big 6" aperture at an amazing price
- A beginner may use a 60mm telescope for a few months or years before deciding they need to upgrade to a better telescope - a 6" Dobsonian will give you a lifetime of wonderful views
- Simple navigation and no need to polar align makes this Dobsonian reflector telescope extremely ease to use for the whole family
- The 6" diameter f/8 parabolic mirror is fantastic for Moon and planetary views, and also has enough light grasp for deep-sky viewing of nebulas, galaxies, and star clusters
- The stable Dobsonian base provides a vibration free image even when viewing at a high powers, and features smooth enough motions to make tracking of celestial objects a breeze

Learn more ►

Item # 08944

Print | Add to Wish List | Email Friend | SHARE

### Product Manuals & Video

### Free Starry Night Software

### Free Lifetime Tech Support

📞 1-800-447-1001
💬 Live Chat ►
✉ Email Us ►

👍 Like  Share  G+
Tweet  📌 Save

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

More Information ►

**We Also Suggest**

Step up to

**Orion SkyQuest XT6 Classic Dobsonian Telescope Kit**
Was  $329.99
Now  $309.99
You Save  $20.00

**Orion Magnetic 1-Pound Dobsonian Counterweight**
Was  $24.99
Now  $21.24
You Save  $3.75

**10mm Orion Sirius Plossl Telescope Eyepiece**
Was  $39.99
Now  $33.99
You Save  $6.00

**Orion MoonMap 260**
Was  $12.99
Now  $10.39
You Save  $2.60

**Orion Deluxe 6-Piece Optics Cleaning Kit**
Was  $24.99
Now  $21.24
You Save  $3.75

| More Info | **Specs** | In The Box | Shipping Info | Reviews | Image Gallery | Video Gallery | Articles |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Best for viewing | Brighter deep sky |
| Best for imaging | Lunar & planetary |
| User level | Beginner |
| Optical design | Reflector |
| Optical diameter | 150mm |
| Focal length | 1200mm |
| Focal ratio | f/8.0 |
| Optics type | Parabolic |
| Glass material | Low thermal expansion borosilicate glass |
| Eyepieces | Sirius Plossl 25.0mm (1.25") |
| Magnification with included eyepieces | 48x |
| Resolving power | 0.77arc*sec |
| Lowest useful magnification | 21x |
| Highest useful magnification | 300x |
| Highest theoretical magnification | 300x |
| Limiting stellar magnitude | 13.5 |
| Optical quality | Diffraction limited |
| Finder scope | EZ Finder II |
| Focuser | 1.25" Rack-and-pinion |
| Secondary mirror obstruction | 34mm |
| Secondary mirror obstruction by 23% diameter | |
| Secondary mirror obstruction by 5% area | |
| Mirror coatings/over-coatings | Aluminum & Silicon Dioxide |
| Mount type | Dobsonian |
| Astro-imaging capability | Simple moon shots |
| Computerized compatibility | Not compatible |



| | |
|---|---|
| Bearing material | PTFE and UHMW bearings |
| Tube material | Steel |
| Tripod material | Wood |
| Length of optical tube | 45.5 in. |
| Weight, optical tube | 13.5 lbs. |
| Weight, mount/tripod | 20.9 lbs. |
| Weight, fully assembled | 34.4 lbs. |
| Other features | CorrecTension system |
| Warranty | One year |





**Buy now. Pay over time.***

*US customers only. Subject to credit approval.
See terms

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

More Information ▸



**Shop Our Catalogs**
Online or in your mailbox. Check out our colorful catalog, filled with hundreds of quality products.

See our eCatalogs ▸

**Email Sign Up**
Please send me email about sales, new products, and astronomy.

Enter your email address

Sign Up ▸




## How Can We Help?

 **Live Chat** ▸

**Quick Help**
Instruction Manuals
How to Contact Us
Customer Service
Shipping & Delivery
Easy Returns
Satisfaction Guaranteed
Gift Certificates
E-Certificates

**Buying From Us**
Why Buy From Orion
Catalog Quick Order
Store Information
Dealer Locator
Ordering & Payment
Layaway Program
Installment Billing
Current Offers

**Community**
Featured Events
Customer Profiles
Monthly Star Chart
Today's StarDate
In The Sky This Month
Phases of the Moon
Astronomy Glossary

Orion Protecting U.S. Consumers
(Updated June 18, 2018)

**Looking For**
Solar Eclipse 2019
New Products
Buying Guides
StarSeek Astronomy App
Jobs
Affiliate Program
Wholesale Sales
Telescopes for Libraries






800-447-1001 • Telescope.com • © 2002-2019 Orion Telescopes & Binoculars All rights reserved • DMCA/Copyright • Terms and Conditions • Privacy & Security







**About Orion Telescopes & Binoculars**

Since 1975 Orion Telescopes & Binoculars has been offering telescopes for sale direct to customers. Now an employee-owned company, we pride ourselves on an unswerving commitment to best quality products, value and unmatched customer care. Our 100% satisfaction guarantee says it all.

Orion offers telescopes for every level: Beginner, Intermediate, Advanced, and Expert. From our entry level beginner telescopes for amateur astronomers to our Dobsonian telescopes to our most advanced Cassegrain telescopes and accessories, you can find the best telescope for you. Because we sell direct, we can offer you tremendous value at a great price. Not sure how to choose a telescope? Orion's Telescope Buyer's Guide is a great place to start.

Orion binoculars are known for quality optics at a great price. We offer binoculars for every viewing interest, including astronomical binoculars, compact binoculars, waterproof binoculars, birding binoculars, and sport and hunting binoculars.

Orion's telescope and astrophotography accessories will enhance your telescope enjoyment without breaking the bank. Expand your viewing experience with accessories ranging from moon filters to power-boosting Barlow lenses to advanced computerized telescope mounts. Capture breathtaking photos with our affordable astrophotography cameras. And when you're stargazing, Orion's telescope cases and covers, observing gear, red LED flashlights, astronomy books and star charts will make your observing sessions more convenient, comfortable and meaningful.

At Orion, we are committed to sharing our knowledge and passion for astronomy and astrophotography with the amateur astronomy community. Visit the Orion Community Center for in-depth information on telescopes, binoculars, and astrophotography. You can find astrophotography "how to" tips and share your best astronomy pictures here. Submit astronomy articles, events, & reviews, and even become a featured Orion customer!

# EXHIBIT 6



Free Shipping on Orders Over $75 & Installment Billing on Orders over $350 (Exclusions Apply)

Home › I want to see galaxies, nebulas & star clusters › Telescopes your whole family can use together › Orion SkyQuest XT8 Classic Dobsonian Telescope

‹ 239 of 426 ›



   

   

Product Manuals & Video

Free Starry Night Software

Free Lifetime Tech Support

## Orion SkyQuest XT8 Classic Dobsonian Telescope

USER LEVEL Beginner

★★★★★ 🔍  Read all 226 reviews   |   Write a review

**Free Standard Shipping**

| | |
|---|---|
| Was | $399.99 |
| **Now** | **$379.99** |
| You Save | $20.00 |

3 easy payments of $126.66 With payment plan

Quantity: 1

**Add to Cart ▶**

VISA AMEX DISCOVER PayPal

More Shipping Information ▶

✔ In Stock

- A large aperture Classic Dobsonian reflector telescope at a very affordable price!
- 8" diameter reflector optics lets you view the Moon and planets in close up detail, and has enough light grasp to pull in pleasing views of faint nebulas, galaxies and star clusters
- A perfect Dobsonian telescope that can last a lifetime for the beginning astronomy enthusiast or whole family
- The ultra-stable Dobsonian base keeps the reflector optical tube perfectly balanced for point-and-view ease of use
- Includes a 2" Crayford focuser that accepts 1.25" and 2" telescope eyepieces, a 25mm Sirius Plossl eyepiece, an EZ Finder II reflex sight, collimation cap, Starry Night software download, and more!

Learn more ▶

Item # 08945

🖶 Print | ⊞ Add to Wish List | ✉ Email Friend | SHARE

🌐 1-800-447-1001
💬 Live Chat ▶
✉ Email Us ▶

👍 Like  Share  G+
Tweet  Save

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

More Information ▶

We Also Suggest

Step up to



Orion SkyQuest XT8 Classic Dobsonian Telescope Kit
$429.99



Orion Magnetic 1-Pound Dobsonian Counterweight
Was  $24.99
Now  $21.24
You Save  $3.75



9.45" ID Orion Full Aperture Solar Filter
Was  $169.99
Now  $152.99
You Save  $17.00



Orion Shorty 1.25" 2x Barlow Lens
Was  $39.99
Now  $33.99
You Save  $6.00



47"x13.5"x18.5" Orion Padded Telescope Case
Was  $99.99
Now  $89.99
You Save  $10.00





| More Info | Specs | In The Box | Shipping Info | Reviews | Image Gallery | Video Gallery | Articles |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Best for viewing | Brighter deep sky |
| Best for imaging | Lunar & planetary |
| User level | Beginner |
| Optical design | Reflector |
| Optical diameter | 203mm |
| Focal length | 1200mm |
| Focal ratio | f/5.9 |
| Optics type | Parabolic |
| Glass material | Low thermal expansion borosilicate glass |
| Eyepieces | Sirius Plossl 25.0mm (1.25") |
| Magnification with included eyepieces | 48x |
| Resolving power | 0.57arc*sec |
| Lowest useful magnification | 29x |
| Highest useful magnification | 300x |
| Highest theoretical magnification | 406x |
| Limiting stellar magnitude | 14.2 |
| Optical quality | Diffraction limited |
| Finder scope | EZ Finder II |
| Focuser | 2" Crayford |
| Secondary mirror obstruction | 47mm |
| Secondary mirror obstruction by diameter | 23% |
| Secondary mirror obstruction by area | 5% |
| Mirror coatings/over-coatings | Aluminum & Silicon Dioxide |
| Mount type | Dobsonian |
| Astro-imaging capability | Lunar & planetary |
| Computerized compatibility | Not compatible |
| Bearing material | PTFE and UHMW bearings |

| | |
|---|---|
| Tripod material | Wood |
| Length of optical tube | 46.5 in. |
| Weight, optical tube | 20.3 lbs. |
| Weight, mount/tripod | 20.7 lbs. |
| Weight, fully assembled | 41.0 lbs. |
| Other features | CorrecTension system, 2" Focuser, 1.25" eyepiece adapter |
| Warranty | One year |





**Buy now. Pay over time.***

*US customers only.
Subject to credit approval.
See terms

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

**More Information ▸**



**Shop Our Catalogs**
Online or in your mailbox. Check out our colorful catalog, filled with hundreds of quality products.

**See our eCatalogs ▸**

**Email Sign Up**
Please send me email about sales, new products, and astronomy.

Enter your email address

**Sign Up ▸**

 

## How Can We Help?

 **Live Chat ▸**

**Quick Help**
Instruction Manuals
How to Contact Us
Customer Service
Shipping & Delivery
Easy Returns
Satisfaction Guaranteed
Gift Certificates
E-Certificates

**Buying From Us**
Why Buy From Orion
Catalog Quick Order
Store Information
Dealer Locator
Ordering & Payment
Layaway Program
Installment Billing
Current Offers

**Community**
Featured Events
Customer Profiles
Monthly Star Chart
Today's StarDate
In The Sky This Month
Phases of the Moon
Astronomy Glossary

Orion Protecting U.S. Consumers
(Updated June 18, 2018)

**Looking For**
Solar Eclipse 2019
New Products
Buying Guides
StarSeek Astronomy App
Jobs
Affiliate Program
Wholesale Sales
Telescopes for Libraries

   

800-447-1001 • Telescope.com • © 2002-2019 Orion Telescopes & Binoculars All rights reserved • DMCA/Copyright • Terms and Conditions • Privacy & Security

    

**About Orion Telescopes & Binoculars**

Since 1975 Orion Telescopes & Binoculars has been offering telescopes for sale direct to customers. Now an employee-owned company, we pride ourselves on an unswerving commitment to best quality products, value and unmatched customer care. Our 100% satisfaction guarantee says it all.

Orion offers telescopes for every level: Beginner, Intermediate, Advanced, and Expert. From our entry level beginner telescopes for amateur astronomers to our Dobsonian telescopes to our most advanced Cassegrain telescopes and accessories, you can find the best telescope for you. Because we sell direct, we can offer you tremendous value at a great price. Not sure how to choose a telescope? Orion's Telescope Buyer's Guide is a great place to start.

Orion binoculars are known for quality optics at a great price. We offer binoculars for every viewing interest, including astronomical binoculars, compact binoculars, waterproof binoculars, birding binoculars, and sport and hunting binoculars.

Orion's telescope and astrophotography accessories will enhance your telescope enjoyment without breaking the bank. Expand your viewing experience with accessories ranging from moon filters to power-boosting Barlow lenses to advanced computerized telescope mounts. Capture breathtaking photos with our affordable astrophotography cameras. And when you're stargazing, Orion's telescope cases and covers, observing gear, red LED flashlights, astronomy books and star charts will make your observing sessions more convenient, comfortable and meaningful.

At Orion, we are committed to sharing our knowledge and passion for astronomy and astrophotography with the amateur astronomy community. Visit the Orion Community Center for in-depth information on telescopes, binoculars, and astrophotography. You can find astrophotography "how to" tips and share your best astronomy pictures here. Submit astronomy articles, events, & reviews, and even become a featured Orion customer!

# EXHIBIT 7



Free Shipping on Orders Over $75 & Installment Billing on Orders over $350 (Exclusions Apply)

Home › I want to see galaxies, nebulas & star clusters › Telescopes your whole family can use together › Orion SpaceProbe 130 EQ Reflector Telescope   ‹ 120 of 150 ›



   



  

Product Manuals & Video   Free Starry Night Software   Free Lifetime Tech Support

### Orion SpaceProbe 130 EQ Reflector Telescope

USER LEVEL Beginner

★★★★½ 🔍 Read all 33 reviews | Write a review

**TEMPORARILY SOLD OUT - Consider this alternative**

Free Standard Shipping

$289.99

Quantity: 1

**Add to Cart ▸**

VISA AMEX DISCOVER PayPal

More Shipping Information ▸   Expected Ship Date: 01/07/2019



- Complete 5.1" aperture reflector telescope with full-size adjustable tripod and equatorial (EQ) mount for easy manual tracking of objects in the night sky
- 900mm focal length and f/6.9 focal ratio makes the SpaceProbe 130 EQ an excellent telescope for viewing wide-field deep-sky objects like cloudy nebulas, distant galaxies, and sparkling open star clusters and bright globular star clusters
- 130mm optics gulp up light from the night sky for wonderful views of the Moon and planets like Mars, Jupiter, and Saturn
- Sturdy EQ-2 equatorial telescope mount features two slow-motion control knobs so you can keep what you're looking at in the eyepiece for extended views
- Includes two Explorer II 1.25" Kellner eyepieces (25mm and 10mm focal lengths) for two different viewing magnifications, a 6x30 finder scope for easy aiming of the telescope, collimation cap, dust caps, accessory tray, Starry Night software, and more!

Learn more ▸

Item #  09851

🖨 Print | ➕ Add to Wish List | ✉ Email Friend | SHARE

1-800-447-1001
Live Chat ▸
Email Us ▸

👍 Like | Share | G+
Tweet | 📌 Save

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support
More Information ▸

We Also Suggest

Step up to



FREE SHIPPING!

Orion SpaceProbe 130ST Equatorial Reflector Telescope
$309.99



SALE!

1.25" Orion 13% Transmission Moon Filter
Was  $19.99
Now  $16.99
You Save  $3.00



SALE!

Orion Shorty 1.25" 2x Barlow Lens
Was  $39.99
Now  $33.99
You Save  $6.00



SALE!

Orion Beginning Stargazer's Toolkit, 30-50 degree
Was  $39.99
Now  $35.99
You Save  $4.00



FREE SHIPPING!

Orion EQ-2M Electronic Telescope Drive
Was  $99.99
Now  $84.99
You Save  $15.00



| More Info | Specs | In The Box | Shipping Info | FAQ | Reviews | Image Gallery | Video Gallery | Articles |
|---|---|---|---|---|---|---|---|---|



| | |
|---|---|
| Best for viewing | Brighter deep sky |
| Best for imaging | Lunar & planetary |
| User level | Beginner |
| Optical design | Reflector |
| Optical diameter | 130mm |
| Finder scope lens diameter | 30mm |
| Focal length | 900mm |
| Focal ratio | f/6.9 |
| Optics type | Spherical |
| Glass material | Soda-lime plate |
| Eyepieces | Explorer II 25.0mm,10.0mm (1.25") |
| Magnification with included eyepieces | 36x, 90x |
| Resolving power | 0.89arc*sec |
| Lowest useful magnification | 19x |
| Highest useful magnification | 260x |
| Highest theoretical magnification | 260x |
| Limiting stellar magnitude | 13.2 |
| Optical quality | Diffraction limited |
| Finder scope | 6x30 |
| Focuser | 1.25" Rack-and-pinion |
| Secondary mirror obstruction | 34mm |
| Secondary mirror obstruction by diameter | 26% |
| Secondary mirror obstruction by area | 7% |

| | |
|---|---|
| Mirror coatings/over-coatings | Aluminum & Silicon Dioxide |
| Mount type | Equatorial |
| Astro-imaging capability | Lunar & planetary |
| Dovetail bar system | No |
| Motor drive compatibility | Clock drive sold separately |
| Computerized compatibility | Not compatible |
| Bearing material | Friction bearings |
| Latitude range | 16-72 |
| Setting circles | Yes |
| Polar-axis scope | Not available |
| Counterweights | One 4.8 lb. |
| Tube material | Steel |
| Tripod material | Aluminum |
| Counterweight bar length | 8 in. |
| Diameter of counterweight shaft | 12mm |
| Height range of mount | 35.00 in. - 55.50 in. |
| Length of optical tube | 32.5 in. |
| Weight, optical tube | 9.7 lbs. |
| Weight, mount/tripod | 12.0 lbs. |
| Weight, fully assembled | 26.5 lbs. |
| Additional included accessories | Collimation cap |
| Warranty | One year |

    

**Buy now. Pay over time.***

*US customers only. Subject to credit approval. See terms



**Why Buy From Orion**

- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

More Information ▸

**Shop Our Catalogs**

Online or in your mailbox. Check out our colorful catalog, filled with hundreds of quality products.

See our eCatalogs ▸

**Email Sign Up**

Please send me email about sales, new products, and astronomy.

Enter your email address

 

## How Can We Help?

 **Live Chat ▸**

**Quick Help**
Instruction Manuals
How to Contact Us
Customer Service
Shipping & Delivery
Easy Returns
Satisfaction Guaranteed
Gift Certificates
E-Certificates

**Buying From Us**
Why Buy From Orion
Catalog Quick Order
Store Information
Dealer Locator
Ordering & Payment
Layaway Program
Installment Billing
Current Offers

**Community**
Featured Events
Customer Profiles
Monthly Star Chart
Today's StarDate
In The Sky This Month
Phases of the Moon
Astronomy Glossary

Orion Protecting U.S. Consumers
(Updated June 18, 2018)

**Looking For**
Solar Eclipse 2019
New Products
Buying Guides
StarSeek Astronomy App
Jobs
Affiliate Program
Wholesale Sales
Telescopes for Libraries

   

800-447-1001 • Telescope.com • © 2002-2019 Orion Telescopes & Binoculars All rights reserved • DMCA/Copyright • Terms and Conditions • Privacy & Security

    

AN EMPLOYEE-OWNED COMPANY

### About Orion Telescopes & Binoculars

Since 1975 Orion Telescopes & Binoculars has been offering telescopes for sale direct to customers. Now an employee-owned company, we pride ourselves on an unswerving commitment to best quality products, value and unmatched customer care. Our 100% satisfaction guarantee says it all.

Orion offers telescopes for every level: Beginner, Intermediate, Advanced, and Expert. From our entry level beginner telescopes for amateur astronomers to our most advanced Cassegrain telescopes and accessories, you can find the best telescope for you. Because we sell direct, we can offer you tremendous value at a great price. Not sure how to choose a telescope? Orion's Telescope Buyer's Guide is a great place to start.

Orion binoculars are known for quality optics at a great price. We offer binoculars for every viewing interest, including astronomical binoculars, compact binoculars, waterproof binoculars, birding binoculars, and sport and hunting binoculars.

Orion's telescope and astrophotography accessories will enhance your telescope enjoyment without breaking the bank. Expand your viewing experience with accessories ranging from moon filters to power-boosting Barlow lenses to advanced computerized telescope mounts. Capture breathtaking photos with our affordable astrophotography cameras. And when you're stargazing, Orion's telescope cases and covers, observing gear, red LED flashlights, astronomy books and star charts will make your observing sessions more convenient, comfortable and meaningful.

At Orion, we are committed to sharing our knowledge and passion for astronomy and astrophotography with the amateur astronomy community. Visit the Orion Community Center for in-depth information on telescopes, binoculars, and astrophotography. You can find astrophotography "how to" tips and share your best astronomy pictures here. Submit astronomy articles, events, & reviews, and even become a featured Orion customer!

# EXHIBIT 8



Free Shipping on Orders Over $75 & Installment Billing on Orders over $350 (Exclusions Apply)

Home › I want to take pictures of things that I see › I want to take photos of the moon and planets › Orion SpaceProbe 130ST Equatorial Reflector Telescope    ‹ 110 of 150 ›



  

  

Product Manuals & Video

Free Starry Night Software

Free Lifetime Tech Support

## Orion SpaceProbe 130ST Equatorial Reflector Telescope

USER LEVEL Beginner

★★★★½ 🔍    Read all 81 reviews    Write a review

**Free Standard Shipping**

$309.99

Quantity: 1

**Add to Cart ▸**

MasterCard VISA AMEX DISCOVER PayPal

More Shipping Information ▸

Expected Ship Date: 01/07/2019

- This 5.1" aperture reflector telescope gathers an ample amount of light for great views of the planets and Moon, as well as brighter galaxies, nebulas, and star clusters
- Short 24" long optical tube design for easy portability and fast f/5 focal ratio for pleasing wide-field performance makes the SpaceProbe 130ST EQ a very versatile telescope the whole family can enjoy
- Sturdy EQ-2 equatorial telescope mount and adjustable tripod allows manual slow-motion tracking of celestial objects as they appear to migrate across the night sky
- Complete assembled telescope weighs just 27 lbs. for convenient transport
- Includes two 1.25" Sirius Plossl eyepieces (25mm and 10mm), 6x30 finder scope, 1.25" rack and pinion focuser, tripod accessory tray, collimation cap, Starry Night astronomy software, and more!

Learn more ▸

Item #  09007

🖶 Print    ➕ Add to Wish List    ✉ Email Friend    ➕ SHARE

🌐 1-800-447-1001
💬 Live Chat ▸
✉ Email Us ▸

👍 Like    Share    G+
🐦 Tweet    📌 Save

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

More Information ▸

We Also Suggest ▲

Step up to



Orion SpaceProbe 130ST EQ Reflector Telescope Kit

$349.99

1.25" Orion 13% Transmission Moon Filter
Was  $19.99
Now  $16.99
You Save  $3.00



Orion Shorty 1.25" 2x Barlow Lens
Was  $39.99
Now  $33.99
You Save  $6.00

47"x11"x14" Orion Padded Telescope Case
Was  $99.99
Now  $89.99
You Save  $10.00



1.25" Orion Variable Polarizing Filter
Was  $29.99
Now  $25.49
You Save  $4.50

| More Info | Specs | In The Box | Shipping Info | FAQ | Reviews | Image Gallery | Video Gallery | Articles |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Best for viewing | Brighter deep sky |
| Best for imaging | Lunar & planetary |
| User level | Beginner |
| Optical design | Reflector |
| Optical diameter | 130mm |
| Finder scope lens diameter | 30mm |
| Focal length | 650mm |
| Focal ratio | f/5.0 |
| Optics type | Parabolic |
| Glass material | Soda-lime plate |
| Eyepieces | Plossl 25.0mm,10.0mm (1.25") |
| Magnification with included eyepieces | 26x, 65x |
| Resolving power | 0.89arc*sec |
| Lowest useful magnification | 19x |
| Highest useful magnification | 260x |
| Highest theoretical magnification | 260x |
| Limiting stellar magnitude | 13.2 |
| Optical quality | Diffraction limited |
| Finder scope | 6x30 |
| Focuser | 1.25" Rack-and-pinion |
| Secondary mirror obstruction | 38mm |
| Secondary mirror obstruction by diameter | 28% |
| Secondary mirror obstruction by area | 8% |
| Mirror coatings/over-coatings | Aluminum & Silicon Dioxide |
| Mount type | Equatorial |
| Astro-imaging capability | Lunar & planetary |

| | |
|---|---|
| Motor drive compatibility | Clock drive sold separately |
| Computerized compatibility | Not compatible |
| Bearing material | Friction bearings |
| Latitude range | 16-72 |
| Setting circles | Yes |
| Polar-axis scope | Not available |
| Counterweights | One 4.8 lb. |
| Tube material | Aluminum |
| Tripod material | Aluminum |
| Counterweight bar length | 8 in. |
| Diameter of counterweight shaft | 12mm |
| Height range of mount | 35.00 in. - 55.50 in. |
| Length of optical tube | 24.0 in. |
| Weight, optical tube | 6.2 lbs. |
| Weight, mount/tripod | 18.0 lbs. |
| Weight, fully assembled | 24.2 lbs. |
| Additional included accessories | Collimation cap |
| Warranty | One year |

    

**Buy now. Pay over time.***

*US customers only. Subject to credit approval. See terms

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

More Information ▶

**Shop Our Catalogs**
Online or in your mailbox.
Check out our colorful
catalog, filled with hundreds
of quality products.

See our eCatalogs ▶

**Email Sign Up**
Please send me email about sales, new products, and astronomy.

Enter your email address

Sign Up ▶

 
04.01.19 06:44 UT

**How Can We Help?**

Live Chat ▶

**Quick Help**
Instruction Manuals
How to Contact Us
Customer Service
Shipping & Delivery
Easy Returns
Satisfaction Guaranteed
Gift Certificates
E-Certificates

**Buying From Us**
Why Buy From Orion
Catalog Quick Order
Store Information
Dealer Locator
Ordering & Payment
Layaway Program
Installment Billing
Current Offers

**Community**
Featured Events
Customer Profiles
Monthly Star Chart
Today's StarDate
In The Sky This Month
Phases of the Moon
Astronomy Glossary

Orion Protecting U.S. Consumers
(Updated June 18, 2018)

**Looking For**
Solar Eclipse 2019
New Products
Buying Guides
StarSeek Astronomy App
Jobs
Affiliate Program
Wholesale Sales
Telescopes for Libraries

   

800-447-1001 • Telescope.com • © 2002-2019 Orion Telescopes & Binoculars All rights reserved • DMCA/Copyright • Terms and Conditions • Privacy & Security

    

AN EMPLOYEE-OWNED COMPANY

**About Orion Telescopes & Binoculars**

Since 1975 Orion Telescopes & Binoculars has been offering telescopes for sale direct to customers. Now an employee-owned company, we pride ourselves on an unswerving commitment to best quality products, value and unmatched customer care. Our 100% satisfaction guarantee says it all.

Orion offers telescopes for every level: Beginner, Intermediate, Advanced, and Expert. From our entry level beginner telescopes for amateur astronomers to our Dobsonian telescopes to our most advanced Cassegrain telescopes and accessories, you can find the best telescope for you. Because we sell direct, we can offer you tremendous value at a great price. Not sure how to choose a telescope? Orion's Telescope Buyer's Guide is a great place to start.

Orion binoculars are known for quality optics at a great price. We offer binoculars for every viewing interest, including astronomical binoculars, compact binoculars, waterproof binoculars, birding binoculars, and sport and hunting binoculars.

Orion's telescope and astrophotography accessories will enhance your telescope enjoyment without breaking the bank. Expand your viewing experience with accessories ranging from moon filters to power-boosting Barlow lenses to advanced computerized telescope mounts. Capture breathtaking photos with our affordable astrophotography cameras. And when you're stargazing, Orion's telescope cases and covers, observing gear, red LED flashlights, astronomy books and star charts will make your observing sessions more convenient, comfortable and meaningful.

At Orion, we are committed to sharing our knowledge and passion for astronomy and astrophotography with the amateur astronomy community. Visit the Orion Community Center for in-depth information on telescopes, binoculars, and astrophotography. You can find astrophotography "how to" tips and share your best astronomy pictures here. Submit astronomy articles, events, & reviews, and even become a featured Orion customer!

# EXHIBIT 9



**Free Shipping on Orders Over $75 & Installment Billing on Orders over $350** (Exclusions Apply)

Home ▸ Orion ▸ Telescopes ▸ Telescopes with Free Shipping ▸ Orion AstroView 6 Equatorial Reflector Telescope

◂ 118 of 150 ▸



## Orion AstroView 6 Equatorial Reflector Telescope

USER LEVEL Intermediate

★★★★★ 🔍 Read all 45 reviews | Write a review

**Free Standard Shipping**

Quantity: 1

$449.99
3 easy payments of $150.00
With payment plan

**Add to Cart ▸**

VISA AMEX DISCOVER PayPal

More Shipping Information ▸ | Expected Ship Date: 01/07/2019

- Versatile 6" reflector telescope and sturdy equatorial (EQ) mount and tripod excels at all-around night-sky performance
- 6" (150mm) aperture and 750mm focal length Newtonian reflector optics provides pleasing views of a rich variety of celestial objects from the close-by Moon to distant galaxies and cloudy nebulas
- Includes sturdy adjustable-height aluminum tripod and equatorial mount for precise slow-motion tracking of celestial objects as they appear to migrate across the night sky
- Includes 25mm and 10mm Sirius Plossl 1.25" telescope eyepieces which provide 30x and 75x views respectively for a variety of magnification right out of the box
- Also includes a 6x30 finder scope, 1.25" rack and pinion focuser, polar alignment scope, collimation cap, Starry Night astronomy software, and more!

Learn more ▸

Item # 09827

🖨 Print | ➕ Add to Wish List | ✉ Email Friend | ⊕ SHARE

**Product Manuals & Video** | **Free Starry Night Software** | **Free Lifetime Tech Support**

1-800-447-1001
Live Chat ▸
Email Us ▸

👍 Like | Share | G+
Tweet | Save

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

More Information ▸

**We Also Suggest**

Step up to



Orion SkyView Pro 8" Equatorial Reflector Telescope
$629.99

1.25" Orion 13% Transmission Moon Filter
Was $19.99
Now $16.99
You Save $3.00

Orion Shorty 1.25" 2x Barlow Lens
Was $39.99
Now $33.99
You Save $6.00

47"x11"x14" Orion Padded Telescope Case
Was $99.99
Now $89.99
You Save $10.00

Orion Beginning Stargazer's Toolkit, 30-50 degree
Was $39.99
Now $35.99
You Save $4.00

| More Info | Specs | In The Box | Shipping Info | FAQ | Reviews | Image Gallery | Video Gallery | Articles |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Best for viewing | Brighter deep sky |
| Best for imaging | Lunar & planetary |
| User level | Intermediate |
| Optical design | Reflector |
| Optical diameter | 150mm |
| Finder scope lens diameter | 30mm |
| Focal length | 750mm |
| Focal ratio | f/5.0 |
| Optics type | Parabolic |
| Glass material | Soda-lime plate |
| Eyepieces | Sirius Plossl 25.0mm,10.0mm (1.25") |
| Magnification with included eyepieces | 30x, 75x |
| Resolving power | 0.77arc*sec |
| Lowest useful magnification | 21x |
| Highest useful magnification | 300x |
| Highest theoretical magnification | 300x |
| Limiting stellar magnitude | 13.6 |
| Optical quality | Diffraction limited |
| Finder scope | 6x30 |
| Focuser | 1.25" Rack-and-pinion |
| Secondary mirror obstruction | 52mm |
| Secondary mirror obstruction by diameter | 34% |
| Secondary mirror obstruction by area | 12% |
| Mirror coatings/over-coatings | Aluminum & Silicon Dioxide |
| Mount type | Equatorial |
| Astro-imaging capability | Lunar & planetary |

| | |
|---|---|
| Motor drive compatibility | Clock drive sold separately |
| Computerized compatibility | Not compatible |
| Bearing material | Friction bearings |
| Latitude range | 18-63 |
| Setting circles | Yes |
| Polar-axis scope | Included |
| Counterweights | One 7.5 lb., one 4 lb. |
| Tube material | Steel |
| Tripod material | Aluminum |
| Counterweight bar length | 10 in. |
| Diameter of counterweight shaft | 20mm |
| Height range of mount | 36.00 in. - 56.00 in. |
| Length of optical tube | 26.5 in. |
| Weight, optical tube | 9.1 lbs. |
| Weight, mount/tripod | 16.5 lbs. |
| Weight, fully assembled | 37.1 lbs. |
| Additional included accessories | Collimation cap, Polar alignment scope |
| Warranty | One year |

  

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

More Information ▸



**Shop Our Catalogs**
Online or in your mailbox. Check out our colorful catalog, filled with hundreds of quality products.

See our eCatalogs ▸

**Email Sign Up**
Please send me email about sales, new products, and astronomy.

Enter your email address

Sign Up ▸



 

VERIFIED BY GeoTrust
Optronic Tech...
CLICK 04.01.19 04:58 UT

## How Can We Help?

 Live Chat ▸

**Quick Help**
Instruction Manuals
How to Contact Us
Customer Service
Shipping & Delivery
Easy Returns
Satisfaction Guaranteed
Gift Certificates
E-Certificates

**Buying From Us**
Why Buy From Orion
Catalog Quick Order
Store Information
Dealer Locator
Ordering & Payment
Layaway Program
Installment Billing
Current Offers

**Community**
Featured Events
Customer Profiles
Monthly Star Chart
Today's StarDate
In The Sky This Month
Phases of the Moon
Astronomy Glossary

Orion Protecting U.S. Consumers
(Updated June 18, 2018)

**Looking For**
Solar Eclipse 2019
New Products
Buying Guides
StarSeek Astronomy App
Jobs
Affiliate Program
Wholesale Sales
Telescopes for Libraries

   

800-447-1001 • Telescope.com • © 2002-2019 Orion Telescopes & Binoculars All rights reserved • DMCA/Copyright • Terms and Conditions • Privacy & Security

    

AN EMPLOYEE-OWNED COMPANY

**About Orion Telescopes & Binoculars**

Since 1975 Orion Telescopes & Binoculars has been offering telescopes for sale direct to customers. Now an employee-owned company, we pride ourselves on an unswerving commitment to best quality products, value and unmatched customer care. Our 100% satisfaction guarantee says it all.

Orion offers telescopes for every level: Beginner, Intermediate, Advanced, and Expert. From our entry level beginner telescopes for amateur astronomers to our Dobsonian telescopes to our most advanced Cassegrain telescopes and accessories, you can find the best telescope for you. Because we sell direct, we can offer you tremendous value at a great price. Not sure how to choose a telescope? Orion's Telescope Buyer's Guide is a great place to start.

Orion binoculars are known for quality optics at a great price. We offer binoculars for every viewing interest, including astronomical binoculars, compact binoculars, waterproof binoculars, birding binoculars, and sport and hunting binoculars.

Orion's telescope and astrophotography accessories will enhance your telescope enjoyment without breaking the bank. Expand your viewing experience with accessories ranging from moon filters to power-boosting Barlow lenses to advanced computerized telescope mounts. Capture breathtaking photos with our affordable astrophotography cameras. And when you're stargazing, Orion's telescope cases and covers, observing gear, red LED flashlights, astronomy books and star charts will make your observing sessions more convenient, comfortable and meaningful.

At Orion, we are committed to sharing our knowledge and passion for astronomy and astrophotography with the amateur astronomy community. Visit the Orion Community Center for in-depth information on telescopes, binoculars, and astrophotography. You can find astrophotography "how to" tips and share your best astronomy pictures here. Submit astronomy articles, events, & reviews, and even become a featured Orion customer!

# EXHIBIT 10



Free Shipping on Orders Over $75 & Installment Billing on Orders over $350 (Exclusions Apply)

Home › I want to take pictures of things that I see › I want to take photos of the moon and planets › Orion SkyView Pro 8" Equatorial Reflector Telescope

‹ 112 of 150 ›



  

Product Manuals & Video    Free Starry Night Software    Free Lifetime Tech Support

## Orion SkyView Pro 8" Equatorial Reflector Telescope

USER LEVEL Intermediate

★★★★★ 🔍  Read all 42 reviews | Write a review

**Free Standard Shipping**

$629.99
3 easy payments of $210.00
With payment plan

Quantity: 1

**Add to Cart ▸**

Expected Ship Date: 01/07/2019

More Shipping Information ▸

- A proverbial light bucket 8" reflector telescope on our stable SkyView Pro equatorial (EQ) mount will provide hour after hour of stargazing fun for the whole family
- Big 8" parabolic primary mirror and 1000mm focal length (f/4.9) make the SkyView Pro 8 an ideal telescope for viewing deep-space objects such as cloudy nebulas, distant galaxies, and both open and globular star clusters
- Also capable of breathtaking views of closer cosmic fare like the planets of our solar system and the Moon
- SkyView Pro equatorial mount with stainless steel tripod provides excellent stability and smooth manual tracking control with the included slow-motion control knobs
- Includes smooth-adjusting 2" Crayford focuser, two Sirius Plossl 1.25" eyepieces (25mm and 10mm focal lengths), 8x40 finder scope, collimation cap, Starry Night software, and more!

Learn more ▸

Item # 09738

🖨 Print | ➕ Add to Wish List | ✉ Email Friend | SHARE



1-800-447-1001
Live Chat ▸
Email Us ▸

👍 Like | Share | G+
Tweet | Save

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support
More Information ▸

**We Also Suggest**
▲
Step up to



Orion SkyView Pro 8 GoTo Reflector Telescope
$1,049.99


44"x11.5"x13.5" Orion Padded Telescope Case
Was  $99.99
Now  $89.99
You Save  $10.00


Orion 1.25" Premium Telescope Accessory Kit
Was  $179.99
Now  $161.99
You Save  $18.00


1.25" Orion 13% Transmission Moon Filter
Was  $19.99
Now  $16.99
You Save  $3.00


Orion Dual Axis TrueTrack Telescope Drive
Was  $169.99
Now  $144.49
You Save  $25.50

▼

| More Info | Specs | In The Box | Shipping Info | FAQ | Reviews | Image Gallery | Video Gallery | Articles |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Best for viewing | Brighter deep sky |
| Best for imaging | Deep sky |
| User level | Intermediate |
| Optical design | Reflector |
| Optical diameter | 203mm |
| Finder scope lens diameter | 40mm |
| Focal length | 1000mm |
| Focal ratio | f/4.9 |
| Optics type | Parabolic |
| Glass material | Soda-lime plate |
| Eyepieces | Sirius Plossl 25.0mm,10.0mm (1.25") |
| Magnification with included eyepieces | 40x, 100x |
| Resolving power | 0.57arc*sec |
| Lowest useful magnification | 29x |
| Highest useful magnification | 300x |
| Highest theoretical magnification | 406x |
| Limiting stellar magnitude | 14.2 |
| Optical quality | Diffraction limited |
| Finder scope | 8x40 |
| Focuser | 2" Crayford |
| Secondary mirror obstruction | 58mm |
| Secondary mirror obstruction by diameter | 29% |
| Secondary mirror obstruction by area | 8% |
| Mirror coatings/over-coatings | Aluminum & Silicon Dioxide |
| Mount type | Equatorial |

| | |
|---|---|
| Astro-imaging capability | Some planetary or long exposure |
| Dovetail bar system | Yes |
| Motor drive compatibility | Clock drive sold separately |
| Computerized compatibility | Intelliscope system or Go-To system |
| Bearing material | Sealed ball bearings |
| Latitude range | 16-64 |
| Setting circles | Yes |
| Polar-axis scope | Sold separately |
| Counterweights | Two 7.5 lb. |
| Tube material | Steel |
| Tripod material | Steel |
| Tripod leg diameter | 1.75 in. |
| Counterweight bar length | 10 in. |
| Diameter of counterweight shaft | 20mm |
| Height range of mount | 42.25 in. - 55.00 in. |
| Length of optical tube | 38.0 in. |
| Weight, optical tube | 16.5 lbs. |
| Weight, mount/tripod | 25.0 lbs. |
| Weight, fully assembled | 56.5 lbs. |
| Additional included accessories | Collimation cap |
| Other features | 2" Crayford focuser |
| Warranty | One year |



**Buy now. Pay over time.***

*US customers only. Subject to credit approval. See terms

**Why Buy From Orion**

- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

More Information ▸



**Shop Our Catalogs**
Online or in your mailbox. Check out our colorful catalog, filled with hundreds of quality products.

See our eCatalogs ▸

**Email Sign Up**
Please send me email about sales, new products, and astronomy.

 Enter your email address

Sign Up ▸

 

## How Can We Help?

** Live Chat▸**

**Quick Help**
Instruction Manuals
How to Contact Us
Customer Service
Shipping & Delivery
Easy Returns
Satisfaction Guaranteed
Gift Certificates
E-Certificates

**Buying From Us**
Why Buy From Orion
Catalog Quick Order
Store Information
Dealer Locator
Ordering & Payment
Layaway Program
Installment Billing
Current Offers

**Community**
Featured Events
Customer Profiles
Monthly Star Chart
Today's StarDate
In The Sky This Month
Phases of the Moon
Astronomy Glossary

Orion Protecting U.S. Consumers
(Updated June 18, 2018)

**Looking For**
Solar Eclipse 2019
New Products
Buying Guides
StarSeek Astronomy App
Jobs
Affiliate Program
Wholesale Sales
Telescopes for Libraries

   

800-447-1001 • Telescope.com • © 2002-2019 Orion Telescopes & Binoculars All rights reserved • DMCA/Copyright • Terms and Conditions • Privacy & Security

    

**About Orion Telescopes & Binoculars**

Since 1975 Orion Telescopes & Binoculars has been offering telescopes for sale direct to customers. Now an employee-owned company, we pride ourselves on an unswerving commitment to best quality products, value and unmatched customer care. Our 100% satisfaction guarantee says it all.

Orion offers telescopes for every level: Beginner, Intermediate, Advanced, and Expert. From our entry level beginner telescopes for amateur astronomers to our most advanced Cassegrain telescopes and accessories, you can find the best telescope for you. Because we sell direct, we can offer you tremendous value at a great price. Not sure how to choose a telescope? Orion's Telescope Buyer's Guide is a great place to start.

Orion binoculars are known for quality optics at a great price. We offer binoculars for every viewing interest, including astronomical binoculars, compact binoculars, waterproof binoculars, birding binoculars, and sport and hunting binoculars.

Orion's telescope and astrophotography accessories will enhance your telescope enjoyment without breaking the bank. Expand your viewing experience with accessories ranging from moon filters to power-boosting Barlow lenses to advanced computerized telescope mounts. Capture breathtaking photos with our affordable astrophotography cameras. And when you're stargazing, Orion's telescope cases and covers, observing gear, red LED flashlights, astronomy books and star charts will make your observing sessions more convenient, comfortable and meaningful.

At Orion, we are committed to sharing our knowledge and passion for astronomy and astrophotography with the amateur astronomy community. Visit the Orion Community Center for in-depth information on telescopes, binoculars, and astrophotography. You can find astrophotography "how to" tips and share your best astronomy pictures here. Submit astronomy articles, events, & reviews, and even become a featured Orion customer!

# EXHIBIT 11



**Free Shipping on Orders Over $75 & Installment Billing on Orders over $350** (Exclusions Apply)



Home ▸ I want to look at the Moon and planets ▸ Telescopes the whole family can enjoy together ▸ Orion AstroView 90mm Equatorial Refractor Telescope

1 of 6 ▸

## Orion AstroView 90mm Equatorial Refractor Telescope

USER LEVEL Intermediate

★★★★½ 🔍   Read all 42 reviews   |   Write a review

**Free Standard Shipping**

Quantity: 1

$299.99

**Add to Cart ▸**

MasterCard VISA AMEX DISCOVER PayPal

More Shipping Information ▸

Expected Ship Date: 01/07/2019

- A powerful, high-quality refractor telescope at an amazing low price
- 90mm (3.5") aperture and 910mm focal length for crisp views of deep-sky objects, the Moon, and planets
- Included EQ-2 adjustable tripod and equatorial mount for manual slow-motion celestial tracking
- Includes two Sirius Plossl 1.25" eyepieces (25mm and 10mm), 6x30 finder scope, smooth-adjusting 1.25" rack and pinion focuser, 90-degree mirror diagonal for comfortable nighttime performance, Starry Night astronomy software, and more
- Can also be used for pleasing daytime terrestrial viewing with a correct-image diagonal (correct-image diagonal sold separately)

Learn more ▸

**Item #  09024**

🖨 Print  |  ➕ Add to Wish List  |  ✉ Email Friend  |  ⊕ SHARE

Product Manuals    Free Starry Night Software    Free Lifetime Tech Support

📞 1-800-447-1001
💬 Live Chat ▸
✉ Email Us ▸

👍 Like   Share   G+
🐦 Tweet   📌 Save

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support
More Information ▸

**We Also Suggest**

Step up to

Orion AstroView 90mm EQ Refractor Telescope Kit

$349.99

4.57" ID Orion Full Aperture Solar Filter
Was  $99.99
Now  $89.99
You Save  $10.00

48.5"x9.5"x10.5" Orion Padded Telescope Case
Was  $99.99
Now  $89.99
You Save  $10.00

Orion EQ-2M Electronic Telescope Drive
Was  $99.99
Now  $84.99
You Save  $15.00

1.25" Orion 13% Transmission Moon Filter
Was  $19.99
Now  $16.99
You Save  $3.00

| More Info | Specs | In The Box | Shipping Info | FAQ | Reviews | Video Gallery | Articles |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Best for viewing | Lunar & planetary |
| Best for imaging | Lunar & planetary |
| User level | Intermediate |
| Optical design | Refractor |
| Optical diameter | 90mm |
| Finder scope lens diameter | 30mm |
| Focal length | 910mm |
| Focal ratio | f/10.1 |
| Coatings | Multi-coated |
| Optics type | Air-spaced doublet |
| Glass material | Crown/Flint |
| Eyepieces | Sirius Plossl 25.0mm,10.0mm (1.25") |
| Magnification with included eyepieces | 36x, 91x |
| Resolving power | 1.29arc*sec |
| Lowest useful magnification | 13x |
| Highest useful magnification | 180x |
| Highest theoretical magnification | 180x |
| Limiting stellar magnitude | 12.5 |
| Optical quality | Diffraction limited |
| Finder scope | 6x30 |
| Focuser | 1.25" Rack-and-pinion |
| Diagonal degrees | 1.25" 90° Mirror Star |
| Mount type | Equatorial |
| Astro-imaging capability | Lunar & planetary |
| Dovetail bar system | No |
| Motor drive compatibility | Clock drive sold separately |
| Computerized compatibility | Not compatible |
| Bearing material | Friction bearings |

| | |
|---|---|
| Latitude range | 15-77 |
| Setting circles | Yes |
| Polar-axis scope | Not available |
| Counterweights | One 4.8 lb. |
| Tube material | Aluminum |
| Tripod material | Aluminum |
| Counterweight bar length | 8 in. |
| Diameter of counterweight shaft | 12mm |
| Height range of mount | 35.00 in. - 55.50 in. |
| Length of optical tube | 35.5 in. |
| Weight, optical tube | 5.0 lbs. |
| Weight, mount/tripod | 12.0 lbs. |
| Weight, fully assembled | 23.7 lbs. |
| Warranty | One year |

      

 **Buy now. Pay over time.***

*US customers only. Subject to credit approval. See terms

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

**More Information ▸**



**Shop Our Catalogs**
Online or in your mailbox. Check out our colorful catalog, filled with hundreds of quality products.

**See our eCatalogs ▸**

**Email Sign Up**
Please send me email about sales, new products, and astronomy.

Enter your email address

  

  

## How Can We Help?

 **Live Chat ▸**

**Quick Help**
Instruction Manuals
How to Contact Us
Customer Service
Shipping & Delivery
Easy Returns
Satisfaction Guaranteed
Gift Certificates
E-Certificates

**Buying From Us**
Why Buy From Orion
Catalog Quick Order
Store Information
Dealer Locator
Ordering & Payment
Layaway Program
Installment Billing
Current Offers

**Community**
Featured Events
Customer Profiles
Monthly Star Chart
Today's StarDate
In The Sky This Month
Phases of the Moon
Astronomy Glossary

Orion Protecting U.S. Consumers
(Updated June 18, 2018)

**Looking For**
Solar Eclipse 2019
New Products
Buying Guides
StarSeek Astronomy App
Jobs
Affiliate Program
Wholesale Sales
Telescopes for Libraries

   

800-447-1001 • Telescope.com • © 2002-2019 Orion Telescopes & Binoculars All rights reserved • DMCA/Copyright • Terms and Conditions • Privacy & Security

    

**About Orion Telescopes & Binoculars**

Since 1975 Orion Telescopes & Binoculars has been offering telescopes for sale direct to customers. Now an employee-owned company, we pride ourselves on an unswerving commitment to best quality products, value and unmatched customer care. Our 100% satisfaction guarantee says it all.

Orion offers telescopes for every level: Beginner, Intermediate, Advanced, and Expert. From our entry level beginner telescopes for amateur astronomers to our Dobsonian telescopes to our most advanced Cassegrain telescopes and accessories, you can find the best telescope for you. Because we sell direct, we can offer you tremendous value at a great price. Not sure how to choose a telescope? Orion's Telescope Buyer's Guide is a great place to start.

Orion binoculars are known for quality optics at a great price. We offer binoculars for every viewing interest, including astronomical binoculars, compact binoculars, waterproof binoculars, birding binoculars, and sport and hunting binoculars.

Orion's telescope and astrophotography accessories will enhance your telescope enjoyment without breaking the bank. Expand your viewing experience with accessories ranging from moon filters to power-boosting Barlow lenses to advanced computerized telescope mounts. Capture breathtaking photos with our affordable astrophotography cameras. And when you're stargazing, Orion's telescope cases and covers, observing gear, red LED flashlights, astronomy books and star charts will make your observing sessions more convenient, comfortable and meaningful.

At Orion, we are committed to sharing our knowledge and passion for astronomy and astrophotography with the amateur astronomy community. Visit the Orion Community Center for in-depth information on telescopes, binoculars, and astrophotography. You can find astrophotography "how to" tips and share your best astronomy pictures here. Submit astronomy articles, events, & reviews, and even become a featured Orion customer!

# EXHIBIT 12



Home › Telescopes › Intermediate Telescopes › Orion AstroView 120ST Equatorial Refractor Telescope        ◄ 9 of 60 ►

**Free Shipping on Orders Over $75 & Installment Billing on Orders over $350 (Exclusions Apply)**



 

### Orion AstroView 120ST Equatorial Refractor Telescope

USER LEVEL: Intermediate

★★★★½ 🔍   Read all 59 reviews   |   Write a review

**Free Standard Shipping**

**$599.99**
3 easy payments of $200.00
With payment plan

Quantity: 1

**Add to Cart ►**

MasterCard VISA AMEX DISCOVER PayPal

More Shipping Information ►

Expected Ship Date: 01/07/2019

- Wonderful wide-field refractor telescope for viewing deep-sky objects with crisp resolution
- 120mm (4.7") aperture and 600mm focal length refractor provides sharp views of nebular clouds, star clusters, and galaxies
- Also capable of achieving pleasing views of the Moon and bright planets
- Includes sturdy adjustable-height tripod, equatorial mount for manual slow-motion celestial tracking and an internal polar alignment scope for precision performance
- Includes two Sirius Plossl 1.25" eyepieces (25mm and 10mm), 6x30 finder scope, smooth 2" rack and pinion focuser, 90-degree mirror star diagonal, and Starry Night astronomy software

Learn more ►

Item #  09005

🖨 Print  |  ➕ Add to Wish List  |  ✉ Email Friend  |  ➕ SHARE



Product Manuals

Free Starry Night Software

Free Lifetime Tech Support

🌐 1-800-447-1001
💬 Live Chat ►
✉ Email Us ►

👍 Like   Share   G+
Tweet   Save

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support
More Information ►

**We Also Suggest**



47"x11"x14" Orion Padded Telescope Case
Was  $99.99
Now  $89.99
You Save  $10.00

1.25" Orion 13% Transmission Moon Filter
Was  $19.99
Now  $16.99
You Save  $3.00

Orion Shorty 1.25" 2x Barlow Lens
Was  $39.99
Now  $33.99
You Save  $6.00

Orion 1.25" Premium Telescope Accessory Kit
Was  $179.99
Now  $161.99
You Save  $18.00

Orion Deluxe 6-Piece Optics Cleaning Kit
Was  $24.99
Now  $21.24
You Save  $3.75

| More Info | Specs | In The Box | Shipping Info | FAQ | Reviews | Image Gallery | Video Gallery | Articles |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Best for viewing | Brighter deep sky |
| Best for imaging | Deep sky |
| User level | Intermediate |
| Optical design | Refractor |
| Optical diameter | 120mm |
| Finder scope lens diameter | 30mm |
| Focal length | 600mm |
| Focal ratio | f/5.0 |
| Coatings | Multi-coated |
| Optics type | Air-spaced doublet |
| Glass material | Crown/Flint |
| Eyepieces | Sirius Plossl 25.0mm,10.0mm (1.25") |
| Magnification with included eyepieces | 24x, 60x |
| Resolving power | 0.97arc*sec |
| Lowest useful magnification | 17x |
| Highest useful magnification | 240x |
| Highest theoretical magnification | 240x |
| Limiting stellar magnitude | 13.1 |
| Optical quality | Diffraction Limited |
| Finder scope | 6x30 |
| Focuser | 2" Rack-and-pinion |
| Diagonal degrees | 1.25" 90° Mirror Star |
| Mount type | Equatorial |
| Astro-imaging capability | Lunar & planetary |
| Dovetail bar system | Yes |
| Motor drive compatibility | Clock drive sold separately |
| Computerized compatibility | Not compatible |
| Bearing material | Friction bearings |

| | |
|---|---|
| Setting circles | Yes |
| Polar-axis scope | Included |
| Counterweights | One 7.5 lb., one 4 lb. |
| Tube material | Aluminum |
| Tripod material | Aluminum |
| Counterweight bar length | 10 in. |
| Diameter of counterweight shaft | 20mm |
| Height range of mount | 36.00 in. - 56.00 in. |
| Length of optical tube | 24.5 in. |
| Weight, optical tube | 8.6 lbs. |
| Weight, mount/tripod | 16.5 lbs. |
| Weight, fully assembled | 36.3 lbs. |
| Additional included accessories | Polar alignment scope, 1.25" adapter |
| Other features | 2" Focuser |
| Warranty | One year |

    

**Buy now. Pay over time.***

*US customers only. Subject to credit approval. See terms

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

**More Information ▸**



**Shop Our Catalogs**
Online or in your mailbox. Check out our colorful catalog, filled with hundreds of quality products.

**See our eCatalogs ▸**

**Email Sign Up**
Please send me email about sales, new products, and astronomy.

Enter your email address

**Sign Up ▸**



 

## How Can We Help?

 **Live Chat ▸**

**Quick Help**
Instruction Manuals
How to Contact Us
Customer Service
Shipping & Delivery
Easy Returns
Satisfaction Guaranteed
Gift Certificates
E-Certificates

**Buying From Us**
Why Buy From Orion
Catalog Quick Order
Store Information
Dealer Locator
Ordering & Payment
Layaway Program
Installment Billing
Current Offers

**Community**
Featured Events
Customer Profiles
Monthly Star Chart
Today's StarDate
In The Sky This Month
Phases of the Moon
Astronomy Glossary

Orion Protecting U.S. Consumers
(Updated June 18, 2018)

**Looking For**
Solar Eclipse 2019
New Products
Buying Guides
StarSeek Astronomy App
Jobs
Affiliate Program
Wholesale Sales
Telescopes for Libraries

   

800-447-1001 • Telescope.com • © 2002-2019 Orion Telescopes & Binoculars All rights reserved • DMCA/Copyright • Terms and Conditions • Privacy & Security



AN EMPLOYEE-OWNED COMPANY

   

**About Orion Telescopes & Binoculars**

Since 1975 Orion Telescopes & Binoculars has been offering telescopes for sale direct to customers. Now an employee-owned company, we pride ourselves on an unswerving commitment to best quality products, value and unmatched customer care. Our 100% satisfaction guarantee says it all.

Orion offers telescopes for every level: Beginner, Intermediate, Advanced, and Expert. From our entry level beginner telescopes for amateur astronomers to our Dobsonian telescopes to our most advanced Cassegrain telescopes and accessories, you can find the best telescope for you. Because we sell direct, we can offer you tremendous value at a great price. Not sure how to choose a telescope? Orion's Telescope Buyer's Guide is a great place to start.

Orion binoculars are known for quality optics at a great price. We offer binoculars for every viewing interest, including astronomical binoculars, compact binoculars, waterproof binoculars, birding binoculars, and sport and hunting binoculars.

Orion's telescope and astrophotography accessories will enhance your telescope enjoyment without breaking the bank. Expand your viewing experience with accessories ranging from moon filters to power-boosting Barlow lenses to advanced computerized telescope mounts. Capture breathtaking photos with our affordable astrophotography cameras. And when you're stargazing, Orion's telescope cases and covers, observing gear, red LED flashlights, astronomy books and star charts will make your observing sessions more convenient, comfortable and meaningful.

At Orion, we are committed to sharing our knowledge and passion for astronomy and astrophotography with the amateur astronomy community. Visit the Orion Community Center for in-depth information on telescopes, binoculars, and astrophotography. You can find astrophotography "how to" tips and share your best astronomy pictures here. Submit astronomy articles, events, & reviews, and even become a featured Orion customer!

# EXHIBIT 13

10-Q 1 d555243d10q.htm FORM 10-Q

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington D.C. 20549**

---

# FORM 10-Q

---

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended May 31, 2013**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 0-22183**

---

# MEADE INSTRUMENTS CORP.
**(Exact name of registrant as specified in its charter)**

---

| | |
|---|---|
| **Delaware** | **95-2988062** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**27 Hubble**
**Irvine, California**
**92618**
(Address of principal executive offices)
(Zip Code)

**(949) 451-1450**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Common Stock, $0.01 par value** | **NASDAQ Stock Market LLC** |

**Securities registered pursuant to Section 12(g) of the Act:**
**None**

---

Indicate by check mark if the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. **Yes** ☒ **No** ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12

Form 10-Q

months (or for such shorter period that the registrant was required to submit and post such files). **Yes** ☒ **No** ☐

Indicate by check mark whether the registrant is a large accelerated filer, a non-accelerated filer, or a smaller reporting company. See definition of "large accelerated filer", "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Securities Exchange Act of 1934.

| | | |
|---|---|---|
| **Large Accelerated Filer** ☐ | **Accelerated Filer** | ☐ |
| **Non-Accelerated Filer** ☐ **(Do not check if a smaller reporting company)** | **Smaller reporting company** | ☒ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). **Yes** ☐ **No** ☒

As of July 12, 2013, there were 1,305,148 outstanding shares of the Registrant's common stock issued, par value $0.01 per share.

**Table of Contents**

# TABLE OF CONTENTS

**Page No.**

## PART I — FINANCIAL INFORMATION

| | | |
|---|---|---:|
| Item 1. | Financial Statements | |
| | Consolidated Balance Sheets (Unaudited) — May 31, 2013 and February 28, 2013 | 2 |
| | Consolidated Statements of Operations (Unaudited) — Three Months Ended May 31, 2013 and 2012 | 3 |
| | Consolidated Statements of Cash Flows (Unaudited) — Three Months Ended May 31, 2013 and 2012 | 4 |
| | Notes to Consolidated Financial Statements (Unaudited) | 5 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 11 |
| Item 3. | Quantitative and Qualitative Disclosure About Market Risk | 14 |
| Item 4. | Controls and Procedures | 14 |

## PART II — OTHER INFORMATION

| | | |
|---|---|---:|
| Item 1. | Legal Proceedings | 15 |
| Item 1A. | Risk Factors | 15 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 15 |
| Item 3. | Defaults Upon Senior Securities | 15 |
| Item 4. | Mine Safety Disclosure | 15 |
| Item 5. | Other Information | 15 |
| Item 6. | Exhibits | 16 |
| | Signatures | 17 |

Form 10-Q

Table of Contents

**ITEM 1. FINANCIAL STATEMENTS.**

**MEADE INSTRUMENTS CORP.**

**CONSOLIDATED BALANCE SHEETS**

***(In thousands, except per share data)***

**(Unaudited)**

| | May 31, 2013 | | February 28, 2012 | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash | $ | 249 | $ | 320 |
| Accounts receivable, less allowance for doubtful accounts of $97 at May 31, 2013 and $22 at February 28, 2013 | | 1,335 | | 1,896 |
| Inventories | | 6,338 | | 7,140 |
| Prepaid expenses and other current assets | | 187 | | 154 |
| Total current assets | | 8,109 | | 9,510 |
| Property and equipment, net | | 158 | | 196 |
| Intangible assets, net | | 491 | | 534 |
| Other assets, net | | 162 | | 166 |
| | $ | 8,920 | $ | 10,406 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| Current liabilities: | | | | |
| Credit Facility | $ | 708 | $ | 371 |
| Accounts payable | | 1,324 | | 2,155 |
| Accrued liabilities | | 1,176 | | 1,273 |
| Total current liabilities | | 3,208 | | 3,799 |
| Deferred rent | | 13 | | 17 |
| Commitments and contingencies | | | | |
| Stockholders' equity: | | | | |
| Common Stock; $0.01 par value; 2,500 shares authorized; 1,173 shares issued and outstanding at May 31, 2013 and February 28, 2013 | | 12 | | 12 |
| Additional paid-in capital | | 52,773 | | 52,743 |
| Accumulated deficit | | (47,086) | | (46,165) |
| Total Stockholders' equity | | 5,699 | | 6,590 |
| | $ | 8,920 | $ | 10,406 |

See accompanying notes to consolidated financial statements

2

Table of Contents

## MEADE INSTRUMENTS CORP.

## CONSOLIDATED STATEMENTS OF OPERATIONS

*(In thousands, expect per share data)*

**(Unaudited)**

| | Three Months Ended May 31, | |
|---|---|---|
| | 2013 | 2012 |
| Net sales | $ 2,795 | $ 4,104 |
| Cost of sales | 2,163 | 3,237 |
| Gross profit | 632 | 867 |
| Selling expenses | 405 | 415 |
| General and administrative expenses | 985 | 904 |
| Research and development expenses | 150 | 272 |
| Release of warranty liability | — | (293) |
| Operating loss | (908) | (431) |
| Interest expense | 13 | — |
| Loss before income taxes | (921) | (431) |
| Income tax expense (benefit) | — | — |
| Net loss | $ (921) | $ (431) |
| Net loss per share—basic and diluted | $ (0.79) | $ (0.37) |
| Weighted average common shares outstanding—basic and diluted | 1,173 | 1,167 |

See accompanying notes to consolidated financial statements

3

Table of Contents

**MEADE INSTRUMENTS CORP.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**

*(In thousands)*

**(Unaudited)**

| | Three Months Ended May 31, | |
|---|---|---|
| | 2013 | 2012 |
| Cash flows from operating activities: | | |
| Net loss | $ (921) | $ (431) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Release of warranty liability | — | (293) |
| Depreciation and amortization | 84 | 77 |
| Bad debt expense | 75 | (28) |
| Stock-based compensation | 30 | 9 |
| Deferred rent amortization | (4) | (2) |
| Gain on sale of fixed assets | (2) | (5) |
| Changes in assets and liabilities: | | |
| Accounts receivable | 486 | (193) |
| Inventories | 802 | 37 |
| Prepaid expenses and other current assets | (32) | (99) |
| Accounts payable | (831) | (222) |
| Accrued liabilities | (97) | 24 |
| Net cash used in operating activities | (410) | (1,126) |
| Cash flows from investing activities: | | |
| Capital expenditures | — | (82) |
| Proceeds from sale of fixed assets | 2 | 5 |
| Net cash used in investing activities | 2 | (77) |
| Cash flows from financing activities | | |
| Net advances on credit facility | 337 | — |
| Net cash provided by financing activities | 337 | — |
| Net decrease in cash | (71) | (1,203) |
| Cash at beginning of period | 320 | 3,904 |
| Cash at end of period | $ 249 | $ 2,701 |

See accompanying notes to consolidated financial statements

4

Table of Contents

**MEADE INSTRUMENTS CORP.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**(Unaudited)**

**A.**    **The Consolidated Financial Statements Have Been Prepared by the Company and are Unaudited.**

Meade Instruments Corp. (the "Company") is engaged in the design, manufacture, marketing and sale of consumer products, primarily telescopes, telescope accessories and binoculars. The Company designs its products in-house or with the assistance of external consultants. Most of the entry level products are manufactured overseas by contract manufacturers in Asia, while the high-end telescopes are manufactured and assembled at the Company's Mexico facility. Sales of the Company's products are driven by an in-house sales force as well as a network of sales representatives throughout the U.S. and through distributors internationally. The Company currently operates out of two primary locations: Irvine, California and Tijuana, Mexico. The California facility serves as the Company's corporate headquarters, research and development facility; the Mexico facility contains the Company's manufacturing, assembly, repair, packaging, distribution and other general and administrative functions. The Company's business is seasonal and the financial results have historically varied on a quarter-by-quarter basis throughout each year. See footnote C—Merger and Subsequent Events.

In addition, the Company's independent auditors stated that the Company's recurring losses and declining revenues raise substantial doubt about its ability to continue as a going concern in their report disclosed in the Company's Form 10-K for the fiscal year ended February 28, 2013.

**B.**    **Liquidity**

The Company incurred a net loss of $0.9 million during the three months ended May 31, 2013. Cash used in operating activities was $0.4 million, compared to $1.1 million during the three months ended May 31, 2012, due to approximately $0.8 million in inventory reductions resulting from the Company completing development of its new LX800/850 and LX600 telescopes in February 2013 and April 2013 and being able to convert raw materials and work in process inventories into saleable product. The Company increased inventory by approximately $2.6 million during the six months ended August 31, 2012 due primarily to product development problems associated with the LX800/850 and LX600 telescope products which caused delays in shipments of those products. The Company must continue to reduce its inventories in order to have sufficient liquidity to continue its operations.

During the three months ended May 31, 2013, the Company obtained $0.3 million in cash from net advances on its credit facility. However, the Company has limited working capital and access to credit. The Company had $91 thousand of remaining availability on its credit facility at May 31, 2013. In addition, while the Company's financing agreement with its lender does not contain explicit financial covenants, the agreement allows the Company's lender significant latitude to restrict, reduce or eliminate the Company's access to credit or require the Company to repay any and all amounts outstanding under the agreement. If its lender restricts, reduces or eliminates the Company's access to credit, or requires immediate repayment of the amounts outstanding under the agreement, the Company would be required to pursue additional or alternative sources of liquidity such as equity financings, a new debt agreement with other creditors, or liquidate assets. However, the Company cannot assure that any such additional sources of liquidity would be available on reasonable terms, if at all.

The Company's financial statements for the quarterly period ended May 31, 2013 were prepared assuming the Company would continue as a going concern; however, the Company's declining revenues, recurring losses, weakened financial position and reduced liquidity raise substantial doubt about its ability to continue as a going concern, as disclosed in the Company's Form 10-K for its fiscal year ended February 28, 2013. The Company's board of directors decided in January 2013 that the Company should consider its strategic alternatives to preserve and maximize shareholder value, which ultimately culminated in the execution of a merger agreement. See footnote C—Merger and Subsequent Events.

5

**Table of Contents**

# MEADE INSTRUMENTS CORP.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (continued)
### (Unaudited)

Due to the Company's declining revenues, recurring losses, limited liquidity and weakened financial position, the Company may not be able to operate long enough to execute the planned merger.

## C.   Merger and Subsequent Events

On May 17, 2013, the Company entered into an Agreement and Plan of Merger under which, subject to stockholder approval, a wholly-owned subsidiary of JOC North America LLC ("JOCNA", a subsidiary of Jinghua Optics & Electronics Co., Ltd.) would merge into the Company and each outstanding share of the Company's common stock would be converted into the right to receive $3.45 (or approximately $4.5 million for all shares).

On July 16, 2013, the Company executed an Agreement and Plan of Merger with Sunny Optics, Inc. ("SOI") and Sunny Optics Merger Sub, Inc. ("Merger Sub"), a wholly-owned subsidiary of SOI, which, subject to stockholder approval, Merger Sub, would merge into the Company and each outstanding share of the Company's common stock would be converted into the right to receive $4.21 (or approximately $5.5 million for all shares). Merger Sub and SOI are both affiliates of Ningbo Sunny Electronic Co., Ltd.

In conjunction with the execution of the merger agreement with Sunny, the Company terminated its merger agreement with JOCNA and paid a $250,000 termination fee to JOCNA as required by that agreement. In connection with its execution of the merger agreement with SOI and Merger Sub, the Company borrowed $250,000 from SOI to pay the termination fee to JOCNA.

## D.   Stock Based Compensation

The Company accounts for stock-based compensation in accordance with the provisions of Accounting Standards Codification No. ASC 718-10, *Share-Based Payment* ("ASC 718-10"), which establishes accounting for equity instruments exchanged for employee services. Under the provisions of ASC 718-10, share-based compensation cost is measured at the grant date, based on the calculated fair value of the award, and is recognized as an expense over the employee's requisite service period (generally the vesting period of the equity grant). Share-based compensation expenses, included in general and administrative expenses in the Company's consolidated statement of operations for the three months ended May 31, 2013 and 2012, were approximately $30 thousand and $9 thousand, respectively. Due to deferred tax valuation allowances provided, no net benefit was recorded against the share-based compensation charged.

The Company estimates the fair value of stock options using the Black-Scholes valuation model. Key input assumptions used to estimate the fair value of stock options include the expected option term, forfeiture rate, the expected volatility of the Company's stock over the option's expected term, the risk-free interest rate over the option's expected term, and the Company's expected annual dividend yield. The Company believes that the valuation technique and the approach utilized to develop underlying assumptions are appropriate in calculating the fair values of the Company's stock options. Estimates of fair value are not intended to predict actual future events or the value ultimately realized by persons who receive equity awards.

The Company did not grant stock options during either of the three month periods ended May 31, 2013 and 2012. As of May 31, 2013, the Company had approximately $4 thousand of unrecognized compensation cost related to unvested stock options. This cost is expected to be recognized over a weighted average period of approximately 25 months.

On June 29, 2011, each of the Executive Officers was granted a restricted stock award (an "Award") pursuant to the Company's form of Restricted Stock Agreement under the Company's 2008 Stock Incentive Plan. The Awards to Mr. Murdock and Mr. Elwood were in the amounts of 37,500 shares of Common Stock and 25,000 shares of Common Stock, respectively. Each Award vests in ten equal installments with the first installment vesting on June 29, 2012 and the remainder vesting on each of the next nine consecutive anniversaries; provided, however, if the Company subsequently achieves net income for any fiscal year of the Company (but excluding the Company's fiscal years 2019, 2020 and 2021), as shown on the Company's audited consolidated financial statements for such fiscal year, the vesting of the Award shall accelerate such that the number of shares of the Award which are unvested at the end of such fiscal year shall vest in three substantially equal installments over the then next three consecutive anniversaries of the date of the Award.

On August 10, 2012, each of the Company's U.S. employees, including the Executive Officers, was granted restricted stock awards (the "Awards") pursuant to the Company's form of Restricted Stock Agreement under the Company's 2008 Stock Incentive Plan. The Awards were in an aggregate amount of 76,250 shares of Common Stock. Each award vests in three equal installments with the first installment vesting on August 10, 2013 and the remainder vesting on each of the two succeeding anniversaries.

6

**Table of Contents**

**MEADE INSTRUMENTS CORP.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (continued)**

**(Unaudited)**

E.    **Composition of Certain Balance Sheet Accounts**

The composition of inventories is as follows:

| | May 31, 2013 | February 28, 2013 |
|---|---|---|
| | (In thousands) | |
| Raw materials | $2,488 | $ 2,560 |
| Work in process | 2,172 | 2,294 |
| Finished goods | 1,678 | 2,286 |
| | $6,338 | $ 7,140 |

Intangible assets were a result of an acquisition of substantially all of the assets and assumption of substantially all of the liabilities of Coronado Technology Group, LLC that occurred on December 1, 2004 and included the following assets:

| | | May 31, 2013 | | | February 28, 2013 | | |
|---|---|---|---|---|---|---|---|
| | Amortization Periods (In Years) | Gross Carrying Amount | Accumulated Amortization | Net Book Value | Gross Carrying Amount | Accumulated Amortization | Net book Value |
| | | (In thousands) | | | | | |
| Trademarks | 7-15 | $ 424 | $ (406) | $ 18 | $ 424 | $ (397) | $ 27 |
| Completed technologies | 12 | 1,620 | (1,147) | 473 | 1,620 | (1,113) | 507 |
| Total | | $ 2,044 | $ (1,553) | $ 491 | $ 2,044 | $ (1,510) | $ 534 |

The changes in the carrying amount of acquisition-related intangible assets for the three months ended May 31, 2013, are as follows:

| | Amortizing Intangible Assets |
|---|---|
| | (In thousands) |
| Balance, net, February 28, 2013 | $ 534 |
| Amortization | (43) |
| Balance, net, May 31, 2013 | $ 491 |

Amortization of acquisition-related intangible assets over the next four fiscal years is estimated as follows:

| Fiscal Year | (In thousands) |
|---|---|
| 2014 | $ 119 |
| 2015 | 135 |
| 2016 | 135 |
| 2017 | 102 |
| Total | $ 491 |

7

Table of Contents

## MEADE INSTRUMENTS CORP.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (continued)
### (Unaudited)

The composition of property and equipment is as follows:

|  | May 31, 2013 | | February 28, 2013 | |
| --- | ---: | --- | ---: | --- |
|  | (In thousands) | | | |
| Molds and dies | $ | 1,317 | $ | 1,317 |
| Machinery and equipment | | 4,531 | | 4,531 |
| Furniture and fixtures | | 251 | | 251 |
| Autos and trucks | | 127 | | 127 |
| Leasehold improvements | | 138 | | 138 |
|  | | 6,364 | | 6,364 |
| Less accumulated depreciation and amortization | | (6,206) | | (6,168) |
|  | $ | 158 | $ | 196 |

Since certain of the Company's machinery and equipment is old and fully depreciated, it is possible that certain of the Company's machinery and equipment could require replacement in the near future.

### F.    Credit Facility

On December 28, 2012, the Company entered into a Financing Agreement (the "Rosenthal Agreement" or "Agreement") with Rosenthal & Rosenthal, Inc. ("Rosenthal").

The Rosenthal Agreement provides for advances of up to (i) seventy percent (70.0%) of the Net Amount of Eligible Receivables arising from sales made to customers located in the United States of America and Canada and (ii) 50% of the Net Amount of Eligible Receivables arising from sales made to customers outside the United States of America and Canada, provided that in the case of such sales are subject to a credit insurance policy, less any reserves as Rosenthal may deem, in its sole discretion, to be necessary from time to time.

Advances under the Rosenthal Agreement incur interest at the prime rate publicly announced in New York City by JPMorgan Chase Bank plus four percent. A minimum of $3,000 per month in interest will be paid according to the Agreement. A facility fee in the amount of 1% was paid to Rosenthal on the closing date and will be paid on each anniversary thereof. An administration fee of $1,000 per month is also payable during the Agreement.

The Rosenthal Agreement continues through November 30, 2015 and from year to year thereafter unless terminated by either party. The Company or Rosenthal can terminate the Agreement with at least 60 days, and not more than 120 days, written notice except in cases of a Default, at which time Rosenthal can terminate the Agreement at any time and the Company will pay to Rosenthal an amount equal to (a) three percent of the Maximum Credit Facility then in effect, if such termination occurs prior to the first anniversary of the Closing Date; (b) two percent of the Maximum Credit Facility then in effect, if such termination occurs on or after the first anniversary of the Closing Date but prior to the second anniversary of the Closing Date; and (c) one percent of the Maximum Credit Facility then in effect if such termination occurs on or after the second anniversary of the Closing Date.

Rosenthal advanced approximately $1.6 million to the Company subsequent to entering into the Agreement, which constituted the full amount of availability under the Agreement at that time.

At May 31, 2013 and February 28, 2013, the Company had approximately $91 thousand and $40 thousand of remaining availability on its credit facility, respectively.

8

**Table of Contents**

**MEADE INSTRUMENTS CORP.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (continued)**
**(Unaudited)**

**G.    Commitments and Contingencies**

*Lease Commitments*

The Company's lease of its corporate office in Irvine, California expires on February 28, 2014. On August 24, 2012, the Company entered into a Sublease Agreement, with Wet Products, Inc. (the "Sublessee"). The Sublessee has nonexclusive rights to the warehouse premises through September 30, 2013. The Company's lease of its manufacturing facility in Tijuana, Mexico expires on December 31, 2013. For the quarterly period ended May 31, 2013 and 2012, the Company incurred rent expense of $78 thousand and $74 thousand, respectively.

*Customer Concentration Contingency*

Approximately 12% and 5% of the Company's net sales were from one customer during the three months ended May 31, 2013 and 2012, respectively. Included in accounts receivable were approximately $0.3 million and $0.3 million due from this customer at May 31, 2013 and February 28, 2013, respectively. This customer is Meade Instruments Europe GmbH & Co. KG, the Company's former subsidiary and current European distributor which was sold in January 2009 to Jinghua Optics & Electronics Co., LTD ("Jinghua"). Jinghua is the parent company of JOC North America LLC ("JOCNA") which signed a merger agreement with the Company on May 17, 2013 as disclosed in footnote C—Merger and Subsequent Events.

*Litigation Contingencies*

Although the Company is involved from time to time in litigation incidental to its business, management believes that the Company currently is not involved in any litigation which would have a material adverse effect on the financial position, results of operations or cash flows of the Company; however, class action lawsuits may be filed by third parties challenging our contemplated merger with JOC North America LLC. If not ultimately dismissed, these lawsuits could adversely affect our business, financial position and results of operations and divert management's attention and resources from other matters.

**H.    Loss Per Share**

Basic loss per share amounts excludes the dilutive effect of potential shares of common stock. Basic loss per share is based upon the weighted-average number of shares of common stock outstanding. Diluted loss per share is based upon the weighted-average number of shares of common stock and dilutive potential shares of common stock outstanding for each period presented. Potential shares of common stock include outstanding stock options and restricted stock, which may be included in the weighted average number of shares of common stock under the treasury stock method.

The total number of options and restricted shares outstanding were as follows:

|  | May 31, 2013 | February 28, 2013 |
|---|---|---|
|  | (In thousands) | |
| Stock options outstanding | 70 | 71 |
| Restricted shares outstanding | 132 | 132 |

These amounts were excluded from the weighted-average number of shares of common stock outstanding, as including these items would be anti-dilutive due to the Company's net loss.

**I.    Product Warranties**

The Company provides reserves for the estimated cost of product warranty-related claims at the time of sale, and periodically adjusts the provision to reflect actual experience related to its standard product warranty programs and its extended warranty programs. The amount of warranty liability accrued reflects management's best estimate of the expected future cost of honoring Company obligations under its warranty plans. Additionally, from time to time, specific warranty accruals may be made if unforeseen technical problems arise. Meade® brand products, principally telescopes and binoculars, are generally covered by a one-year limited warranty. Most of the Coronado® products have limited five-year warranties.

9

**Table of Contents**

**MEADE INSTRUMENTS CORP.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (continued)**
**(Unaudited)**

Included in the warranty accrual as of May 31, 2013 and February 28, 2013, is $0.2 million related to the Company's former Simmons sport optics brand that was sold in 2008 and for which the Company agreed to retain certain warranty liabilities. In June 2012, the Company entered into an agreement with the owner of the Company's former Weaver sport optics brands which eliminated the Company's remaining liability of approximately $0.3 million for any future product warranty claims associated with that brand.

Changes in the warranty liability, which is included as a component of accrued liabilities on the accompanying Consolidated Balance Sheets, were as follows:

|  | Three Months Ended May 31, | |
|  | 2013 | 2012 |
|  | (In thousands) | |
| Beginning balance | $ 395 | $ 736 |
| Release of warranty liability | — | (293) |
| Warranty accrual | 11 | 42 |
| Labor and material | (42) | (58) |
| Ending balance | $ 364 | $ 427 |

**J.    Income Taxes**

In accordance with ASC 740, *Accounting for Income Taxes*, the Company has determined that there was sufficient uncertainty surrounding the future realization of its deferred tax assets to warrant the recording of a full valuation allowance. The valuation allowance was recorded based upon the Company's determination that there was insufficient objective evidence, at this time, to recognize those assets for financial reporting purposes. For the period ended May 31, 2013, the Company has not changed its assessment regarding the recoverability of its deferred tax assets. Ultimate realization of the benefit of the deferred tax assets is dependent upon the Company generating sufficient taxable income in future periods, including periods prior to the expiration of certain underlying tax credits.

No provision for income taxes was recorded in the current or prior period presented due to the significance of the Company's net loss.

The tax years 2008 through 2012 remain open to examination by the major taxing jurisdictions to which the Company is subject. However, the amount of a net operating loss carryforward can be adjusted for federal tax purposes for the three years (four years for the major state jurisdictions in which the Company operates) after the net operating loss is utilized.

*Unrecognized Tax Benefits*

The Company is subject to income taxes in the United States and Mexico. Significant judgment is required in evaluating the Company's tax positions and determining its provision for income taxes. During the ordinary course of business, there are many transactions and calculations for which the ultimate tax determination is uncertain. The Company establishes reserves for tax-related uncertainties based on estimates of whether, and the extent to which, additional taxes will be due. These reserves are established when the Company believes that certain positions might be challenged despite a belief that its tax return positions are fully supportable. The Company adjusts these reserves in light of changing facts and circumstances, such as the outcome of income tax audits. The provision for income taxes includes the impact of reserve provisions and changes to reserves that are considered appropriate. Accruals for unrecognized tax benefits are provided for in accordance with the requirements of the prescribed authoritative guidance. At May 31, 2013 and February 28, 2013, there were no unrecognized tax benefits. Management does not anticipate that there will be a material change in the balance of unrecognized tax benefits within the next 12 months.

The Company recognizes accrued interest and penalties related to uncertain tax positions in income tax expense. At May 31, 2013 and February 28, 2013, there were no accrued interest and penalties related to uncertain tax positions.

10

Table of Contents

ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS.

*The following discussion of our financial condition and results of operations should be read in conjunction with our consolidated financial statements and related notes included in this Form 10-Q. This discussion may contain forward-looking statements that involve risks and uncertainties. Our actual results may differ materially from those anticipated in these forward-looking statements due to known and unknown risks, uncertainties and other factors, including those risks discussed in "Risk Factors" in the Company's annual report on Form 10-K. Those risk factors expressly qualify all subsequent oral and written forward-looking statements attributable to us or persons acting on our behalf. We do not have any intention or obligation to update forward-looking statements included in this Form 10-Q after the date of this Form 10-Q, except as required by law.*

## Overview of the Company

Meade Instruments Corp. is engaged in the design, manufacture, marketing and sale of consumer optics products, primarily telescopes, telescope accessories and binoculars. We design our products in-house or with the assistance of external consultants. Most of our entry level products are manufactured overseas by contract manufacturers in Asia, while our high-end telescopes are manufactured and assembled at our Mexico facility. Sales of our products are driven by an in-house sales force as well as a network of sales representatives throughout the U.S. and through distributors internationally. We currently operate out of two primary locations: Irvine, California and Tijuana, Mexico. Our California facility serves as the Company's corporate headquarters, research and development facility and U.S. distribution center; our Mexico facility contains our manufacturing, assembly, repair, packaging, and other general and administrative functions. Our business is seasonal and our financial results have historically varied on a quarter-by-quarter basis each year.

We believe that the Company holds valuable brand names and intellectual property that provide us with a competitive advantage in the marketplace. The Meade® brand name is ubiquitous in the consumer telescope market, while the Coronado® brand name represents a unique niche in the area of solar astronomy.

## Critical Accounting Policies and Estimates

The preparation of financial statements and related disclosures in conformity with U.S. GAAP requires us to make judgments, assumptions and estimates that affect the amounts reported in the Condensed Consolidated Financial Statements and accompanying notes. Note 1 to our Consolidated Financial Statements in our Annual Report on Form 10-K for the fiscal year ended February 28, 2013 describes the significant accounting policies and methods used in the preparation of our Condensed Consolidated Financial Statements. Our critical accounting estimates, discussed in the Management's Discussion and Analysis of Financial Condition and Results of Operations in Part II, Item 7 of our Annual Report on Form 10-K for the fiscal year ended February 28, 2013, include revenue recognition, estimates for allowances for doubtful accounts, inventories, property and equipment, intangible assets, accounting for income taxes, shipping and handling costs, advertising, research and development, loss per share, concentration of credit risk, fair value of financial instruments, use of estimates in preparation of consolidated financial statements, product warranties, and stock-based compensation. Such accounting policies and estimates require significant judgments and assumptions to be used in the preparation of our Consolidated Financial Statements and actual results could differ materially from the amounts reported based on variability in factors affecting these estimates.

Our management discusses the development and selection of our critical accounting policies and estimates with the Audit Committee of our Board of Directors at least annually. Our management also internally discusses the adoption of new accounting policies or changes to existing policies at interim dates, as it deems necessary or appropriate.

## New Accounting Pronouncements

From time to time, the Financial Accounting Standards Board or other standards setting bodies issue new accounting pronouncements. Updates to the FASB Accounting Standards Codification are communicated through issuance of an Accounting Standards Update. Unless otherwise discussed, we believe that the impact of recently issued guidance, whether adopted or to be adopted in the future, is not expected to have a material impact on our Consolidated Financial Statements upon adoption.

11

Table of Contents

**Results of Operations**

*Three Months Ended May 31, 2013 Compared to Three Months Ended May 31, 2012*

The Company reported net sales of $2.8 million for the quarter ended May 31, 2013, a decrease of $1.3 million or 32% from net sales of $4.1 million in the same period in the prior year. This decrease in net sales was across all product categories of the Company. Approximately 26% or $0.3 million of this decrease in net sales was attributed to a decrease in net sales of accessories, which was attributed to the decrease of sales across all product categories and increased competition. Approximately 23% or $0.3 million of this decrease in net sales was attributed to a decrease in net sales of solar telescopes due to a high amount of these products having been sold in the prior year due to new product introductions and promotions. Approximately 22% or $0.3 million of the decrease in net sales was attributed to a decrease in net sales of intermediate telescopes due to reduced sales of the Company's LS and LT line of intermediate telescopes. Approximately $0.2 million or 17% of the decrease in net sales was attributable to a net decrease in sales of high end telescopes due to a reduction in sales of the Company's LX200 telescopes offset partially by sales of the Company's new LX850 and LX600 telescopes.

Gross profit of $0.6 million during the three months ended May 31, 2013 decreased $0.3 million or 27% compared to $0.9 million during the three months ended May 31, 2012. The decrease in gross profit was primarily attributable to the decline in net sales, offset slightly by reductions in indirect costs of sales.

Selling expenses for the first quarter ended May 31, 2013 were $0.4 million, which was equal to the first quarter ended May 31, 2012, but which amounted to 15% of net sales compared to 10% of net sales during the same quarter in the prior year. The increase in selling expenses as a percentage of net sales was due an increase in bad debt expense of $0.1 million, which offset reductions in other selling expenses due to reduced net sales and cost reduction efforts.

General and administrative expenses for the three months ended May 31, 2013 were $1.0 million or 35% of net sales compared to $0.9 million or 22% of net sales during the three months ended May 31, 2012. The increase in general and administrative expenses was mainly due to approximately $0.1 million of legal fees associated with the Company's merger and acquisition activities.

Research and development expenses during the three months ended May 31, 2013 were lower by $0.1 million or 45% due to the fact that the Company completed development of its LX800/850 and LX600 telescopes in February and April 2013, respectively.

Release of warranty liability of $0.3 million during the three months ended May 31, 2012 pertained to a reduction in the Company's warranty accrual which was recorded based upon an agreement which released the Company of its remaining warranty liability associated with those products. No such adjustment applied to the current year.

Interest expense of $13 thousand was incurred during the three months ended May 31, 2013 due to advances on the Company's credit facility. No interest was incurred in the prior year because the Company was not advancing on its credit facility in the prior year.

No provision for income taxes was recorded in the current or prior period presented due to the significance of the Company's net loss.

**Seasonality**

Historically, a substantial portion of the Company's net sales and results from operations typically occurred in the second and third quarter of the Company's fiscal year primarily due to the higher customer demand for less-expensive telescopes during the holiday season. Mass merchandisers, along with specialty retailers, purchase a considerable amount of their inventories to satisfy seasonal customer demand. These purchasing patterns have caused the Company to increase its level of inventory during its second and third quarters in response to such demand or anticipated demand. As a result, the Company's working capital requirements have correspondingly increased at such times. The Company continues to experience sales to mass merchandisers. Accordingly, the Company's net sales, working capital requirements and results from operations may be higher in its third quarter than in the other quarters of its fiscal year.

12

Table of Contents

## Liquidity and Capital Resources

The Company incurred a net loss of $0.9 million during the three months ended May 31, 2013. Cash used in operating activities was $0.4 million, compared to $1.1 million during the three months ended May 31, 2012, due to approximately $0.8 million in inventory reductions resulting from the Company completing development of its new LX800/850 and LX600 telescopes in February 2013 and April 2013, respectively, and being able to convert raw materials and work in process inventories into saleable product. The Company increased inventory by approximately $2.6 million during the six months ended August 31, 2012 due primarily to product development problems associated with the LX800/850 and LX600 telescope products which caused delays in shipments of those products. The Company must continue to reduce its inventories in order to have sufficient liquidity to continue its operations.

During the three months ended may 31, 2013, the Company obtained $0.3 million in cash from net advances on its credit facility. However, the Company has limited working capital and access to credit. The Company had only $91 thousand of remaining availability on its credit facility at May 31, 2013. In addition, while the Company's financing agreement with its lender does not contain explicit financial covenants, the Agreement allows the Company's lender significant latitude to restrict, reduce or eliminate the Company's access to credit or require the Company to repay any and all amounts outstanding under the Agreement. If its lender restricts, reduces or eliminates the Company's access to credit, or requires immediate repayment of the amounts outstanding under the agreement, the Company would be required to pursue additional or alternative sources of liquidity such as equity financings, a new debt agreement with other creditors, or liquidate assets. However, the Company cannot assure that any such additional sources of liquidity would be available on reasonable terms, if at all.

The Company's financial statements for the quarterly period ended May 31, 2013 were prepared assuming the Company would continue as a going concern; however, the Company's declining revenues, recurring losses, weakened financial position and reduced liquidity raise substantial doubt about its ability to continue as a going concern, as disclosed in the Company's Form 10-K for its fiscal year ended February 28, 2013. The consolidated financial statements do not include any adjustments that might result from the outcome of this uncertainty. The Company's board of directors decided in January 2013 that the Company should consider its strategic alternatives to preserve and maximize shareholder value, which ultimately culminated in the execution of a merger agreement.

Due to the Company's declining revenues, recurring losses, limited liquidity and weakened financial position, the Company may not be able to operate long enough to execute the planned merger.

Capital expenditures were approximately $82 thousand during the three months ended May 31, 2012 related to purchases of tools, molds and dies associated with new products. The Company had no capital expenditures during the three months ended May 31, 2013 and no material capital expenditure commitments as of that date. However, certain of the Company's machinery and equipment is old and fully depreciated and it is possible that certain of the Company's machinery and equipment could require replacement in the near future.

## Inflation

The Company does not believe that inflation has had a material effect on the results of operations during the past two years. However, there can be no assurance that the Company's business will not be affected by inflation in the remainder of fiscal 2014 and beyond.

## Forward-Looking Information

The preceding "Management's Discussion and Analysis of Financial Condition and Results of Operations" section contains various "forward looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities and Exchange Act of 1934, as amended, which represent the Company's reasonable judgment concerning the future and are subject to risks and uncertainties that could cause the Company's actual operating results and financial position to differ materially, including the following: the company's costs and expenses incurred in connection with the merger with JOC North America, LLC, including potential class actions from third parties; the Company being able to close the merger in a timely manner; the Company's expectation that it will continue to experience fluctuations in its sales, gross margins and profitability from quarter to quarter consistent with prior periods; the Company's expectation that contingent liabilities will not have a material effect on the Company's financial position or results of operations.

13

Table of Contents

## ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURE ABOUT MARKET RISK

As a smaller reporting company, as defined in Rule 12b-2 of the Securities Exchange Act of 1934, the Company is not required to provide the information required by this item.

## ITEM 4. CONTROLS AND PROCEDURES

### Evaluation of Disclosure Controls and Procedures.

The Company's management (with the participation of our Chief Executive Officer and Chief Financial Officer) evaluated the effectiveness of the Company's disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act")), as of the quarter ended May 31, 2013. Disclosure controls and procedures are designed to ensure that information required to be disclosed by the Company in the reports it files or submits under the Exchange Act is recorded, processed, summarized and reported on a timely basis and that such information is accumulated and communicated to management, including the Chief Executive Officer and Chief Financial Officer, as appropriate, to allow timely decisions regarding required disclosure. A control system, no matter how well designed and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, have been or will be detected. Our disclosure controls and procedures are designed to provide reasonable assurance of achieving their objectives.

The Company's Chief Executive Officer and Chief Financial Officer concluded, based on their evaluation, that the Company's disclosure controls and procedures are effective for the Company as of the end of the period covered by this report.

### Changes in Internal Control over Financial Reporting

There have been no changes in our internal control over financial reporting (as defined in Rule 13a-15(f) under the Exchange Act) that occurred during the quarter ended May 31, 2013 that materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

14

**Table of Contents**

**PART II — OTHER INFORMATION**

**ITEM 1. LEGAL PROCEEDINGS**

Not applicable.

**ITEM 1A. RISK FACTORS**

Not applicable.

**ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS**

Not applicable.

**ITEM 3. DEFAULTS UPON SENIOR SECURITIES**

Not applicable.

**ITEM 4. MINE SAFETY DISCLOSURE**

Not applicable.

**ITEM 5. OTHER INFORMATION**

Not applicable

15

**Table of Contents**

**ITEM 6. EXHIBITS**

| Exhibit | Exhibit Title or Description |
|---|---|
| 2.1 | Agreement and Plan of Merger, dated May 17, 2013, by and among JOC North America LLC, JOCNA Inc. and Meade Instruments Corp. (incorporated by reference to Exhibit 2.1 of the Company's Current Report on Form 8-K, as filed with the Securities and Exchange Commission on May 17, 2013 |
| 31.1 | Rule 13a-14(a)/15d-14(a) Certification — Principal Executive Officer |
| 31.2 | Rule 13a-14(a)/15d-14(a) Certification — Principal Financial Officer |
| 32.1 | Certification Pursuant to 18 U.S.C. Section 1350, As Adopted Pursuant to Section 906 of The Sarbanes-Oxley Act of 2002 — Chief Executive Officer |
| 32.2 | Certification Pursuant to 18 U.S.C. Section 1350, As Adopted Pursuant to Section 906 of The Sarbanes-Oxley Act of 2002 — Chief Financial Officer |
| 101.INS* | XBRL Instance Document |
| 101.SCH* | XBRL Taxonomy Extension Schema Document |
| 101.CAL* | XBRL Taxonomy Calculation Linkbase Document |
| 101.DEF* | XBRL Taxonomy Extension Definition Linkbase Document |
| 101.LAB* | XBRL Taxonomy Label Linkbase Document |
| 101.PRE* | XBRL Taxonomy Presentation Linkbase Document |

\* As provided in Rule 406T of Regulation S-T, this information is deemed furnished and not filed for purposes of Sections 11 and 12 of the Securities Act of 1933, as amended, and Section 18 of the Securities Exchange Act of 1934, as amended.

16

**Table of Contents**

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

<strong>MEADE INSTRUMENTS CORP.</strong>

Dated: July 16, 2013

By: /s/ STEVEN G. MURDOCK
    Steven G. Murdock
    *Chief Executive Officer*

By: /s/ JOHN A. ELWOOD
    John A. Elwood
    *Senior Vice President – Finance and Administration*
    *Chief Financial Officer and Secretary*

17

**Table of Contents**

**EXHIBIT INDEX**

| Exhibit | Exhibit Title or Description |
| --- | --- |
| 2.1 | Agreement and Plan of Merger, dated May 17, 2013, by and among JOC North America LLC, JOCNA Inc. and Meade Instruments Corp. (incorporated by reference to Exhibit 2.1 of the Company's Current Report on Form 8-K, as filed with the Securities and Exchange Commission on May 17, 2013 |
| 31.1 | Rule 13a-14(a)/15d-14(a) Certification — Principal Executive Officer |
| 31.2 | Rule 13a-14(a)/15d-14(a) Certification — Principal Financial Officer |
| 32.1 | Certification Pursuant to 18 U.S.C. Section 1350, As Adopted Pursuant to Section 906 of The Sarbanes-Oxley Act of 2002 — Chief Executive Officer |
| 32.2 | Certification Pursuant to 18 U.S.C. Section 1350, As Adopted Pursuant to Section 906 of The Sarbanes-Oxley Act of 2002 — Chief Financial Officer |
| 101.INS* | XBRL Instance Document |
| 101.SCH* | XBRL Taxonomy Extension Schema Document |
| 101.CAL* | XBRL Taxonomy Calculation Linkbase Document |
| 101.DEF* | XBRL Taxonomy Extension Definition Linkbase Document |
| 101.LAB* | XBRL Taxonomy Label Linkbase Document |
| 101.PRE* | XBRL Taxonomy Presentation Linkbase Document |

\* As provided in Rule 406T of Regulation S-T, this information is deemed furnished and not filed for purposes of Sections 11 and 12 of the Securities Act of 1933, as amended, and Section 18 of the Securities Exchange Act of 1934, as amended.

18

# EXHIBIT 14



Meade.com > **LX800 Series**

# LX800 Series

**ADVANCED ASTRONOMER**     Overview    Features    StarLock™    Specifications    360° View    **Buy Now**

## The New LX800™ with StarLock™.
Designed from the ground up to be the ideal astro-imaging platform.
Only from Meade.

Drawing on over 39 years of experience and innovation, Meade Instruments introduces the latest in a long line of advanced astronomical products: the LX800. Using revolutionary new technology, every aspect of this amazing telescope system has been designed to deliver the new standard in astrophotographic and visual performance.



**Fast f/8 Advanced Coma-Free (ACF) optical systems** on the 10", 12" and 14" OTAs. These optics produce wider, flatter fields with no coma for pinpoint stars out to the edge of larger imaging sensors or extreme wide angle eyepieces.
Optional custom-designed LX800 f/5 large-format focal reducer/field flattener also available.

**130mm 3-element, air-spaced apochromatic f/7 refractor** with 3" Crayford-style 10:1 focuser. Beautifully machined and finished with case. Optional 3" field flattener available.

**StarLock full-time automatic integrated guider** assists with ultra precise drift polar alignment, finds and centers targets and then automatically locks onto a field star as faint as 11th magnitude for one arcsecond guiding. No separate computer, no guide star selection, no user focus. Just setup your camera and image.

**German Equatorial Mount** made from machined aluminum and stainless steel with large bearing surfaces and roller bearings in both axes for an extremely solid and stable platform.

**Internal Crayford-style primary mirror focusing system** with a dual speed 7:1 focus control, that eliminates image shift and mirror flop. Precise focus is a snap.

**Internal cabling** to prevent snags and tangles during your imaging sessions.

Case 5:16-cv-06370-EJD Document 254-4 Filed 07/25/19 Page 105 of 123



**Precision machined 5.8" main gears** with 225 teeth in both R.A. and DEC. with .68" worms for very accurate movements and tracking.

**1.75" diameter threaded stainless steel counterweight shaft** with 18 lb. threaded stainless steel counterweights for easy and safe adjustments to telescope balance.

**Sophisticated built-in computer** for the most accurate control of the StarLock and other telescope systems.

**AutoStar II hand control** with over 144,000 object database to take you to almost any object imaginable at the push of the GoTo button. AutoStar II allows the user to setup and operate the LX800 in just the way you want.

**Ultra-stable adjustable height tripod.** Three inch diameter legs fold up for easy transport.

**Accessories include** 8x50 viewfinder, Series 5000 2" enhanced 99% reflective diagonal and a 25mm HD-60 premium eyepiece.

Patents Pending





Copyright © 2012 Meade Instruments Corp. | All Rights Reserved.

Meade Instruments Corp. is a publicly traded company. For more information visit our Investor Relations page.

# EXHIBIT 15





**Ships Free**





Meade Instruments LX850-ACF
Telescope - 305mm
Brand New Includes One Year Warranty



More Details

Availability: ✓ In Stock

**BRAND NEW**
**$8,799.00**

  Add to Cart

Pay Over Time:
as low as **$405.99 / month** *

Meade Instruments LX850-ACF
Telescope - 305mm w/ Skymaps
Brand New Includes One Year Warranty

More Details

Availability: ✓ In Stock

  Telescope & Skymaps

**BRAND NEW**
**$8,824.00**

  Add to Cart

Pay Over Time:
as low as **$407.15 / month** *



Click to View Larger

**Meade Instruments LX850-ACF
Telescope - 305mm**
Product # 1208-85-01

- Advanced Coma-Free Telescope
- **12.01 Inch Aperture (305 mm)**
- f/8 Focal Ratio
- 2438mm Focal Length
- **Ultra-High Transmission Coatings**
- HD-60 25mm Eyepiece
- Crayford-Style Internal Focusing
- **AutoStar II Controller**
- StarLock Dual Imager Star Tracker

**Includes:**
- 8x50 Rear-Focus Viewfinder
- Zero Image Shift-Electronic Micro-Focuser
- 2" Enhanced Diagonal
- GoTo EQ Mount with StarLock Autoguider
- StarLock Optical Tube and Sensor Assembly
- Counterweight Shaft with Safety Nut
- Field Tripod
- Autostar II Hand Controller
- DVD with AutoStar Suite and Software
- 3 x Anti-Vibration Pad

Availability: ✓ In Stock

Meade Instruments LX850-ACF
Telescope - 305mm Bundle
Brand New Includes One Year Warranty

More Details

Availability: ✓ In Stock

  Telescope
Skymaps
Optic Cleaning Tool
Eyepiece & Filter Kit

**BRAND NEW**
**$8,999.00**

  Add to Cart

Pay Over Time:
as low as **$415.22 / month** *

  **Ships Free**



Meade Instruments LX850-ACF
Telescope - 355mm
**Telescope**
Brand New Includes One Year Warranty

More Details

Availability: ✓ In Stock

**BRAND NEW**
**$9,699.00**

  Add to Cart

Pay Over Time:
as low as **$447.52 / month** *

Meade Instruments LX850-ACF
Telescope - 355mm w/ Skymaps
**Telescope**
Brand New Includes One Year Warranty

More Details

Availability: ✓ In Stock

  Telescope & Skymaps

**BRAND NEW**
**$9,724.00**

  Add to Cart

Pay Over Time:
as low as **$448.67 / month** *



Click to View Larger

**Meade Instruments LX850-ACF
Telescope - 355mm**
Telescope
Product # 1408-85-01

- Advanced Coma-Free Telescope
- 14 inch Aperture (355mm)
- **2845mm Focal Length, f/8 Focal Ratio**
- 8x50mm Viewfinder
- Ultra-High Transmission Coatings
- HD-60 25mm Eyepiece
- **AutoStar II Controller**
- 145,000 Object Database
- Electronic Slow Motion Controls

**Includes:**
- HD-60 25mm Eyepiece
- Hand Controller
- Tripod

Availability: ✓ In Stock

Meade Instruments LX850-ACF
Telescope - 355mm Bundle
**Telescope**
Brand New Includes One Year Warranty

More Details

Availability: ✓ In Stock

  Telescope
Skymaps
Optic Cleaning Tool
Eyepiece & Filter Kit

**BRAND NEW**
**$9,899.00**

  Add to Cart

Pay Over Time:
as low as **$456.75 / month** *

  **Ships Free**

1 - 4 of 4 Total

 Money Back GUARANTEE   SAFE and SECURE   EASY Returns   Privacy Rights

**For Customer Service Call**
**(855)725-8794**

All logos displayed on this page are registered trademarks with their respective organizations.
Disclaimer: FactoryOutletStore.com Copyright © 2005-2019 Privacy Policy

JOIN NOW  Receive Special Offers and Promotions  Enter Email  **SIGN UP ▸**

4.5 ★★★★★
Google
Customer Reviews

# EXHIBIT 16



ORION TELESCOPES & BINOCULARS | BINOCULARS A DIVISION OF ORION | Telescopes.com A DIVISION OF ORION | Spotting Scopes A DIVISION OF ORION | Microscopes Direct.com A DIVISION OF ORION | Community | Cart

SINCE 1975 43rd year ORION AN EMPLOYEE-OWNED COMPANY

Sign In    Order Status    Chat    Help    800-447-1001

Enter keyword or product number

McAfee SECURE

**Telescopes**    **Mounts & Tripods**    **Accessories**    **Astrophotography**    **Binoculars**    **Sale**    **Gift Center**    **Shop by Brand**

**Free Shipping on Orders Over $75 & Installment Billing on Orders over $350** (Exclusions Apply)

Home › I want to take pictures of things that I see › I want to take photos of the moon and planets › Orion StarSeeker IV 102mm GoTo Mak-Cass Telescope    ‹ 53 of 150 ›





   



Product Manuals & Video    Free Starry Night Software    Free Lifetime Tech Support

### Orion StarSeeker IV 102mm GoTo Mak-Cass Telescope

USER LEVEL Beginner

★★★★☆  Read all 4 reviews  |  Write a review

**Free Standard Shipping**

$599.99
3 easy payments of $200.00
With payment plan

Quantity: 1

**Add to Cart ▶**

MasterCard VISA AMEX DISCOVER PayPal

More Shipping Information ▶    ✔ In Stock

- This 4" diameter GoTo Mak-Cass boasts a very long 1300mm focal length and f/12.7 focal ratio, for sharp and detailed high-power views of the Moon, planets, and brighter deep-sky objects
- Huge GoTo database of over 42,000 objects, and handy built-in Tour mode means you'll enjoy great views on any clear night
- Once aligned, dual optical encoders on both axes of motion allow manual aiming of the telescope without losing GoTo alignment
- After an object is selected, the StarSeeker IV 102mm locates and tracks it automatically so you can relax and enjoy the view
- Includes GoTo hand controller, 23mm (57x) and 10mm (130x) wide-field 60-degree eyepieces, 90-degree diagonal, EZ Finder II sight, and more

Learn more ▶

Item #  13162

Print  |  Add to Wish List  |  Email Friend  |  SHARE

🌐 1-800-447-1001
💬 Live Chat ▶
✉ Email Us ▶

👍 Like  Share  G+
Tweet  Save

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support
More Information ▶

**We Also Suggest**

Step up to


FREE SHIPPING!
Orion StarSeeker IV 127mm GoTo Mak-Cass Telescope
$699.99


FREE SHIPPING!
Orion StarSeek Wireless Telescope Controller
Was  $199.99
Now  $179.99
You Save  $20.00


SALE!
1.25" Orion 13% Transmission Moon Filter
Was  $19.99
Now  $16.99
You Save  $3.00


FREE SHIPPING!
48.5"x9.5"x10.5" Orion Padded Telescope Case
Was  $99.99
Now  $89.99
You Save  $10.00


SALE!
1.25" Orion Basic Set of Four Color Filters
Was  $49.99
Now  $42.49
You Save  $7.50



| More Info | Specs | In The Box | Shipping Info | Reviews | Video Gallery | Articles |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Best for viewing | Lunar & bright deep sky |
| Best for imaging | Lunar, planetary & terrestrial |
| User level | Beginner |
| Optical design | Maksutov-Cassegrain |
| Optical diameter | 102mm |
| Focal length | 1300mm |
| Focal ratio | f/12.7 |
| Optics type | 4-element Petzval style |
| Eyepieces | 3-Element 23.0mm,10.0mm (1.25") |
| Magnification with included eyepieces | 57x, 130x |
| Resolving power | 1.13arc*sec |
| Lowest useful magnification | 15x |
| Highest useful magnification | 204x |
| Highest theoretical magnification | 204x |
| Limiting stellar magnitude | 12.7 |
| Optical quality | Diffraction limited |
| Finder scope | EZ Finder II |
| Focuser | Internal |
| Diagonal degrees | 1.25" 90° Mirror Star |
| Secondary mirror obstruction | 31mm |
| Secondary mirror obstruction by diameter | 34% |
| Secondary mirror obstruction by area | 12% |
| Mount type | Altazimuth |
| Astro-imaging capability | Lunar, planetary & terrestrial |
| Computerized compatibility | Go-To system |
| Alignment procedure | Two-Star Alignment |
| Number of objects in database | 42,900 |

Specifications                  StarSeek 5 GoTo and Lunar

| | |
|---|---|
| Motor speeds | Ten different slewing speeds from 0.5x sidereal to over 600x sidereal |
| Motor type | DC Servo motors with encoders |
| Power requirement | 8-AA batteries or 12-volt DC |
| Available ports | RS-232 |
| Tube material | Aluminum |
| Tripod material | Steel |
| Tripod leg diameter | 1.25 in. |
| Length of optical tube | 12.4 in. |
| Weight, optical tube | 4.7 lbs. |
| Weight, mount/tripod | 14.0 lbs. |
| Weight, fully assembled | 18.7 lbs. |
| Additional included accessories | Cast-Metal accessory tray/Spread bracer, RS-232 cable, 12V DC power cable, Quick-Collimation cap |
| Other features | Liquid filled compass to aid with alignment, Manual movement while maintaining GoTo alignment, Battery & hand controller holder built into mount |
| Warranty | One year |

  

**Buy now. Pay over time.***

*US customers only. Subject to credit approval. See terms

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

**More Information ▸**

 

**Shop Our Catalogs**
Online or in your mailbox. Check out our colorful catalog, filled with hundreds of quality products.

**See our eCatalogs ▸**

**Email Sign Up**
Please send me email about sales, new products, and astronomy.

Enter your email address

**Sign Up ▸**

 

**How Can We Help?**

 **Live Chat ▸**

**Quick Help**
Instruction Manuals
How to Contact Us
Customer Service
Shipping & Delivery
Easy Returns
Satisfaction Guaranteed
Gift Certificates
E-Certificates

**Buying From Us**
Why Buy From Orion
Catalog Quick Order
Store Information
Dealer Locator
Ordering & Payment
Layaway Program
Installment Billing
Current Offers

**Community**
Featured Events
Customer Profiles
Monthly Star Chart
Today's StarDate
In The Sky This Month
Phases of the Moon
Astronomy Glossary

Orion Protecting U.S. Consumers
(Updated June 18, 2018)

**Looking For**
Solar Eclipse 2019
New Products
Buying Guides
StarSeek Astronomy App
Jobs
Affiliate Program
Wholesale Sales
Telescopes for Libraries

   

800-447-1001 • Telescope.com • © 2002-2019 Orion Telescopes & Binoculars All rights reserved • DMCA/Copyright • Terms and Conditions • Privacy & Security

    

**About Orion Telescopes & Binoculars**

Since 1975 Orion Telescopes & Binoculars has been offering telescopes for sale direct to customers. Now an employee-owned company, we pride ourselves on an unswerving commitment to best quality products, value and unmatched customer care. Our 100% satisfaction guarantee says it all.

Orion offers telescopes for every level: Beginner, Intermediate, Advanced, and Expert. From our entry level beginner telescopes for amateur astronomers to our Dobsonian telescopes to our most advanced Cassegrain telescopes and accessories, you can find the best telescope for you. Because we sell direct, we can offer you tremendous value at a great price. Not sure how to choose a telescope? Orion's Telescope Buyer's Guide is a great place to start.

Orion binoculars are known for quality optics at a great price. We offer binoculars for every viewing interest, including astronomical binoculars, compact binoculars, waterproof binoculars, birding binoculars, and sport and hunting binoculars.

Orion's telescope and astrophotography accessories will enhance your telescope enjoyment without breaking the bank. Expand your viewing experience with accessories ranging from moon filters to power-boosting Barlow lenses to advanced computerized telescope mounts. Capture breathtaking photos with our affordable astrophotography cameras. And when you're stargazing, Orion's telescope cases and covers, observing gear, red LED flashlights, astronomy books and star charts will make your observing sessions more convenient, comfortable and meaningful.

At Orion, we are committed to sharing our knowledge and passion for astronomy and astrophotography with the amateur astronomy community. Visit the Orion Community Center for in-depth information on telescopes, binoculars, and astrophotography. You can find astrophotography "how to" tips and share your best astronomy pictures here. Submit astronomy articles, events, & reviews, and even become a featured Orion customer!

# EXHIBIT 17



Free Shipping on Orders Over $75 & Installment Billing on Orders over $350 (Exclusions Apply)

Home › All Telescopes › Deals › Free Shipping › Orion StarSeeker IV 150mm GoTo Mak-Cass Telescope

◄ 60 of 150 ►



## Orion StarSeeker IV 150mm GoTo Mak-Cass Telescope

USER LEVEL Intermediate

★★★★½ 🔍   Read all 7 reviews   |   Write a review

**Free Standard Shipping**

$999.99

3 easy payments of $333.33
With payment plan

Quantity: 1

**Add to Cart ›**

MasterCard VISA AMEX DISCOVER PayPal

More Shipping Information ›

✓ In Stock

- This big, 5.9" diameter GoTo Mak-Cass boasts a super-long 1800mm focal length and f/12 focal ratio to provide exceptional, high-resolution views of the Moon, planets, and deep-sky objects
- Huge GoTo database of over 42,000 objects, and handy built-in Tour mode means you'll enjoy great views on any clear night
- Once aligned, dual optical encoders on both axes of motion allow manual aiming of the telescope without losing GoTo alignment
- After an object is selected, the StarSeeker IV 150mm locates and tracks it automatically so you can relax and enjoy the view
- Includes GoTo hand controller, 23mm (78x) and 10mm (180x) wide field 60-degree eyepieces, 90-degree diagonal, 2" visual-back, EZ Finder II sight, and more

Learn more ›

Item # 13166

🖨 Print | ➕ Add to Wish List | ✉ Email Friend | SHARE

🌐 1-800-447-1001
💬 Live Chat ›
✉ Email Us ›

👍 Like   Share   G+
Tweet   📌 Save

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support
More Information ›

We Also Suggest

Step up to

Orion SkyView Pro 180mm GoTo Maksutov-Cassegrain Telescope
$1,999.99

43"x9"x11" Orion Padded Telescope Case
Was $99.99
Now $89.99
You Save $10.00

Orion StarSeek Wireless Telescope Controller
Was $199.99
Now $179.99
You Save $20.00

1.25" Orion 13% Transmission Moon Filter
Was $19.99
Now $16.99
You Save $3.00

Orion Shorty 1.25" 2x Barlow Lens
Was $39.99
Now $33.99
You Save $6.00

Product Manuals & Video | Free Starry Night Software | Free Lifetime Tech Support



| More Info | Specs | In The Box | Shipping Info | Reviews | Video Gallery | Articles |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Best for viewing | Brighter deep sky |
| Best for imaging | Lunar & planetary |
| User level | Intermediate |
| Optical design | Maksutov-Cassegrain |
| Optical diameter | 150mm |
| Focal length | 1800mm |
| Focal ratio | f/12.0 |
| Eyepieces | 3-Element 23.0mm,10.0mm (1.25") |
| Magnification with included eyepieces | 78x, 180x |
| Resolving power | 0.78arc*sec |
| Lowest useful magnification | 51x |
| Highest useful magnification | 300x |
| Highest theoretical magnification | 300x |
| Limiting stellar magnitude | 13.6 |
| Optical quality | Diffraction limited |
| Finder scope | EZ Finder II |
| Focuser | Internal |
| Diagonal degrees | 1.25" 90° Mirror Star |
| Secondary mirror obstruction | 47mm |
| Secondary mirror obstruction by diameter | 31% |
| Secondary mirror obstruction by area | 10% |
| Mount type | Altazimuth |
| Astro-imaging capability | Lunar & planetary |
| Computerized compatibility | Go-To included |
| Alignment procedure | Two-Star Alignment |
| Number of objects in database | 42,900 |
| Tracking rates | Sidereal, Solar and Lunar |

| | |
|---|---|
| Power requirement | 8-AA batteries or 12-volt DC |
| Tube material | Aluminum |
| Tripod material | Steel |
| Tripod leg diameter | 1.25 in. |
| Length of optical tube | 17.7 in. |
| Weight, optical tube | 12.1 lbs. |
| Weight, fully assembled | 26.1 lbs. |
| Additional included accessories | 2" visual back accepts 2" or 1.25" accessories, Front dust cover, Dovetail mounting rail |
| Other features | Dual encoders on each axis allow manual GoTo, INternet upgradeable hand controller, Internal battery compartment |
| Warranty | One year |



## Buy now. Pay over time.*

*US customers only. Subject to credit approval. See terms

### Why Buy From Orion

- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

**More Information ▸**



### Shop Our Catalogs

Online or in your mailbox. Check out our colorful catalog, filled with hundreds of quality products.

See our eCatalogs ▸

### Email Sign Up

Please send me email about sales, new products, and astronomy.

Enter your email address

Sign Up ▸

 

## How Can We Help?

 **Live Chat▸**

**Quick Help**
Instruction Manuals
How to Contact Us
Customer Service
Shipping & Delivery
Easy Returns
Satisfaction Guaranteed
Gift Certificates
E-Certificates

**Buying From Us**
Why Buy From Orion
Catalog Quick Order
Store Information
Dealer Locator
Ordering & Payment
Layaway Program
Installment Billing
Current Offers

**Community**
Featured Events
Customer Profiles
Monthly Star Chart
Today's StarDate
In The Sky This Month
Phases of the Moon
Astronomy Glossary

Orion Protecting U.S. Consumers
(Updated June 18, 2018)

**Looking For**
Solar Eclipse 2019
New Products
Buying Guides
StarSeek Astronomy App
Jobs
Affiliate Program
Wholesale Sales
Telescopes for Libraries



800-447-1001 • Telescope.com • © 2002-2019 Orion Telescopes & Binoculars All rights reserved • DMCA/Copyright • Terms and Conditions • Privacy & Security



### About Orion Telescopes & Binoculars

Since 1975 Orion Telescopes & Binoculars has been offering telescopes for sale direct to customers. Now an employee-owned company, we pride ourselves on an unswerving commitment to best quality products, value and unmatched customer care. Our 100% satisfaction guarantee says it all.

Orion offers telescopes for every level: Beginner, Intermediate, Advanced, and Expert. From our entry level beginner telescopes for amateur astronomers to our most advanced Cassegrain telescopes and accessories, you can find the best telescope for you. Because we sell direct, we can offer you tremendous value at a great price. Not sure how to choose a telescope? Orion's Telescope Buyer's Guide is a great place to start.

Orion binoculars are known for quality optics at a great price. We offer binoculars for every viewing interest, including astronomical binoculars, compact binoculars, waterproof binoculars, birding binoculars, and sport and hunting binoculars.

Orion's telescope and astrophotography accessories will enhance your telescope enjoyment without breaking the bank. Expand your viewing experience with accessories ranging from moon filters to power-boosting Barlow lenses to advanced computerized telescope mounts. Capture breathtaking photos with our affordable astrophotography cameras. And when you're stargazing, Orion's telescope cases and covers, observing gear, red LED flashlights, astronomy books and star charts will make your observing sessions more convenient, comfortable and meaningful.

At Orion, we are committed to sharing our knowledge and passion for astronomy and astrophotography with the amateur astronomy community. Visit the Orion Community Center for in-depth information on telescopes, binoculars, and astrophotography. You can find astrophotography "how to" tips and share your best astronomy pictures here. Submit astronomy articles, events, & reviews, and even become a featured Orion customer!

# EXHIBIT 18



Free Shipping on Orders Over $75 & Installment Billing on Orders over $350 (Exclusions Apply)

Home › I want to see galaxies, nebulas & star clusters › More robust telescopes to see deeper into space › Orion StarSeeker IV 127mm GoTo Mak-Cass Tel…    ◄ 52 of 150 ►

## Orion StarSeeker IV 127mm GoTo Mak-Cass Telescope

USER LEVEL Intermediate

★★★★★ Read all 6 reviews | Write a review

Free Standard Shipping

$699.99
3 easy payments of $233.33
With payment plan

Quantity: 1

**Add to Cart ›**

Expected Ship Date: 01/07/2019

More Shipping Information ›

- This 5" diameter GoTo Mak-Cass boasts a super-long 1540mm focal length and f/12.1 focal ratio, for powerful views of the Moon, planets, and deep-sky objects
- Huge GoTo database of over 42,000 objects, and handy built-in Tour mode means you'll enjoy great views on any clear night
- Once aligned, dual optical encoders on both axes of motion allow manual aiming of the telescope without losing GoTo alignment
- After an object is selected, the StarSeeker IV 127mm locates and tracks it automatically so you can relax and enjoy the view
- Includes GoTo hand controller, 23mm (67x) and 10mm (154x) wide-field 60-degree eyepieces, 90-degree diagonal, EZ Finder II sight, and more

Learn more ›

Product Manuals & Video

Free Starry Night Software

Free Lifetime Tech Support

Item # 13163

Print | Add to Wish List | Email Friend | SHARE

1-800-447-1001
Live Chat ›
Email Us ›

Like | Share | G+
Tweet | Save

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

More Information ›

We Also Suggest

Step up to

Orion StarSeeker IV 150mm GoTo Mak-Cass Telescope
$999.99

Orion 2.1 Amp AC-to-12V DC Power Adapter
Was $34.99
Now $31.49
You Save $3.50

Orion StarSeek Wireless Telescope Controller
Was $199.99
Now $179.99
You Save $20.00

Orion Dynamo Pro 155Wh AC/DC/USB Lithium Power Supply
Was $159.99
Now $149.75
You Save $10.24

43"x9"x11" Orion Padded Telescope Case
Was $99.99
Now $89.99
You Save $10.00

| More Info | Specs | In The Box | Shipping Info | Reviews | Video Gallery | Articles |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Best for viewing | Lunar & bright deep sky |
| Best for imaging | Lunar, planetary & terrestrial |
| User level | Intermediate |
| Optical design | Maksutov-Cassegrain |
| Optical diameter | 127mm |
| Focal length | 1540mm |
| Focal ratio | f/12.1 |
| Eyepieces | 3-Element 23.0mm,10.0mm (1.25") |
| Magnification with included eyepieces | 67x, 154x |
| Resolving power | 0.91arc*sec |
| Lowest useful magnification | 18x |
| Highest useful magnification | 254x |
| Highest theoretical magnification | 254x |
| Limiting stellar magnitude | 13.2 |
| Optical quality | Diffraction limited |
| Finder scope | EZ Finder II |
| Focuser | Internal |
| Diagonal degrees | 1.25" 90° Mirror Star |
| Secondary mirror obstruction | 39mm |
| Secondary mirror obstruction by diameter | 31% |
| Secondary mirror obstruction by area | 9% |
| Mount type | Altazimuth |
| Astro-imaging capability | Lunar, planetary & terrestrial |
| Computerized compatibility | Go-To system |
| Alignment procedure | Two-Star Alignment |
| Number of objects in database | 42,900 |
| Tracking rates | Sidereal, Solar and Lunar |

| | |
|---|---|
| Motor speeds | Nine different slewing speeds from 1.0x sidereal to over 2000x sidereal |
| Motor type | DC Servo motors with encoders |
| Power requirement | 8-AA batteries or 12-volt DC |
| Available ports | RS-232 |
| Tube material | Aluminum |
| Tripod material | Steel |
| Tripod leg diameter | 1.25 in. |
| Length of optical tube | 14.5 in. |
| Weight, optical tube | 8.6 lbs. |
| Weight, mount/tripod | 13.4 lbs. |
| Weight, fully assembled | 22.2 lbs. |
| Additional included accessories | Cast-Metal accessory tray/Spread bracer, RS-232 cable, 12V DC power cable, Quick-Collimation cap |
| Other features | Liquid filled compass to aid with alignment, Manual movement while maintaining GoTo alignment, Battery & hand controller holder built into mount |
| Warranty | One year |





**Buy now. Pay over time.***

*US customers only.
Subject to credit approval.
See terms



**Why Buy From Orion**

- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

**More Information** ›





**Shop Our Catalogs**

Online or in your mailbox.
Check out our colorful
catalog, filled with hundreds
of quality products.

**See our eCatalogs** ›

**Email Sign Up**

Please send me email about sales, new products, and astronomy.

Enter your email address

**Sign Up** ›




## How Can We Help?



**Live Chat** ›

**Quick Help**
Instruction Manuals
How to Contact Us
Customer Service
Shipping & Delivery
Easy Returns
Satisfaction Guaranteed
Gift Certificates
E-Certificates

**Buying From Us**
Why Buy From Orion
Catalog Quick Order
Store Information
Dealer Locator
Ordering & Payment
Layaway Program
Installment Billing
Current Offers

**Community**
Featured Events
Customer Profiles
Monthly Star Chart
Today's StarDate
In The Sky This Month
Phases of the Moon
Astronomy Glossary

Orion Protecting U.S. Consumers
(Updated June 18, 2018)

**Looking For**
Solar Eclipse 2019
New Products
Buying Guides
StarSeek Astronomy App
Jobs
Affiliate Program
Wholesale Sales
Telescopes for Libraries





800-447-1001 • Telescope.com • © 2002-2019 Orion Telescopes & Binoculars All rights reserved • DMCA/Copyright • Terms and Conditions • Privacy & Security







**About Orion Telescopes & Binoculars**

Since 1975 Orion Telescopes & Binoculars has been offering telescopes for sale direct to customers. Now an employee-owned company, we pride ourselves on an unswerving commitment to best quality products, value and unmatched customer care. Our 100% satisfaction guarantee says it all.

Orion offers telescopes for every level: Beginner, Intermediate, Advanced, and Expert. From our entry level beginner telescopes for amateur astronomers to our Dobsonian telescopes to our most advanced Cassegrain telescopes and accessories, you can find the best telescope for you. Because we sell direct, we can offer you tremendous value at a great price. Not sure how to choose a telescope? Orion's Telescope Buyer's Guide is a great place to start.

Orion binoculars are known for quality optics at a great price. We offer binoculars for every viewing interest, including astronomical binoculars, compact binoculars, waterproof binoculars, birding binoculars, and sport and hunting binoculars.

Orion's telescope and astrophotography accessories will enhance your telescope enjoyment without breaking the bank. Expand your viewing experience with accessories ranging from moon filters to power-boosting Barlow lenses to advanced computerized telescope mounts. Capture breathtaking photos with our affordable astrophotography cameras. And when you're stargazing, Orion's telescope cases and covers, observing gear, red LED flashlights, astronomy books and star charts will make your observing sessions more convenient, comfortable and meaningful.

At Orion, we are committed to sharing our knowledge and passion for astronomy and astrophotography with the amateur astronomy community. Visit the Orion Community Center for in-depth information on telescopes, binoculars, and astrophotography. You can find astrophotography "how to" tips and share your best astronomy pictures here. Submit astronomy articles, events, & reviews, and even become a featured Orion customer!

# EXHIBIT 19



Free Shipping on Orders Over $75 & Installment Billing on Orders over $350 (Exclusions Apply)

Home ▸ I want to look at the Moon and planets ▸ Telescopes that are easy to move & carry ▸ Orion Apex 90mm Maksutov-Cassegrain Telescope

◂ 15 of 15

## Orion Apex 90mm Maksutov-Cassegrain Telescope

USER LEVEL: Beginner

★★★★★ 🔍 Read all 16 reviews | Write a review

**Free Standard Shipping**

$209.99

Quantity: 1

**Add to Cart ▸**

MasterCard VISA AMEX Discover PayPal

More Shipping Information ▸

Expected Ship Date: 01/07/2019

- Nifty little 90mm (3.5") aperture Maksutov-Cassegrain telescope provides long focal length performance in a conveniently compact instrument
- 90mm aperture and 1250mm focal length Maksutov-Cassegrain optics for fantastic celestial and terrestrial views, especially at higher powers
- An ideal telescope for scanning the solar system for views of the Moon and planets, as well as globular star clusters and some bright nebulas
- Includes a 25mm Sirius Plossl eyepiece, 6x20 correct-image finder scope for accurate aiming during the day or at night, 45-degree correct-image diagonal, soft carry-case, and Starry Night astronomy software
- Does not include tripod or mount - either can be purchased separately

Learn more ▸

**Item # 09820**

🖨 Print | ➕ Add to Wish List | ✉ Email Friend | ⬇ SHARE

Product Manuals | Free Starry Night Software | Free Lifetime Tech Support

### Sidebar

1-800-447-1001
Live Chat ▸
Email Us ▸

👍 Like | Share | G+
Tweet | Save

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support
More Information ▸

**We Also Suggest**

Step up to

**FREE SHIPPING!**
Orion Apex 102mm Maksutov-Cassegrain Telescope
$249.99

**FREE SHIPPING!**
Orion Paragon HD-F2 Heavy Duty Tripod
Was $99.99
Now $89.99
You Save $10.00

**FREE SHIPPING!**
4.10" ID Orion Full Aperture Solar Filter
Was $99.99
Now $89.99
You Save $10.00

**SALE!**
7.5mm 12.5mm Set Sirius Plossl Eyepieces
Was $69.99
Now $62.99
You Save $7.00

**SALE!**
Orion Shorty 1.25" 2x Barlow Lens
Was $39.99
Now $33.99
You Save $6.00

### Specs

| | |
|---|---|
| Best for viewing | Lunar & planetary |
| Best for imaging | Lunar & planetary |
| User level | Beginner |
| Optical design | Maksutov-Cassegrain |
| Optical diameter | 90mm |
| Finder scope lens diameter | 20mm |
| Focal length | 1250mm |
| Focal ratio | f/13.9 |
| Eyepieces | Sirius Plossl 25.0mm (1.25") |
| Magnification with included eyepieces | 50x |
| Resolving power | 1.29arc*sec |
| Lowest useful magnification | 13x |
| Highest useful magnification | 180x |
| Highest theoretical magnification | 180x |
| Limiting stellar magnitude | 12.5 |
| Optical quality | Diffraction limited |
| Finder scope | 6x20 Correct-image |
| Focuser | Internal |
| Diagonal degrees | 1.25" 45° Prism Correct-image |
| Secondary mirror obstruction | 29mm |
| Secondary mirror obstruction by diameter | 32% |
| Secondary mirror obstruction by area | 10% |
| Mount type | Optical Tube without Mount |
| Astro-imaging capability | Lunar & planetary |
| Tube material | Aluminum |

| | |
|---|---|
| Length of optical tube | |
| Weight, optical tube | 3.7 lbs. |
| Additional included accessories | Optical tube carry case |
| Warranty | One year |





**Buy now. Pay over time.***

*US customers only.
Subject to credit approval.
See terms

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

**More Information ▸**



**Shop Our Catalogs**
Online or in your mailbox.
Check out our colorful
catalog, filled with hundreds
of quality products.

**See our eCatalogs ▸**

**Email Sign Up**
Please send me email about sales, new
products, and astronomy.

Enter your email address

**Sign Up ▸**




### How Can We Help?

 **Live Chat ▸**

**Quick Help**
Instruction Manuals
How to Contact Us
Customer Service
Shipping & Delivery
Easy Returns
Satisfaction Guaranteed
Gift Certificates
E-Certificates

**Buying From Us**
Why Buy From Orion
Catalog Quick Order
Store Information
Dealer Locator
Ordering & Payment
Layaway Program
Installment Billing
Current Offers

**Community**
Featured Events
Customer Profiles
Monthly Star Chart
Today's StarDate
In The Sky This Month
Phases of the Moon
Astronomy Glossary

Orion Protecting U.S. Consumers
(Updated June 18, 2018)

**Looking For**
Solar Eclipse 2019
New Products
Buying Guides
StarSeek Astronomy App
Jobs
Affiliate Program
Wholesale Sales
Telescopes for Libraries

   

800-447-1001 • Telescope.com • © 2002-2019 Orion Telescopes & Binoculars All rights reserved • DMCA/Copyright • Terms and Conditions • Privacy & Security







AN EMPLOYEE-OWNED COMPANY

**About Orion Telescopes & Binoculars**

Since 1975 Orion Telescopes & Binoculars has been offering telescopes for sale direct to customers. Now an employee-owned company, we pride ourselves on an unswerving commitment to best quality products, value and unmatched customer care. Our 100% satisfaction guarantee says it all.

Orion offers telescopes for every level: Beginner, Intermediate, Advanced, and Expert. From our entry level beginner telescopes for amateur astronomers to our Dobsonian telescopes to our most advanced Cassegrain telescopes and accessories, you can find the best telescope for you. Because we sell direct, we can offer you tremendous value at a great price. Not sure how to choose a telescope? Orion's Telescope Buyer's Guide is a great place to start.

Orion binoculars are known for quality optics at a great price. We offer binoculars for every viewing interest, including astronomical binoculars, compact binoculars, waterproof binoculars, birding binoculars, and sport and hunting binoculars.

Orion's telescope and astrophotography accessories will enhance your telescope enjoyment without breaking the bank. Expand your viewing experience with accessories ranging from moon filters to power-boosting Barlow lenses to advanced computerized telescope mounts. Capture breathtaking photos with our affordable astrophotography cameras. And when you're stargazing, Orion's telescope cases and covers, observing gear, red LED flashlights, astronomy books and star charts will make your observing sessions more convenient, comfortable and meaningful.

At Orion, we are committed to sharing our knowledge and passion for astronomy and astrophotography with the amateur astronomy community. Visit the Orion Community Center for in-depth information on telescopes, binoculars, and astrophotography. You can find astrophotography "how to" tips and share your best astronomy pictures here. Submit astronomy articles, events, & reviews, and even become a featured Orion customer!

# EXHIBIT 20



Free Shipping on Orders Over $75 & Installment Billing on Orders over $350 (Exclusions Apply)

Home ▸ I want to look at the Moon and planets ▸ Telescopes that are easy to move & carry ▸ Orion Apex 102mm Maksutov-Cassegrain Telescope          ◂ 2 of 14 ▸

## Orion Apex 102mm Maksutov-Cassegrain Telescope

USER LEVEL
Beginner

★★★★½  Read all 25 reviews  |  Write a review

**Free Standard Shipping**

$249.99

Quantity: 1

**Add to Cart ▸**

MasterCard VISA AMEX DISCOVER PayPal

More Shipping Information ▸          Expected Ship Date: 01/08/2019

- Compact Maksutov-Cassegrain telescope provides great views during day or night
- 102mm (4") aperture and 1300mm focal length telescope provides fantastic celestial views of the Moon, planets, and bright deep-sky objects, as well as terrestrial views of wildlife and scenery
- A telescope small enough to store on a bookshelf but with the power of traditional scopes five times its size!
- Includes a 25mm Sirius Plossl 1.25" eyepiece, 6x26 correct-image finder scope, 45-degree correct-image diagonal, soft carry case and more!
- Does not include tripod or mount - either can be purchased separately

Learn more ▸

Item #  09823

🖶 Print  |  ➕ Add to Wish List  |  ✉ Email Friend  |  ☁ SHARE



Product Manuals          Free Starry Night Software          Free Lifetime Tech Support

1-800-447-1001
💬 Live Chat ▸
✉ Email Us ▸

👍 Like   Share   G+
Tweet   Save

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

More Information ▸

**We Also Suggest**
▲
Step up to



Orion Apex 127mm Maksutov-Cassegrain Telescope
$389.99

Orion 1.25" Premium Telescope Accessory Kit
Was  $179.99
Now  $161.99
You Save  $18.00

Orion Paragon HD-F2 Heavy Duty Tripod
Was  $99.99
Now  $89.99
You Save  $10.00

4.57" ID Orion Full Aperture Solar Filter
Was  $99.99
Now  $89.99
You Save  $10.00

Orion Shorty 1.25" 2x Barlow Lens
Was  $39.99
Now  $33.99
You Save  $6.00

| More Info | Specs | In The Box | Shipping Info | FAQ | Reviews | Image Gallery | Video Gallery | Articles |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Best for viewing | Lunar & planetary |
| Best for imaging | Lunar & planetary |
| User level | Beginner |
| Optical design | Maksutov-Cassegrain |
| Optical diameter | 102mm |
| Finder scope lens diameter | 26mm |
| Focal length | 1300mm |
| Focal ratio | f/12.7 |
| Eyepieces | Sirius Plossl 25.0mm (1.25") |
| Magnification with included eyepieces | 52x |
| Resolving power | 1.13arc*sec |
| Lowest useful magnification | 15x |
| Highest useful magnification | 204x |
| Highest theoretical magnification | 204x |
| Limiting stellar magnitude | 12.7 |
| Optical quality | Diffraction limited |
| Finder scope | 6x26 Correct-image |
| Focuser | Internal |
| Diagonal degrees | 1.25" 45° Prism Correct-image |
| Secondary mirror obstruction | 31mm |
| Secondary mirror obstruction by diameter | 34% |
| Secondary mirror obstruction by area | 12% |
| Mount type | Optical Tube without Mount |
| Astro-imaging capability | Lunar & planetary |
| Tube material | Aluminum |
| Length of optical tube | 11.0 in. |
| Weight, optical tube | 5.0 lbs. |

| Additional included accessories | Orion true field case |
|---|---|
| **Warranty** | One year |






**Buy now. Pay over time.***

*US customers only. Subject to credit approval. See terms

**Why Buy From Orion**
- 30 Day Money Back Guarantee
- Safe & Secure Shopping
- Same Day Shipping
- Easy Returns
- Sale Price Guarantee
- Free Technical Support

**More Information ▸**





**Shop Our Catalogs**
Online or in your mailbox. Check out our colorful catalog, filled with hundreds of quality products.

See our eCatalogs ▸

**Email Sign Up**
Please send me email about sales, new products, and astronomy.

Enter your email address

**Sign Up ▸**




## How Can We Help?

 **Live Chat ▸**

**Quick Help**
Instruction Manuals
How to Contact Us
Customer Service
Shipping & Delivery
Easy Returns
Satisfaction Guaranteed
Gift Certificates
E-Certificates

**Buying From Us**
Why Buy From Orion
Catalog Quick Order
Store Information
Dealer Locator
Ordering & Payment
Layaway Program
Installment Billing
Current Offers

**Community**
Featured Events
Customer Profiles
Monthly Star Chart
Today's StarDate
In The Sky This Month
Phases of the Moon
Astronomy Glossary

Orion Protecting U.S. Consumers
(Updated June 18, 2018)

**Looking For**
Solar Eclipse 2019
New Products
Buying Guides
StarSeek Astronomy App
Jobs
Affiliate Program
Wholesale Sales
Telescopes for Libraries






800-447-1001 • Telescope.com • © 2002-2019 Orion Telescopes & Binoculars All rights reserved • DMCA/Copyright • Terms and Conditions • Privacy & Security







### About Orion Telescopes & Binoculars

Since 1975 Orion Telescopes & Binoculars has been offering telescopes for sale direct to customers. Now an employee-owned company, we pride ourselves on an unswerving commitment to best quality products, value and unmatched customer care. Our 100% satisfaction guarantee says it all.

Orion offers telescopes for every level: Beginner, Intermediate, Advanced, and Expert. From our entry level beginner telescopes for amateur astronomers to our Dobsonian telescopes to our most advanced Cassegrain telescopes and accessories, you can find the best telescope for you. Because we sell direct, we can offer you tremendous value at a great price. Not sure how to choose a telescope? Orion's Telescope Buyer's Guide is a great place to start.

Orion binoculars are known for quality optics at a great price. We offer binoculars for every viewing interest, including astronomical binoculars, compact binoculars, waterproof binoculars, birding binoculars, and sport and hunting binoculars.

Orion's telescope and astrophotography accessories will enhance your telescope enjoyment without breaking the bank. Expand your viewing experience with accessories ranging from moon filters to power-boosting Barlow lenses to advanced computerized telescope mounts. Capture breathtaking photos with our affordable astrophotography cameras. And when you're stargazing, Orion's telescope cases and covers, observing gear, red LED flashlights, astronomy books and star charts will make your observing sessions more convenient, comfortable and meaningful.

At Orion, we are committed to sharing our knowledge and passion for astronomy and astrophotography with the amateur astronomy community. Visit the Orion Community Center for in-depth information on telescopes, binoculars, and astrophotography. You can find astrophotography "how to" tips and share your best astronomy pictures here. Submit astronomy articles, events, & reviews, and even become a featured Orion customer!