J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
  theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
  fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone:  (415) 599-0210
Facsimile:  (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>          Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION TO PRECLUDE TESTIMONY BY JEFFREY DEAN REDMAN PURSUANT TO LOCAL RULE 79-5(e)**<br><br>**Compl. Filed:**     Nov. 1, 2016<br>**First Am. Compl.:**  Nov. 3, 2017<br>**Trial Date:**       October 15, 2019 |

Case No. 5:16-cv-06370-EJD-VKD

PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS FILED IN SUPPORT OF MOTION TO PRECLUDE TESTIMONY BY JEFFREY DEAN REDMAN UNDER SEAL

Plaintiff Optronic Technologies, Inc. ("Orion") files this administrative motion pursuant to Local Rule 79-5(e), the Protective Order in this action, (ECF No. 34) and this Court's Standing Order for Civil Cases to file the following documents – or portions thereof – under seal.  These documents (1) have been designated as confidential under the Protective Order in place in this action by Defendants, (2) quote or refer to such information, or (3) contain confidential information warranting sealing.

- The Expert Report of Jeffrey Dean Redman

- Deposition Testimony of Jeffrey Dean Redman

- The Expert Report of Celeste Saravia, Ph.D.

- Deposition Testimony of Celeste Saravia, Ph.D.

- The Expert Report of J. Douglas Zona, Ph.D

- The Expert Report of Dr. Jose Sasian, Ph.D.

For the foregoing reasons, Orion respectfully requests that this motion be denied in part and granted in part as set forth in the accompanying proposed order.

Dated:   July 25, 2019                    BRAUNHAGEY & BORDEN LLP


                                          By: _____/s/ *Jeffrey Theodore*_____
                                                     Jeffrey Theodore

                                          Attorneys for Plaintiff OPTRONIC
                                          TECHNOLOGIES, INC. d/b/a Orion
                                          Telescopes & Binoculars ®

PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS FILED IN SUPPORT OF
MOTION TO PRECLUDE TESTIMONY BY JEFFREY DEAN REDMAN UNDER SEAL