J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone:  (415) 599-0210
Facsimile:  (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>    Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION TO PRECLUDE TESTIMONY BY JEFFREY DEAN REDMAN PURSUANT TO LOCAL RULE 79-5(e)**<br><br>**Compl. Filed:**    Nov. 1, 2016<br>**First Am. Compl.:**    Nov. 3, 2017<br>**Trial Date:**    October 15, 2019 |

Case No. 5:16-cv-06370-EJD-VKD

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5(e)

THIS MATTER comes before the Court upon Plaintiff Optronic Technologies, Inc.'s Administrative Motion for Leave to File Documents Under Seal Pursuant to Local Rule 79-5(e), which was filed with this Court in the above-captioned action on July 26, 2019.  All interested parties having appeared through counsel, and after full consideration of the parties' papers, the arguments of counsel, and all other files and papers herein, and for good cause appearing, the motion is GRANTED as follows:

1. Exhibit A to the Declaration of Ronald J. Fisher Relating To Plaintiff's Administrative Motion to Seal:

   _____                    _____

          Grant                              Deny

2. Exhibit B to the Declaration of Ronald J. Fisher Relating To Plaintiff's Administrative Motion to Seal:

   _____                    _____

          Grant                              Deny

3. Exhibit C to the Declaration of Ronald J. Fisher Relating To Plaintiff's Administrative Motion to Seal:

   _____                    _____

          Grant                              Deny

4. Exhibit D to the Declaration of Ronald J. Fisher Relating To Plaintiff's Administrative Motion to Seal:

   _____                    _____

          Grant                              Deny

5. Exhibit E to the Declaration of Ronald J. Fisher Relating To Plaintiff's Administrative Motion to Seal:

   _____                    _____

          Grant                              Deny

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5(e)

6.  Exhibit F to the Declaration of Ronald J. Fisher Relating To Plaintiff's Administrative Motion to Seal:

_____                              _____

Grant                                         Deny

7.  Exhibit G to the Declaration of Ronald J. Fisher Relating To Plaintiff's Administrative Motion to Seal:

_____                              _____

Grant                                         Deny

Plaintiff shall file any exhibits attached to the Declaration of Ronald J. Fisher for which sealing has been not been granted in the public record no earlier than four days, and no later than ten days, after the date of this order.

**IT IS SO ORDERED**.

Dated: _____, 2019                _____

Honorable Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5(e)