J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
    theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone:  (415) 599-0210
Facsimile:  (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>　　　　　Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**DECLARATION OF RONALD J. FISHER RELATING TO PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS IN SUPPORT OF MOTION TO PRECLUDE TESTIMONY BY JEFFREY DEAN REDMAN UNDER SEAL PURSUANT TO LOCAL RULE 79-5(e)**<br><br>**Compl. Filed:**　　Nov. 1, 2016<br>**First Am. Compl.:**　Nov. 3, 2017<br>**Trial Date:**　　　October 15, 2019 |

Case No. 5:16-cv-06370-EJD-VKD

DECL. OF R. FISHER RELATING TO PLAINTIFF'S ADMIN. MOT. FOR LEAVE TO FILE DOCUMENTS IN SUPPORT OF MOTION TO PRECLUDE TESTIMONY BY JEFFREY DEAN REDMAN UNDER SEAL

I, Ronald J. Fisher, declare:

1.    I am licensed to practice before this Court and am counsel of record for Plaintiff Optronic Technologies, Inc. ("Orion"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2.    Pursuant to Civil Local Rules 7-11 and 79-5, I respectfully submit this declaration in support of Defendant's Administrative Motion to File Under Seal the following documents:

- Attached hereto as **Exhibit A** is Exhibit 1 to the Declaration of Matthew Borden, which is the Expert Report of Jeffrey Dean Redman, which Defendants designated as "Highly Confidential" pursuant to the Stipulated Protective Order in this case (Dkt. 34);

- Attached hereto as **Exhibit B** is Exhibit 2 to the Declaration of Matthew Borden, which is a true and correct copy of the Deposition Transcript of Jeffrey Dean Redman, which Defendants designated as "Highly Confidential" pursuant to the Stipulated Protective Order in this case (Dkt. 34);

- Attached hereto as **Exhibit C** is Exhibit 3 to the Declaration of Matthew Borden, which is the Expert Report of Celeste Saravia, Ph.D, which Defendants designated as "Highly Confidential" pursuant to the Stipulated Protective Order in this case (Dkt. 34);

- Attached hereto as **Exhibit D** is Exhibit 4 to the Declaration of Matthew Borden, which is a true and correct copy of the Deposition Transcript of Celeste Saravia, Ph.D, which Defendants designated as "Highly Confidential" pursuant to the Stipulated Protective Order in this case (Dkt. 34);

- Attached hereto as **Exhibit E** is Exhibit 5 to the Declaration of Matthew Borden, which is the Expert Report of J. Douglas Zona, Ph.D., which Plaintiff designated as "Highly Confidential" pursuant to the Stipulated Protective Order in this case (Dkt. 34);

- Attached hereto as **Exhibit F** is Exhibit 6 to the Declaration of Matthew Borden, which is the Expert Report of Dr. Jose Sasian, Ph.D., which Plaintiff designated as "Highly Confidential" pursuant to the Stipulated Protective Order in this case (Dkt. 34);

- Attached hereto as **Exhibit G** is Exhibit 8 to the Declaration of Matthew Borden, which is a true and correct copy of the code file that Dr. Zona uses to reformat and manipulate the key sales data in much of his subsequent analysis and reflects confidential information.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  July 26, 2019                    By:        */s/ Ronald J. Fisher*
                                                        Ronald J. Fisher

2                    Case No. 5:16-cv-06370-EJD-VKD

DECL. OF R. FISHER RELATING TO PLAINTIFF'S ADMIN. MOT. FOR LEAVE TO FILE DOCUMENTS IN SUPPORT OF MOTION TO PRECLUDE TESTIMONY BY JEFFREY DEAN REDMAN UNDER SEAL