J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
    theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone:  (415) 599-0210
Facsimile:  (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**DECLARATION OF MATTHEW BORDEN IN SUPPORT OF PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S MOTION TO PRECLUDE TESTIMONY BY JEFFREY REDMAN**<br><br>Date:      September 12, 2019<br>Time:      9:00 a.m.<br>Judge:    Hon. Edward J. Davila<br>Ctrm:     4, 5th Floor<br><br>**Compl. Filed:**      Nov. 1, 2016<br>**First Am. Compl.:**  Nov. 3, 2017<br>**Trial Date:**        October 15, 2019 |

Case No. 5:16-cv-06370-EJD-VKD

DECLARATION OF MATTHEW BORDEN IN SUPPORT OF PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S
MOTION TO PRECLUDE TESTIMONY

I, Matthew Borden, Esq., declare:

1.      I am licensed to practice before this Court and am counsel of record for Plaintiff Optronic Technologies, Inc. ("Orion"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2.      Orion disclosed to Defendants that it intended to offer expert testimony at trial from Dr. J. Douglas Zona and Dr. Jose Sasian in accordance with the timeline set forth in the Court's Scheduling Order in this case (Dkt. No. 187).  Defendants did not disclose any experts to Orion.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the expert report of Jeffrey Dean Redman.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the deposition of Jeffrey Dean Redman.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the expert report of Celeste Saravia, Ph.D.

6.      Attached hereto as **Exhibit 4** is a true and correct copy transcript from the deposition of Celeste Saravia, Ph.D.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the expert report of J. Douglas Zona, Ph.D.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of the expert report of Jose Sasian, Ph.D.

9.      Attached hereto as **Exhibit 7** is a true and correct of an excerpt from transcript from the deposition of Jose Sasian, Ph.D.

10.     Attached here as **Exhibit 8** is a true and correct copy of the code file that Dr. Zona uses to reformat and manipulate the key sales data in much of his subsequent analysis.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of an excerpt from the transcript of the Court's Trial Setting Conference of May 2, 2019.

DECLARATION OF MATTHEW BORDEN IN SUPPORT OF PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S MOTION TO PRECLUDE TESTIMONY

I swear under penalty of perjury under the laws of the United Sates that the foregoing is true and correct.

Dated:  July 26, 2019                                    By:  _____

                                                                        Matthew Borden, Esq.

DECLARATION OF MATTHEW BORDEN IN SUPPORT OF PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S MOTION TO PRECLUDE TESTIMONY