# EXHIBIT 5

# FILED UNDER SEAL PURSUANT TO LOCAL RULE 79-5(e)