# EXHIBIT 7

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

---o0o---

OPTRONIC TECHNOLOGIES, INC.,        )
d/b/a Orion Telescopes &            )
Binoculars, a California            )
corporation,                        )
                                    )    Case No.
                        Plaintiff,  )    5:16-cv-6370-
                                    )    EJD
             vs.                    )
                                    )
NINGBO SUNNY ELECTRONIC CO.,        )
LTD., SUNNY OPTICS, INC., MEADE     )
INSTRUMENTS CORP., and DOES         )
1-25                                )
                                    )
                        Defendants. )
                                    )

---o0o---

TUESDAY, MAY 14, 2019

VIDEOTAPED DEPOSITION OF JOSE SASIAN, PH.D.

HIGHLY CONFIDENTIAL

---o0o---

REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
451454

**BARKLEY**
*Court Reporters*
barkley.com

SINCE 1972

(310) 207-8000 Los Angeles      (415) 433-5777 San Francisco      (949) 955-0400 Irvine              (858) 455-5444 San Diego
(310) 207-8000 Century City      (408) 885-0550 San Jose            (760) 322-2240 Palm Springs        (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento        (800) 222-1231 Martinez            (702) 366-0500 Las Vegas           (800) 222-1231 Monterey
(951) 686-0606 Riverside         (818) 702-0202 Woodland Hills      (702) 366-0500 Henderson           (516) 277-9494 Garden City
(212) 808-8500 New York City     (347) 821-4611 Brooklyn            (518) 490-1910 Albany              (914) 510-9110 White Plains
(312) 379-5566 Chicago           00+1+800 222 1231 Paris            00+1+800 222 1231 Dubai            001+1+800 222 1231 Hong Kong

A.    Because it could be as simple as if someone has enough funding, he might be financially able to do something.  If someone doesn't have funding, even though he may have -- well, if someone doesn't have funding, he may not be able to manufacture anything.

Q.    Sure.  That's a basic understanding, right?  Are you providing an expert opinion on whether Sunny and Synta are financially capable of manufacturing similar consumer telescopes?

A.    No, I am not doing that.

Q.    You don't have an MBA?

A.    No, I don't.

Q.    You don't have a Ph.D. in economics?

A.    No, I don't.

Q.    You don't have a CPA in accounting?

A.    No, I don't.

Q.    CFA in finance?

A.    No.  I have a Ph.D. in optical sciences.

Q.    Right.  What I am trying to distinguish is between the opinion you are providing as a technical expert versus any other type of opinion. I will ask again.

When you are providing an opinion that Sunny and Synta are capable of manufacturing

83

BARKLEY
Court Reporters

similar technology, you are only talking about the technological or technical side, correct?

MR. FISHER:  Object to form.

THE WITNESS:  Mostly, yes.

Q.  BY MS. NIKONOVA:  You are not doing it from the business side, correct?

A.  That's correct.

Q.  Is it fair to say that you were not asked to render an opinion as to whether Synta would have continued manufacturing lower-end telescope models?

A.  Yes, I wasn't asked that question.

Q.  And more generally, you weren't asked to opine on whether any company would have manufactured similar consumer telescopes?

A.  That's correct.

Q.  You are only opining on whether they could have from a technological standpoint, right?

A.  Mostly, yes.

Q.  When you say "mostly, yes," is there something inaccurate in that statement?

A.  Well, there are some, I would say, components -- for example, Sunny is able to manufacture volume, volume quantity telescopes. That may not be entirely a technical factor, but it is -- that could be a consideration, for example.

84

BARKLEY
Court Reporters

of the testimony given by the witness.  (Fed. R. Civ. P. 30(f)(1)).

Before completion of the deposition, review of the transcript [XX] was [  ] was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed, are appended hereto.  (Fed. R. Civ. P. 30(e)).

Dated: MAY 29, 2019

_____

228

JOSE SASIAN, PH.D. - HIGHLY CONFIDENTIAL

BARKLEY
Court Reporters