# EXHIBIT 9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

OPTRONIC TECHNOLOGIES, INC.,        )  CV-16-6370-EJD
                                    )
                  PLAINTIFF,        )  SAN JOSE, CALIFORNIA
                                    )
            VS.                     )  MAY 2, 2019
                                    )
NINGBO SUNNY ELECTRONIC COM.,       )  PAGES 1 - 16
LTD., ET AL.,                       )
                                    )
                  DEFENDANTS.       )
_____ )


TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S:

FOR THE PLAINTIFF:      BRAUN, HAGEY & BORDEN LLP
                        BY:  MATTHEW BORDEN
                        351 CALIFORNIA STREET, 10TH FLOOR
                        SAN FRANCISCO, CALIFORNIA 94104

FOR THE DEFENDANTS:     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                        BY:  MICHAEL W. SCARBOROUGH
                             LEO CASERIA
                        FOUR EMBARCADERO CENTER, 17TH FLOOR
                        SAN FRANCISCO, CALIFORNIA 94109


OFFICIAL COURT REPORTER:
                        IRENE L. RODRIGUEZ, CSR, RMR, CRR
                        CERTIFICATE NUMBER 8074


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

THAT'S THE SCHEDULE THAT I WOULD LIKE TO ADVANCE IN THIS CASE, AND IT COMPORTS WITH OUR AVAILABILITY.

MR. BORDEN:  SO I THINK I MANAGED TO GET DOWN MOST OF THE DATES.

OUR CONCERN HERE, YOUR HONOR, AND THIS IS GOING BACK TO THE EXPERT POINT THAT MR. SCARBOROUGH JUST RAISED, IS THAT THEY HAVE -- THEY DIDN'T PRODUCE ANY EXPERT REPORTS COMING OUT OF THE BOX, AND WE WANT TO MAKE SURE IN A COMPLEX ANTITRUST CASE THAT EVERYBODY HAS ENOUGH TIME AND THERE'S NOT NEW ISSUES BEING RAISED IN THE, QUOTE-UNQUOTE, "REBUTTAL REPORTS."

MY PARTNER MET AND CONFERRED WITH THEM ABOUT THIS ALREADY, AND IT APPEARS TO US THAT THEY'RE TRYING TO USE THE REBUTTAL REPORTS AS SOMEWHAT OF A TROJAN HORSE TO LAUNCH INTO NEW FACTS AND NEW THEORIES AND THINGS THAT WE OUGHT TO BE ABLE TO ADDRESS DURING THE EXPERT DISCOVERY PROCESS.

SO WHAT WE PROPOSE WAS TO HAVE THEM PRODUCE THEIR REPORTS, WHICH THEY'VE NOW HAD AN EXTRA COUPLE MONTHS TO WORK ON, AND THEN DO THE EXPERT DISCOVERY AND THE DEPOSITIONS AFTERWARDS SO THAT WE CAN RESPOND TO THE ISSUES THAT THEY RAISE AND THAT THERE WILL BE A FULL AND COMPLETE ONE DEPOSITION PER EXPERT OF UNDERSTANDING OF THE COMPLICATED ISSUES IN THIS CASE.

AND THAT PROCESS DOESN'T NEED TO TAKE VERY LONG BECAUSE THEY CAN PRODUCE THEIR EXPERT REPORTS.  THEY WERE DUE FOUR DAYS BEFORE YOUR HONOR STAYED THE CASE IN THE FIRST INSTANCE.

THE COURT:  RIGHT.

MR. BORDEN:  SO I THINK THAT THAT PROCESS WILL GUARANTEE THAT THERE'S NO SURPRISES, THAT WE'RE GOING TO TRIAL, AND EVERYBODY IS KNOWING WHAT EVERYONE IS GOING TO SAY.  IT'S NOT A TRIAL BY SURPRISE OR SPRING SOME KIND OF SOMETHING THAT YOUR EXPERT DOESN'T GET TO RESPOND TO IN A REBUTTAL REPORT WHEN I THINK YOUR ORIGINAL SCHEDULE CONTEMPLATED BOTH SIDES PRODUCING EXPERT REPORTS ON JANUARY 3RD AND THEN TAKING REBUTTAL REPORTS AFTER THAT.

SO IN TERMS OF THE OTHER DATES IN THE SCHEDULE, THE PERSON WHO IS RESPONSIBLE FOR THE EXPERTS ON OUR SIDE IS GONE FROM MAY 16TH THROUGH THE 28TH.  SO THE 17TH AS A DATE MIGHT NOT PROVE FEASIBLE FOR HIM.

SO THOSE ARE THE TWO MAIN ISSUES I HAVE WITH THE SCHEDULE, OTHERWISE IT SEEMS REASONABLE TO US, JUST PROVIDED WE GET TO RESPOND TO EVERYTHING THAT THEIR EXPERT DOES AND IT'S NOT SORT OF ONE SIDED.

THE COURT:  OKAY.

MR. SCARBOROUGH:  YOUR HONOR, HE'S BASICALLY TELLING YOU THAT HE'S EITHER GOING TO SEEK YOUR PERMISSION OR DO IT WITHOUT PERMISSION JUST SERVE SURREBUTTAL REPORTS WHICH HAVE NEVER BEEN PROVIDED FOR IN THE SCHEDULE.

HE HASN'T EVEN SEEN OUR EXPERT REPORTS.  IT'S NOT TRUE THAT WE'RE GOING TO DO ANYTHING THAT IS NOT PROPERLY WITHIN THE SCOPE OF REBUTTAL TESTIMONY.

UNDER THE FEDERAL RULES YOU'RE ALLOWED TO CONTRADICT OR

REBUT EVIDENCE ON THE SAME SUBJECT MATTER IDENTIFIED BY ANOTHER PARTY.  THAT'S EXACTLY WHAT WE'RE GOING TO DO.  WE'RE GOING TO PRODUCE TRADITIONAL REBUTTAL REPORTS, AND THEY CAN DEPOSE OUR EXPERTS ON THE SUBJECT MATTER OF THE REBUTTAL TESTIMONY.

IF WE ONLY HAVE THE OPENING REPORTS AND THE REBUTTAL REPORTS, WE WILL ONLY HAVE ONE SET OF DEPOSITIONS FOR EACH EXPERT.  WE CAN DO IT ON EXACTLY THE SCHEDULE THAT YOU SPOKE ABOUT.

I THINK YOU MAY HAVE ALSO HEARD THAT THEY'RE NOT GOING TO COMPLY WITH THE MAY 17TH ORDER TO PRODUCE THEIR EXPERTS IN THE NEXT TWO WEEKS.  WE ARE ENTITLED TO TAKE THEIR EXPERT'S DEPOSITIONS BEFORE SUBMITTING OUR REBUTTAL REPORTS.

THE COURT:  HIS EXPERT -- YOUR LAWYER WHO IS HANDLING THAT IS GONE MAY 16TH?

MR. BORDEN:  OUR LAWYER IS GONE FROM MAY 16TH THROUGH MAY 28TH.

MR. SCARBOROUGH:  WELL, WE CAN DO THAT BEFORE THAT THEN, YOUR HONOR.

THE COURT:  WELL, THAT WAS MY QUESTION.  THE DEADLINE IS MAY 17TH.

MR. BORDEN:  YOU KNOW, I WOULD MUCH RATHER BE IN THE POSITION OF NOT HAVING TO ARGUE PRECLUSION AND TRY AND FIGHT ABOUT WHAT IS REALLY A REBUTTAL AS OPPOSED TO WHAT IS NEW.  I THINK THAT IT MAKES SENSE, SINCE WE -- YOU KNOW, THE ORIGINAL SCHEDULE CONTEMPLATED DUELING EXPERT REPORTS WHERE BOTH SIDES

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074


DATED:  MAY 6, 2019