SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
LEO D. CASERIA, Cal. Bar No. 240323
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398
E-mail:        lcaseria@sheppardmullin.com

MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar. No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:    415.434.9100
Facsimile:    415.434.3947
E-mail:        mscarborough@sheppardmullin.com
               dballard@sheppardmullin.com

Attorneys for Defendants NINGBO SUNNY
ELECTRONIC CO., LTD., SUNNY OPTICS,
INC., and MEADE INSTRUMENTS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars, a California corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1-25,<br><br>              Defendants. | Case No. 5:16-cv-06370-EJD (VKD)<br>*Assigned To:  Honorable Edward J. Davila*<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION TO PRECLUDE TESTIMONY BY JEFFREY DEAN REDMAN PURSUANT TO LOCAL RULE 79-5(e)**<br><br>Complaint Filed: November 1, 2016<br>First Amended Complaint Filed: November 3, 2017<br>Related To:  ECF No. 257 |

SMRH:4830-7767-0302.1                [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL

**ORDER**

The Court has reviewed the Administrative Motion for Leave to File Documents Under Seal Pursuant to Local Rule 79-5(e) ("Motion to Seal").  ECF No. 257.  It has also reviewed the Declaration of Junwen "James" Chiu (the "Chiu Decl.") filed by Defendants Ningbo Sunny Electronic Co., Ltd., Sunny Optics, Inc., and Meade Instruments Corp. (collectively, "Defendants") in Support of the Administrative Motion to Seal.  The Court, having considered the moving papers and all other matters presented, HEREBY ORDERS that the Motion is GRANTED as follows:

1.      Defendants have established that the exhibits to the Fisher Declaration set forth below contain information protectable as a trade secret and/or otherwise entitled to protection under the law, and thus are sealable under Civil Local Rule 79-5.  Chiu Decl. ¶¶ 4-7.

2.      There are also compelling reasons and good cause for sealing the requested information that outweigh the public policy favoring disclosure as this information could result in undue competitive or financial harm.  Chiu Decl. ¶¶ 4-7.

3.      The Court further finds that Defendants have narrowly tailored their request to seal only the information necessary to protect their proprietary and sensitive business and privileged information.

Thus, the following shall remain under seal:

| Fisher Decl. (ECF No. 257-2) | Portions to Be Sealed |
| --- | --- |
| Exhibit A | Expert Report of Jeffrey Dean Redman at<br>• Page 22 ¶ 70;<br>• Page 37 ¶ 117; and<br>• Page 37 at n.125 |
| Exhibit C | Expert Report of Celeste Saravia, Ph.D. at:<br>• Page 23 ¶ 37;<br>• Page 23 at n.60;<br>• Page 24 ¶ 38;<br>• Page 24 at nn.66 & 67; and<br>• Pages 62-63 ¶ 116 |

4.    Plaintiff will file the remaining exhibits to the Fisher Declaration, and the corresponding exhibits attached to the Declaration of Matthew Borden in Support of Plaintiff's Motion to Preclude Testimony by Jeffrey Dean Redman, in the public record within 10 days of this Order.

**IT IS SO ORDERED**.

DATED: _____, 2019

_____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

SMRH:4830-7767-0302.1                    [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL