1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   LEO D. CASERIA, Cal. Bar No. 240323
3  333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
4  Telephone:    213.620.1780
   Facsimile:    213.620.1398
5  E-mail:        lcaseria@sheppardmullin.com

6  MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
   DYLAN I. BALLARD, Cal. Bar No. 253929
7  Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111
8  Telephone:    415.434.9100
   Facsimile:    415.434.3947
9  E-mail:        mscarborough@sheppardmullin.com
                    dballard@sheppardmullin.com

10

11
   Attorneys for Defendants NINGBO SUNNY
12 ELECTRONIC CO., LTD., SUNNY OPTICS,
   INC., and MEADE INSTRUMENTS CORP.
13

14              UNITED STATES DISTRICT COURT

15      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

16 OPTRONIC TECHNOLOGIES, INC. d/b/a          Case No. 5:16-cv-06370-EJD-VKD
   Orion Telescopes & Binoculars, a California  *Assigned To:  Honorable Edward J. Davila*
17 corporation,
                                               **DEFENDANTS' NOTICE OF ERRATA**
18              Plaintiff,                      **AND CORRECTED DECLARATION OF**
                                               **JUNWEN "JAMES" CHIU IN SUPPORT**
19         v.                                  **OF PLAINTIFF'S ADMINISTRATIVE**
                                               **MOTION TO FILE DOCUMENTS UNDER**
20 NINGBO SUNNY ELECTRONIC CO.,                **SEAL PURSUANT TO CIVIL LOCAL**
   LTD., SUNNY OPTICS, INC., MEADE             **RULES 7-11 AND 79-5(e) [REPLACES**
21 INSTRUMENTS CORP., and DOES 1-25,           **DKT. 262]**

22              Defendants.

23                                             Complaint Filed: November 1, 2016
                                               First Amended Complaint Filed: November 3,
24                                             2017

25

26

27

28
                                               Case No. 5:16-cv-06370-EJD-VKD
   SMRH:4849-4585-4878.1                       DEFENDANTS' NOTICE OF ERRATA

## NOTICE OF ERRATA

On July 30, 2019, defendants inadvertently e-filed an incorrect draft of the Declaration of Junwen "James" Chiu in Support of Plaintiff's Administrative Motion for Leave to File Documents Filed in Support of Motion for Summary Judgment Under Seal Pursuant to Civil Local Rule 79-5(e) (Dkt. No. 262) (the "Chiu Declaration").  Attached hereto as Exhibit 1 is the correct and final version of the Chiu Declaration authorized for signature by James Chiu, which should have been filed on July 30, 2019 as Dkt. 262.  The corrected Chiu Declaration seeks to seal a significantly smaller number of documents than the draft that was incorrectly filed on July 30.

On July 31, 2019, plaintiff filed a response and opposition to the draft Chiu Declaration that was filed on July 30 (Dkt. 266).  The issues raised by plaintiff in Dkt. 266 alerted defendants to the incorrect draft of the Chiu Declaration that was inadvertently filed.  The corrected Chiu Declaration attached hereto does not include any of the claims that plaintiff takes issue with and moots plaintiff's submission at Dkt. 266.

Dated:  July 31, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    _____
              */s/ Leo D. Caseria*
              LEO D. CASERIA

Attorneys for Defendants NINGBO SUNNY
ELECTRONIC CO., LTD., SUNNY OPTICS, INC.,
and MEADE INSTRUMENTS CORP.