J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
    theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**DECLARATION OF J. NOAH HAGEY IN SUPPORT OF PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THE TESTIMONY OF ORION'S TELESCOPE TECHNOLOGY EXPERT DR. SASIAN**<br><br>**Date:** September 12, 2019<br>**Time:** 9:00 a.m.<br>**Judge:** Hon. Edward J. Davila<br>**Ctrm:** 4, 5th Floor<br><br>**Compl. Filed:** Nov. 1, 2016<br>**First Am. Compl.:** Nov. 3, 2017<br>**Trial Date:** October 15, 2019 |

I, J. Noah Hagey, Esq., declare:

1. I am licensed to practice before this Court and am counsel of record for Plaintiff Optronic Technologies, Inc. ("Orion"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Dr. Jose Sasian, Ph.D. in this matter, dated January 3, 2019.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of Jose Sasian, Ph.D.'s deposition in this action.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of Jeffrey Dean Redman's deposition in this action.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the transcript of Celeste Saravia, Ph.D.'s deposition in this action.

I swear under penalty of perjury under the laws of the United Sates that the foregoing is true and correct.

Dated: August 8, 2019                         By:   _/s/ J. Noah Hagey, Esq._
                                                    J. Noah Hagey, Esq.