# EXHIBIT 4

1         IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   OPTRONIC TECHNOLOGIES INC.,
    d/b/a ORION TELESCOPES &
5   BINOCULARS,

6                    Plaintiffs,

    vs.                          NO 5:16-cv-06370-EJD-SVK
7

    NINGBO SUNNY ELECTRONICS CO.,
8   LTD., SUNNY OPTICS, INC., MEADE
    INSTRUMENTS CORP., et al.,

9

                     Defendants.
10

    _____/
11

12

13

14

15   VIDEOTAPED DEPOSITION OF CELESTE SARAVIA, PH.D.

16            San Francisco, California

17            Wednesday, July 10, 2019

18

19

20

21

22

23   Reported By:

24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

25   JOB NO. 162720

1   competitor's purchase of a third competitor, would

2   that be evidence of collusion?

3       A.   I thought we were going to take a break

4   after Exhibit 3 or 4.

5       Q.   I'm sorry.                                    05:15

6       A.   Thank you.

7            THE VIDEOGRAPHER:   This marks the end of

8   Media File labeled Number 6.   Off the record at

9   5:16 p.m.

10           (Recess taken from 5:16 p.m. to 5:35 p.m.)   05:34

11           THE VIDEOGRAPHER:   This marks the

12  beginning of Media File labeled Number 7.   Back on

13  the record at 5:35 p.m.

14  BY MR. THEODORE:

15      Q.   Now, I think you said that you responded   05:34

16  to a limited aspect of Dr. Sasian's analysis?

17      A.   That's correct.

18      Q.   What was that?

19      A.   So it's in Section 5.2.2.

20      Q.   Page?                                        05:35

21      A.   It starts on Page 21 and then the

22  reference to Mr. -- Dr. Sasian starts on Paragraph

23  36, I believe on Page 23.

24      Q.   Okay.   Does Dr. Sasian perform any

25  analysis of the economic aspects of Sunny and        05:35

1   Synta's ability to manufacture similar consumer

2   telescopes?

3       A.   I believe he does not.   That's my primary

4   critique is that he looks at the technical aspects,

5   and yet one needs to also consider whether or not        05:36

6   it would be economically advantageous for both of

7   them to produce both.

8       Q.   So Dr. Sasian performs only a technical

9   analysis, correct?

10      A.   Yes.  I'm -- right now, I'm having a hard      05:36

11  time remembering exactly what he does.  But

12  it's technical.

13      Q.   No?

14      A.   No economics, yeah.  What it is, I don't

15  know how to --                                           05:36

16      Q.   And you perform only an economic analysis,

17  correct, no technical analysis?

18      A.   That's correct.

19      Q.   Have you ever built a telescope?

20      A.   No.                                             05:36

21      Q.   Have you ever manufactured a telescope?

22      A.   No.

23      Q.   Do you have a science degree?

24      A.   No.

25      Q.   Do you know how to manufacture a lens?          05:37

1            C E R T I F I C A T E

2      STATE OF CALIFORNIA      )

3      COUNTY OF SAN FRANCISCO )

4

5      I, LINDA VACCAREZZA, a Certified Shorthand

6      Reporter for the State of California, do

7      hereby certify that CELESTE SARAVIA, PH.D.,

8  the

9      witness whose deposition is hereinbefore set

10     forth, was duly sworn by me and that such

11     deposition is a true record of the testimony

12     given by such witness.

13     I further certify that I am not related to

14     any of the parties to this action by blood or

15     marriage; and that I am in no way interested

16     in the outcome of this matter.

17

18     IN WITNESS WHEREOF, I have hereunto set my

19     hand this 11th day of July 2019.

20

21     _____

22     LINDA VACCAREZZA, CSR. NO. 10201

23

24

25