SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LEO D. CASERIA, Cal. Bar No. 240323
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398
E-mail:        lcaseria@sheppardmullin.com

MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
NADEZHDA NIKONOVA, Cal. Bar No. 293728
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:    415.434.9100
Facsimile:    415.434.3947
E-mail:        mscarborough@sheppardmullin.com
               dballard@sheppardmullin.com
               nnikonova@sheppardmullin.com

DAVID R. GARCIA, Cal. Bar No. 151349
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
Telephone:    310.228.3700
Facsimile:    310.228.3701
E-mail:        drgarcia@sheppardmullin.com

Attorneys for Defendants NINGBO SUNNY
ELECTRONIC CO., LTD., SUNNY OPTICS,
INC., and MEADE INSTRUMENTS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars, a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1-25,<br><br>        Defendants. | Case No. 5:16-cv-06370-EJD-VKD<br><br>**DECLARATION OF NADEZHDA NIKONOVA IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STRIKE TESTIMONY OF ORION'S TELESCOPE TECHNOLOGY EXPERT DR. SASIAN**<br><br>Date:    September 12, 2019<br>Time:    9:00 am<br>Judge:    Hon. Edward J. Davila<br>Location:    Courtroom 1 – 5th Floor |

Case No. 5:16-cv-06370-EJD-VKD

I, Nadezhda Nikonova, declare as follows:

1.    I am an attorney with Sheppard Mullin Richter & Hampton LLP, counsel of record for Defendants Ningbo Sunny Electronic Co. Ltd. ("Ningbo Sunny"), Sunny Optics Inc. ("Sunny Optics"), and Meade Instruments Corp. ("Meade") (collectively, "Defendants").  I maintain my office at 4 Embarcadero Center, 17th Floor, San Francisco, California, 94111.  I am admitted to practice before this Court, and I am a member in good standing of the bar of the State of California.  I submit this declaration in support of Defendants' Reply in Support of its Motion to Strike the Testimony of Orion's Telescope Technology Expert Dr. Sasian, filed herewith.

2.    I am personally familiar with the facts set forth in this declaration, and if called as a witness, I could and would testify to the matters stated herein.

3.    Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the expert deposition of Dr. Jose Sasian, dated May 14, 2019.  The deposition transcript was initially designated "Attorneys' Eyes Only – Subject to Protective Order" by Plaintiff Orion, but excerpts were later filed publicly by Plaintiff Orion in Dkt. 274 and Plaintiff did not move to maintain under seal excerpts filed by Defendants in Dkt. 254.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of August, 2019, in San Francisco, California.

_/s/ Nadezhda Nikonova_
NADEZHDA NIKONOVA

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, David R. Garcia, attest that the signatory of this document, and on whose behalf the filing is submitted, concurs with the filing's content and has authorized the filing.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By      _____
                    */s/ David R. Garcia*
                    David R. Garcia

Attorneys for NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., and MEADE INSTRUMENTS CORP.

Case No. 5:16-cv-06370-EJD-VKD

SMRH:4851-6136-8736                NIKONOVA DECL. I/S/O REPLY TO STRIKE DR. SASIAN