J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
  theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
  fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>      Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT UNDER SEAL PURSUANT TO LOCAL RULE 79-5(e)**<br><br>**Date:**     September 12, 2019<br>**Time:**     9:00 a.m.<br>**Judge:**    Hon. Edward J. Davila<br>**Ctrm:**     4 – 5th Floor<br><br>**Compl. Filed:**      Nov. 1, 2016<br>**First Am. Compl.:**  Nov. 3, 2017<br>**Trial Date:**        October 15, 2019 |

Case No. 5:16-cv-06370-EJD-VKD

PLAINTIFF'S ADMIN. MOTION FOR LEAVE TO FILE DOCUMENTS FILED ISO REPLY ISO MOTION FOR
SUMMARY JUDGMENT AND OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT UNDER
SEAL

Plaintiff Optronic Technologies, Inc. ("Orion") files this administrative motion pursuant to Local Rule 79-5(e) and the Protective Order in this action.  (ECF No. 34.)

The sealing of documents filed in support of Optronic Technologies, Inc.'s Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment are governed by the compelling reasons standard because Orion's motion goes to the merits of this action.  *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) ("[C]ompelling reasons" must be shown to seal judicial records attached to a dispositive motion.").

Orion is required to file this motion because certain documents attached as exhibits to the Declaration of J. Noah Hagey in Support of Optronic Technologies, Inc.'s Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment (the "Hagey Decl.") describe, characterize, or quote documents produced by Defendants with a Highly Confidential – Attorneys' Eyes Only designation pursuant to the protective order in this action, or in fact are documents produced by Defendants with such a designation.

As required by the protective order and Local Rules, these documents have been attached as exhibits to the Declaration of Ronald J. Fisher Relating to Plaintiff Optronic Technologies, Inc.'s Administrative Motion to Seal Exhibits Filed in Support of Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment Pursuant to Local Rule 79-5(e) ("Fisher Declaration") and filed conditionally under seal.  However, none of the exhibits to the Fisher Declaration merit sealing in total under the compelling reasons standard, and Orion seeks to seal only very limited portions of select documents.  To aid the Court's review, Orion sets forth its position as to each document in the table below with a reference to the Fisher Declaration.

PLAINTIFF'S ADMIN. MOTION FOR LEAVE TO FILE DOCUMENTS FILED ISO REPLY ISO MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT UNDER SEAL

| Fisher Ex. No. | Document | Bates No./Description | Orion's Position & Argument |
|---|---|---|---|
| Fisher Ex. 1 | Hagey Ex. No. 1 | Peter Ni Deposition Transcript | Position: Reserve rights.<br><br>Portions of the transcript of the deposition of Peter Ni quote, describe, or discuss documents designated as Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this action.  Orion accordingly files the transcript conditionally under seal, as required by the Protective Order.<br><br>Orion takes no position regarding the sealing of the transcript at this time, but reserves the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure, Local Rule 79-5, and applicable law. However, it remains Defendants' obligation to establish that these documents are, in fact, sealable. |
| Fisher Ex. 2 | Hagey Decl. Ex. 2 | Joseph Lupica Deposition Transcript | Position: Reserve rights.<br><br>Portions of the transcript of the deposition of Joseph Lupica quote, describe, or discuss documents designated as Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this action.  Orion accordingly files the transcript conditionally under seal, as required by the Protective Order.<br><br>Orion takes no position regarding the sealing of the transcript at this time, but reserves the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure, Local Rule 79-5, and applicable law. However, it remains Defendants' obligation to establish that these documents are, in fact, sealable. |

2                                          Case No. 5:16-cv-06370-EJD-VKD

| Fisher Ex. 3 | Hagey Decl. Ex. 3 | Victor Aniceto Deposition Transcript | Position: Reserve rights.<br><br>Portions of the transcript of the deposition of Victor Aniceto quote, describe, or discuss documents designated as Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this action. Orion accordingly files the transcript conditionally under seal, as required by the Protective Order.<br><br>Orion takes no position regarding the sealing of the transcript at this time, but reserves the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure, Local Rule 79-5, and applicable law. However, it remains Defendants' obligation to establish that these documents are, in fact, sealable. |
|---|---|---|---|
| Fisher Ex. 4 | Hagey Decl. Ex. 4 | J. Douglas Zona, Ph.D. Deposition Transcript | Position: Reserve rights.<br><br>Portions of the transcript of the deposition of J. Douglas Zona, Ph.D. quote, describe, or discuss documents designated as Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this action. Orion accordingly files the transcript conditionally under seal, as required by the Protective Order.<br><br>Orion takes no position regarding the sealing of the transcript at this time, but reserves the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure, Local Rule 79-5, and applicable law. However, it remains Defendants' obligation to establish that these documents are, in fact, sealable. |
| Fisher Ex. 5 | Hagey Decl. Ex. 6 | Ningbo Sunny 30(b)(6) Witness James Chiu Deposition Transcript | Position: Reserve rights.<br><br>Portions of the transcript of the deposition of the 30(b)(6) deposition of James Chiu quote, describe, or discuss documents designated as Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this action. Orion accordingly files the transcript conditionally under seal, as required by the Protective Order.<br><br>Orion takes no position regarding the sealing of the transcript at this time, but reserves the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure, Local Rule 79-5, and applicable law. However, it remains Defendants' obligation to establish that these documents are, in fact, sealable. |

PLAINTIFF'S ADMIN. MOTION FOR LEAVE TO FILE DOCUMENTS FILED ISO REPLY ISO MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT UNDER SEAL

| Fisher Ex. 6 | Hagey Decl. Ex. 7 | NSE02189963 | Position: Reserve rights. This document was designated by Defendants as Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this action. Orion accordingly files the transcript conditionally under seal, as required by the Protective Order. Orion takes no position regarding the sealing of the transcript at this time, but reserves the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure, Local Rule 79-5, and applicable law. However, it remains Defendants' obligation to establish that these documents are, in fact, sealable. |
|---|---|---|---|
| Fisher Ex. 7 | Hagey Decl. Ex. 8 | Jose Sasian, Ph.D. Deposition Transcript | Position: Reserve rights. Portions of the transcript of the deposition of Jose Sasian, Ph.D. quote, describe, or discuss documents designated as Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this action. Orion accordingly files the transcript conditionally under seal, as required by the Protective Order. Orion takes no position regarding the sealing of the transcript at this time, but reserves the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure, Local Rule 79-5, and applicable law. However, it remains Defendants' obligation to establish that these documents are, in fact, sealable. |
| Fisher Ex. 8 | Hagey Decl. Ex. 9 | NSE2299000 | Position: Reserve rights. This document was designated by Defendants as Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this action. Orion accordingly files the transcript conditionally under seal, as required by the Protective Order. Orion takes no position regarding the sealing of the transcript at this time, but reserves the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure, Local Rule 79-5, and applicable law. However, it remains Defendants' obligation to establish that these documents are, in fact, sealable. |

PLAINTIFF'S ADMIN. MOTION FOR LEAVE TO FILE DOCUMENTS FILED ISO REPLY ISO MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT UNDER SEAL

| Fisher Ex. 9 | Hagey Decl. Ex. 10 | Orion 30(b)(6) Witness Peter Moreo Deposition Transcript | Position: Reserve rights.<br><br>Portions of the transcript of the deposition of the 30(b)(6) deposition of Peter Moreo quote, describe, or discuss documents designated as Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this action. Orion accordingly files the transcript conditionally under seal, as required by the Protective Order.<br><br>Orion takes no position regarding the sealing of the transcript at this time, but reserves the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure, Local Rule 79-5, and applicable law. However, it remains Defendants' obligation to establish that these documents are, in fact, sealable. |
|---|---|---|---|
| Fisher Ex. 10 | Hagey Ex. 11 | Ningbo Sunny 30(b)(6) Witness Peter Ni Deposition Transcript | Position: Reserve rights.<br><br>Portions of the transcript of the deposition of the 30(b)(6) deposition of Peter Ni quote, describe, or discuss documents designated as Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this action. Orion accordingly files the transcript conditionally under seal, as required by the Protective Order.<br><br>Orion takes no position regarding the sealing of the transcript at this time, but reserves the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure, Local Rule 79-5, and applicable law. However, it remains Defendants' obligation to establish that these documents are, in fact, sealable. |
| Fisher Ex. 11 | Hagey Ex. 12 | Dep. Ex. 190 | Position: Reserve rights.<br><br>This document was designated by Defendants as Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this action. Orion accordingly files the transcript conditionally under seal, as required by the Protective Order.<br><br>Orion takes no position regarding the sealing of the transcript at this time, but reserves the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure, Local Rule 79-5, and applicable law. However, it remains Defendants' obligation to establish that these documents are, in fact, sealable. |

PLAINTIFF'S ADMIN. MOTION FOR LEAVE TO FILE DOCUMENTS FILED ISO REPLY ISO MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT UNDER SEAL

| Fisher Ex. 12 | Hagey Ex. 13 | Dep. Ex. 189 | Position: Reserve rights.<br><br>This document was designated by Defendants as Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this action. Orion accordingly files the transcript conditionally under seal, as required by the Protective Order.<br><br>Orion takes no position regarding the sealing of the transcript at this time, but reserves the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure, Local Rule 79-5, and applicable law. However, it remains Defendants' obligation to establish that these documents are, in fact, sealable. |
|---|---|---|---|
| Fisher Ex. 13 | Hagey Ex. 14 | Dep. Ex. 196 | Position: Oppose by Reference.<br><br>This document is a declaration from Orion's translator. Together with the declaration itself, the exhibits to this declaration certify translated documents filed herewith as follows:<br><br>- Exhibits 1 & 2 to the declaration certify the translation of Hagey Decl. Ex. 13.<br>- Exhibits 3 & 4 to the declaration certify the translation of Hagey Decl. Ex. 12.<br><br>Orion opposes sealing these documents for the same reasons stated with respect to Hagey Decl. Exs. 12 and 13, respectively. |
| Fisher Ex. 14 | Moreo Ex. 1 | P. Moreo Ltr. to D. Shen and M. Sun | Position: Limited redactions.<br><br>Select portions of this exhibit disclose commercially sensitive pricing information that warrant sealing under the compelling reasons standard. These portions have been identified with yellow highlighting in the document filed conditionally under seal, and Orion respectfully requests that they these portions of the document remain under seal. |

PLAINTIFF'S ADMIN. MOTION FOR LEAVE TO FILE DOCUMENTS FILED ISO REPLY ISO MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT UNDER SEAL

| Fisher Ex. 15 | Orion's Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment | N/A | Position: Reserve rights.<br><br>Portions of Orion's Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment quote, describe, or discuss documents designated as Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this action.<br>Orion accordingly files this document Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment in conditionally redacted form as required by the Protective Order.<br><br>Orion takes no position regarding the sealing of these redactions at this time, but reserves the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure, Local Rule 79-5, and applicable law. However, it remains Defendants' obligation to establish that these documents are, in fact, sealable. |
| Fisher Ex. 16 | Orion's Response to Defendants' Moving Separate Statement in Support of Defendants' Cross-Motion for Summary Judgment | N/A | Position: Reserve rights.<br><br>Orion files its Response to Defendants' Moving Separate Statement in Support of Defendants' Cross-Motion for Summary Judgment —which extensively quotes, describes, or characterizes documents that Defendants have designated as "Highly Confidential" pursuant to the protective order entered in this action—conditionally under seal as required by the Protective Order.<br><br>Defendants bears the burden of justifying sealing of the document, if any. Orion takes no position regarding the sealing of the document, but reserves the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure, Local Rule 79-5, and applicable law. However, it remains Defendants' obligation to establish that these documents are, in fact, sealable. |

PLAINTIFF'S ADMIN. MOTION FOR LEAVE TO FILE DOCUMENTS FILED ISO REPLY ISO MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT UNDER SEAL

| Fisher Ex. 17 | Orion's Reply to Defendants' Response to Plaintiff's Separate Statement of Undisputed Facts and Supporting Evidence in Support of Plaintiff's Motion for Summary Judgment | N/A | Position: Reserve rights.<br><br>Orion files its Reply to Defendants' Response to Plaintiff's Separate Statement of Undisputed Facts and Supporting Evidence in Support of Plaintiff's Motion for Summary Judgment —which extensively quotes, describes, or characterizes documents that Defendants have designated as "Highly Confidential" pursuant to the protective order entered in this action—conditionally under seal as required by the Protective Order.<br><br>Defendants bears the burden of justifying sealing of the document, if any.  Orion takes no position regarding the sealing of the document, but reserves the right to challenge Defendants' designations, and the general sealability of these documents or any portion thereof under the Federal Rules of Civil Procedure, Local Rule 79-5, and applicable law. However, it remains Defendants' obligation to establish that these documents are, in fact, sealable. |
|---|---|---|---|

For the foregoing reasons, Orion respectfully requests that this motion be granted in part and denied in part as set forth above.  Orion files a proposed order to aid the Court's review concurrently herewith.

Dated:  August 15, 2019

BRAUNHAGEY & BORDEN LLP

By:    /s/ *Matthew Borden*
        Matthew Borden, Esq.

Attorneys for Plaintiff OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars ®