SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LEO D. CASERIA, Cal. Bar No. 240323
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398
E-mail:        lcaseria@sheppardmullin.com

MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar. No. 253929
HELEN C. ECKERT, Cal. Bar. No. 240531
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:    415.434.9100
Facsimile:    415.434.3947
E-mail:        mscarborough@sheppardmullin.com
              dballard@sheppardmullin.com
              heckert@sheppardmullin.com

Attorneys for Defendants NINGBO SUNNY
ELECTRONIC CO., LTD., SUNNY OPTICS,
INC., and MEADE INSTRUMENTS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1-25,<br><br>Defendants. | Case No. 5:16-cv-06370-EJD-VKD<br><br>**DECLARATION OF HELEN C. ECKERT IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date: September 12, 2019<br>Time: 9:00 a.m.<br>Ctrm: 4, 5th Floor<br><br>Complaint Filed: November 1, 2016<br>First Amended Complaint Filed: November 3, 2017<br>Trial Date:  October 15, 2019 |

Case No. 5:16-cv-06370-EJD-VKD

## DECLARATION OF HELEN C. ECKERT

I, Helen C. Eckert, declare as follows:

1.    I am a Special Counsel at the law firm Sheppard, Mullin, Richter & Hampton LLP, counsel of record in this action for Defendants Ningbo Sunny Electronic Co., Ltd., Sunny Optics, Inc., and Meade Instruments Corp. (collectively, "Defendants").  I make this declaration in support of Defendants' Reply in support of their Cross-Motion for Summary Judgment.  I have sufficient personal knowledge of the facts set forth herein that, if called as a witness, I could and would testify competently thereto.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of a document produced by Defendants in this action, bearing the bates stamp NSE2626617-18.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of a document produced by Defendants in this action, bearing the bates stamp NSE2626614-15.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by Defendants in this action, bearing the bates stamp NSE2626602-03.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of a document produced by Defendants in this action, bearing the bates stamp NSE2626599.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by Defendants in this action, bearing the bates stamp NSE2626597-98.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of relevant excerpts from the transcript of the deposition of James A. Caccavo, which took place on September 28, 2018.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of relevant excerpts from a document marked as Deposition Exhibit 326 in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 22nd day of August, 2019, at Bainbridge Island, Washington.

*/s/ Helen C. Eckert*
Helen C. Eckert

-1-

**<u>FILER'S ATTESTATION</u>**

Pursuant to Civil Local Rule 5-1(i)(3), I, Leo D. Caseria, attest that the signatory of this document, and on whose behalf the filing is submitted, concurs with the filing's content and has authorized the filing.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By          <u>*/s/ Leo D. Caseria*</u>
                   LEO D. CASERIA

Attorneys for NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., and MEADE INSTRUMENTS CORP.