# EXHIBIT 1

MINUTES OF THE MEETING
OF THE
BOARD OF DIRECTORS
OF
MEADE INSTRUMENTS CORP.

February 25, 2013


A meeting of the Board of Directors of Meade Instruments Corp. (the "Company") was held via teleconference on February 25, 2013 at 10:00 a.m. Pacific time.

Members of the Board present at the meeting via teleconference, constituting the full Board, were as follows:

Timothy McQuay
Steve Murdock
Mark Peterson
Frederick Schneider

Others in attendance at the meeting via teleconference were as follows:

John Elwood, Chief Financial Officer of the Company
John D. Hudson, O'Neil LLP

**Discussion**

Timothy McQuay first welcomed everyone to the meeting and outlined the agenda for the meeting.

Strategic Alternatives Update

Mr. Elwood then updated the Board on the status of the acquisition proposals received by the Company. Following the Company's Board of Directors meeting held Friday, February 22, 2013, as directed by the Board, he stated that he had called each of the four bidding parties and told three of them that its offer was competitive, and each should consider increasing its offer. Mr. Elwood also told MIT Capital that its offer was inadequate, but because MIT Capital would not sign a non-disclosure agreement, Mr. Elwood did not further elaborate on the bidding process. One party, Imaginova, refused to increase its offer above $4.5 million, while Meade Europe and Levenhuk each increased its offer to $5 million. MIT Capital did not respond as to whether or not it would increase its much smaller offer. Mr. Elwood also reported that each of Meade Europe and Levenhuk had stated that its offer was final and it would not be increasing the consideration any further.

The Board then compared and discussed all of the offers, focusing on the higher offers of Meade Europe and Levenhuk. After discussion, the Board determined that the offer of Meade Europe was superior to the offer of Levenhuk, as the Meade Europe offer (1) was from a party

12000.2
#126065 v1

CONFIDENTIAL

NSE2626617

with which the Company had previously, successfully completed a significant transaction, (2) had firmer financing commitments and (3) understood the Company better (due to its current relationship with the Company as a distributor of the Company in Europe) and, as a result, was less likely to raise issues as in connection with its due diligence and could close a transaction faster (which was important to the Company due to the Company's precarious financial position). Based on its determination that the Meade Europe proposal was superior to the other proposals received by the Company and that entering into the letter of intent proposal by Meade Europe was in the best interest of the Company and its stockholders, the Board unanimously approved the Meade Europe proposal and authorized the officers to execute and deliver the letter of intent of Meade Europe on behalf of the Company.

**Adjournment**

There being no further business to come before the meeting, the meeting was adjourned.

Timothy McQuay, Chairman

12000.2
#126065 v1

2

CONFIDENTIAL

NSE2626618