# **EXHIBIT 2**

MINUTES OF THE MEETING
OF THE
BOARD OF DIRECTORS
OF
MEADE INSTRUMENTS CORP.

February 26, 2013


A meeting of the Board of Directors of Meade Instruments Corp. (the "Company") was held via teleconference on February 26, 2013 at 10:00 a.m. Pacific time.

Members of the Board present at the meeting via teleconference, constituting a quorum of the Board, were as follows:

Timothy McQuay
Mark Peterson
Frederick Schneider

Steve Murdock was absent from the meeting, but he waived notice of the meeting and consented to the holding of the meeting. See attached Exhibit A.

Others in attendance at the meeting via teleconference were as follows:

John Elwood, Chief Financial Officer of the Company
John D. Hudson, O'Neil LLP

**Discussion**

Timothy McQuay first welcomed everyone to the meeting and outlined the agenda for the meeting.

Strategic Alternatives Update

Mr. Elwood then reported that on February 25, 2013 he had informed Meade Europe that the Board had accepted its offer, and also informed the other bidders that the Board had chosen another bidder and granted a 45-day exclusivity period to that bidder. Notwithstanding that Levenhuk had previously stated that it would not increase its $5.0 million offer, today it increased its offer from $5.0 million to $5.1 million pursuant to a revised letter of intent. Although this offer was $100,000 more than the offer of Meade Europe, the amount of the offer was subject to a downward dollar-for-dollar adjustment to the extent that the Company's net worth on closing is less than $6.1 million. Based on the Company's current net worth and the deterioration of its net worth over the past year and as projected through closing, the Company's net worth as of closing was projected to be around $5.5 million to $5.7 million. As a result, the reduction in net worth at closing would likely adjust Levenhuk's $5.1 million offer downward to around $4.5 million to $4.7 million. After discussion, the Board unanimously rejected this new

12660.2
#126067 v1

CONFIDENTIAL                                                                                            NSE2626614

revised offer as it concluded that the Meade Europe offer remains superior in consideration and for the other matters previously discussed by the Board.

**Adjournment**

There being no further business to come before the meeting, the meeting was adjourned.

_____
Timothy McQuay, Chairman

12000.2
#126067 v1                                        2

CONFIDENTIAL                                                                    NSE2626615