# EXHIBIT 3

MINUTES OF THE MEETING
OF THE
BOARD OF DIRECTORS
OF
MEADE INSTRUMENTS CORP.

April 22, 2013

A meeting of the Board of Directors (the "Board") of Meade Instruments Corp. (the "Company") was held via teleconference on April 22, 2013 at 10:30 a.m. Pacific time.

Members of the Board present at the meeting via teleconference, constituting a quorum of the Board, were as follows:

Timothy McQuay
Steve Murdock
Frederick Schneider

Mark Peterson was absent from the meeting.

Others in attendance at the meeting via teleconference were as follows:

John Elwood, Chief Financial Officer of the Company
John D. Hudson, O'Neil LLP

**Discussion**

Mr. McQuay first stated that this meeting was called because the proposed buyer, after the Board's meeting earlier this morning, called management and reduced its offer to buy the Company to $4 million, a $1 million decrease.

Management summarized its discussion with the buyer regarding the reduction and the buyer's reasons therefor. The Board noted that prior to accepting the proposed buyer's letter of intent and granting the buyer a period of exclusivity that the Company had received two offers significantly above $4 million -- one offer for $5.1 million and the other offer for $4.6 million. However, the proposed buyer has almost completed its due diligence and an Agreement and Plan of Merger has been fully negotiated between the Company and the proposed buyer. The Board also considered the Company's liquidity, both at this time and as projected over the time required to complete a transaction with another bidder for the Company's equity.

After the discussion, the Board approved the re-opening of the bidding process for the Company, and the Board authorized and directed management to contact the other bidders for the Company to provide the Company with an updated offer for the Company. In addition, in light of the foregoing, the Board rescinded its previous approval of the extension of the buyer's exclusivity period.

12669.2
8128172 v1

CONFIDENTIAL

NSE2626602

## Adjournment

There being no further business to come before the meeting, the meeting was adjourned.

_____
Timothy McQuay, Chairman

12000.2
#128172 v1                                        2

CONFIDENTIAL                                                                    NSE2626603