# EXHIBIT 4

**MINUTES OF THE MEETING
OF THE
BOARD OF DIRECTORS
OF
MEADE INSTRUMENTS CORP.**

**May 2, 2013**

A meeting of the Board of Directors (the "Board") of Meade Instruments Corp. (the "Company") was held via teleconference on May 2, 2013 at 4:00 p.m. Pacific time.

Members of the Board present at the meeting via teleconference, constituting the full Board, were as follows:

Timothy McQuay
Steve Murdock
Mark Peterson
Frederick Schneider

Others in attendance at the meeting via teleconference were as follows:

John Elwood, Chief Financial Officer of the Company
John D. Hudson, O'Neil LLP

**Discussion**

Timothy McQuay first welcomed everyone to the meeting and outlined the agenda for the meeting.

Mr. Elwood gave a summary of management's activities since the Board re-opened the bidding process for the Company after Meade Europe on April 29, 2013 reduced its offer from $5 million to $4 million. Mr. Elwood contacted both Orion and Levenhuk, the most promising potential acquirers of the Company after Meade Europe, and explained to them that the Company was no longer under an agreement to deal with another party exclusively. In addition, Mr. Elwood also relayed the foregoing to MIT Capital, Inc. ("MIT"); however, MIT still would not agree to sign a Confidentiality Agreement with a standstill obligation.

**Adjournment**

There being no further business to come before the meeting, the meeting was adjourned.

Timothy McQuay, Chairman

12000.2
#128037 v1

CONFIDENTIAL

NSE2626599