# EXHIBIT 5

MINUTES OF THE MEETING
OF THE
BOARD OF DIRECTORS
OF
MEADE INSTRUMENTS CORP.

May 8, 2013

A meeting of the Board of Directors (the "Board") of Meade Instruments Corp. (the "Company") was held via teleconference on May 8, 2013 at 3:30 p.m. Pacific time.

Members of the Board present at the meeting via teleconference, constituting the full Board, were as follows:

Timothy McQuay
Steve Murdock
Mark Peterson
Frederick Schneider

Others in attendance at the meeting via teleconference were as follows:

John Elwood, Chief Financial Officer of the Company
John D. Hudson, O'Neil LLP

Discussion

Timothy McQuay first welcomed everyone to the meeting and outlined the agenda for the meeting.

Strategic Alternatives Update

John Elwood then reported on the status of the bidding process for the sale of the Company, while the Company continued to work with Meade Europe on a non-exclusive basis regarding due diligence materials. Mr. Elwood informed the Board that the Company received a new updated offer of $4.6 million from MIT Capital, Inc. ("MIT") for the acquisition of all of the outstanding shares of the Company, although Orion declined to provide another offer, and Levenhuk also declined to participate in the re-opened bidding process. The Board discussed the MIT offer, the terms of its Letter of Intent, the issues involving another due diligence period with a second party, and the additional time which would be required to close a transaction if the Board selected MIT. After discussion, the Board decided that due to MIT's offer being significantly higher than Meade Europe's current offer of $4 million, the Board would select MIT unless Meade Europe increased its offer.

12000.2
#128039 v1

CONFIDENTIAL

NSE2626597

Liquidity Update

Mr. Elwood then provided an update on the Company's liquidity. He first noted that the Company's net sales in April 2013 were down from net sales in March 2013 by approximately $185 thousand, and the Company's loss in April 2013 exceeded the loss in March 2013 by a material amount. As a result, liquidity at the end of April 2013 was worse than at the end of March 2013.

April 30, 2013 Balance Sheet

Mr. Elwood next outlined the balance sheet for April 30, 2013 (a copy of which had been delivered to the directors prior to the meeting). Mr. Elwood responded to the comments and questions of the directors regarding the balance sheet and the items thereof.

**Adjournment**

There being no further business to come before the meeting, the meeting was adjourned.

_____
Timothy McQuay, Chairman

12000.2
#128039 v1

2

CONFIDENTIAL                                    NSE2626598