# EXHIBIT 7

| | |
|---|---|
| **From:** | Lenora Cabral |
| **Sent:** | Tuesday, September 23, 2014 6:00 PM |
| **To:** | mabelmiao |
| **Cc:** | Victor Aniceto; Teresa Cheung; Lenora Cabral |
| **Subject:** | RE: THE DOCUMENTS FOR MEADE |
| **Attachments:** | Articles.pdf; Certificate of Incorporation - Sunny Merger.pdf; 2013 Irvine Business License.pdf; Meade Instruments Corp  - Form 10-K - February 29 2012 (as filed).pdf; Form 10-K - February 28, 2013.pdf; Mexico Business License.pdf |

Hi Mabel,

Attached are the requested documents. Teresa will provide you with this year's financial statement.

Thank you,
Lenora Cabral
**Sales & Administrative Manager**
Meade Instruments Corp.
(949) 451-1450 x6295
Lenora.cabral@meade.com

**From:** mabelmiao [mailto:mabelmiao@sunnyoptics.com.cn]
**Sent:** Tuesday, September 23, 2014 9:25 AM
**To:** Lenora Cabral; Teresa Cheung
**Subject:** THE DOCUMENTS FOR MEADE

Dear Lenora & Teresa,

Because sunny will purchase Export Credit Insurance, there has some documents should be provided to Insurance company. Could you please send the copies of the following MEADE's documents to me ?

- business license
- Articles of Association
- the company's financial statements for the past three years
- One document with prove that MEADE open MEXICO factory is legal. such as the government-issued license or permit.

Thanks in advance for your understanding and support!

Best Regards
Mabel Miao

Lorrie L. Marchant, CSR# 10523, RMR, CRR, CCRR, CRC

**EXHIBIT** 326

WITNE:    .tor Aniceto
CASE: Optronic Technologies v. Ningbo Sunny Electronic
CASE No.: 5:16-CV-06370-EJD-VKD

DATE: Monday, November 26, 2018

1

CONFIDENTIAL

NSE2243361

宁波舜宇电子有限公司
余姚市城东新区安山路 199 号
NINGBO SUNNY ELECTRONIC CO.,LTD
No.199 Anshan Road Chengdong New Area YuYao Zhejiang
province China
TEL:86-574-62882376
FAX:86-574-62882311

2

CONFIDENTIAL

NSE2243362

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549

# FORM 10-K

(Mark One)

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended February 28, 2013

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission file number 0-22183

# MEADE INSTRUMENTS CORP.
(Exact name of registrant as specified in its charter)

| Delaware | 95-2988062 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

27 Hubble
Irvine, California
92618
(Address of principal executive offices)
(Zip Code)

(949) 451-1450
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $0.01 par value | NASDAQ Stock Market LLC |

Securities registered pursuant to Section 12(g) of the Act:
None

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☐   No ☒

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the Registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the Registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the Registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☒

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act (Check one).

Large accelerated filer ☐                                                        Accelerated filer ☐

Non-Accelerated filer ☐ (Do not check if a smaller reporting company)          Smaller reporting company ☒

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐   No ☒

The aggregate market value of the Registrant's Common Stock held by non-affiliates of the Registrant was approximately $4.5 million as of August 31, 2012; the last business day of Registrant's most recently completed second fiscal quarter.

As of May 24, 2013, there were 1,305,148 outstanding shares of the Registrant's Common Stock issued, par value $0.01 per share, including 132,065 shares of restricted stock.

DOCUMENTS INCORPORATED BY REFERENCE

CONFIDENTIAL

NSE2243455

## TABLE OF CONTENTS

Page

**Part I**

Item 1.  BUSINESS ........................................................ 1
General ................................................................... 1
Industry Overview ........................................................ 2
Products ................................................................. 3
Operations ............................................................... 4
Intellectual Property .................................................... 5
Seasonality .............................................................. 5
Sales and Marketing ...................................................... 6
Competitive Strengths .................................................... 6
Competition .............................................................. 7
Employees ................................................................ 7
Executive Officers of the Registrant ..................................... 8
Available Information .................................................... 8
Item 1A.  RISK FACTORS ................................................... 9
Item 2.  PROPERTIES ...................................................... 16
Item 3.  LEGAL PROCEEDINGS ............................................... 16
Item 4.  MINE SAFETY DISCLOSURES ........................................ 16

**Part II**

Item 5.  MARKET FOR REGISTRANT'S COMMON EQUITY AND RELATED STOCKHOLDER
MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES ..................... 17
Item 6.  SELECTED FINANCIAL DATA ......................................... 17
Item 7.  MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND
RESULTS OF OPERATIONS ................................................ 17
Item 7A.  QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK ........ 23
Item 8.  FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA ..................... 23
Item 9.  CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND
FINANCIAL DISCLOSURE ................................................. 23
Item 9A.  CONTROLS AND PROCEDURES ........................................ 23
Item 9B.  OTHER INFORMATION .............................................. 24

**Part III**

Item 10.  DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE .......... 25
Item 11.  EXECUTIVE COMPENSATION ......................................... 27
Item 12.  SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT
AND RELATED STOCKHOLDER MATTERS ...................................... 32
Item 13.  CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR
INDEPENDENCE ......................................................... 35
Item 14.  PRINCIPAL ACCOUNTING FEES AND SERVICES ......................... 36

**Part IV**

Item 15.  EXHIBITS AND FINANCIAL STATEMENT SCHEDULES ..................... 37
CONSOLIDATED FINANCIAL STATEMENTS AND NOTES
REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM ............... F-1
CONSOLIDATED BALANCE SHEETS AT FEBRUARY 28, 2013 AND FEBRUARY 29, 2012 ... F-2
CONSOLIDATED STATEMENTS OF OPERATIONS FOR EACH OF THE TWO YEARS IN
THE PERIOD ENDED FEBRUARY 28, 2013 ................................... F-3
CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY FOR EACH OF THE
TWO YEARS IN THE PERIOD ENDED FEBRUARY 28, 2013 ...................... F-4
CONSOLIDATED STATEMENTS OF CASH FLOWS FOR EACH OF THE TWO YEARS IN
THE PERIOD ENDED FEBRUARY 28, 2013 ................................... F-5
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS ........................... F-6

CONFIDENTIAL

NSE2243456

# PART I

## Item 1. *Business*

### General

Meade Instruments Corp., a Delaware corporation, ("Meade" or the "Company") is a consumer products company that designs, manufactures, imports and distributes telescopes, telescope accessories, binoculars, spotting scopes, and other consumer products. Meade is dedicated to bringing innovative, cutting-edge, consumer-friendly products to the consumer products marketplace. The Company's brands, which include Meade® and Coronado®, are recognized throughout the world and are associated with innovation in the amateur astronomy, consumer optical and sporting goods markets. Products include the new LX850, LX600 and LX80, as well as the venerable LX200® series of telescopes that combine the advanced features of the LX200™ with the precision of Advanced Coma Free ("ACF") optics; the LX90GPS™ that brings GPS capabilities to a moderately priced Schmidt-Cassegrain telescope; LS™, Meade's fully computerized telescopes using "Lightswitch" technology, which provides a revolutionary self-alignment routine, allowing users with no astronomy experience to enjoy a multi-media guided-tour of the night sky; the new LT series, which is our value platform, using the same high-quality mechanics of the LS™, but with Meade's more traditional computer control; and the Deep Sky Imager™ ("DSI") series of high-performance charge-coupled device ("CCD") cameras that have advanced astro-imaging to near point-and-shoot simplicity, help sustain the Meade® brand as a brand known for innovation in amateur astronomy and other consumer products.

The Company continues to offer numerous telescope and binocular models as well as various accessory products for amateur astronomy and sporting goods consumers. The Company's telescopes range in aperture from 40mm to 20 inches and in retail price from less than $50 to approximately $35,000. The Company offers several families of binoculars at retail price points from about $10 to approximately $300. Whether a consumer is a serious amateur astronomer, a naturalist or someone just looking for a good pair of binoculars, Meade offers a complete range of quality products to satisfy the consumer optics buyer.

Founded in 1972, Meade has built a reputation for providing the amateur astronomer with technically sophisticated products at competitive prices. Combining its manufacturing expertise with its dedication to innovation, quality and value, Meade has developed and produced some of the industry's most technologically advanced consumer telescopes at affordable prices. Capitalizing on its brand name recognition among serious amateur astronomers and its ability to bring advanced technology to lower price points, the Company has marketed its less-expensive telescopes to beginning and intermediate amateur astronomers.

The Company has consistently emphasized a business plan that concentrates on new product development and effective targeted marketing. As an indication of its commitment to product development, the Company spent $1.1 million and $0.9 million on research and development during the fiscal years ended February 28, 2013 and February 29, 2012, respectively. These research and development expenditures were centered on the development of technologically advanced telescopes and other astronomy related products, other new products for the general consumer and sports optics markets as well as product improvement and industrial applications of the Company's existing technologies. In the fall of 2011, the Company announced its new LX800 and LX80 telescope lines and announced its new LX600 telescopes in April 2012. The Company encountered substantial difficulties in completing the development of these products and was unable to begin shipping the LX800 line successfully until February 2013 and the LX600 telescopes did not begin shipping until April 2013. This delay in shipment of these products adversely affected the Company's revenues, results from operations and liquidity.

Parts and components for the advanced telescopes are manufactured and assembled in the Company's Mexico facility. Many of the Company's less-expensive telescopes and its binoculars, as well as certain component parts for its small to midrange telescopes, are manufactured under our proprietary designs by manufacturers located in Asia.

1

CONFIDENTIAL

NSE2243457

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Dated: May 30, 2013

MEADE INSTRUMENTS CORP.

By: /s/ STEVEN G. MURDOCK
Steven G. Murdock
*Chief Executive Officer*
*(Principal Executive Officer)*

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ STEVEN G. MURDOCK<br>Steven G. Murdock | Director, Chief Executive Officer (Principal Executive Officer) | May 30, 2013 |
| /s/ JOHN A. ELWOOD<br>John A. Elwood | Senior Vice President—Finance and Administration, Chief Financial Officer (Principal Financial and Accounting Officer) | May 30, 2013 |
| /s/ TIMOTHY C. MCQUAY<br>Timothy C. McQuay | Director and Chairman of the Board | May 30, 2013 |
| /s/ FREDERICK H. SCHNEIDER, JR.<br>Frederick H. Schneider, Jr. | Director | May 30, 2013 |
| /s/ MARK D. PETERSON<br>Mark D. Peterson | Director | May 30, 2013 |

CONFIDENTIAL

NSE2243515