1 | J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
2 | Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
3 | Jeffrey M. Theodore, Esq. (SBN: 324823)
    theodore@braunhagey.com
4 | Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
5 | BRAUNHAGEY & BORDEN LLP
   351 California Street, Tenth Floor
6 | San Francisco, CA 94104
   Telephone: (415) 599-0210
7 | Facsimile: (415) 276-1808

8 | ATTORNEYS FOR PLAINTIFF
   OPTRONIC TECHNOLOGIES, INC.

9

10

## UNITED STATES DISTRICT COURT

11

## NORTHERN DISTRICT OF CALIFORNIA

12

13

14

OPTRONIC TECHNOLOGIES, INC., d/b/a
Orion Telescopes & Binoculars ®, a California
corporation,

         Plaintiff,

      v.

NINGBO SUNNY ELECTRONIC CO., LTD.,
SUNNY OPTICS, INC., MEADE
INSTRUMENTS CORP., and DOES 1 - 25,

         Defendants.

Case No: 5:16-cv-06370-EJD-VKD

[PROPOSED] ORDER GRANTING
PLAINTIFF OPTRONIC
TECHNOLOGIES, INC.'S MOTION TO
CONDENSE BRIEFING SCHEDULE
PURSUANT TO CIVIL L.R. 6-3 RE
PLAINTIFF'S MOTION TO COMPEL
DEFENDANTS' CEO PETER NI TO
APPEAR AT TRIAL

**Compl. Filed:**    Nov. 1, 2016
**First Am. Compl.:**  Nov. 3, 2017
**Final Pretrial Conf.:** Oct. 10, 2019
**Trial Date:**      Oct. 15, 2019

This Court, having considered Plaintiff Optronic Technologies, Inc.'s Motion to Condense the Briefing Schedule, pursuant to Civil Local Rule 6-3, and the papers submitted, and good cause having been shown, hereby GRANTS Plaintiffs' Motion to Condense the Briefing Schedule.

Defendants may file and serve their opposition to Plaintiff's Motion to Compel Defendants' CEO Peter Ni to Appear at Trial no later than Friday, September 27, 2019.  Plaintiff may file and serve their reply no later than Tuesday, October 1, 2019.  The hearing on the issues raised in Plaintiff's Motion to Compel Defendants' CEO Peter Ni to Appear at Trial shall be held at 11:00 a.m., October 10, 2019, at the Final Pretrial Conference.

**IT IS SO ORDERED.**

Dated:  September 20, 2019

Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING ORION'S MOTION TO CONDENSE BRIEFING SCHEDULE PURSUANT TO CIVIL L.R. 6-3