UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>NINGBO SUNNY ELECTRONIC CO., LTD., et al., <br><br>　　　　　Defendants. | Case No.  5:16-cv-06370-EJD <br><br>**ORDER STRIKING PLAINTIFF'S EXHIBIT LIST** <br><br>Re: Dkt. Nos. 332, 333-1 |

　　　　The Courtroom Deputy's email of September 20, 2019 directed the parties to identify their exhibits numerically, with Plaintiff numbering its exhibits 1000 through 1999 and Defendants numbering their exhibits 2000 through 2999.  Plaintiff's exhibit list (Dkt. Nos. 332, 333-1) does not comply with this direction.  Accordingly, the court STRIKES Plaintiff's exhibit list.  Plaintiff shall file a corrected exhibit list no later than 5:00 p.m. on September 30, 2019.

　　　　**IT IS SO ORDERED.**

Dated: September 27, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge