J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
    theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S MOTION TO STRIKE PURPORTED "JOINT" ERRATA PLEADING WITHOUT NOTICE OR CONSENT PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3) [ECF NO. 335]**<br><br>**Compl. Filed:** Nov. 1, 2016<br>**First Am. Compl.:** Nov. 3, 2017<br>**Final Pretrial Conf.:** Oct. 10, 2019<br>**Trial Date:** Oct. 15, 2019 |

1    Plaintiff Optronic Technologies, Inc. ("Orion") moves pursuant to Civil Local Rule 5-1(i)(3) to strike Defendants' *unnoticed* Notice of Errata (the "Errata", ECF No. 335).

   The Errata was filed without prior notice and seeks to replace the entirety of the parties' Joint Final Pretrial Conference Statement (ECF No. 334).  It also lacks any redline showing the actual proposed changes and Defendants refused to produce a Word version of the document for comparison.

   Civil Local Rule 5-1(i)(3) requires actual concurrence on any purported joint submission.  The Rule applies on its face to the Joint Pretrial Conference Statement, whether as to the original or a re-filing, such as the Errata.  Despite these requirements, Defendants placed Orion's signature and an attestation of the undersigned counsel to "declare under *penalty of perjury*" that there has been "concurrence in the filing of this Joint Trial Conference Statement."

   Those attestations and declarations are impossible because Orion's counsel was not informed of the Errata beforehand.  And, like a black hole refusing to yield light, Defendants refused to withdraw the pleading to allow Orion to consider the proposed change.

   Orion respectfully requests that the Court strike ECF No. 335, direct Defendants to provide a competent Word version redline of the proposed Errata, and to meet and confer regarding any future proposed revisions to a joint filing.

Dated: September 27, 2019

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By:   /s/ *J. Noah Hagey*
          J. Noah Hagey, Esq.

Attorneys for Plaintiff OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars ®