UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

OPTRONIC TECHNOLOGIES, INC,

    Plaintiff,

v.

NINGBO SUNNY ELECTRONIC CO., LTD., et al.,

    Defendants.

Case No. 5:16-cv-06370-EJD

**ORDER RE ERRATA AND RESPONSES**

Re: Dkt. Nos. 335, 337, 340

With the final pretrial conference scheduled for next week, and the trial set to begin the week after, the parties have now filed three documents concerning one typographical error in their Joint Pretrial Conference Statement. The court orders as follows:

1. As to the errata and related documents concerning the Joint Pretrial Conference, lead counsel for both parties are ordered to meet and confer in good faith to resolve the dispute concerning the typographical error. Before 5:00 p.m. on October 1, 2019, the parties shall file a stipulation correcting the Joint Pretrial Conference Statement.

2. Before filing any further documents, lead counsel for both parties are ordered to meet and confer in good faith to seek to resolve any disputes related to the subject matter of the filing. Going forward, *__every__* filing must attach an attestation from lead counsel confirming that they have met this requirement. The court will strike any filings that do not include this attestation.

**IT IS SO ORDERED.**

Dated: September 30, 2019

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-06370-EJD
ORDER RE ERRATA AND RESPONSES

1