# EXHIBIT A

# Nadezhda Nikonova

| | |
|---|---|
| **From:** | Katie Kushnir <kushnir@braunhagey.com> |
| **Sent:** | Tuesday, September 24, 2019 11:49 PM |
| **To:** | Mike Scarborough |
| **Cc:** | Leo Caseria; Helen Eckert; Dylan Ballard; Thomas Dillickrath; Noah Hagey; Matt Borden; Jeffrey Theodore; Nadezhda Nikonova; Joy Siu; Ron Fisher |
| **Subject:** | RE: Joint Final Pretrial Statement Exchange |
| **Attachments:** | 2019-09-24 - RF Ltr. to Defendants re OTB015.pdf; 2019-09-24 - Supplemental Expert Disclosure of J. Douglas Zona, Ph.D.pdf |

Counsel,

Attached please find correspondence on behalf of Mr. Fisher, as well as Plaintiff's Supplemental Expert Disclosure of J. Douglas Zona, Ph.D. in the above-captioned matter.

Best Regards,

Katie Kushnir
B R A U N **H A G E Y** & B O R D E N  LLP
Direct: (415) 261-7617
Office: (415) 599-0214

**From:** Ron Fisher <Fisher@braunhagey.com>
**Sent:** Tuesday, September 24, 2019 11:41 PM
**To:** Mike Scarborough <MScarborough@sheppardmullin.com>
**Cc:** Leo Caseria <LCaseria@sheppardmullin.com>; Helen Eckert <HEckert@sheppardmullin.com>; Dylan Ballard <dballard@sheppardmullin.com>; Thomas Dillickrath <TDillickrath@sheppardmullin.com>; Noah Hagey <hagey@braunhagey.com>; Matt Borden <borden@braunhagey.com>; Jeffrey Theodore <Theodore@braunhagey.com>; Nadezhda Nikonova <NNikonova@sheppardmullin.com>; Joy Siu <JSiu@sheppardmullin.com>; Katie Kushnir <kushnir@braunhagey.com>
**Subject:** RE: Joint Final Pretrial Statement Exchange

Mike,

Thanks for your email.

As required by Rule 26(e)(2) and Rule 26(a)(3), Orion is serving Dr. Zona's supplemental expert disclosure in advance of the pretrial disclosure deadline established by the Court. The supplemental disclosure incorporates Orion's sales data through August 2019 as an input to the price overcharge analysis Dr. Zona disclosed in his report. You should receive it shortly.

In accordance with the Federal Rules, the damages claimed by Orion in the Joint Final Pretrial Statement will reflect Dr. Zona's supplemental disclosure.

Sincerely,

Ronald J. Fisher
B R A U N **H A G E Y** & B O R D E N  LLP
Direct: (415) 429-4539
Cell: (628) 200-1809

1

**From:** Mike Scarborough <MScarborough@sheppardmullin.com>
**Sent:** Monday, September 23, 2019 4:58 PM
**To:** Ron Fisher <Fisher@braunhagey.com>
**Cc:** Leo Caseria <LCaseria@sheppardmullin.com>; Helen Eckert <HEckert@sheppardmullin.com>; Dylan Ballard <dballard@sheppardmullin.com>; Thomas Dillickrath <TDillickrath@sheppardmullin.com>; Noah Hagey <hagey@braunhagey.com>; Matt Borden <borden@braunhagey.com>; Jeffrey Theodore <Theodore@braunhagey.com>; Nadezhda Nikonova <NNikonova@sheppardmullin.com>; Joy Siu <JSiu@sheppardmullin.com>
**Subject:** RE: Joint Final Pretrial Statement Exchange

Ron – we note that your draft includes [To Be Added] blanks for Orion's claimed damages. We do not understand these omissions.

Orion's claimed damages are limited by Dr. Zona's January 3, 2019, report, as of course further reduced by the Court's recent order on Defendants' summary judgment motion. As set forth in Dr. Zona's report, Orion's claimed "[d]amages from input price overcharges range from about $11.4 million to $30.6 million", and Orion's claimed damages from interference with the Hayneedle assets "is about $1.8 million." Those are the outer limits of Orion's claimed damages at trial.

We also note that Orion references an intent to "supplement" one or more of its proffered expert opinions. To the extent Orion would purport to augment the foregoing damage claims pursuant to any "supplemental" expert opinion, defendants object to such attempt and such "supplemental" expert opinion on the strongest of terms. We request that you immediately serve defendants with any intended "supplemental" expert opinions, including any purportedly revised damage calculations. Defendants obviously cannot address in the Pretrial Conference Statement or their Motions in Limine—even cursorily at this point—expert materials and damage estimates with which they have not been served.

Mike

**Mike Scarborough** | Partner
Antitrust & Competition Practice Group Leader
+1 415-774-2963 | direct
MScarborough@sheppardmullin.com | Bio

**Sheppard**Mullin
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
+1 415-434-9100 | main
www.sheppardmullin.com | LinkedIn | Twitter


**From:** Ron Fisher <Fisher@braunhagey.com>
**Sent:** Monday, September 23, 2019 1:02 PM
**To:** Mike Scarborough <MScarborough@sheppardmullin.com>
**Cc:** Leo Caseria <LCaseria@sheppardmullin.com>; Helen Eckert <HEckert@sheppardmullin.com>; Dylan Ballard <dballard@sheppardmullin.com>; Thomas Dillickrath <TDillickrath@sheppardmullin.com>; Noah Hagey <hagey@braunhagey.com>; Matt Borden <borden@braunhagey.com>; Jeffrey Theodore <Theodore@braunhagey.com>
**Subject:** RE: Joint Final Pretrial Statement Exchange

Mike,

Attached please find Orion's proposed draft and inserts for the Joint Final Pretrial Conference Statement.

Sincerely,

Ronald J. Fisher

**B R A U N H A G E Y & B O R D E N** LLP
Direct: (415) 429-4539
Cell: (628) 200-1809

---

**From:** Ron Fisher
**Sent:** Monday, September 23, 2019 11:43 AM
**To:** Mike Scarborough <MScarborough@sheppardmullin.com>
**Cc:** Leo Caseria <LCaseria@sheppardmullin.com>; Helen Eckert <HEckert@sheppardmullin.com>; Dylan Ballard <dballard@sheppardmullin.com>; Thomas Dillickrath <TDillickrath@sheppardmullin.com>; Noah Hagey <hagey@braunhagey.com>; Matt Borden <borden@braunhagey.com>; Jeffrey Theodore <theodore@braunhagey.com>
**Subject:** Joint Final Pretrial Statement Exchange

Mike,

I wanted to let you know that we are still working on some formatting related to the joint statement, and will be circulating our draft at around 1:00 pm.

Sincerely,

Ronald J. Fisher

**B R A U N H A G E Y & B O R D E N** LLP
Direct: (415) 429-4539
Cell: (628) 200-1809

**WE HAVE MOVED TO NEW SF OFFICES.  PLEASE UPDATE YOUR RECORDS ACCORDINGLY:**

BraunHagey & Borden LLP
351 California St., 10th Floor
San Francisco, CA 94104
Tel. & Fax: (415) 599-0210

**New York**
7 Times Square
27th Floor
New York, NY 10036-6524
Tel. & Fax: (646) 829-9403

This message is intended only for the confidential use of the intended recipient(s) and may contain protected information that is subject to attorney-client, work product, joint defense and/or other legal privileges.  If you are not the intended recipient, please contact me immediately at the phone number listed above and permanently delete the original message and any copies thereof from your email system.  Thank you.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.