# EXHIBIT B

# Nadezhda Nikonova

| | |
|---|---|
| **From:** | Ron Fisher <Fisher@braunhagey.com> |
| **Sent:** | Wednesday, September 25, 2019 7:23 PM |
| **To:** | Mike Scarborough |
| **Cc:** | Leo Caseria; Helen Eckert; Dylan Ballard; Thomas Dillickrath; Noah Hagey; Matt Borden; Jeffrey Theodore; Nadezhda Nikonova; Joy Siu; Katie Kushnir |
| **Subject:** | RE: Joint Final Pretrial Statement Exchange |

Mike,

I inadvertently reversed the overcharge and Telescopes.com damages in my prior email.  For clarity, Orion's claimed damages are as follows:

| Orion's Damages | |
|---|---|
| **Damages** | **Amount** |
| Overcharge Damages | [To Be Added] $16.4-$61.4 million |
| Interference with Telescopes.com purchase | [To Be Added] $1.8 million |
| Subtotal | [To Be Added] $18.2-$63.2 million |

Sincerely,

Ronald J. Fisher
**B R A U N H A G E Y & B O R D E N** LLP
Direct:  (415) 429-4539
Cell:  (628) 200-1809

---

**From:** Ron Fisher
**Sent:** Wednesday, September 25, 2019 7:01 PM
**To:** Mike Scarborough <MScarborough@sheppardmullin.com>
**Cc:** Leo Caseria <LCaseria@sheppardmullin.com>; Helen Eckert <HEckert@sheppardmullin.com>; Dylan Ballard <dballard@sheppardmullin.com>; Thomas Dillickrath <TDillickrath@sheppardmullin.com>; Noah Hagey <hagey@braunhagey.com>; Matt Borden <borden@braunhagey.com>; Jeffrey Theodore <theodore@braunhagey.com>; Nadezhda Nikonova <NNikonova@sheppardmullin.com>; Joy Siu <JSiu@sheppardmullin.com>; Katie Kushnir <kushnir@braunhagey.com>
**Subject:** RE: Joint Final Pretrial Statement Exchange

Mike,

Thanks for your email.

Orion's claimed damages are set forth clearly in Dr. Zona's report materials and supplement.  Nonetheless, we have filled in the numbers from Dr. Zona's analysis in the chart below per your request.  For clarity, these figures do not include the trebling provided for by the antitrust laws, nor do they include Orion's claims for punitive damages or attorneys' fees as provided for by law.

We continue to object to Defendants' refusal to meet and confer regarding forthcoming motions Defendants apparently intend to file.  We note that Orion offered to meet and confer in good faith regarding motions in limine and other evidentiary issues during the parties' mandatory meet and confer, but Defendants refused.  We further note that Orion disclosed the basis of its motion in limine in the draft Joint Final Pretrial Conference Statement draft Orion circulated to Defendants on Monday; in contrast, Defendants' draft JFPCS is devoid of substance, and merely refers to unspecified motions in limine of an unknown number.  Defendants' refusal to cooperate to prepare this case for trial stands in stark contrast to Orion's responsiveness to your multiple requests over the past week.

We believe Judge Davila will not appreciate Defendants' intentional choice to sandbag Orion and waste the Court's and Orion's resources by filing surprise motions in violation of the Court's Standing Order—especially since the Court has already admonished Defendants for violating the Standing Order and warned that the Court would strike future non-compliant filings.  Be advised that we intend to seek relief from the Court holding that Defendants have waived the opportunity to file motions in limine by strategically refusing to comply with the meet and confer requirements set forth in the Standing Order.

Sincerely,

Ronald J. Fisher

B R A U N H A G E Y  &  B O R D E N  LLP
Direct:  (415) 429-4539
Cell:  (628) 200-1809

---

**From:** Mike Scarborough <MScarborough@sheppardmullin.com>
**Sent:** Wednesday, September 25, 2019 9:38 AM
**To:** Ron Fisher <Fisher@braunhagey.com>
**Cc:** Leo Caseria <LCaseria@sheppardmullin.com>; Helen Eckert <HEckert@sheppardmullin.com>; Dylan Ballard <dballard@sheppardmullin.com>; Thomas Dillickrath <TDillickrath@sheppardmullin.com>; Noah Hagey <hagey@braunhagey.com>; Matt Borden <borden@braunhagey.com>; Jeffrey Theodore <Theodore@braunhagey.com>; Nadezhda Nikonova <NNikonova@sheppardmullin.com>; Joy Siu <JSiu@sheppardmullin.com>; Katie Kushnir <kushnir@braunhagey.com>
**Subject:** RE: Joint Final Pretrial Statement Exchange

Ron – thank you for this information.  Can you please indicate as soon as possible what numbers you will be including in the chart below?  You answer directly affect our PTCS inserts, motions in limine and further motion practice.  Thanks.

| Orion's Damages | |
|---|---|
| **Damages** | **Amount** |
| Overcharge Damages | [To Be Added] $1.8 million |
| Interference with Telescopes.com purchase | [To Be Added] $16.4-$61.4 million |

| | | |
|---|---|---|
| Subtotal | | [To Be Added] $18.2-$63.2 million |

**Mike Scarborough** | Partner
Antitrust & Competition Practice Group Leader
+1 415-774-2963 | direct
MScarborough@sheppardmullin.com | Bio

# SheppardMullin

Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
+1 415-434-9100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Ron Fisher <Fisher@braunhagey.com>
**Sent:** Tuesday, September 24, 2019 11:41 PM
**To:** Mike Scarborough <MScarborough@sheppardmullin.com>
**Cc:** Leo Caseria <LCaseria@sheppardmullin.com>; Helen Eckert <HEckert@sheppardmullin.com>; Dylan Ballard <dballard@sheppardmullin.com>; Thomas Dillickrath <TDillickrath@sheppardmullin.com>; Noah Hagey <hagey@braunhagey.com>; Matt Borden <borden@braunhagey.com>; Jeffrey Theodore <Theodore@braunhagey.com>; Nadezhda Nikonova <NNikonova@sheppardmullin.com>; Joy Siu <JSiu@sheppardmullin.com>; Katie Kushnir <kushnir@braunhagey.com>
**Subject:** RE: Joint Final Pretrial Statement Exchange

Mike,

Thanks for your email.

As required by Rule 26(e)(2) and Rule 26(a)(3), Orion is serving Dr. Zona's supplemental expert disclosure in advance of the pretrial disclosure deadline established by the Court.  The supplemental disclosure incorporates Orion's sales data through August 2019 as an input to the price overcharge analysis Dr. Zona disclosed in his report.  You should receive it shortly.

In accordance with the Federal Rules, the damages claimed by Orion in the Joint Final Pretrial Statement will reflect Dr. Zona's supplemental disclosure.

Sincerely,

Ronald J. Fisher
B R A U N **H A G E Y** & B O R D E N LLP
Direct:  (415) 429-4539
Cell:  (628) 200-1809

---

**From:** Mike Scarborough <MScarborough@sheppardmullin.com>
**Sent:** Monday, September 23, 2019 4:58 PM
**To:** Ron Fisher <Fisher@braunhagey.com>
**Cc:** Leo Caseria <LCaseria@sheppardmullin.com>; Helen Eckert <HEckert@sheppardmullin.com>; Dylan Ballard <dballard@sheppardmullin.com>; Thomas Dillickrath <TDillickrath@sheppardmullin.com>; Noah Hagey

<hagey@braunhagey.com>; Matt Borden <borden@braunhagey.com>; Jeffrey Theodore <Theodore@braunhagey.com>; Nadezhda Nikonova <NNikonova@sheppardmullin.com>; Joy Siu <JSiu@sheppardmullin.com>
**Subject:** RE: Joint Final Pretrial Statement Exchange

Ron – we note that your draft includes [To Be Added] blanks for Orion's claimed damages.  We do not understand these omissions.

Orion's claimed damages are limited by Dr. Zona's January 3, 2019, report, as of course further reduced by the Court's recent order on Defendants' summary judgment motion.  As set forth in Dr. Zona's report, Orion's claimed "[d]amages from input price overcharges range from about $11.4 million to $30.6 million", and Orion's claimed damages from interference with the Hayneedle assets "is about $1.8 million."  Those are the outer limits of Orion's claimed damages at trial.

We also note that Orion references an intent to "supplement" one or more of its proffered expert opinions.  To the extent Orion would purport to augment the foregoing damage claims pursuant to any "supplemental" expert opinion, defendants object to such attempt and such "supplemental" expert opinion on the strongest of terms.  We request that you immediately serve defendants with any intended "supplemental" expert opinions, including any purportedly revised damage calculations.  Defendants obviously cannot address in the Pretrial Conference Statement or their Motions in Limine—even cursorily at this point—expert materials and damage estimates with which they have not been served.

Mike

**Mike Scarborough** | Partner
Antitrust & Competition Practice Group Leader
+1 415-774-2963 | direct
MScarborough@sheppardmullin.com | Bio

**SheppardMullin**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
+1 415-434-9100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Ron Fisher <Fisher@braunhagey.com>
**Sent:** Monday, September 23, 2019 1:02 PM
**To:** Mike Scarborough <MScarborough@sheppardmullin.com>
**Cc:** Leo Caseria <LCaseria@sheppardmullin.com>; Helen Eckert <HEckert@sheppardmullin.com>; Dylan Ballard <dballard@sheppardmullin.com>; Thomas Dillickrath <TDillickrath@sheppardmullin.com>; Noah Hagey <hagey@braunhagey.com>; Matt Borden <borden@braunhagey.com>; Jeffrey Theodore <Theodore@braunhagey.com>
**Subject:** RE: Joint Final Pretrial Statement Exchange

Mike,

Attached please find Orion's proposed draft and inserts for the Joint Final Pretrial Conference Statement.

Sincerely,

Ronald J. Fisher
B R A U N **H A G E Y** & B O R D E N  LLP
Direct:  (415) 429-4539
Cell:  (628) 200-1809

4

**From:** Ron Fisher
**Sent:** Monday, September 23, 2019 11:43 AM
**To:** Mike Scarborough <MScarborough@sheppardmullin.com>
**Cc:** Leo Caseria <LCaseria@sheppardmullin.com>; Helen Eckert <HEckert@sheppardmullin.com>; Dylan Ballard <dballard@sheppardmullin.com>; Thomas Dillickrath <TDillickrath@sheppardmullin.com>; Noah Hagey <hagey@braunhagey.com>; Matt Borden <borden@braunhagey.com>; Jeffrey Theodore <theodore@braunhagey.com>
**Subject:** Joint Final Pretrial Statement Exchange

Mike,

I wanted to let you know that we are still working on some formatting related to the joint statement, and will be circulating our draft at around 1:00 pm.

Sincerely,

Ronald J. Fisher
B R A U N H A G E Y & B O R D E N LLP
Direct: (415) 429-4539
Cell: (628) 200-1809

**WE HAVE MOVED TO NEW SF OFFICES.  PLEASE UPDATE YOUR RECORDS ACCORDINGLY:**

BraunHagey & Borden LLP
351 California St., 10th Floor
San Francisco, CA 94104
Tel. & Fax: (415) 599-0210

**New York**
7 Times Square
27th Floor
New York, NY 10036-6524
Tel. & Fax: (646) 829-9403

This message is intended only for the confidential use of the intended recipient(s) and may contain protected information that is subject to attorney-client, work product, joint defense and/or other legal privileges.  If you are not the intended recipient, please contact me immediately at the phone number listed above and permanently delete the original message and any copies thereof from your email system.  Thank you.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.