UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1-25,<br><br>Defendants. | Case No. 5:16-cv-06370-EJD<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S "SUPPLEMENTAL" EXPERT DISCLOSURE<br><br>Compl. Filed:            Nov. 1, 2016<br>First Am. Compl.:    Nov. 3, 2017<br>Final Pretrial Conf.: Oct. 10, 2019<br>Trial Date:               Oct. 15, 2019 |

Case No. 5:16-cv-06370-EJD

SMRH:4836-9825-0152.1

[PROPOSED] ORDER SHORTENING BRIEFING SCHEDULE RE DEFENDANTS'
MOTION TO STRIKE PLAINTIFF'S "SUPPLEMENTAL" EXPERT DISCLOSURE

1  Ningbo Sunny Electronics Co., Ltd., Sunny Optics, Inc., and Meade Instruments Corp.
2  (collectively, "Defendants") filed an Administrative Motion to shorten the briefing schedule
3  regarding Defendants' motion to strike Plaintiff's "supplemental" expert disclosure.  All interested
4  parties having appeared through counsel, and after full consideration of the parties' papers, any
5  and all other files and papers herein, and for good cause shown, the motion is GRANTED.
6  Plaintiff may file and serve its opposition to Defendants' Motion to Strike Plaintiff's
7  "Supplemental" Expert Disclosure no later than Friday, October 4, 2019.  Defendants may file and
8  serve their reply no later than Monday, October 7, 2019.  The Motion will be heard at the Final
9  Pretrial Conference on Thursday, October 10, 2019 at 11 a.m.
10 **IT IS SO ORDERED.**

12 Dated: 10/2/2019

_____
The Honorable Edward J. Davila
United States District Judge