J. Noah Hagey, Esq. (SBN: 262331)
   hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
   borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
   theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
   fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>    Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S OBJECTIONS AND COUNTER-DESIGNATIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS**<br><br>**Compl. Filed:** Nov. 1, 2016<br>**First Am. Compl.:** Nov. 3, 2017<br>**Final Pretrial Conf.:** Oct. 10, 2019<br>**Trial Date:** Oct. 15, 2019 |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(B) and Section IV.D.7 of the Court's Standing Order for Civil Cases, Plaintiff Optronic Technologies, Inc. ("Orion") hereby respectfully submits as **Appendix A** its objections and counter-designations to Defendants' deposition designations.

Dated: October 3, 2019

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By: /s/ *Matthew Borden*
Matthew Borden, Esq.

Attorneys for Plaintiff OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars ®

# APPENDIX A

# Orion's Objections and Counter-Designations to Defendants' Designations
## October 3, 2019

| Deposition Date / Deposition Witness | Page: Line From | Page: Line To | Objections/Counter-Designations |
|---|---|---|---|
| 2018-06-12 Anderson, Dave | 16:2 | 16:8 | none |
| 2018-06-12 Anderson, Dave | 41:2 | 41:9 | none |
| 2018-06-12 Anderson, Dave | 41:13 | 41:21 | 41:22-43:13 |
| 2018-06-12 Anderson, Dave | 41:25 | 42:12 | 41:22-43:13 |
| 2018-06-12 Anderson, Dave | 42:16 | 43:14 | 41:22-43:13 |
| 2018-06-12 Anderson, Dave | 43:16 | 44:4 | 43:14-49:18 |
| 2018-06-12 Anderson, Dave | 45:21 | 46:6 | 45:21-49:18 |
| 2018-06-12 Anderson, Dave | 46:9 | 46:18 | 46:3-49:18 |
| 2018-06-12 Anderson, Dave | 56:8 | 56:10 | 56:8-15 |
| 2018-06-12 Anderson, Dave | 56:14 | 56:15 | 56:8-15 |
| 2018-06-12 Anderson, Dave | 56:17 | 56:18 | none |
| 2018-06-12 Anderson, Dave | 56:20 | 57:5 | none |
| 2018-06-12 Anderson, Dave | 57:8 | 57:14 | 57:5-14 |
| 2018-06-12 Anderson, Dave | 104:18 | 104:23 | none |
| 2018-06-12 Anderson, Dave | 105:5 | 105:7 | 105:5-13 |
| 2018-06-12 Anderson, Dave | 105:10 | 105:13 | 105:5-13 |
| 2018-06-12 Anderson, Dave | 110:19 | 110:21 | none |
| 2018-06-12 Anderson, Dave | 113:9 | 113:12 | 113:9-116:6 |
| 2018-06-12 Anderson, Dave | 113:24 | 114:12 | 113:9-116:6 |
| 2018-06-12 Anderson, Dave | 114:15 | 114:22 | 113:9-116:6 |
| 2018-06-12 Anderson, Dave | 114:24 | 115:6 | 113:9-116:6 |
| 2018-06-12 Anderson, Dave | 115:8 | 115:16 | 113:9-116:6 |
| 2018-06-12 Anderson, Dave | 115:19 | 116:6 | 113:9-116:6 |
| 2018-06-12 Anderson, Dave | 163:9 | 163:15 | 163:9-23 |
| 2018-06-12 Anderson, Dave | 163:18 | 163:19 | 163:9-23 |
| 2018-06-12 Anderson, Dave | 163:24 | 164:15 | 163:24-165:4 (164:5-11 is non-responsive) |
| 2018-06-12 Anderson, Dave | 164:19 | 164:21 | 163:24-165:4 (164:5-11 is non-responsive) |
| 2018-06-12 Anderson, Dave | 164:24 | 165:9 | 163:24-165:14 (164:5-11 is non-responsive) |
| 2018-06-12 Anderson, Dave | 165:13 | 165:14 | 163:24-165:14 (164:5-11 is non-responsive) |
| 2018-06-12 Anderson, Dave | 165:24 | 166:6 | 165:24-166:18 |
| 2018-06-12 Anderson, Dave | 166:9 | 166:13 | 165:24-166:18 |
| 2018-06-12 Anderson, Dave | 166:19 | 167:1 | 166:19-167:17; 168:19-169:10 |
| 2018-06-12 Anderson, Dave | 167:5 | 167:10 | 166:19-167:17; 168:19-169:10 |
| 2018-06-12 Anderson, Dave | 167:13 | 167:19 | 166:19-167:18; 168:19-169:10 |
| 2018-06-12 Anderson, Dave | 167:22 | 169:1 | 166:19-167:18; 168:19-169:10 |
| 2018-06-12 Anderson, Dave | 169:7 | 169:10 | 166:19-167:18; 168:19-169:10 |
| 2018-06-12 Anderson, Dave | 169:17 | 169:22 | 169:17-170:2 |
| 2018-06-12 Anderson, Dave | 169:25 | 170:10 | 169:17-170:21 |
| 2018-06-12 Anderson, Dave | 170:23 | 171:2 | 170:23-171:15 |
| 2018-06-12 Anderson, Dave | 171:8 | 171:12 | 170:23-171:15 |
| 2018-06-12 Oderson, Dave | 171:15 | 171:19 | 170:23-172:20 (non-responsive) |
| 2018-06-12 Anderson, Dave | 172:2 | 172:20 | 170:23-172:20 (non-responsive) |

**Orion's Objections and Counter-Designations to Defendants' Designations**
October 3, 2019

| | | | |
|---|---|---|---|
| 2018-06-12 Anderson, Dave | 230:7 | 230:14 | 230:7-231:13 |
| 2018-06-12 Anderson, Dave | 230:20 | 231:6 | 230:7-231:13 |
| 2018-06-12 Anderson, Dave | 231:8 | 231:8 | 230:7-231:13 |
| 2018-06-12 Anderson, Dave | 231:15 | 231:21 | 231:15-25 |
| 2018-06-12 Anderson, Dave | 231:24 | 231:25 | 231:15-25 |
| 2018-06-12 Anderson, Dave | 275:3 | 275:13 | 275:3-24 |
| 2018-06-12 Anderson, Dave | 275:18 | 275:24 | 275:3-24 |
| 2018-06-12 Anderson, Dave | 280:12 | 280:14 | 280:12-281:4 (hearsay) |
| 2018-06-12 Anderson, Dave | 280:17 | 281:4 | 280:12-281:4 (hearsay) |
| 2018-06-12 Anderson, Dave | 282:18 | 284:1 | none |
| 2018-06-12 Anderson, Dave | 284:15 | 285:3 | none; hearsay |
| 2018-06-12 Anderson, Dave | 285:10 | 286:2 | none; hearsay |
| 2018-06-12 Anderson, Dave | 286:6 | 287:10 | none |
| 2018-06-12 Anderson, Dave | 299:2 | 300:12 | 298:24-301:4 (leading, compound) |
| 2018-06-12 Anderson, Dave | 300:17 | 300:18 | 298:24-301:4 (leading, compound) |
| 2018-06-12 Anderson, Dave | 301:3 | 301:4 | 298:24-301:4 (leading, compound) |
| 2018-06-12 Anderson, Dave | 310:14 | 310:19 | none |