1

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LEO D. CASERIA, Cal. Bar No. 240323
THOMAS J. DILLICKRATH (admitted *pro hac vice*)
2099 Pennsylvania Ave., NW, Ste. 100
Washington, DC 20006, 201-747-1900
Telephone:     202.747.1900
Facsimile:     202.747.1901
E-mail:        lcaseria@sheppardmullin.com
               tdillickrath@sheppardmullin.com

2

3

4

5

6

7

MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
HELEN C. ECKERT, Cal. Bar No. 240531
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:     415.434.9100
Facsimile:     415.434.3947
E-mail:        mscarborough@sheppardmullin.com
               dballard@sheppardmullin.com
               heckert@sheppardmullin.com
               jsiu@sheppardmullin.com

8

9

10

11

12

13

14

Attorneys for Defendants NINGBO SUNNY
ELECTRONIC CO., LTD., SUNNY OPTICS,
INC., and MEADE INSTRUMENTS CORP.

15

16

**UNITED STATES DISTRICT COURT**

17

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

18

19

20

21

OPTRONIC TECHNOLOGIES, INC. d/b/a
Orion Telescopes & Binoculars, a California
corporation,

              Plaintiff,

       v.

22

23

NINGBO SUNNY ELECTRONIC CO., LTD.,
SUNNY OPTICS, INC., MEADE
INSTRUMENTS CORP., and DOES 1-25,

24

              Defendants.

25

26

27

28

Case No. 5:16-cv-06370-EJD-VKD

**DEFENDANTS' OBJECTIONS AND
COUNTER-DESIGNATIONS TO
PLAINTIFF'S DEPOSITION
DESIGNATIONS**

Final Pretrial Conference: October 10, 2019
Time: 11:00 a.m.
Ctrm: 4, 5th Floor

Complaint Filed: November 1, 2016
First Amended Complaint Filed: November 3, 2017
Trial Date: October 15, 2019

SMRH:4815-7779-3192.1

1    Pursuant to the Court's Pretrial Order dated May 2, 2019 (Dkt. No. 239) and Section 7 of

2  Judge Davila's Standing Order for Civil Cases ("Standing Order"), Defendants Ningbo Sunny

3  Electronic, Co., Ltd., Sunny Optics, Inc., and Meade Instruments Corp. ("Defendants") hereby

4  respectfully submit as **Exhibit A** Defendants' counter-designations to Plaintiff Optronic

5  Technologies, Inc.'s ("Orion") deposition designations.

6    As set forth in detail in Defendants' Motion to Strike Orion's Deposition Designations

7  dated October 3, 2019 (ECF No. 353) ("Motion to Strike"), Orion served <u>3,700 separate

8  deposition designations</u> which <u>total 51 hours and 25 minutes of videotaped testimony</u>.  Orion's

9  designations are approximately three and a half hours more than the Court has allotted for the

10  entire trial, and includes nearly 32 hours of videotaped deposition testimony from witnesses who

11  will be appearing live at the trial (Victor Aniceto, Joseph Lupica, and James Chiu).

12    Orion's sweeping designations do not remotely comply with the Court's Standing Order to

13  designate excerpts of deposition testimony "to be offered at trial," Standing Order § IV.D.7, and

14  have made it impossible for Defendants to submit objections and counter-designations by the

15  Court's October 4 deadline.  Defendants have nevertheless attempted in good faith to complete

16  counter-designations as set forth in Exhibit A.  Should the Court decline to strike Plaintiff's

17  designations in toto as requested in Defendants' Motion to Strike, Defendants respectfully request

18  that the Court deem their objections on the record during the depositions effective as to Plaintiff's

19  designations.  To the extent Plaintiff is permitted to submit good faith, narrowly-tailored

20  designations, Defendants reserve their rights to submit specific objections and additional counter-

21  designations as appropriate.  Defendants also reserve their rights to offer at trial any excerpts of

22  deposition testimony designated by Plaintiff.

23

24

25

26

27

28

Dated:  October 4, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   _____
          *Leo D. Caseria*
          LEO D. CASERIA

Attorneys for Defendants NINGBO SUNNY
ELECTRONIC CO., LTD., SUNNY OPTICS, INC.,
and MEADE INSTRUMENTS CORP.

SMRH:4815-7779-3192.1 DEFENDANTS' OBJECTIONS AND COUNTER DESIGNATIONS