UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., et al.,<br><br>Defendants. | Case No. 5:16-cv-06370-EJD<br><br>**ORDER STRIKING NON-COMPLIANT FILINGS**<br><br>Re: Dkt. Nos. 377, 379 |

On October 7, 2019, Plaintiff filed two erratas (Dkt. Nos. 377, 379) that do not comply with the court's order of September 30, 2019 (Dkt. No. 341). Accordingly, the court strikes those two filings.

**IT IS SO ORDERED.**

Dated: October 8, 2019

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-06370-EJD
ORDER STRIKING NON-COMPLIANT FILINGS
1