SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LEO D. CASERIA, Cal. Bar No. 240323
THOMAS DILLICKRATH, (*pro hac vice*)
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Telephone:   202.747.1900
Facsimile:   202.747.1901
E-mail:      lcaseria@sheppardmullin.com
             tdillickrath@sheppardmullin.com

MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
HELEN C. ECKERT, Cal. Bar No. 240531
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:   415.434.9100
Facsimile:   415.434.3947
E-mail:      mscarborough@sheppardmullin.com
             dballard@sheppardmullin.com
             heckert@sheppardmullin.com
             jsiu@sheppardmullin.com

Attorneys for Defendants NINGBO SUNNY
ELECTRONIC CO., LTD., SUNNY OPTICS,
INC., and MEADE INSTRUMENTS CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1-25,<br><br>Defendants. | Case No. 5:16-cv-06370-EJD-VKD<br>*Assigned To: Honorable Edward J. Davila*<br><br>**DEFENDANTS' APPLICATION AND [PROPOSED] ORDER REGARDING TRIAL EQUIPMENT**<br><br>Compl. Filed:         Nov. 1, 2016<br>First Am. Compl.:   Nov. 3, 2017<br>Final Pretrial Conf.: Oct. 10, 2019<br>Trial Date:            Oct. 15, 2019 |

TO THE HONORABLE COURT:

    Defendants hereby apply to the Court for an order permitting their attorneys of record, Michael W. Scarborough, Leo D. Caseria, Dylan I. Ballard, Thomas Dillickrath, and Joy O. Siu of Sheppard Mullin Richter & Hampton LLP, as well as Jeff Gold and Peder Rudling of Trial Technologies, to bring the following equipment into Courtroom 4 for trial in the above-captioned matter, which is scheduled to commence on October 15, 2019 at 9:00 a.m.

1. Multiple laptop computers and laptop docking station(s)
2. USB flat panel tech monitor
3. Two to three iPads
4. Multiple USB external drives and an external hard drive
5. Two to three remote mice and/or trackballs and keyboards
6. Various cables and adapters, including:  2x laptop power supply, 30' HDMI cable, 25' VGA cable, AC extension cables, and audio cables, and three iPhone/iPad/iWatch adapters
7. AC power strips
8. Mackie SRM-150 anchor speaker
9. Dell LaserJet printer
10. Rolling carts
11. One dolly
12. Flipcharts and easels

Dated:  October 10, 2019

    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Leo D. Caseria*
    LEO D. CASERIA

Attorneys for Defendants
NINGBO SUNNY ELECTRONIC CO., LTD.,
SUNNY OPTICS, INC., and
MEADE INSTRUMENTS CORP.

# [PROPOSED] ORDER

Upon consideration of Defendants' application for an order allowing their counsel and agents to bring technical equipment into the courtroom for trial, and for good cause shown, it is hereby ORDERED that Defendants are permitted to bring the following equipment into Courtroom 4 for trial in the above-captioned matter:

1. Multiple laptop computers and laptop docking station(s)
2. USB flat panel tech monitor
3. Two to three iPads
4. Multiple USB external drives and an external hard drive
5. Two to three remote mice and/or trackballs and keyboards
6. Various cables and adapters, including: 2x laptop power supply, 30' HDMI cable, 25' VGA cable, AC extension cables, and audio cables, and three iPhone/iPad/iWatch adapters
7. AC power strips
8. Mackie SRM-150 anchor speaker
9. Dell LaserJet printer
10. Rolling carts
11. One dolly
12. Flipcharts and easels

IT IS SO ORDERED.

Dated: 10/10/2019

_____
Hon. Edward J. Davila
United States District Judge