J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
  theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
  fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>    Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>[~~PROPOSED~~] **ORDER REGARDING TRIAL EQUIPMENT**<br><br>**Compl. Filed:**          Nov. 1, 2016<br>**First Am. Compl.:**  Nov. 3, 2017<br>**Final Pretrial Conf.:** Oct. 10, 2019<br>**Trial Date:**             Oct. 15, 2019 |

Trial is set to begin in this matter on October 15, 2019. The Court hereby ORDER that the Optronic Technologies, Inc. ("Orion") may bring the following equipment into Courtroom 4 from October 11, 2019 to November 8, 2019 for its use throughout trial:

1. Three technician tables with skirts
2. Five technician monitors
3. Various video, audio, and power cables (e.g. HDMI switches, cables, and power cabling)
4. Remote presenters, mice, keyboards
5. Printer
6. Four flip charts and easels
7. Two rolling white boards (approx. 72 inches wide by 72 inches high) with markers and erasers
8. Two projectors
9. Four speakers
10. Four display tables with wheel bases for one or more physical models that the parties may use as demonstratives
11. Two rolling carts
12. One dolly

**IT IS SO ORDERED**.

Dated: __10/10__, 2019

Honorable Edward J. Davila
United States District Judge