J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
    theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>　　　　　Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S RESPONSE AND REQUEST TO STRIKE DEFENDANTS' OBJECTIONS TO PLAINTIFF'S CORRECTED EXHIBIT LIST [ECF NO. 399]**<br><br>**Date:**　　October 10, 2019<br>**Time:**　　2:00 p.m.<br>**Judge:**　Hon. Edward J. Davila<br>**Ctrm:**　　4, 5th Floor<br><br>**Compl. Filed:**　　Nov. 1, 2016<br>**First Am. Compl.:**　Nov. 3, 2017<br>**Final Pretrial Conf.:** October 10, 2019<br>**Trial Date:**　　October 15, 2019 |

Plaintiff Optronic Technologies, Inc. ("Orion") responds to Defendants' Objections to Orion's Corrected Exhibit List.  ECF No. 399.

The Court has ordered that "[b]efore filing any further documents," lead counsel must meet and confer in good faith to resolve any disputes.  ECF No. 341.  Defendants never requested a meet and confer regarding any of the issues raised in Defendants' filing, and accordingly have not satisfied this requirement.  Defendants' filing also does not contain the attestation required by the Court's Order.

Based on these deficiencies, Orion respectfully requests that the Court strike Defendants' objections.

Dated:  October 10, 2019

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By:  */s/ J. Noah Hagey*
J. Noah Hagey

Attorneys for Plaintiff OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars