UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

OPTRONIC TECHNOLOGIES, INC,

          Plaintiff,

    v.

NINGBO SUNNY ELECTRONIC CO., LTD., et al.,

          Defendants.

Case No.  5:16-cv-06370-EJD

**ORDER RE MOTIONS IN LIMINE AND OTHER PRETRIAL MOTIONS**

Re: Dkt. No. 258, 311, 316-322, 324-325, 329, 344, 353

The parties appeared before the court for the final pretrial conference on October 10 and 11, 2019.  The court continues the pretrial conference for 9:00 a.m. on October 16, 2019.  The court orders that each party shall have five preemptory challenges during jury selection.  During the pretrial conference, the court heard argument on motions in limine and other pretrial motions. Having considered the parties' paper and their argument, the court rules as follows:

***Plaintiff's Motion to Exclude the Testimony of Mr. Redman (Dkt. No. 258)***

As discussed at conference, Defendants shall provide the court with excerpts of Mr. Redman's expert report or deposition—without any argument or comment—on or before October 15, 2019 at 2:00 p.m.  The excerpts shall be limited to five pages.  The court defers ruling on the motion.  Plaintiff shall not file any response to Defendants' selection of excerpts.

***Plaintiff's Motion to Compel Trial Testimony by Peter Ni (Dkt. No. 311)***

For the reasons discussed at the conference, the motion is granted.

***Defendants' Motion to Strike Plaintiff's Supplemental Expert Report from Dr. Zona (Dkt. No. 344)***

The court finds that Plaintiff's attempt to present damages figures based on a 50 percent overcharge rate modifies the methodology that Dr. Zona used in his original expert report, where his stated conclusions were based on a 27 percent or 35 percent overcharge rate.  The court, therefore, excludes the supplemental report to the extent that it is based on overcharge rates other

United States District Court
Northern District of California

than 27 percent or 35 percent.  The court will admit the supplemental report to the extent that it simply incorporates updated sales data.

***Defendants' Motion to Strike Plaintiff's Deposition Designations (Dkt. No. 353)***

The parties agreed to meet and confer on this issue; the court defers ruling on this motion until the parties reach an agreement.

***Defendants' Motion in Limine No. 1 (Dkt. No. 316)***

The court grants this motion to the extent neither counsel nor the parties shall refer to opposing counsel with pejorative terms.  As to the admission of evidence, the court reserves judgment until the time of admission of relevant exhibits or testimony.

***Defendants' Motion in Limine No. 2 (Dkt. No. 317)***

The court grants this motion to the extent that neither counsel nor the parties shall refer to the opposing parties with pejorative terms.  The motion is otherwise denied.

***Defendants' Motion in Limine No. 3 (Dkt. No. 318)***

Plaintiff shall submit a proffer sheet of the statements it intends to offer as non-hearsay co-conspirator statements by 2:00 p.m. on October 15, 2019.  The court defers ruling on this motion.

***Defendants' Motion in Limine No. 4 (Dkt. No. 319)***

The motion is granted.  The parties shall meet and confer regarding the scheduling and logistics for relevant witnesses.

***Defendants' Motion in Limine No. 5 (Dkt. No. 320)***

As discussed at the hearing, Dr. Zona shall limit his trial testimony to the methodology and conclusions disclosed in his report.

***Defendants' Motion in Limine No. 6 (Dkt. No. 321)***

The motion is taken under submission.

***Defendants' Motion in Limine No. 7 (Dkt. No. 322)***

The parties are reminded to lay a proper foundation for their questions to witnesses.  The court will consider objections at trial.

***Defendants' Motion in Limine No. 8 (Dkt. No. 324)***

The motion is taken under submission.

Case No.: 5:16-cv-06370-EJD
ORDER RE MOTIONS IN LIMINE AND OTHER PRETRIAL MOTIONS

1   *Defendants' Motion in Limine No. 9 (Dkt. No. 325)*

2          The court finds this motion to be moot following the court's order granting Plaintiff's

3   motion to compel Peter Ni's testimony at trial.

4   *Plaintiff's Motion in Limine No. 1 (Dkt. No. 329)*

5          The motion is taken under submission.

6          **IT IS SO ORDERED.**

7   Dated: October 11, 2019

8   _____

9   EDWARD J. DAVILA
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Case No.: 5:16-cv-06370-EJD
     ORDER RE MOTIONS IN LIMINE AND OTHER PRETRIAL MOTIONS
     3

United States District Court
Northern District of California