SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LEO D. CASERIA, Cal. Bar No. 240323
THOMAS DILLICKRATH, (*pro hac vice*)
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Telephone:    202.747.1900
Facsimile:    202.747.1901
E-mail:        lcaseria@sheppardmullin.com
               tdillickrath@sheppardmullin.com

MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
HELEN C. ECKERT, Cal. Bar No. 240531
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:    415.434.9100
Facsimile:    415.434.3947
E-mail:        mscarborough@sheppardmullin.com
               dballard@sheppardmullin.com
               heckert@sheppardmullin.com

Attorneys for Defendants NINGBO SUNNY
ELECTRONIC CO., LTD., SUNNY OPTICS,
INC., and MEADE INSTRUMENTS CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1-25,<br><br>Defendants. | Case No. 5:16-cv-06370-EJD-VKD<br>*Assigned To:  Honorable Edward J. Davila*<br><br>**DEFENDANTS' SUBMISSION PURSUANT TO ECF NO. 403 RE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO PRECLUDE TESTIMONY BY JEFFREY REDMAN**<br><br>Compl. Filed:          Nov. 1, 2016<br>First Am. Compl.:   Nov. 3, 2017<br>Final Pretrial Conf.: Oct. 10, 2019<br>Trial Date:             Oct. 15, 2019 |

SMRH:4826-9634-9865.1

Defendants Ningbo Sunny Electronic Co. Ltd. ("Ningbo Sunny"), Sunny Optics Inc. ("Sunny Optics"), and Meade Instruments Corp. ("Meade") (collectively, "Defendants") respectfully provide the Court with excerpts of Jeffrey Redman's expert report, attached hereto as Exhibit A, pursuant to the Order re motions in limine and other pretrial motions (ECF No. 403).

The excerpts have been cut and pasted from Mr. Redman's report (footnotes are omitted for concision).  The excerpts in this submission correspond to the following page numbers in Mr. Redman's full expert report:

| Paragraph (Submission) | Page (Redman Report) | Section |
|---|---|---|
| 11 | 4 | Summary of Opinions |
| 13 | 4 | Summary of Opinions |
| 21 | 6 | Overcharges |
| 25-26 | 7 | |
| 32 | 8-9 | |
| 34-36 | 9-10 | |
| 40-41 | 12 | |
| 43-45 | 12-14 | |
| 55 | 16-17 | |
| 124-125 | 39 | Hayneedle |
| 128-133 | 40-41 | |
| 137 | 41-42 | |
| 140-142 | 42-43 | |

SMRH:4826-9634-9865.1                    DEFENDANTS' SUBMISSION RE JEFFREY REDMAN

Dated:  October 14, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By        /s/ Thomas Dillickrath
                THOMAS DILLICKRATH

Attorneys for Defendants NINGBO SUNNY
ELECTRONIC CO., LTD., SUNNY OPTICS, INC.,
and MEADE INSTRUMENTS CORP.

SMRH:4826-9634-9865.1        DEFENDANTS' SUBMISSION RE JEFFREY REDMAN