# EXHIBIT A

## III.    SUMMARY OF OPINIONS

11. <u>Input price overcharges</u> - Dr. Zona calculated assumed price overcharges to Orion by Sunny and Synta, but he failed to do any analysis of those actual prices over time, or as compared to other non-defendant suppliers. Dr. Zona's assumptions and the corresponding calculations ignore Orion's actual financial data and produce unsupportable results. Dr. Zona's assumed damages would give Orion a massive windfall unlike any actual historical financial performance.[1]

13. <u>Interfering with asset purchases -Hayneedle</u> – Dr. Zona's estimates in this section are based on unsupported assumptions rather than the actual data for the Hayneedle URLs. Dr. Zona failed to account for any of the actual accounting and financial information that was contrary to his opinions therefore his damages estimates are incorrect.

## IV.    OPINIONS AND BASES FOR THOSE OPINIONS

### 1. Damages from Input Price Overcharges

<u>Dr. Zona Does No Analysis of Actual Telescope Pricing from Defendants to Orion</u>

21. In addition, there is specific evidence in this case which refutes Dr. Zona's assumption of price increases during the relevant period. There are documents which show that Sunny did not raise prices to Orion from 2014 to 2015, or from 2015 to 2016.

<u>Case Documentation Conflicts with Dr. Zona's Assumptions</u>
25. As mentioned above, Orion's own data, deposition testimony, and documents contradict Dr. Zona's assumption. I have reviewed several sources which show that Sunny did not raise prices as Dr. Zona assumes in his report and analyses.[7]

26. Mr. Espinosa testified that Sunny did not raise prices to Orion from 2014 to 2015 even though it was common practice for suppliers to increase prices year to year.[8] Dr. Zona did not address this admission; instead, he assumed it away.

<u>Orion's Own Data Contradict Dr. Zona's Damages Approach</u>
32. In my Exhibit C, Schedule 1 I show the actual annual Income Statements from Orion. Here you can see that Orion's Gross Margin in 2012 was about 42.1 percent of sales.[15] This means that for every dollar of sales, 57.9 percent goes to paying for the product that was sold (COGS). The remainder of that dollar of sales, 42.1 percent, is available to offset other operating costs. The Gross Margin in 2013 decreased slightly to 41.8 percent of sales.[16] I consider 2012 as a reasonable benchmark for evaluating the But-For Gross Profits (and Gross Margins) for Orion.[17]

34. Based on my review of the Orion accounting data, which shows ALL of the impacts to Orion's Gross Margins,[19] I believe an analysis of the before (or clean) period would show decreases to Orion's Gross Margins that are nothing like those assumed by Dr. Zona. A skilled accounting or financial expert can identify this type of damage model problem without significant effort.[20] Dr. Zona should have done this analysis, but he did not.[21]

35. Dr. Zona ignored other test analysis of Orion accounting data and his model's results that would have shown him that his loss assumptions were unreliable. For example, Dr. Zona's lowest damage number in this section is $13 million.[22] That implies that Orion would have had to reduce its Cost of Goods Sold (COGS) by $13 million dollars. That cost decrease would have to come from the defendants. During the four-year period (2014-2017), Orion's total COGS was about $48.4 million.[23]

36. At $13,000,000 in price overcharges, that means Orion's suppliers would have to cut costs by about 27%.[24] As I discussed above, Orion's Gross Margins were decreasing only slightly (if not increasing on certain products/certain time frames), nowhere close to a 27% increase.

Other Reasons for Orion's Decrease in Gross Profit

40. In fact, upon further review of the Orion financials, there are other reasons for the decrease in Gross Profit which are unrelated to any alleged anticompetitive behavior by the defendants. In another critical failure, Dr. Zona failed to analyze this available accounting information which invalidates his findings in this area. I explain below.

41. By reviewing the Orion sales revenue shown in my Schedule 1 you can see that Orion's direct sales decreases from 2012 to 2014. Over the same period, Orion's Amazon marketplace sales also decreased. As those retail sales were decreasing, Orion's sales to Amazon Wholesale were increasing significantly. If retail sales (which have higher sales prices) are falling and wholesale sales (which have lower sales prices) are growing, there will be a decrease in Gross Margin. This change by Orion has nothing to do with the alleged illegal conduct of the defendants, yet Dr. Zona fails to identify this fact and he lumps this decrease into his damages claim against the defendants. This is just wrong.[34]

43. Other internal Orion documents lead to this same conclusion.[37] This document is called the November BoD deck.[38] In the executive summary under the Revenue heading it states that November revenue was down 12% year over year and only 63% of budget. Under the Gross Margin heading it states that the November gross margins were down 15% year over year. It goes on to state that this was "driven by the heavy retail price discounting and overall heavy wholesale channel mix."[39][40] Internal, contemporaneous accounting and operating records show why the Gross Margins are slightly decreasing, but Dr. Zona ignores this documentation in favor of his unsupportable assumptions.

44. In the Industry Updates section of Exhibit 235 (page OTB03649516) Orion states even more specific information that should have led Dr. Zona to investigate the competitive pressures in this market and other impacts to Orion's Gross Margin. This section states,

-Hayneedle- a "key online competitor" was shown to be unprofitable."[41]
-Jim's Mobile Products- expected to go out of business.
-Interstellarum Magazine- expected to go out of business.
-Astronomics- closed large store and rumors they are behind in trade A/P (not paying their suppliers on time)
-Explore-Scientific- advanced segment owed by JOC launched a sale 15 percent off, then one week later changed it to 25 percent off.
-Skywatcher USA- product discounts on key skus with Orion overlap.

-Wholesale channel-Hobby dealers saying holiday sales down 10-20 percent, EU dealer down 15-30 percent.

45. Also, in this same document, Orion states "Deterioration in GM % largely due to channel mix shift."[42] The facts are clear and available. The change in channel mix (adding more wholesale sales and reduction in retail sales) and price discounts were significant factors in the decrease in Orion's Gross Margins. Finally, I don't remember any Orion contemporaneous documents that mention Sunny, or increases in COGS, as a reason for the impacts to Gross Margin.

Dr. Zona Makes A Critical Accounting Mistake In His Margin Calculation

55. In his discussion on margin, Dr. Zona states that he obtains "a measure of Orion's gross margin for the relevant products."[49] In fact, Dr. Zona does not arrive at Gross Margin or anything related to the relevant products. As discuss above, Gross Profit is Revenue minus COGS.[50] Gross Margin is Gross Profit divided by Revenue. Instead, Dr. Zona uses EBITDA. EBITDA stands for earnings before interest, taxes, depreciation and amortization. EBITDA does not measure Gross Margin and is not specific to the relevant products. EBITDA is a specialized measure of Net Profit. EBITDA is a measure of profit after subtracting all costs[51] incurred by the business including most "overhead" type of expenses such as;

-Administration,
-Accounting,
-Billing,
-Collections,
-Rent,
-Insurance,
-Healthcare,
-Salaries and other wages,
-Bonuses,
-Marketing,
-Sales costs,
-Automobile,
-Donations,
-Postage,
-Security,
-Telephone,
-Utilities (and dozens of other detailed line items).[52]

## 2. Damages from Interfering with Asset Purchases

Dr. Zona's Calculation of Hayneedle Losses

124. Orion estimated a 10% increase in sales with the Hayneedle assets. Dr. Zona provided no analysis from Orion or himself to even attempt to support this assumption. In his deposition, Dr. Zona was asked if he did anything specific to confirm or verify this assumption.[132] He responded "Just based on my experience that a 10-percent increase in sales would be consistent with the increased exposure that the Hayneedle asset and search engine optimization." Even though he failed to include this in his report, Dr. Zona claims to have "verified" the assumption by using

"his experience" related to increased exposure and search engine optimization. It is unclear how Dr. Zona's experience has anything to do with a specific assumed increase in sales of telescopes using these specific web addresses (URLs). Once again, Dr. Zona attempts to convince us that he has "verified" an assumption because he thinks it is OK.

125. It is unclear why Dr. Zona chose to use this unsupported assumption when data on these URLs should be available to Orion.[133]

128. Dr. Zona's calculation shows sales from 7/14-5/18 were $79.23 million.[136] Next, Dr. Zona multiplies that total revenue of $79.23 million by the assumed 10 percent increase in sales. Finally, Dr. Zona multiples that amount by his calculated margin of 26.4 percent. The total of that calculation is about $2.1 million for past damages.

129. Then, Dr. Zona adds future losses of $2.7 million (PV).[137]  This amount also utilizes the unsupported 10 percent assumption. Dr. Zona then adds the $2.1 million to the $2.7 million to arrive at a total of $4.8 million.

130. Dr. Zona then subtracts what he says Orion offered for the Hayneedle assets, $3 million. That results in estimated damages of $1.8 million.[138]

131. Dr. Zona states "I understand Orion offered $3 million for the assets." Dr. Zona does not provide documentation for that figure. Based on the Letter of Intent at Exhibit 240[139] it appears that Orion was offering "up to $3.7 million."[140] Dr. Zona did not address this. In Exhibit 241, it appears that Orion was offering "up to $4.44 million.[141] Dr. Zona did not address this.

132. The Letter of Intent also states that each party is responsible for its own expenses related to the potential transaction.[142] Dr. Zona should have estimated those costs and excluded them from his calculation. He did not.[143]

Dr. Zona Assumes No Remaining Value in Hayneedle Assets
133. In footnote 71 Dr. Zona states that his calculation of $1.8 million should be "Net of any value left when Orion received the domains as part of a settlement. My understanding is that the value at that point was negligible because the SEO had been stripped away." Dr. Zona offers no insight into what that really means, or how he came to that understanding.[144] In fact, Dr. Zona is assuming that the Hayneedle assets have zero value now. Dr. Zona offers no basis for that assumption. Dr. Zona does not explain how this value got stripped away. Dr. Zona offers no explanation or documentation, just more assumptions.

137. Dr. Zona did not testify that he requested any accounting, financial or operating information to determine if the Hayneedle assets were, in fact, not producing any economic benefit.[146] As late as November 2016 in the Confidential Information Memorandum, Orion states, "…the company is projecting strong growth over the next several years due to several initiatives. Late in 2016 the company added the URL telescopes.com, binoculars.com, binocular.com and pottingscopes.com to its primary site telescope.com." At least at that time, Orion was communicating value to those Hayneedle assets.

<u>Other Accounting Data or Analysis for Hayneedle Assets Calculation?</u>
140. Dr. Zona does not disclose whether he reviewed the Orion balance sheet to see how Orion booked the acquisition of the Hayneedle assets. For example, did Orion value those assets, or assign a value in the Orion accounting system? Is that value still recorded in the accounting system? Is that value higher, or lower, than the amount Dr. Zona assumes? All that accounting information would have been helpful to document Dr. Zona's assumptions. Dr. Zona failed to address any of it.

<u>Orion May Not Have Had the Financial Strength to Close the Hayneedle Transaction</u>
141. Dr. Zona failed to offer any accounting or financial analysis to address the acquisition of the Hayneedle assets in the But-For world. As stated above related to the Meade assets, Dr. Zona makes another unsupported assumption that Orion had the cash for this acquisition, and that the acquisition would have closed and been profitable immediately. Dr. Zona assumes there would have been no hiccups, issues, problems or even costs. This type of assumption is unsupported and unsupportable. For example, Orion did not have the cash for this deal. As stated above, Orion notified Hayneedle of problems with debt funding, so this was not going to be a cash acquisition.[148] Dr. Zona did no work to evaluate Orion's ability to obtain the loans needed for this acquisition. This is critical and cannot be ignored by Dr. Zona. The deal is dependent upon obtaining a loan. This cannot by assumed away. Then, even if Dr. Zona proved the availability of financing, then he would have to calculate the cost of that financing and associated fees. That cost must be subtracted from any type of damage estimate. Dr. Zona did not calculate that cost or subtract it from his calculation. Dr. Zona again failed to do any accounting/financial analysis of these critical issues.

142. Even Orion knew there were risks to any debt for this deal as shown in Exhibit 246 where Orion states "a concern is the level of debt to be incurred by the company, i.e. an increase of its risk profile." Dr. Zona ignores it.