| | |
|---|---|
| J. Noah Hagey, Esq. (SBN: 262331)<br>   hagey@braunhagey.com<br>Matthew Borden, Esq. (SBN: 214323)<br>   borden@braunhagey.com<br>Jeffrey M. Theodore, Esq. (SBN: 324823)<br>   theodore@braunhagey.com<br>Ronald J. Fisher, Esq. (SBN: 298660)<br>   fisher@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>351 California Street, Tenth Floor<br>San Francisco, CA 94104<br>Telephone: (415) 599-0210<br>Facsimile: (415) 276-1808<br><br>ATTORNEYS FOR PLAINTIFF<br>OPTRONIC TECHNOLOGIES, INC | SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>  A Limited Liability Partnership<br>  Including Professional Corporations<br>LEO D. CASERIA, Cal. Bar No. 240323 333<br>  South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1422<br>  Telephone: 213.620.1780<br>Facsimile: 213.620.1398<br>Email: lcaseria@sheppardmullin.com<br><br>MICHAEL W. SCARBOROUGH,<br>Cal. Bar No. 203524<br>DYLAN I. BALLARD, Cal. Bar. No. 253929<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone:  415.434.9100<br>Facsimile:  415.434.3947<br>E-mail: mscarborough@sheppardmullin.com<br>    dballard@sheppardmullin.com<br><br>ATTORNEYS FOR DEFENDANTS<br>NINGBO SUNNY ELECTRONIC CO., LTD.,<br>SUNNY OPTICS, INC., and MEADE<br>INSTRUMENTS CORP. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>        Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**JOINT [PROPOSED] AGENDA FOR OCTOBER 16, 2019 HEARING**<br><br>**Compl. Filed:**   Nov. 1, 2016<br>**First Am. Compl.:**  Nov. 3, 2017<br>**Final Pretrial Conf.:** Oct. 10, 2019<br>**Trial Date:**      Oct. 15, 2019 |

Plaintiff Optronic Technologies, Inc. d/b/a Orion Telescopes & Binoculars ("Plaintiff") and Defendants Ningbo Sunny Electronics Co., Ltd., Sunny Optics, Inc., and Meade Instruments Corp. (collectively, "Defendants"), by and through their respective counsel of record, hereby submit the following proposed agenda for the October 16, 2019 hearing set by the Court.  The parties have agreed to meet and confer regarding the below-listed issues on Tuesday, October 15, 2019 after jury selection is completed.

1. Selection of interpreter
2. Use of settlement agreement (Plaintiff's Motion in Limine No. 1.  ECF No. 401, 403 (Rulings); ECF No. 329 (Motion))
3. Witness scheduling
4. Deposition designation issues (Defendants' Motion to Strike Plaintiff's Deposition Designations. ECF Nos. 402, 403 (Rulings); ECF No. 353 (Motion))
5. Pre-admission of trial exhibits
6. Objections to document translations
7. Evidentiary objections
8. Stipulation regarding further email addresses
9. Proffer re co-conspirator non-hearsay
10. Exchange of witness photos
11. Tracking trial time

Dated: October 14, 2019

BRAUNHAGEY & BORDEN LLP


By     */s/ Matthew Borden*

MATTHEW BORDEN

Attorneys for Plaintiff OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars ®


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By     */s/ Leo Caseria*

Leo Caseria

Attorneys for Defendants NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., and MEADE INSTRUMENTS CORP.


## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Matthew Borden, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Matthew Borden*

Matthew Borden