# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

## TITLE:  Optronic v Ningbo Sunny
## CASE NUMBER:  5:16cv06370EJD

### Minute Order and Trial Log

Date:  10/15/2019
Time in Court: 8:57-9:00am,9:15-10:25,10:47am-12:04pm,1:09-2:00pm
**Total: 2 Hrs. 20 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Michael Scarborough, Leo Caseria, Joy Siu
Defendant Attorney(s) present: Noah Hagey, Matthew Borden, Ronald Fisher, William Rountree, Jeffrey Theordore

**PROCEEDINGS:  Jury Trial (Day 1)**

**Jury Selection held. Jury seated.**

Please see trial log attached.
Further Jury Trial set for Wednesday, October 16, 2019 at 9:00 am with Counsel ONLY for evidentiary matters.
Jurors to return for jury trial Tuesday, October 22, 2019 at 9:00 am

**The following exhibits are marked for identification:**
Plaintiffs: N/A
Defendants: N/A

**The following exhibits are admitted into evidence:**
Plaintiffs: N/A
Defendants:  N/A

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:  Optronic v Ningbo Sunny
Case No:  16cv06370EJD

## TRIAL LOG

| TRIAL DATE: 10/15/2019 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
|  |  | 8:57 am | Court in session with Counsel outside presence of Jury |
|  |  | 9:00 am | Court takes recess |
|  |  | 9:15 am | Court in session with Counsel and prospective jurors |
|  |  | 9:17 am | Prospective jurors are sworn |
|  |  | 9:34 am | Court begins voir dire |
|  |  | 10:25 am | Court takes 15 min recess |
|  |  | 10:47 am | Court in session with Counsel and prospective jurors – further voir dire |
|  |  | 11:01 am | Plaintiff's Counsel Noah Hagey begins voir dire |
|  |  | 11:32 am | Plaintiff's voir dire concludes |
|  |  | 11:45 am | Defendant's Counsel Michael Scarborough begins voir dire |
|  |  | 11:49 am | Defendant's voir dire concludes |
|  |  | 11:49pm | Sidebar (Challenges for Cause) |
|  |  | 12:04pm | Court takes lunch recess – prospective jurors to return at 1pm |
|  |  | 1:09 pm | Court in session with Counsel and prospective jurors |
|  |  | 1:10 pm | Preemptory Challenges begins by Counsel |
|  |  | 1:25 pm | Preemptory Challenges concludes |
|  |  | 1:29 pm | Jury of 9 selected and sworn |

|  |  | 1:33 pm | Court pre-instructs the Jury |
|--|--|---------|------------------------------|
|  |  | 1:51pm  | Court concludes the pre-instructions and addresses housekeeping matters with Jurors.  Jury admonished and to return on Tuesday, October 22, 2019 at 9am |
|  |  | 2:00 pm | Court adjourns.  Further Jury Trial with Counsel ONLY for evidentiary matters Wednesday, October 16, 2019 at 9am. |
|  |  |         |                              |