1  J. Noah Hagey, Esq. (SBN: 262331)
        hagey@braunhagey.com
2  Matthew Borden, Esq. (SBN: 214323)
        borden@braunhagey.com
3  Jeffrey M. Theodore, Esq. (SBN: 324823)
        theodore@braunhagey.com
4  Ronald J. Fisher, Esq. (SBN: 298660)
        fisher@braunhagey.com
5  BRAUNHAGEY & BORDEN LLP
   351 California Street, Tenth Floor
6  San Francisco, CA 94104
   Telephone: (415) 599-0210
7  Facsimile: (415) 276-1808

8  ATTORNEYS FOR PLAINTIFF
   OPTRONIC TECHNOLOGIES, INC
9

10                    **UNITED STATES DISTRICT COURT**
11
12                    **NORTHERN DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>           Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE PLAINTIFF'S CORRECTED PROFFER OF EVIDENCE OF CONSPIRACY, IDENTIFICATION OF DOCUMENTS FOR USE PURSUANT TO FED. R. EVID. 801(d)(2)(E), AND REQUEST FOR PREADMISSION UNDER SEAL PURSUANT TO LOCAL RULE 79-5(e)**<br><br>**Compl. Filed:**   Nov. 1, 2016<br>**First Am. Compl.:** Nov. 3, 2017<br>**Trial Date:**    Oct. 22, 2019 |

Plaintiff Optronic Technologies, Inc. ("Orion") files this administrative motion pursuant to Local Rule 79-5(e) and the Protective Order in this action. (ECF No. 34.)

## I. PRETRIAL MOTIONS ARE GOVERNED BY THE COMPELLING REASONS STANDARD

The sealing of documents filed in support of pretrial motions such as this motion are governed by the compelling reasons standard set forth in *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). *See Apple Inc. v. Samsung Electronics Co., et al.*, 11-CV-01846-LHK, at ECF No. 1256 2:25-27 ("The United States district court is a public institution, and the workings of litigation must be open to public view. Pretrial submissions are a part of trial.") (Koh, J.) (quoting *Oracle America v. Google, Inc.*, 10-CV-03561-WHA, at ECF No. 540 (Alsup, J.)).

## II. THE DOCUMENT FILED HEREWITH DOES NOT WARRANT SEALING UNDER THE COMPELLING REASON STANDARD

Orion is required to file this motion because Plaintiff Optronic Technologies, Inc.'s Corrected Proffer of Evidence of Conspiracy describes, characterizes, or quotes documents ordered sealed by the Court:

| Fisher Ex. No. | Bates No./Description |
|---|---|
| Fisher Ex. 1 | Plaintiff Optronic Technologies, Inc.'s Corrected Proffer of Evidence of Conspiracy Pursuant To Fed. R. Evid. 801(D)(2)(E) |

For the foregoing reasons, Orion respectfully files this motion. Orion files a proposed order to aid the Court's review concurrently herewith.

Dated: October 15, 2019

BRAUNHAGEY & BORDEN LLP

By:  /s/ *J. Noah Hagey*
J. Noah Hagey, Esq.

Attorneys for Plaintiff OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars ®