1 | J. Noah Hagey, Esq. (SBN: 262331)
   |     hagey@braunhagey.com
2 | Matthew Borden, Esq. (SBN: 214323)
   |     borden@braunhagey.com
3 | Jeffrey M. Theodore, Esq. (SBN: 324823)
   |     theodore@braunhagey.com
4 | Ronald J. Fisher, Esq. (SBN: 298660)
   |     fisher@braunhagey.com
5 | BRAUNHAGEY & BORDEN LLP
   | 351 California Street, Tenth Floor
6 | San Francisco, CA 94104
   | Telephone:  (415) 599-0210
7 | Facsimile:  (415) 276-1808

8 | ATTORNEYS FOR PLAINTIFF
   | OPTRONIC TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation, | Case No: 5:16-cv-06370-EJD-VKD |
|---|---|
| Plaintiff, | **PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S NOTICE OF PUBLICLY FILED DOCUMENTS PURSUANT TO COURT'S ORDER (ECF NO. 387) RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF NO. 365)** |
| v. | |
| NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25, | |
| Defendants. | |

Pursuant to the Court's Order re Administrative Motions to File Under Seal (ECF No. 387) issued on October 8, 2019, Plaintiff Optronic Technologies, Inc., d/b/a Orion Telescopes & Binoculars® ("Orion") hereby publicly files the following documents:

| Dkt No. | Document | Public Record |
|---|---|---|
| 365-4 | Fisher Declaration (Dkt. No. 365-1), Exhibit 1 | Entire document |
| 365-6 | Fisher Declaration (Dkt. No. 365-1), Exhibit 2 | Entire document |
| 365-8 | Fisher Declaration (Dkt. No. 365-1), Exhibit 3 | Entire document |
| 365-10 | Fisher Declaration (Dkt. No. 365-1), Exhibit 4 | Entire document |
| 365-12 | Fisher Declaration (Dkt. No. 365-1), Exhibit 5 | Entire document except for each page bearing the Bates number NSE2246871 |
| 365-14 | Fisher Declaration (Dkt. No. 365-1), Exhibit 6 | Entire document |
| 365-16 | Fisher Declaration (Dkt. No. 365-1), Exhibit 7 | Entire document |
| 365-18 | Fisher Declaration (Dkt. No. 365-1), Exhibit 8 | Entire document except for image in red box at page 2 |
| 365-20 | Fisher Declaration (Dkt. No. 365-1), Exhibit 9 | Entire document |

Dated:  October 15, 2019

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By:   */s/ J. Noah Hagey*
           J. Noah Hagey

Attorneys for Plaintiff
Optronic Technologies, Inc., d/b/a Orion Telescopes and Binoculars®