UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC,<br><br>    Plaintiff,<br><br>    v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 5:16-cv-06370-EJD<br><br>**ORDER APPOINTING INTERPRETER** |

    Both parties have acknowledged that the trial—evidence beginning tomorrow—will require a Mandarin interpreter.  The parties could not agree to an interpreter when they filed their joint pretrial statement.  Dkt. No. 335-1 at 15.  Defendants raised objections to the interpreter proposed by Orion.  *Id.*  At the first day of the final pretrial conference, more than 10 days ago, the court ordered the parties to meet and confer to select a mutually agreeable interpreter.  Oct. 10, 2019 Hr'g. Tr. at 24:21-25:2.  Since then, the court has excluded the interpreter initially proposed by Orion based on Defendants' objections and proposed two candidates.  Despite the court's efforts to assist the parties, they have not come to an agreement.

    The court is aware that litigation is hard-fought and lawyers have obligations to their clients.  However, the conduct of counsel is disheartening and suggests that the trial will be plagued by disputes over logistical or other non-merits issues.  Counsel have apparently concluded that refusing to compromise on these sorts of issues has more value to their case than maintaining their good will with the court.  This sort of gamesmanship is unprofessional.  It undermines the court's confidence that counsel's objections at trial will be meritorious.  It sets a poor example for junior attorneys.  It is a disservice to their clients.  The court wants to emphasize that this

Case No.: 5:16-cv-06370-EJD
ORDER APPOINTING INTERPRETER

1

admonition goes beyond the issue of the interpreter to include multiple other needless disputes raised by both parties.

Orion has objected to the interpreter proposed by Defendants. The court finds those objections to have merit. Accordingly, the court appoints Jessie Liu as the trial interpreter. The parties shall evenly divide all fees and costs associated with her services, per the parties' agreement at the October 10 hearing.

**IT IS SO ORDERED.**

Dated: October 21, 2019

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-06370-EJD
ORDER APPOINTING INTERPRETER

2