UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC,<br><br>   Plaintiff,<br><br> v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., et al.,<br><br>   Defendants. | Case No. 5:16-cv-06370-EJD<br><br>**ORDER RE DOCKET ENTRY 420** |

  The court has considered Orion's "Supplemental Brief re Rule 408." Dkt. No. 420. The court will not disturb its previous order. Dkt. No. 416. But, the court will clarify that—based on the parties' representations at the October 16 hearing—the previous order applies only to section 4 of the Supply Agreement.

  **IT IS SO ORDERED.**

Dated: October 21, 2019

_____
EDWARD J. DAVILA
United States District Judge