UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

# TITLE:  Optronic v Ningbo Sunny
# CASE NUMBER:  5:16cv06370EJD

## Minute Order and Trial Log

Date:  10/23/2019
Time in Court: 8:07-8:55am,9:04-10:10,10:22am-12:00pm,1:15-3:17,3:37-5:00pm
**Total: 6 Hrs. 57 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez/Lee-Anne Shortridge

**APPEARANCES:**
Plaintiff Attorney(s) present: Noah Hagey, Matthew Borden, Ronald Fisher, Jeffrey Theodore
Defendant Attorney(s) present: Michael Scarborough, Thomas Dillickrath, Leo Caseria, Dylan Ballard, Joy Siu

**PROCEEDINGS:  Jury Trial (Day 4)**

**Further Jury Trial held.  Opening Statements, testimony and evidence held.
Witness #1 – Wenjun (Peter) Ni**

Please see trial log attached.
Further Jury Trial set for Friday, October 25, 2019 at 8:00 am with Counsel and 8:30 am Jury Trial

**The following exhibits are marked for identification:**
Plaintiffs: 1181,1926,1787,1209,1330,1303,1779,1202,1611,1428,1380,1522,1377,1927,1304, 1305
Defendants: None

**The following exhibits are admitted into evidence:**
Plaintiffs:  **1181,1787(only pgs. 005,006,0011),1209(only pg. 004),1330,1303,1779,1202, 1611,1428,1522,1377,1927(w/out declaration),1304,1305**
Defendants:  None

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:  Optronic v Ningbo Sunny
Case No:  16cv06370EJD

# TRIAL LOG

| TRIAL DATE: 10/23/2019 | | | REPORTER(S): Irene Rodriguez/Lee-Anne Shortridge | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:07 am | Court in session with Counsel outside presence of Jury taking up evidentiary objections | |
| | | 8:55 am | Court takes recess | |
| | | 9:04 am | Jury seated. Court in session with Counsel | |
| CX | | 9:04 am | W#1 Wenjun (Peter) Ni with the assistance of Mandarin Interpreter Jesse Liu resumes AS-ON Cross examination by Plaintiff's Counsel Matthew Borden | |
| EX | | | **ADMITTED – EX 1181** | |
| EX | | | IDENTIFICATION – EX 1926 (Impeachment only for witness) – 2015 Interim Report of Sunny Optical Technology | |
| | | 10:00 am | **Sidebar** | |
| | | 10:02 am | Jury excused for 15 min recess | |
| EX | | 10:02 am | Court in session outside presence of jury taking up Defendants objection of Ex 1926 – **SUSTAINED Exhibit 1926 NOT ADMITTED** | |
| | | 10:10 am | Court takes recess | |
| | | 10:22 am | Jury seated. Court in session with Counsel | |
| | | | W#1 AS-ON Cross examination continues | |
| EX | | | IDENTIFICATION EX 1787 – Defendants objection request sidebar | |
| | | 10:34 am | **Sidebar** | |

| | | | |
|---|---|---|---|
| EX | | 10:45am | **ADMITTED – 1787 – (Pgs. 1787.005,1787.006,1787.011,1787.015 ONLY)** |
| EX | | | IDENTIFICATION EX 1209 |
| EX | | | **ADMITTED – 1209 (Pg. 1209.004 ONLY)** |
| EX | | | IDENTIFICATION EX 1330 |
| | | 11:04 am | **Sidebar** |
| | | 11:18 am | W#1 AS-ON Cross examination continues |
| EX | | | **ADMITTED – 1330** |
| EX | | | **ADMITTED - 1303** |
| | | 11:56 am | Jury excused for lunch recess |
| | | 12:00pm | Court takes lunch recess to resume at 1:15 pm |
| | | 1:15 pm | Jury seated. Court in session with Counsel |
| | | 1:15 pm | W#1 testimony resumes |
| EX | | | **ADMITTED – 1779** |
| EX | | | **ADMITTED – 1202** |
| EX | | | **ADMITTED - 1611** |
| EX | | | **ADMITTED - 1428** |
| EX | | | IDENTIFICATION - 1380 |
| | | 2:22 pm | **Sidebar** |
| | | 2:39 pm | W#1 testimony resumes |
| EX | | | **ADMITTED - 1522** |
| EX | | | **ADMITTED - 1377** |
| | | 3:17 pm | Court takes 15 min recess |
| | | 3:37 pm | Jury seated. Court in session with Counsel |
| | | | W#1 testimony continues |

CC

| EX | | | **ADMITTED – 1927 (w/out declaration certification)** |
|---|---|---|---|
| EX | | | **ADMITTED – 1304** |
| EX | | | **ADMITTED – 1305** |
| | | 4:45 pm | Court admonishes jury and jury excused to return on Friday 10/25/2019 |
| | | 4:47 pm | Court in session outside presence of Jury taking up correction of representation of Transactional Counsel |
| | | 5:00 pm | Court adjourned for the day.  Further Jury Trial set for Friday 10/25/2019 at 8:30 am with Jury |
| | | | |

CC