UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

# TITLE:  Optronic v Ningbo Sunny
# CASE NUMBER:  5:16cv06370EJD

## Minute Order and Trial Log

Date:  10/25/2019
Time in Court: 8:05-8:15am, 8:36-10:42,11:02-12:32pm,1:32-3:05pm
**Total: 5 Hrs. 19 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez/Lee-Anne Shortridge

**APPEARANCES:**
Plaintiff Attorney(s) present: Noah Hagey, Matthew Borden, Ronald Fisher, Jeffrey Theodore
Defendant Attorney(s) present: Michael Scarborough, Thomas Dillickrath, Leo Caseria, Dylan Ballard, Joy Siu

**PROCEEDINGS:  Jury Trial (Day 5)**

**Further Jury Trial held. Testimony heard and evidence entered**
**Witness #1 – Wenjun (Peter) Ni**

**Trial Time Remaining:       Plaintiff - 11 Hours    Defendant- 21.50 Hours**

Please see trial log attached.
Further Jury Trial set for Monday, October 28, 2019 at 1:30 pm

**The following exhibits are marked for identification:**
Plaintiffs: 1017,1286,1660,1553,1306,1004,1208,1323,1253,1077,1928,1769,1792,1193,1194
Defendants: None

**The following exhibits are admitted into evidence:**
Plaintiffs:  **1017,1286,1660,1553,1306,1004(2 Pgs. ONLY, not declaration),1208,1323(Pg. 14 only), 1253,1077,1928,1769,1792,1193,1194**
Defendants:  None

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:  Optronic v Ningbo Sunny
Case No:  16cv06370EJD

# TRIAL LOG

| TRIAL DATE: 10/25/2019 | | | REPORTER(S):<br> Irene Rodriguez/Lee-Anne Shortridge | CLERK:<br> Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:05 am | Court in session with Counsel outside presence of Jury taking up evidentiary objections | |
| | | 8:15 am | Court takes Recess | |
| | | 8:36 am | Jury seated. Court in session with Counsel | |
| CX | | 8:36 am | W#1 AS-ON cross examination resumes by Plaintiff's Counsel Matthew Borden | |
| EX | | | **ADMITTED – EX 1017** | |
| EX | | | **ADMITTED – EX 1286** | |
| EX | | | **ADMITTED – EX 1660** | |
| EX | | | **ADMITTED – EX 1533** | |
| EX | | | **ADMITTED – EX 1306** | |
| EX | | | **ADMITTED – EX 1004 (2 pgs. ONLY) Not declaration** | |
| EX | | | **ADMITTED – EX 1208** | |
| | | 10:05 am | **Sidebar re objection to Ex. 1323** | |
| | | 10:08 am | W#1 testimony resumes | |
| EX | | | **ADMITTED – EX 1323 (Pg. 14 ONLY)** | |
| | | 10:42 am | Court takes 15 min recess | |

|  |  | 11:02 am | Jury seated. Court in session with Counsel |
|---|---|---|---|
|  |  | 11:02 am | **Sidebar** |
|  |  | 11:03 am | Court informs Jury of schedule and lunch hour break |
| CX |  | 11:03 am | W#1 testimony resumes |
| EX |  |  | **ADMITTED – EX 1253** |
| EX |  |  | **ADMITTED – EX 1077** |
| EX |  |  | **ADMITTED – EX 1928** |
| EX |  |  | **ADMITTED – EX 1769** |
| EX |  |  | **ADMITTED – EX 1792** |
| EX |  |  | **ADMITTED – EX 1193** |
|  |  | 12:32pm | Court takes Lunch recess |
|  |  | 1:32 pm | Jury seated. Court in session with Counsel |
|  |  |  | W#1 AS-ON cross examination testimony resumes |
| EX |  |  | **ADMITTED – EX 1194** |
|  |  | 1:58 pm | AS-ON cross examination of W#1 concludes |
|  |  |  | Defendant requests sidebar. Court has jury take a brief recess |
|  |  | 1:58 pm | Court in session outside presence of Jury taking up evidentiary issues |
|  |  | 2:07 pm | Jury seated. Court in session with Counsel |
|  | DX | 2:09 pm | Direct examination of W#1 begins by Defendant's Counsel Leo Caseria |
|  |  | 3:01 pm | Court admonishes Jury. Jury is excused to return on Monday 10/28/2019 at 1:30 pm |
|  |  | 3:02 pm | Court is session outside presence of Jury – discuss re stipulation as to interrogatory responses |
|  |  | 3:05 pm | Court adjourned. Further Jury Trial scheduled for Monday 10/28/2019 at 1:30 pm |

| | | | |
|---|---|---|---|
| | | | |

4