UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., et al.,<br><br>Defendants. | Case No. 5:16-cv-06370-EJD<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY FROM LAY WITNESSES**<br><br>Re: Dkt. No. 429 |

Before admitting the jury on October 25, 2019, the court heard from the parties regarding Plaintiff's Motion to Exclude Expert Testimony from Lay Witnesses. For the reasons discussed between the parties and the court, the motion is denied. The court will consider the concerns raised in the motion—and counsel's objections thereto—as they arise at during the examination of witnesses.

**IT IS SO ORDERED.**

Dated: October 28, 2019

_____
EDWARD J. DAVILA
United States District Judge