UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

# TITLE: Optronic v Ningbo Sunny
# CASE NUMBER: 5:16cv06370EJD

## Minute Order and Trial Log

Date: 10/28/2019
Time in Court: 1:50-3:35pm,3:53-5:08pm
**Total: 3 Hrs.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez/Lee-Anne Shortridge

**APPEARANCES:**
Plaintiff Attorney(s) present: Noah Hagey, Matthew Borden, Ronald Fisher, Jeffrey Theodore
Defendant Attorney(s) present: Michael Scarborough, Thomas Dillickrath, Leo Caseria, Dylan Ballard, Joy Siu

**PROCEEDINGS: Jury Trial (Day 6)**

**Further Jury Trial held. Testimony heard and evidence entered.**
**Witness #1 – Wenjun (Peter) Ni, Witness #2 Joseph Lupica**

Please see trial log attached.
Further Jury Trial set for Tuesday, November 5, 2019 at 8:30 am

**The following exhibits are marked for identification:**
Plaintiffs: 1157,1828,1400,1078
Defendants: None

**The following exhibits are admitted into evidence:**
Plaintiffs: **1157,1828,1400**
Defendants: None

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:  Optronic v Ningbo Sunny
Case No:  16cv06370EJD

# TRIAL LOG

| TRIAL DATE: 10/28/2019 | | | REPORTER(S):<br> Irene Rodriguez/Lee-Anne Shortridge | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 1:50 pm | Jury seated. Court in session with Counsel | |
| DX | | 1:50 pm | Direct examination of W#1 Wenjun (Peter) Ni with Mandarin Interpreter (Jesse Liu) resumes by Defendants Counsel Leo Caseria | |
| | | 3:35 pm | Direct examination concludes | |
| | | 3:35 pm | Court takes 15 min recess | |
| | | 3:53 pm | Jury seated. Court in session with Counsel | |
| | RCX | | AS-ON re-cross examination of W#1 begins by Plaintiff's Counsel Matthew Boredon | |
| | EX | | **ADMITTED – EX 1157** | |
| | EX | | **ADMITTED – EX 1828** | |
| | | 4:35 pm | W#1 testimony concludes and is excused | |
| | | 4:36 pm | Plaintiff's call witness W#2 Joseph Lupica – W#2 sworn | |
| CX | | 4:37 pm | AS-ON cross examination of W#2 Joseph Lupica begins by Plaintiff's Counsel Noah Hagey | |
| EX | | | **ADMITTED – EX 1400** | |
| EX | | | IDENTIFICATION – EX 1078 (Objection sustained for admission) | |
| | | 5:03 pm | W#2 steps down and to return for further testimony when jury trial resumes | |

2

|  |  | 5:03 pm | Jury excused |
|---|---|---|---|
|  |  | 5:04 pm | Court in session with counsel outside presence of jury taking |
|  |  | 5:08 pm | Court adjourned.  Further Jury Trial Tuesday 11/5/2019 at 8:30 am |
|  |  |  |  |