J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
    theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**PLAINTIFF'S AMENDED DESIGNATIONS RE VICTOR ANICETO'S, JAMES CHIU'S, AND DAVE ANDERSON'S PERSONAL AND 30(b)(6) DEPOSITION TESTIMONY**<br><br>**Compl. Filed:**  Nov. 1, 2016<br>**First Am. Compl.:**  Nov. 3, 2017<br>**Final Pretrial Conf.:** October 10, 2019<br>**Trial Date:**  October 15, 2019 |

1    Pursuant to the Court's direction on the record during proceedings held on October 16,

2  2019, Plaintiff Optronic Technologies, Inc. ("Orion") respectfully submits amended designations of

3  deposition testimony of Victor Aniceto, James Chiu, and Dave Anderson.  Orion's amended

4  designations of Mr. Aniceto's testimony are filed herewith as **Appendix A**.  Orion's amended

5  designations of Mr. Anderson's testimony are filed herewith as **Appendix B**. Orion's amended

6  designations of Mr. Chiu's testimony are filed herewith as **Appendix C**.

7

8  Dated:  October 29, 2019                    Respectfully Submitted,

9                                              BRAUNHAGEY & BORDEN LLP

10

11                                             By:  _____*/s/ J. Noah Hagey*_____
                                                       J. Noah Hagey

12
                                               Attorneys for Plaintiff OPTRONIC
13                                             TECHNOLOGIES, INC. d/b/a Orion
                                               Telescopes & Binoculars
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S AMENDED DESIGNATIONS RE VICTOR ANICETO'S, JAMES CHIU'S, AND DAVE
ANDERSON'S PERSONAL AND 30(b)(6) DEPOSITION TESTIMONY

# APPENDIX A

**Appendix A – Victor Aniceto Deposition Designations**

| Line/Page | Counter-Designations/Objections |
|---|---|
| 4:24-5:8 | |
| 6:23-7:7 | |
| 19:4-18 | |
| 19:21-25 | |
| 20:1-5 | |
| 20:15-21:7 | |
| 21:23-22:5 | |
| 22:11-23:10 | |
| 25:9-23 | |
| 26:5-9 | |
| 26:12-23 | |
| 27:1-3 | |
| 27:6-6 | |
| 27:12-13 | |
| 27:16-18 | |
| 28:20-25 | |
| 29:1-10 | |
| 29:18-22 | |
| 29:25-25 | |
| 30:1-6 | |
| 37:22-25 | |
| 38:1-2 | |
| 41:9-25 | |
| 42:1-11 | |
| 42:11-11 | |
| 46:7-8 | |
| 46:11-17 | |
| 49:22-23 | |
| 50:1-6 | |
| 73:3-4 | |
| 73:7-13 | |
| 77:10-15 | |
| 77:18-20 | |
| 77:25-78:2 | |
| 78:4-4 | |
| 78:16-16 | |
| 78:19-22 | |
| 79:12-17 | |
| 79:20-80:15 | |
| 81:6-7 | |
| 81:10-13 | |
| 81:16-25 | |
| 82:4-19 | |
| 82:24-83:11 | |

**Appendix A – Victor Aniceto Deposition Designations**

| | |
|---|---|
| 83:16-25 | |
| 84:1-7 | |
| 85:15-17 | |
| 85:20-86:12 | |
| 86:14-19 | |
| 87:3-5 | |
| 87:8-12 | |
| 87:15-88:10 | |
| 88:13-89:14 | |
| 89:18-25 | |
| 91:14-15 | |
| 91:18-23 | |
| 92:1-6 | |
| 92:10-10 | |
| 95:14-96:19 | |
| 96:22-24 | |
| 97:14-25 | |
| 98:1-9 | |
| 98:11-16 | |
| 98:18-20 | |
| 98:23-25 | |
| 99:1-8 | |
| 99:12-16 | |
| 99:18-18 | |
| 100:16-25 | |
| 101:1-4 | |
| 101:7-9 | |
| 101:11-25 | |
| 102:1-11 | |
| 102:14-21 | |
| 102:25-25 | |
| 103:1-10 | |
| 103:13-13 | |
| 103:16-22 | |
| 103:25-25 | |
| 104:1-2 | |
| 105:25-25 | |
| 106:1-2 | |
| 106:5-19 | |
| 106:22-107:1 | |
| 114:6-22 | |
| 114:25-25 | |
| 115:1-15 | |
| 115:22-116:6 | |
| 123:7-13 | |

Appendix A – Victor Aniceto Deposition Designations

| | |
|---|---|
| 123:21-24 | |
| 131:1-132:10 | |
| 132:13-24 | |
| 133:13-13 | |
| 133:16-16 | |
| 133:17-134:1 | |
| 134:4-7 | |
| 135:10-12 | |
| 135:15-136:12 | |
| 136:15-22 | |
| 141:21-142:22 | |
| 142:25-25 | |
| 143:1-7 | |
| 146:24-147:10 | |
| 148:11-25 | |
| 149:1-10 | |
| 151:25-152:17 | |
| 167:20-22 | |
| 167:25-168:6 | |
| 168:9-16 | |
| 168:21-169:7 | |
| 170:12-14 | |
| 177:9-25 | |
| 178:24-180:14 | |
| 182:2-25 | |
| 183:1-13 | |
| 184:7-15 | |
| 193:16-23 | |
| 201:2-23 | |
| 211:12-12 | |
| 211:15-21 | |
| 217:9-10 | |
| 217:16-24 | |
| 227:6-13 | |
| 239:14-19 | |
| 239:24-25 | |
| 240:1-3 | |
| 240:12-20 | |
| 254:10-25 | |
| 255:1-6 | |
| 255:9-10 | |
| 272:11-16 | |
| 272:18-273:5 | |
| 276:9-11 | |
| 276:13-277:17 | |

**Appendix A – Victor Aniceto Deposition Designations**

| | |
|---|---|
| 277:19-278:7 | |
| 278:9-10 | |
| 278:24-25 | |
| 279:3-3 | |
| 279:5-6 | |
| 288:6-13 | |
| 288:15-18 | |
| 289:1-3 | |
| 289:5-6 | |
| 289:8-15 | |
| 289:17-22 | |
| 289:24-25 | |
| 290:1-8 | |
| 290:11-12 | |
| 290:14-25 | |
| 291:1-1 | |
| 291:3-11 | |
| 291:13-292:8 | |
| 292:10-15 | |
| 304:15-23 | |
| 305:15-25 | |
| 306:2-3 | |
| 306:7-15 | |
| 309:15-25 | |
| 310:1-11 | |
| 310:13-18 | |
| 310:20-25 | |
| 311:1-15 | |
| 311:17-24 | |
| 312:1-8 | |
| 312:10-17 | |
| 312:19-24 | |
| 313:13-314:4 | |
| 314:6-8 | |
| 314:16-315:2 | |
| 317:19-22 | |
| 317:24-24 | |
| 319:16-320:7 | |
| 320:9-10 | |
| 322:10-323:2 | |
| 323:6-18 | |
| 323:20-324:8 | |
| 324:10-10 | |
| 324:12-13 | |
| 324:15-23 | |

Appendix A – Victor Aniceto Deposition Designations

| 325:1-326:14 | |
|---|---|
| 326:25-25 | |
| 327:1-329:6 | |
| 329:8-8 | |
| 329:10-24 | |
| 330:2-10 | |
| 330:2-331:7 | |
| 331:9-9 | |
| 331:11-12 | |
| 331:14-14 | |
| 331:16-22 | |
| 331:24-24 | |
| 332:2-6 | |
| 350:8-10 | |
| 350:12-20 | |
| 350:22-25 | |
| 351:1-2 | |
| 351:4-13 | |
| 351:15-19 | |
| 351:21-24 | |
| 352:1-2 | |

# APPENDIX B

Appendix B – David Anderson Deposition Designations

| Line/Page | Counter-Designations/Objections |
|---|---|
| 20:8 -20:12 | |
| 20:15 -20:23 | |
| 20:15 -20:23 | |
| 21:23 -23:16 | |
| 23:19 -24:4 | |
| 24:6 -24:19 | |
| 24:21 -24:24 | |
| 25:3 -25:3 | |
| 25:10 -25:12 | |
| 25:16 -25:22 | |
| 26:3 -26:17 | |
| 26:20 -26:23 | |
| 27:3 -27:8 | |
| 27:10 -27:11 | |
| 27:24 -27:25 | |
| 28:3 -28:5 | |
| 28:7 -28:14 | |
| 29:6 -29:8 | |
| 29:11 -29:22 | |
| 29:24 -30:10 | |
| 30:17 -30:25 | |
| 31:3 -31:5 | |
| 38:14 -38:14 | |
| 38:17 -39:2 | |
| 39:5 -39:7 | |
| 40:8 -41:9 | |
| 41:13 -41:19 | |
| 41:25 -42:12 | |
| 42:16 -43:14 | |
| 43:16 -44:6 | |
| 44:12 -44:16 | |
| 44:22 -45:11 | |
| 45:13 -45:15 | |
| 45:19 -46:6 | |
| 46:9 -47:1 | |
| 47:6 -48:8 | |
| 48:11 -48:21 | |
| 49:5 -49:10 | |
| 49:14 -49:24 | |
| 50:2 -50:14 | |
| 50:20 -50:25 | |
| 51:7 -51:8 | |
| 51:14 -52:4 | |

**Appendix B – David Anderson Deposition Designations**

| | |
|---|---|
| 52:8 -52:12 | |
| 52:14 -53:15 | |
| 53:18 -54:5 | |
| 54:8 -54:19 | |
| 55:1 -55:5 | |
| 55:9 -55:13 | |
| 55:15 -55:22 | |
| 55:24 -56:10 | |
| 56:14 -56:18 | |
| 56:20 -57:5 | |
| 57:8 -57:17 | |
| 57:19 -58:5 | |
| 58:22 -58:24 | |
| 59:1 -59:7 | |
| 59:11 -59:12 | |
| 59:16 -59:25 | |
| 60:6 -61:1 | |
| 61:4 -61:4 | |
| 61:7 -61:11 | |
| 61:13 -61:13 | |
| 61:15 -61:15 | |
| 61:19 -61:25 | |
| 62:2 -62:6 | |
| 62:9 -62:13 | |
| 62:15 -63:10 | |
| 63:13 -64:12 | |
| 64:15 -64:21 | |
| 64:25 -65:1 | |
| 65:4 -65:24 | |
| 66:1 -68:1 | |
| 68:16 -68:21 | |
| 68:24 -69:14 | |
| 69:17 -70:5 | |
| 70:21 -71:2 | |
| 71:20 -71:21 | |
| 71:25 -72:7 | |
| 72:10 -73:10 | |
| 73:12 -74:15 | |
| 74:18 -74:22 | |
| 75:1 -75:6 | |
| 75:10 -76:8 | |
| 76:18 -76:21 | |
| 76:24 -78:1 | |
| 78:6 -79:8 | |

Appendix B – David Anderson Deposition Designations

| | |
|---|---|
| 79:11 -79:23 | |
| 81:5 -81:7 | |
| 81:10 -81:14 | |
| 81:18 -81:19 | |
| 81:22 -83:10 | |
| 83:12 -83:18 | |
| 83:21 -84:1 | |
| 84:5 -84:6 | |
| 85:3 -85:4 | |
| 85:7 -85:11 | |
| 85:13 -85:15 | |
| 86:22 -87:4 | |
| 87:12 -87:16 | |
| 87:19 -88:7 | |
| 88:18 -89:7 | |
| 89:14 -89:20 | |
| 89:24 -90:5 | |
| 90:21 -90:25 | |
| 91:23 -92:4 | |
| 92:23 -92:23 | |
| 92:25 -93:4 | |
| 93:13 -93:16 | |
| 93:24 -94:7 | |
| 94:9 -94:9 | |
| 94:11 -94:14 | |
| 95:18 -95:20 | |
| 95:22 -95:23 | |
| 95:25 -96:16 | |
| 97:17 -97:22 | |
| 98:1 -98:8 | |
| 98:12 -98:15 | |
| 98:19 -99:1 | |
| 99:9 -99:10 | |
| 100:7 -100:10 | |
| 100:13 -100:18 | |
| 100:25 -101:1 | |
| 101:25 -102:9 | |
| 102:12 -102:15 | |
| 105:5 -105:7 | |
| 105:10 -105:23 | |
| 106:14 -106:15 | |
| 106:19 -107:13 | |
| 107:25 -108:5 | |
| 108:8 -108:17 | |

Appendix B – David Anderson Deposition Designations

| | |
|---|---|
| 108:22 -108:25 | |
| 109:8 -109:11 | |
| 109:13 -109:18 | |
| 109:21 -110:1 | |
| 110:4 -111:1 | |
| 111:5 -111:13 | |
| 111:15 -111:15 | |
| 116:8 -116:9 | |
| 116:12 -116:24 | |
| 117:18 -117:24 | |
| 118:9 -120:11 | |
| 120:12 -120:13 | |
| 120:17 -121:15 | |
| 121:19 -122:5 | |
| 122:9 -122:24 | |
| 123:3 -123:12 | |
| 123:15 -123:21 | |
| 123:25 -124:2 | |
| 130:10 -130:13 | |
| 130:16 -131:7 | |
| 131:14 -131:16 | |
| 131:19 -133:10 | |
| 133:13 -134:5 | |
| 134:8 -134:9 | |
| 134:16 134:18 | |
| 134:24 -135:5 | |
| 135:8 -135:14 | |
| 135:17 -137:4 | |
| 137:7 -137:25 | |
| 138:5 -138:18 | |
| 138:22 -139:24 | |
| 140:2 -140:3 | |
| 140:4 -140:18 | |
| 142:15 -142:16 | |
| 143:6 -143:8 | |
| 143:11 -143:17 | |
| 143:20 -143:21 | |
| 144:7 -144:13 | |
| 144:17 -144:25 | |
| 145:11 -145:15 | |
| 145:18 -145:22 | |
| 146:6 -146:10 | |
| 146:15 -146:16 | |
| 147:4 -147:6 | |

**Appendix B – David Anderson Deposition Designations**

| | |
|---|---|
| 147:10 -147:17 | |
| 147:19 -147:25 | |
| 148:2 -148:9 | |
| 148:12 -148:14 | |
| 153:11 -153:14 | |
| 153:17 -153:19 | |
| 154:16 -155:12 | |
| 155:25 -156:7 | |
| 156:10 -156:20 | |
| 156:24 -157:9 | |
| 157:12 -157:16 | |
| 157:19 -158:1 | |
| 158:5 -158:5 | |
| 163:9 -163:15 | |
| 163:18 -164:7 | |
| 164:10 -164:21 | |
| 164:24 -165:9 | |
| 165:16 -166:6 | |
| 166:9 -167:1 | |
| 167:5 -167:10 | |
| 167:13 -167:17 | |
| 170:23 -171:2 | |
| 171 8 171 12 | |
| 171:15 -171:19 | |
| 172:2 -173:3 | |
| 173:10 -173:19 | |
| 173:21 -173:22 | |
| 175:8 -176:5 | |
| 176:7 -176:19 | |
| 177:25 -178:3 | |
| 178:9 -178:14 | |
| 179:19 -180:14 | |
| 181:2 -181:5 | |
| 181:12 -181:13 | |
| 181:21 -182:7 | |
| 182:9 -182:20 | |
| 182:25 -183:1 | |
| 183:4 -183:17 | |
| 184:4 -184:12 | |
| 184:15 -185:21 | |
| 185:24 -186:22 | |
| 187:2 -187:7 | |
| 187:10 -188:14 | |
| 188:17 -189:3 | |

Appendix B – David Anderson Deposition Designations

| | |
|---|---|
| 189:6 -189:8 | |
| 189:10 -189:12 | |
| 189:16 -190:2 | |
| 191:3 -191:9 | |
| 191:15 -191:22 | |
| 192:3 -192:8 | |
| 192:10 -192:18 | |
| 192:21 -192:23 | |
| 193:4 -193:15 | |
| 193:25 -194:19 | |
| 194:22 -194:25 | |
| 195:6 -196:6 | |
| 196:9 -196:20 | |
| 196:25 -197:4 | |
| 197:8 -197:15 | |
| 198:22 -199:4 | |
| 199:6 -199:13 | |
| 199:17 -199:23 | |
| 200:1 -200:6 | |
| 200:10 -200:22 | |
| 201:18 -201:23 | |
| 202:2 -202:13 | |
| 202:17 -202:22 | |
| 202:25 -203:14 | |
| 203:17 -203:21 | |
| 204:1 -204:15 | |
| 204:19 -205:1 | |
| 205:6 -205:15 | |
| 205:19 -206:5 | |
| 206:8 -206:16 | |
| 206:23 -207:4 | |
| 207:7 -208:14 | |
| 208:18 -209:3 | |
| 209:7 -209:22 | |
| 215:25 -216:19 | |
| 216:20 -216:23 | |
| 217:1 -217:4 | |
| 217:7 -217:23 | |
| 218:1 -218:9 | |
| 218:13 -218:24 | |
| 219:4 -219:11 | |
| 219:15 -219:19 | |
| 219:22 -219:23 | |
| 220:10 -220:19 | |

Appendix B – David Anderson Deposition Designations

| | |
|---|---|
| 220:22 -221:9 | |
| 221:12 -221:17 | |
| 221:19 -221:25 | |
| 222:3 -222:22 | |
| 222:25 -223:20 | |
| 223:25 -224:8 | |
| 224:10 -224:16 | |
| 225:2 -225:11 | |
| 225:16 -226:25 | |
| 227:4 -227:25 | |
| 228:3 -228:9 | |
| 228:12 -228:12 | |
| 228:23 -229:2 | |
| 229:6 -229:7 | |
| 229:15 -229:19 | |
| 229:22 -230:14 | |
| 230:24 -231:6 | |
| 231:12 -231:12 | |
| 231:15 -231:21 | |
| 231:24 -231:25 | |
| 232:18 -233:13 | |
| 233:16 -234:10 | |
| 234:14 -236:21 | |
| 236:25 -236:25 | |
| 237:9 -238:3 | |
| 238:6 -238:24 | |
| 239:2 -239:8 | |
| 239:10 -239:21 | |
| 239:24 -240:5 | |
| 240:9 -240:14 | |
| 240:21 -241:2 | |
| 242:3 -242:6 | |
| 242:12 -246:19 | |
| 246:25 -246:25 | |
| 248:25 -249:3 | |
| 249:13 -249:14 | |
| 249:21 -250:8 | |
| 250:11 -250:16 | |
| 250:19 -250:24 | |
| 251:6 -252:15 | |
| 252:20 -253:6 | |
| 253:9 -253:25 | |
| 254:3 -254:9 | |
| 254:14 -254:24 | |

Appendix B – David Anderson Deposition Designations

| | |
|---|---|
| 255:2 -255:9 | |
| 255:14 -256:22 | |
| 257:16 -258:13 | |
| 258:20 -258:21 | |
| 258:24 -259:18 | |
| 259:24 -260:8 | |
| 261:4 -261:10 | |
| 261:13 -261:19 | |
| 262:2 -262:12 | |
| 262:17 -262:23 | |
| 263:1 -263:13 | |
| 263:18 -264:6 | |
| 271:12 -271:22 | |
| 272:1 -272:6 | |
| 272:9 -272:17 | |
| 272:20 -272:22 | |
| 273:2 -273:14 | |
| 273:19 -273:25 | |
| 274:4 -274:13 | |
| 274:18 -274:21 | |
| 275:3 -275:13 | |
| 275:17 -276:3 | |
| 276:8 -277:1 | |
| 277:3 -279:19 | |
| 279:23 -280:14 | |
| 280:17 -281:21 | |
| 282:1 -284:1 | |
| 285:14 -288:5 | |
| 288:8 -288:18 | |
| 288:21 -290:24 | |
| 291:2 -291:9 | |
| 291:12 -291:17 | |
| 292:14 -293:1 | |
| 293:7 -293:13 | |
| 293:16 -294:20 | |
| 294:24 -295:23 | |
| 296:16 -297:6 | |
| 297:18 -297:24 | |
| 298:2 -298:14 | |
| 332:13 -333:14 | |
| 334:1 -334:4 | |
| 335:9 -335:24 | |
| 336:10 -336:18 | |
| 336:23 -337:5 | |

Appendix B – David Anderson Deposition Designations

| | |
|---|---|
| 337:7 -337:14 | |
| 337:17 -337:24 | |
| 338:14 -339:5 | |
| 339:12 -339:23 | |
| 340:1 -340:5 | |
| 340:11 -340:15 | |
| 340:18 -341:1 | |
| 341:8 -341:17 | |
| 341:20 -342:4 | |
| 342:7 -342:20 | |
| 342:23 -343:11 | |
| 343:14 -343:21 | |
| 343:24 -344:1 | |
| 354:10 -354:14 | |
| 355:10 -356:9 | |
| 356:11 -356:17 | |
| 356:21 -357:1 | |
| 357:3 -357:14 | |
| 357:17 -357:19 | |
| 359:21 -359:25 | |
| 360:3 -360:4 | |
| 362:11 -362:12 | |
| 362:15 -362:21 | |
| 362:24 -364:3 | |
| 364:13 -364:21 | |
| 364:24 -365:3 | |
| 365:6 -365:12 | |
| 365:15 -365:19 | |
| 365:22 -366:2 | |
| 366:5 -366:10 | |
| 366:12 -366:13 | |
| 366:19 -367:2 | |
| 367:5 -367:6 | |
| 368:6 -369:3 | |
| 369:5 -369:9 | |
| 369:11 -369:21 | |
| 370:4 -370:12 | |
| 370:14 -370:22 | |
| 370:25 -371:6 | |
| 371:8 -371:19 | |
| 371:21 -372:1 | |
| 372:3 -372:24 | |
| 373:1 -375:14 | |
| 375:16 -376:8 | |

| | |
|---|---|
| 376:22 -377:2 | |
| 377:4 -377:19 | |
| 377:21 -377:24 | |
| 378:1 -378:5 | |
| 378:7 -379:2 | |
| 379:4 -379:15 | |
| 379:18 -380:6 | |
| 380:9 -380:18 | |
| 380:21 -380:25 | |
| 381:3 -381:12 | |
| 381:18 -381:21 | |
| 383:1 -383:11 | |
| 383:16 -384:7 | |
| 384:9 -384:13 | |
| 385:11 -385:21 | |
| 385:23 -386:19 | |
| 386:21 -386:25 | |
| 387:2 -388:14 | |
| 388:17 -389:3 | |
| 389:5 -389:11 | |
| 389:13 -389:22 | |
| 389:24 -390:11 | |
| 390:13 -390:18 | |
| 390:21 -391:4 | |
| 391:7 -391:18 | |
| 391:20 -391:23 | |
| 391:25 -392:8 | |
| 392:11 -392:22 | |
| 392:25 -393:7 | |
| 393:10 -393:23 | |
| 394:1 -394:8 | |
| 394:11 -394:13 | |
| 394:19 -395:4 | |
| 395:6 -395:8 | |
| 397:7 -397:19 | |
| 397:21 -398:6 | |
| 398:8 -398:19 | |
| 398:23 -399:5 | |
| 399:8 -399:15 | |
| 399:18 -400:3 | |
| 400:5 -400:12 | |
| 400:14 -401:1 | |
| 401:4 -401:9 | |
| 401:11 -401:25 | |

| | |
|---|---|
| 403:2 -403:20 | |
| 404:9 -404:22 | |
| 404:25 -405:3 | |
| 405:6 -405:12 | |
| 405:14 -405:19 | |
| 405:22 -406:1 | |
| 406:4 -406:7 | |
| 406:9 -406:24 | |
| 407:2 -407:6 | |
| 407:9 -407:22 | |
| 407:24 -408:5 | |
| 408:12 -408:16 | |
| 408:19 -408:24 | |
| 409:2 -409:7 | |
| 409:10 -409:15 | |
| 409:18 -409:23 | |
| 410:1 -410:6 | |
| 410:9 -410:14 | |
| 410:17 -410:20 | |
| 410:23 -410:23 | |
| 411:6 -412:1 | |
| 412:4 -412:17 | |
| 412:21 -413:12 | |
| 413:15 -413:18 | |
| 414:11 -414:22 | |
| 415:2 -416:9 | |
| 416:11 -417:16 | |
| 417:19 -418:2 | |
| 418:5 -418:11 | |
| 418:13 -418:19 | |
| 418:22 -418:23 | |
| 419:3 -419:9 | |
| 419:11 -420:2 | |
| 420:6 -421:5 | |
| 421:7 -422:2 | |
| 422:4 -422:8 | |
| 422:10 -422:14 | |
| 422:16 -422:17 | |
| 422:22 -423:12 | |
| 423:22 -423:25 | |
| 424:3 -424:6 | |
| 424:9 -424:15 | |
| 424:18 -424:24 | |
| 425:2 -425:2 | |

| | |
|---|---|
| 425:6 -426:6 | |
| 426:9 -426:20 | |
| 426:23 -427:5 | |
| 427:8 -427:20 | |
| 427:23 -428:1 | |
| 428:4 -428:15 | |
| 428:18 -428:19 | |
| 428:20 -429:5 | |
| 429:7 -429:15 | |
| 429:18 -429:19 | |
| 430:4 -430:7 | |
| 430:10 -431:14 | |
| 431:16 -432:25 | |
| 433:2 -433:8 | |
| 433:11 -433:18 | |
| 433:21 -434:3 | |
| 434:6 -434:7 | |
| 434:8 -434:10 | |
| 434:13 -434:24 | |
| 435:1 -435:6 | |
| 435:8 -436:4 | |
| 436:7 -436:16 | |
| 436:19 -436:24 | |
| 437:2 -437:8 | |
| 437:11 437:17 | |
| 437:20 -437:25 | |
| 438:3 -438:8 | |
| 438:12 -438:16 | |
| 438:18 -438:25 | |
| 439:3 -439:8 | |
| 439:11 -439:20 | |
| 439:23 -440:3 | |
| 440:5 -440:12 | |
| 440:14 -440:21 | |
| 442:12 -442:16 | |
| 442:24 -443:15 | |
| 443:18 -443:23 | |
| 444:20 -445:2 | |
| 445:5 -445:25 | |
| 446:3 -446:9 | |
| 446:12 -446:18 | |
| 446:21 -447:1 | |
| 447:4 -447:18 | |
| 447:21 -448:17 | |

**Appendix B – David Anderson Deposition Designations**

| | |
|---|---|
| 448:19 -448:25 | |
| 449:3 -449:9 | |
| 449:12 -449:17 | |
| 449:20 -450:12 | |
| 450:15 -451:7 | |
| 451:10 -451:17 | |
| 452:9 -452:13 | |
| 452:17 -452:19 | |
| 452:21 -453:1 | |
| 453:4 -453:15 | |
| 453:18 -453:23 | |
| 454:2 -454:10 | |
| 454:13 -454:19 | |
| 454:22 -455:4 | |
| 455:7 -455:14 | |
| 455:19 -455:20 | |

# APPENDIX C

**Appendix C – James Chiu Deposition Designations**

| Line/Page | Counter-Designations/Objections |
|---|---|
| 30(b)(6) Testimony | |
| 5:7-10 | |
| 5:21-25 | |
| 7:11-14 | |
| 7:17-17 | |
| 7:17-18 | |
| 8:10-17 | |
| 13:1-2 | |
| 13:6-12 | |
| 14:25-15:16 | |
| 16:12-17 | |
| 17:8-20 | |
| 26:5-11 | |
| 26:14-19 | |
| 27:11-13 | |
| 27:15-28:3 | |
| 28:5-20 | |
| 29:25-25 | |
| 30:1-2 | |
| 30:7-14 | |
| 30:21-22 | |
| 31:6-7 | |
| 31:10-16 | |
| 31:19-32:2 | |
| 34:9-20 | |
| 35:11-16 | |
| 35:19-21 | |
| 37:6-8 | |
| 37:19-25 | |
| 38:5-18 | |
| 38:21-39:2 | |
| 39:5-12 | |
| 39:19-40:5 | |
| 40:14-17 | |
| 40:20-24 | |
| 41:2-4 | |
| 41:6-7 | |
| 41:10-14 | |
| 41:17-18 | |
| 43:6-7 | |
| 43:13-16 | |
| 43:18-21 | |
| 43:24-44:14 | |
| 44:17-45:1 | |
| 45:4-12 | |

| | |
|---|---|
| 45:15-23 | |
| 46:2-9 | |
| 46:11-17 | |
| 46:19-47:1 | |
| 47:4-25 | |
| 48:1-12 | |
| 48:17-18 | |
| 48:21-23 | |
| 50:11-12 | |
| 50:15-21 | |
| 50:25-25 | |
| 51:1-4 | |
| 51:6-7 | |
| 51:23-52:4 | |
| 52:6-18 | |
| 53:4-25 | |
| 54:1-5 | |
| 54:9-16 | |
| 55:9-13 | |
| 57:5-8 | |
| 57:11-25 | |
| 58:1-1 | |
| 58:4-11 | |
| 58:14-21 | |
| 58:24-25 | |
| 59:1-5 | |
| 59:8-12 | |
| 59:14-18 | |
| 59:21-60:4 | |
| 60:7-10 | |
| 60:12-18 | |
| 60:21-22 | |
| 61:7-10 | |
| 61:23-24 | |
| 62:1-8 | |
| 62:10-63:12 | |
| 66:17-67:16 | |
| 67:24-68:4 | |
| 71:9-25 | |
| 72:17-20 | |
| 77:17-19 | |
| 77:22-78:6 | |
| 78:8-9 | |
| 83:1-6 | |
| 83:11-22 | |
| 83:24-25 | |

Appendix C – James Chiu Deposition Designations

| | |
|---|---|
| 84:1-11 | |
| 84:13-16 | |
| 88:24-25 | |
| 89:1-9 | |
| 92:10-93:3 | |
| 93:6-25 | |
| 94:1-9 | |
| 94:11-22 | |
| 94:25-25 | |
| 95:1-7 | |
| 95:11-17 | |
| 95:21-96:3 | |
| 96:6-18 | |
| 97:4-7 | |
| 97:10-24 | |
| 97:25-98:3 | |
| 98:7-8 | |
| 98:10-25 | |
| 99:1-7 | |
| 99:10-13 | |
| 99:15-17 | |
| 99:21-23 | |
| 100:10-25 | |
| 101:1-16 | |
| 103:2-11 | |
| 103:20-21 | |
| 103:25-105:1 | |
| 105:10-20 | |
| 105:23-25 | |
| 106:1-1 | |
| 106:3-12 | |
| 106:16-25 | |
| 107:1-16 | |
| 107:19-22 | |
| 108:1-7 | |
| 108:9-20 | |
| 108:24-109:5 | |
| 109:8-12 | |
| 113:3-5 | |
| 113:7-25 | |
| 114:1-2 | |
| 114:7-8 | |
| 116:25-117:9 | |
| 122:8-13 | |
| 122:15-21 | |
| 130:17-19 | |

**Appendix C – James Chiu Deposition Designations**

| | |
|---|---|
| 131:1-6 | |
| 131:11-24 | |
| 147:2-13 | |
| 147:16-22 | |
| 147:25-148:7 | |
| 148:10-11 | |
| 149:5-12 | |
| 149:15-22 | |
| 152:11-153:1 | |
| 153:4-9 | |
| 155:25-156:2 | |
| 156:5-17 | |
| 156:21-23 | |
| 167:1-2 | |
| 167:5-8 | |
| 167:10-24 | |
| 171:11-12 | |
| 171:15-19 | |
| 171:21-172:3 | |
| 172:5-10 | |
| 174:10-11 | |
| 174:14-16 | |
| 174:22-22 | |
| 174:25-175:2 | |
| 175:7-13 | |
| 176:19-23 | |
| 177:2-3 | |
| 178:13-14 | |
| 178:17-20 | |
| 178:22-179:13 | |
| 179:16-19 | |
| 194:19-199:21 | |
| 199:22-200:5 | |
| 200:6-7 | |
| 202:16-25 | |
| 203:2-3 | |
| 213:2-3 | |
| 213:6-9 | |
| 213:11-14 | |
| 213:16-19 | |
| 213:21-25 | |
| 214:7-8 | |
| 214:12-14 | |
| 221:2-5 | |
| 221:9-14 | |
| 221:18-23 | |

Appendix C – James Chiu Deposition Designations

| | |
|---|---|
| 222:1-5 | |
| 222:7-8 | |
| 223:13-15 | |
| 223:18-224:1 | |
| 224:4-15 | |
| 224:18-25 | |
| 225:1-2 | |
| 225:3-7 | |
| 225:18-19 | |
| 225:21-25 | |
| 226:1-2 | |
| 226:5-10 | |
| 226:13-22 | |
| 226:25-25 | |
| 227:1-6 | |
| 227:10-15 | |
| 227:18-18 | |
| 227:20-21 | |
| 227:23-228:4 | |
| 228:6-10 | |
| 228:13-17 | |
| 228:19-24 | |
| 229:1-6 | |
| 229:9-13 | |
| 229:16-25 | |
| 230:1-5 | |
| 230:7-12 | |
| 230:15-21 | |
| 230:23-231:2 | |
| 231:5-8 | |
| 231:11-15 | |
| 231:17-17 | |
| 232:16-18 | |
| 232:21-25 | |
| 233:1-11 | |
| 233:14-19 | |
| 234:3-4 | |
| 234:7-10 | |
| 234:13-13 | |
| 235:4-5 | |
| 235:8-14 | |
| 235:17-25 | |
| 236:3-8 | |
| 236:10-11 | |
| 236:14-22 | |
| 236:25-237:4 | |

**Appendix C – James Chiu Deposition Designations**

| | |
|---|---|
| 237:6-13 | |
| 237:14-20 | |
| 237:24-25 | |
| 238:1-2 | |
| 238:4-11 | |
| 238:15-15 | |
| 238:15-15 | |
| 239:17-22 | |
| 239:25-240:6 | |
| 240:9-11 | |
| 241:8-10 | |
| 241:13-14 | |
| 241:24-242:2 | |
| 242:6-10 | |
| 242:12-12 | |
| 244:13-16 | |
| 244:19-21 | |
| 244:25-245:3 | |
| 245:6-7 | |
| 246:3-5 | |
| 246:8-9 | |
| 246:13-23 | |
| 247:2-12 | |
| 247:15-15 | |
| 248:19-21 | |
| 248:25-25 | |
| 249:1-3 | |
| 249:5-9 | |
| 249:11-16 | |
| 249:20-21 | |
| 251:4-9 | |
| 251:12-12 | |
| 254:5-6 | |
| 254:9-10 | |
| 254:14-15 | |
| 254:18-18 | |
| **Personal Testimony** | |
| 7:5-7 | |
| 7:10-14 | |
| 7:17-25 | |
| 9:7-9 | |
| 9:12-13 | |
| 15:8-16:5 | |
| 16:8-17 | |
| 16:20-22 | |
| 18:13-25 | |

Appendix C – James Chiu Deposition Designations

| | |
|---|---|
| 19:1-9 | |
| 19:12-25 | |
| 20:1-1 | |
| 20:3-7 | |
| 20:20-22 | |
| 21:9-10 | |
| 21:12-15 | |
| 21:18-22 | |
| 22:1-4 | |
| 22:7-15 | |
| 22:17-17 | |
| 23:20-25 | |
| 24:1-4 | |
| 24:6-12 | |
| 24:15-20 | |
| 25:9-25 | |
| 26:1-3 | |
| 26:7-7 | |
| 30:9-12 | |
| 30:14-19 | |
| 30:22-31:2 | |
| 31:4-8 | |
| 31:12-17 | |
| 31:19-24 | |
| 32:1-5 | |
| 32:7-7 | |
| 36:3-12 | |
| 36:17-25 | |
| 37:1-7 | |
| 37:9-20 | |
| 37:23-25 | |
| 38:1-7 | |
| 38:10-25 | |
| 39:2-5 | |
| 39:7-16 | |
| 39:18-22 | |
| 39:25-25 | |
| 40:1-3 | |
| 40:5-21 | |
| 40:24-41:14 | |
| 41:17-20 | |
| 41:22-25 | |
| 42:1-7 | |
| 42:10-14 | |
| 42:16-25 | |
| 43:1-1 | |

| | |
|---|---|
| 43:4-4 | |
| 43:6-13 | |
| 43:17-25 | |
| 44:4-7 | |
| 44:9-14 | |
| 44:18-23 | |
| 45:20-25 | |
| 46:1-4 | |
| 46:7-19 | |
| 46:22-25 | |
| 47:1-3 | |
| 47:6-11 | |
| 47:15-25 | |
| 48:3-8 | |
| 48:10-15 | |
| 50:23-25 | |
| 51:1-6 | |
| 51:9-9 | |
| 54:7-9 | |
| 54:12-12 | |
| 54:21-25 | |
| 55:1-8 | |
| 55:11-15 | |
| 55:19-23 | |
| 56:1-4 | |
| 56:8-8 | |
| 56:12-14 | |
| 56:17-21 | |
| 56:24-24 | |
| 57:1-2 | |
| 57:5-10 | |
| 57:13-16 | |
| 57:24-24 | |
| 58:14-25 | |
| 59:1-10 | |
| 59:14-25 | |
| 60:1-1 | |
| 60:5-6 | |
| 66:1-18 | |
| 66:20-24 | |
| 67:2-17 | |
| 67:19-21 | |
| 67:23-25 | |
| 68:1-69:2 | |
| 69:4-22 | |
| 70:1-6 | |

Appendix C – James Chiu Deposition Designations

| | |
|---|---|
| 70:9-18 | |
| 70:21-24 | |
| 71:3-7 | |
| 71:10-14 | |
| 71:19-23 | |
| 71:25-25 | |
| 72:1-8 | |
| 72:11-18 | |
| 72:24-73:4 | |
| 73:7-11 | |
| 73:14-20 | |
| 73:25-25 | |
| 74:1-25 | |
| 75:1-4 | |
| 75:8-16 | |
| 79:19-25 | |
| 80:1-4 | |
| 80:6-10 | |
| 80:13-13 | |
| 80:17-18 | |
| 80:21-25 | |
| 83:18-25 | |
| 84:4-10 | |
| 84:12-15 | |
| 84:18-25 | |
| 85:1-17 | |
| 85:22-86:6 | |
| 86:8-8 | |
| 86:14-87:11 | |
| 87:14-24 | |
| 88:2-6 | |
| 88:8-8 | |
| 88:8-8 | |
| 88:9-14 | |
| 88:17-22 | |
| 88:24-25 | |
| 89:1-8 | |
| 89:10-17 | |
| 89:19-22 | |
| 89:24-25 | |
| 90:2-4 | |
| 90:7-10 | |
| 90:12-16 | |
| 90:19-23 | |
| 91:1-13 | |
| 91:17-17 | |

**Appendix C – James Chiu Deposition Designations**

| | |
|---|---|
| 92:20-23 | |
| 93:8-18 | |
| 95:12-25 | |
| 96:1-11 | |
| 97:17-25 | |
| 98:8-12 | |
| 98:16-22 | |
| 98:25-25 | |
| 99:2-7 | |
| 99:10-14 | |
| 99:16-23 | |
| 100:1-12 | |
| 100:15-18 | |
| 100:21-21 | |
| 113:21-24 | |
| 114:8-16 | |
| 118:9-119:3 | |
| 119:6-8 | |
| 119:11-14 | |
| 119:17-120:10 | |
| 120:12-13 | |
| 123:9-9 | |
| 123:11-20 | |
| 123:23-25 | |
| 124:8-16 | |
| 126:8-127:13 | |
| 127:15-128:1 | |
| 128:4-5 | |
| 128:20-129:3 | |
| 129:14-130:17 | |
| 131:18-19 | |
| 131:21-132:10 | |
| 132:13-20 | |
| 132:23-133:12 | |
| 134:23-25 | |
| 135:4-10 | |
| 135:14-15 | |
| 144:21-145:25 | |
| 146:3-4 | |
| 173:10-17 | |
| 173:20-174:10 | |
| 174:14-20 | |
| 174:22-175:2 | |
| 175:6-9 | |
| 175:13-17 | |
| 175:19-176:4 | |

Appendix C – James Chiu Deposition Designations

| | |
|---|---|
| 178:7-23 | |
| 180:3-3 | |
| 180:8-181:4 | |
| 181:12-12 | |
| 181:14-182:6 | |
| 182:8-8 | |
| 183:10-12 | |
| 183:14-187:8 | |
| 187:12-24 | |
| 188:3-9 | |
| 188:11-12 | |
| 195:9-17 | |
| 195:21-21 | |
| 195:24-196:6 | |
| 196:23-198:1 | |
| 199:23-200:6 | |
| 200:10-201:20 | |
| 201:23-202:6 | |
| 202:10-23 | |
| 203:2-5 | |
| 203:16-20 | |
| 203:22-204:2 | |
| 204:5-8 | |
| 212:3-8 | |
| 212:11-15 | |
| 212:17-213:1 | |
| 213:3-7 | |
| 213:9-13 | |
| 213:17-21 | |
| 213:25-214:2 | |
| 217:16-218:3 | |
| 218:6-12 | |
| 218:15-22 | |
| 220:4-13 | |
| 220:16-23 | |
| 220:25-221:4 | |
| 221:6-15 | |
| 221:18-24 | |
| 222:3-9 | |
| 222:12-22 | |
| 225:19-22 | |
| 226:1-4 | |
| 226:16-22 | |
| 227:8-11 | |
| 227:15-19 | |
| 248:16-17 | |

**Appendix C – James Chiu Deposition Designations**

| | |
|---|---|
| 248:20-24 | |
| 249:1-2 | |
| 249:24-24 | |
| 250:3-3 | |
| 284:14-20 | |
| 284:23-285:4 | |
| 288:21-22 | |
| 289:1-6 | |
| 289:10-12 | |
| 290:2-5 | |
| 290:24-291:5 | |
| 291:7-10 | |
| 291:12-292:9 | |
| 292:12-13 | |