SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
LEO D. CASERIA, Cal. Bar No. 240323
THOMAS DILLICKRATH, (admitted *pro hac vice*)
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Telephone:    202.747.1900
Facsimile:    202.747.1901
E-mail:        lcaseria@sheppardmullin.com
              tdillickrath@sheppardmullin.com

MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
HELEN C. ECKERT, Cal. Bar No. 240531
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:    415.434.9100
Facsimile:    415.434.3947
E-mail:        mscarborough@sheppardmullin.com
              dballard@sheppardmullin.com
              heckert@sheppardmullin.com
              jsiu@sheppardmullin.com

Attorneys for Defendants NINGBO SUNNY
ELECTRONIC CO., LTD., SUNNY OPTICS,
INC., and MEADE INSTRUMENTS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars, a California corporation,<br><br>              Plaintiff,<br><br>        v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1-25,<br><br>              Defendants. | Case No. 5:16-cv-06370-EJD-VKD<br>*Assigned To:  Honorable Edward J. Davila*<br><br>**DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFF'S AMENDED DEPOSITION DESIGNATIONS OF VICTOR ANICETO**<br><br>Compl.:              November 1, 2016<br>First Am. Compl:    November 3, 2017<br>Trial Date:          October 22, 2019 |

1    Pursuant to the Court's Pretrial Order dated May 2, 2019 (ECF No. 239), the Court's Order

2  re Pretrial Conference dated October 18, 2019 (ECF No. 418), and Section 7 of Judge Davila's

3  Standing Order for Civil Cases ("Standing Order"), Defendants Ningbo Sunny Electronic, Co.,

4  Ltd., Sunny Optics, Inc., and Meade Instruments Corp. ("Defendants") hereby respectfully submit

5  as **Attachment A** Defendants' objections and counter-designations to Plaintiff Optronic

6  Technologies, Inc.'s ("Orion") amended deposition designations of Victor Aniceto, along with a

7  corresponding Objection Key Code Chart as **Attachment B**.  **Attachments C and D** are the

8  relevant excerpts from the deposition transcripts of Victor Aniceto, reflecting Plaintiff's

9  designations in green and Defendants' counter-designations in blue.

10

11  Dated:  November 5, 2019

12                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

13

14                        By        _/s/ Leo D. Caseria_
                                    LEO D. CASERIA

15
                                 Attorneys for Defendants
16                        NINGBO SUNNY ELECTRONIC CO., LTD.,
                              SUNNY OPTICS, INC., and
17                            MEADE INSTRUMENTS CORP.

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:16-cv-06370-EJD-VKD
SMRH:4814-8897-9115.1          DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS
                                              TO PLAINTIFF'S AMENDED DEPOSITION DESIGNATIONS