J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
    theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT<br><br>**Compl. Filed:** Nov. 1, 2016<br>**First Am. Compl.:** Nov. 3, 2017<br>**Final Pretrial Conf.:** Oct. 10, 2019<br>**Trial Date:** Oct. 15, 2019 |

Case No.: 5:16-cv-06370-EJD-VKD
[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT

Trial began in this matter on October 15, 2019. To facilitate Plaintiff Optronic Technologies, Inc.'s ("Orion") presentation during trial, the Court hereby ORDERS that Orion may bring the following equipment into Courtroom 4 from November 5, 2019 to November 22, 2019 for its use in Courtroom 4:

1. Three telescopes

**IT IS SO ORDERED**.

Dated:  Nov. 5  , 2019

Honorable Edward J. Davila
United States District Judge