UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

# TITLE: Optronic v Ningbo Sunny
# CASE NUMBER: 5:16cv06370EJD

## Minute Order and Trial Log

Date: 11/5/2019
Time in Court: 8:09-8:28am,9:00-10:42,11:01-12:06pm,1:15-3:10,3:25-5:15 pm
**Total: 6 Hrs. 51 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez/Lee-Anne Shortridge

**APPEARANCES:**
Plaintiff Attorney(s) present: Noah Hagey, Matthew Borden, Ronald Fisher, Jeffrey Theodore
Defendant Attorney(s) present: Michael Scarborough, Thomas Dillickrath, Leo Caseria, Dylan Ballard, Joy Siu

**PROCEEDINGS: Jury Trial (Day 7)**

**Further Jury Trial held. Testimony heard and evidence entered**
**Witness #2 Joseph Lupica, Witness #3 Deborah Woodward**

Please see trial log attached.
Further Jury Trial set for Wednesday, November 6, 2019 at 8:30 am

**The following exhibits are marked for identification:**
Plaintiffs: 1078,1929,1301,1076,1480,1172,1205,1393,1307,1396,1397,1438,1082,1422,1423, 1317,1085,1013,1088,1311,1805,1315,1313,1083,1096
Defendants: None

**The following exhibits are admitted into evidence:**
Plaintiffs: **1078(1st pg. & 2nd pg. top portion only),1301,1076(w/Redaction),1480,1172,1205,1393,1307,1396,1397,1438,1082,1422,1423, 1317,1085,1013,1088,1311,1805,1315,1313,1083,1096\***
Defendants: None
**\*DISPLAYED TO JURY – Record reflects not moved into evidence\***
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:  Optronic v Ningbo Sunny
Case No:  16cv06370EJD

## TRIAL LOG

| TRIAL DATE: 11/5/2019 | | | REPORTER(S):<br> Irene Rodriguez/Lee-Anne Shortridge | CLERK:<br> Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:09 am | Court in session outside presence of Jury re trial schedule | |
| | | 8:28 am | Court takes recess | |
| | | 9:00 am | Jury seated.  Court in session with Counsel | |
| CX | | 9:00 am | AS-ON cross examination of W#2 Joseph Lupica resumes by Plaintiff's Counsel Noah Hagey | |
| | | 9:09 am | **Sidebar (Objection re Exhibit 1078)** | |
| | | 9:20 am | Examination resumes | |
| EX | | | **ADMITTED – EX 1078 (First pg. and top of Second pg. ONLY)** | |
| EX | | | IDENTIFICATION – EX 1929 | |
| EX | | | **ADMITTED – EX 1301** | |
| EX | | | **ADMITTED – EX 1076** | |
| | | 10:42 am | Court takes morning recess 15 mins. | |
| | | 11:01 am | Jury seated. Court in session with Counsel | |
| CX | | | AS-ON cross examination of W#2 resumes | |
| EX | | | **ADMITTED – EX 1480** | |
| EX | | | **ADMITTED – EX 1172** | |

2

| **TRIAL DATE:** 11/5/2019 | | | **REPORTER(S):**<br> Irene Rodriguez/Lee-Anne Shortridge | **CLERK**:<br> Adriana M. Kratzmann |
|---|---|---|---|---|
| EX | | | **ADMITTED – EX 1205** | |
| EX | | | **ADMITTED – EX 1393** | |
| EX | | | **ADMITTED – EX 1307** | |
| EX | | | **ADMITTED – EX 1396** | |
| EX | | | **ADMITTED – EX 1397** | |
| EX | | | **ADMITTED – EX 1438** | |
| | | 12:06pm | Court takes lunch break | |
| | | 1:15 pm | Jury seated.  Court in session with Counsel | |
| | | 1:20 pm | AS-ON cross examination of W#2 resumes | |
| EX | | | **ADMITTED – EX 1082** | |
| EX | | | **ADMITTED – EX 1422** | |
| EX | | | **ADMITTED – EX 1423** | |
| EX | | | **ADMITTED – EX 1317** | |
| EX | | | **ADMITTED – EX 1085** | |
| EX | | | **ADMITTED – EX 1013** | |
| EX | | | **ADMITTED – EX 1088** | |
| EX | | | **ADMITTED – EX 1311** | |
| EX | | | **ADMITTED – EX 1805** | |
| EX | | | **ADMITTED – EX 1315** | |
| EX | | | **ADMITTED – EX 1313** | |
| EX | | | **ADMITTED – EX 1083** | |

| **TRIAL DATE:** 11/5/2019 | | | **REPORTER(S):** Irene Rodriguez/Lee-Anne Shortridge | **CLERK**: Adriana M. Kratzmann |
|---|---|---|---|---|
| EX | | | **IDENTIFICATION – EX 1096 (DISPLAYED TO JURY) \*\*Counsel should for record move for admission\*\*** | |
| | | 3:08 pm | Jury excused for break | |
| | | 3:08 pm | Court in session outside presence of Jury taking up personal identifiers on Exhibit 1076 to remove address column EXHIBIT 1076 SHALL BE REDACTED PER DISCUSSION | |
| | | 3:10 pm | Court takes 15 mins recess | |
| | | 3:25 pm | Jury seated.  Court in session with Counsel | |
| | DX | 3:25 pm | AS-ON Direct examination of W#2 Joseph Lupica begins by Defendant's Counsel Michael Scarborough | |
| | | 4:03 pm | **Sidebar** | |
| | | 4:06 pm | Direct examination of W#2 resumes | |
| | | 4:21 pm | Direct examination concludes | |
| RCX | | 4:21 pm | AS-ON Re-cross examination of W#2 begins by Plaintiff's Counsel Noah Hagey | |
| | | 4:35 pm | AS-ON Re-cross examination of W#2 concludes and witness excused | |
| | | 4:37 pm | Plaintiff's calls next witness, W#3 Deborah Woodward and witness is sworn | |
| DX | | 4:37 pm | Direct examination of W#3 Deborah Woodward begins by Plaintiff's Counsel Matthew Borden | |
| | | 4:56 pm | Jury excused for the day to return tomorrow at 8:30 am | |
| | | 4:57 pm | Court off the record | |
| | | 4:58 pm | Court back on the record – Court in session outside presence of Jury | |
| | | 5:15 pm | Court adjourns.  Further Jury Trial tomorrow Wednesday 11/6/2019 at 8:30 am | |