UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

# TITLE:  Optronic v Ningbo Sunny
# CASE NUMBER:  5:16cv06370EJD

## Minute Order and Trial Log

Date:  11/6/2019
Time in Court: 8:43-10:30am,10:49-12:07pm,1:20-3:04,3:25-4:53pm
**Total: 6 Hrs. 17 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez/Lee-Anne Shortridge

**APPEARANCES:**
Plaintiff Attorney(s) present: Noah Hagey, Matthew Borden, Ronald Fisher, Jeffrey Theodore
Defendant Attorney(s) present: Michael Scarborough, Thomas Dillickrath, Leo Caseria, Dylan Ballard, Joy Siu

**PROCEEDINGS:  Jury Trial (Day 8)**

**Further Jury Trial held. Testimony heard and evidence entered**
**Witness #3 Deborah Woodward, Witness #4 Victor Aniceto, Witness #5 Jason Espinosa**
Please see trial log attached.
Further Jury Trial set for Friday, November 8, 2019 at 8:30 am

**The following exhibits are marked for identification:**
Plaintiffs: 1322,1323,1028,1042,1041,1930,1931,1932,1084,1096,1439(A) Through(G),1405,1410,1799,1485
Defendants: 2080,2081,2082,2083,2084,2085,2014,2014(A),2036,2038,2061,2106,2087,2194,2199,2171, 2148,

**The following exhibits are admitted into evidence:**
Plaintiffs:  **1322,1323(entire document),1028,1042,1041,1930, 1931,1932,1084,1096,1439(A) through(G),1405,1410,1799,1485**

Defendants:  **2080,2081,2082,2083,2084,2085,2014,2014(A),2036,2038,2061,2106,2194,2199, 2171,2148**

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:   Optronic v Ningbo Sunny
Case No:   16cv06370EJD

# TRIAL LOG

| TRIAL DATE: 11/6/2019 | | | REPORTER(S):  Irene Rodriguez/Lee-Anne Shortridge | CLERK:  Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:43 am | Jury seated. Court in session with Counsel | |
| DX | | 8:44 am | Further direct examination of W#3 continues by Plaintiff's Counsel Matthew Borden | |
| | | 8:53 am | **Sidebar** | |
| | | 8:56 am | Examination resumes | |
| | | 9:00 am | Direct examination of W#3 concludes | |
| | CX | 9:00 am | Cross examination of W#3 begins by Defendant's Counsel Dylan Ballard | |
| | EX | | **ADMITTED – EX 2080** | |
| | EX | | **ADMITTED – EX 2081** | |
| | EX | | **ADMITTED – EX 2082** | |
| | EX | | **ADMITTED – EX 2083** | |
| | EX | | **ADMITTED – EX 2084** | |
| | EX | | **ADMITTED – EX 2085** | |
| | | 9:13 am | Plaintiff's call next witness W#4 Victor Aniceto, witness sworn | |
| CX | | 9:14 am | AS-ON cross examination of W#4 Victor Aniceto by Plaintiff's Counsel Ronald Fisher | |

| **TRIAL DATE:** 11/6/2019 | | | **REPORTER(S):** Irene Rodriguez/Lee-Anne Shortridge | **CLERK**: Adriana M. Kratzmann |
|---|---|---|---|---|
| EX | | | **ADMITTED – EX 1322** | |
| EX | | | **ADMITTED – EX 1323 (The entire document) Pg. 14 was admitted on 10/25/2019** | |
| EX | | | **ADMITTED – EX 1028** | |
| EX | | | **ADMITTED – EX 1042** | |
| EX | | | **ADMITTED – EX 1041** | |
| | | 10:30 am | Court takes 15 min recess | |
| | | 10:49 am | Jury seated.  Court in session with Counsel | |
| | DX | 10:50 am | Direct examination of W#4 Victor Aniceto begins by Defendant's Counsel Leo Caseria | |
| | EX | | **ADMITTED – EX 2014** | |
| | EX | | **ADMITTED – EX 2014(A) Attachment to Ex. 2014 Email** | |
| | EX | | **ADMITTED – EX 2036 (Only as to state of mind)** | |
| | | 12:07pm | Court takes lunch recess | |
| | | 1:20 pm | Jury seated.  Court in session with Counsel | |
| | | 1:24 pm | **Sidebar** | |
| | | 1:27 pm | Examination resumes | |
| | EX | | **ADMITTED – EX 2038 (Only as to state of mind)** | |
| | EX | | **ADMITTED – EX 2061 (Only as to state of mind)** | |
| RCX | | 1:39 pm | AS-ON Re-cross examination of W#4 Victor Aniceto by Plaintiff's Counsel Ronald Fisher | |
| EX | | | **ADMITTED – EX 1930** | |
| EX | | | **ADMITTED – EX 1931** | |

| | | | | |
|---|---|---|---|---|
| **TRIAL DATE:** 11/6/2019 | | | **REPORTER(S):** Irene Rodriguez/Lee-Anne Shortridge | **CLERK**: Adriana M. Kratzmann |
| EX | | | **ADMITTED – EX 1932** | |
| EX | | | **ADMITTED – EX 1084** | |
| | | 2:18 pm | W#4 testimony concludes, and witness is excused | |
| | | 2:19 pm | Plaintiff's moves for the admission of Exhibit 1096 (was displayed on 11/5/2019) | |
| EX | | | **ADMITTED – EX 1096** | |
| | | 2:20 pm | Plaintiff's call next witness, W#5 Jason Espinosa, witness sworn | |
| DX | | 2:21 pm | Direct examination of W#5 Jason Espinosa begins by Plaintiff's Counsel Matthew Borden | |
| EX | | | **ADMITTED – EX 1439(A)** | |
| EX | | | **ADMITTED – EX 1439 (B)** | |
| EX | | | **ADMITTED – EX 1439 (C)** | |
| EX | | | **ADMITTED – EX 1439 (D)** | |
| EX | | | **ADMITTED – EX 1439 (E)** | |
| EX | | | **ADMITTED – EX 1439 (F)** | |
| EX | | | **ADMITTED – EX 1439 (G)** | |
| EX | | | **ADMITTED – EX 1405** | |
| EX | | | **ADMITTED – EX 1410** | |
| EX | | | **ADMITTED – EX 1799** | |
| EX | | | **ADMITTED – EX 1485** | |
| | | 3:04 pm | Court takes 15 min recess | |
| | | 3:25 pm | Jury seated. Court in session with Counsel | |

4

| **TRIAL DATE:** 11/6/2019 | | **REPORTER(S):**<br>Irene Rodriguez/Lee-Anne Shortridge | | **CLERK**:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| | CX | | Cross examination of W#5 Jason Espinosa begins by Defendant's Counsel Joy Siu | |
| | EX | | **ADMITTED – EX 2106** | |
| | EX | | IDENTIFICATION – EX 2087 | |
| | | 3:52 pm | **Sidebar (objection to exhibit 2087)** | |
| | | 4:00 pm | Cross examination resumes | |
| | EX | | **ADMITTED – EX 2194** | |
| | EX | | **ADMITTED – EX 2199** | |
| | EX | | **ADMITTED – EX 2171** | |
| | EX | | **ADMITTED – EX 2148** | |
| | EX | | IDENTIFICATION – EX 2152 | |
| | | 4:27 pm | Jury admonished and excused for the day and to return on Friday 11/8/2019 at 8:30 am | |
| | | 4:28 pm | The Court requested that W#5 steps down and to leave the courtroom | |
| | | 4:28 pm | Court in session outside presence of Jury. Court heard objection to Exhibit 2152 | |
| | | | Court will admit pg. 1 top portion and pg. 6 with redaction, objection sustained as to rest of pg. 1 of Exhibit 2152 | |
| | EX | | **ADMITTED – EX 2152 (Pg.1 top portion, pg. 6 w/redactions)** | |
| | | 4:53 pm | Court adjourned for the day. Further Jury Trial on Friday 11/8/2019 | |