| | |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>　A Limited Liability Partnership<br>　Including Professional Corporations<br>LEO D. CASERIA, Cal. Bar No. 240323<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1422<br>Telephone:　213.620.1780<br>Facsimile:　213.620.1398<br>E-mail:　　lcaseria@sheppardmullin.com | J. Noah Hagey, Esq. (SBN: 262331)<br>hagey@braunhagey.com<br>Matthew Borden, Esq. (SBN: 214323)<br>borden@braunhagey.com<br>Jeffrey M. Theodore, Esq. (SBN: 324823)<br>theodore@braunhagey.com<br>Ronald J. Fisher, Esq. (SBN: 298660)<br>fisher@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>351 California Street, Tenth Floor<br>San Francisco, CA 94104<br>Telephone: (415) 599-0210<br>Facsimile: (415) 276-1808<br><br>ATTORNEYS FOR PLAINTIFF<br>OPTRONIC TECHNOLOGIES, INC |

MICHAEL W. SCARBOROUGH,
Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
HELEN C. ECKERT, Cal. Bar No. 240531
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:　415.434.9100
Facsimile:　415.434.3947
E-mail:
mscarborough@sheppardmullin.com;
dballard@sheppardmullin.com;
heckert@sheppardmullin.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1-25,<br><br>　　　　Defendants. | Case No. 5:16-cv-06370-EJD-VKD<br>*Assigned To:  Honorable Edward J. Davila*<br><br>**JOINT STIPULATION REGARDING ADMISSION OF WRITTEN DISCOVERY**<br><br>Complaint Filed: November 1, 2016<br>First Amended Complaint Filed: November 3, 2017<br>Trial Date: October 22, 2019 |

Plaintiff Optronic Technologies, Inc. d/b/a Orion Telescopes & Binoculars ("Plaintiff") and Defendants Ningbo Sunny Electronics Co., Ltd., Sunny Optics, Inc., and Meade Instruments Corp. (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate to admission of the following written discovery at trial:

| | |
|---|---|
| 2017-05-15 – Meade's Response to Pltf's Reqs for Admissions - Set One | Responses to Requests for Admission 1-14 |
| 2017-05-15 - Meade's Response to Pltf's Special Interrogatories - Set One | Responses to Interrogatories 1-19 |
| 2017-05-15 - Ningbo Sunny Electronic's Response to Pltf's Reqs for Admission - Set One | Responses to Requests for Admission 1-17 |
| 2017-05-15 - Ningbo Sunny Electronic's Response to Pltf's Special Interrogatories - Set One | Responses to Interrogatories 1-18 |
| 2017-05-15 - Sunny Optics' Response to Pltf's Requests for Admission - Set One | Responses to Requests for Admission 1-18 |
| 2018-04-20 - Meade's Supplemental Responses to Special ROGs, Set One | Responses to Interrogatories 1-19 |
| 2018-04-20 - Ningbo Sunny's Supplemental Responses to Special ROGs, Set One | Responses to Interrogatories 1-18 |
| 2018-05-01 - Ningbo Sunny's Responses to Orion's Special Interrogatories, Set Two | Responses to Interrogatories 19-23 |
| 2018-05-31 Ningbo Sunny's Response to Plaintiff's Third Set of Special Interrogatories | Responses to Interrogatories 24-49 |
| 2018-07-12 Meade's Amended Response to Plaintiff's RFAs 10 & 11 | Reponses to Requests for Admission 10 and 11 |
| 2018-07-12 Meade's Supplemental Response to Plaintiff's Special Rog No. 17 | Responses to Interrogatories 17 |
| 2018-07-12 Ningbo Sunny's Amended Responses to Plaintiff's RFAs 5, 13, and 14 | Responses to Requests for Admission 5, 13, and 14 |
| 2017-07-03 Plaintiff's Responses to Meade's First Set of Interrogatories | Responses to Interrogatories 1-22 |
| 2018-04-20 Plaintiff's Confidential Supplemental Responses to Meade's First Set of Interrogatories | Responses to Interrogatories 1-22 |

| | |
|---|---|
| 2018-05-14 Plaintiff's Second Confidential Supplemental Responses to Meade's First Set of Interrogatories | Responses to Interrogatories 1-22 |
| 2018-05-16 Plaintiff's Responses to Ningbo Sunny's First Set of Interrogatories | Responses to Interrogatories 1-8 |
| 2018-05-31 Plaintiff's Objections to Sunny Optic's First Set of Interrogatories | Responses to Interrogatories 1-25 |

Dated: November 8, 2019

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By      */s/ Ronald J. Fisher*
         RONALD J. FISHER

Attorneys for Plaintiff
OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Leo D. Caseria*
         LEO D. CASERIA

Attorneys for Defendants
NINGBO SUNNY ELECTRONIC CO., LTD.,
SUNNY OPTICS, INC., and
MEADE INSTRUMENTS CORP.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Leo Caseria, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

     */s/ Leo D. Caseria*
         Leo Caseria