**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Honorable Edward J. Davila**
Courtroom 1 - 5th Floor

# TITLE:  Optronic v Ningbo Sunny
# CASE NUMBER:  5:16cv06370EJD

## Minute Order and Trial Log

Date:  11/8/2019
Time in Court: 8:10-8:50am,8:53-10:30,10:49-12:03pm,1:16-3:17,3:43-5:12pm
**Total: 7 Hrs. 1 Min.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez/Lee-Anne Shortridge

**APPEARANCES:**
Plaintiff Attorney(s) present: Noah Hagey, Matthew Borden, Ronald Fisher, Jeffrey Theodore
Defendant Attorney(s) present: Michael Scarborough, Thomas Dillickrath, Leo Caseria, Dylan Ballard, Joy Siu

**PROCEEDINGS:  Jury Trial (Day 9)**

**Further Jury Trial held. Testimony heard and evidence entered**
**Witness #5 Jason Espinosa, Witness #6 Junwen (James) Chiu (called out of order) assisted by Mandarin Interpreter Jesse Liu**
Please see trial log attached.
Further Jury Trial set for Wednesday, November 13, 2019 at 8:30 am

**The following exhibits are marked for identification:**
Plaintiffs: 1771,1933,1676,1513,1873,1795,1832,1864,1765,1347,1367,1232,1148,1147,1773, 1775,1602,1269,1762,1180,1183
Defendants: 2197,2019,2067,2041,2406,2419,2096,2098,2399,2404,2405,2111,2090,2088,2089, 2091

**The following exhibits are ADMITTED into evidence:**
Plaintiffs:  **1771,1676,1513, 1873,1795,1832,1864,1765,1347,1367,1232,1148,1147,1773, 1775,1602,1269,1762,1180,1183**

Defendants:  **2197,2019,2067,2041,2406,2419,2096,2098,2399,2404,2405,2111,2090,2088, 2089,2091**

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:   Optronic v Ningbo Sunny
Case No:  16cv06370EJD

## TRIAL LOG

| TRIAL DATE: 11/8/2019 | | | REPORTER(S): Irene Rodriguez/Lee-Anne Shortridge | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:10 am | Court in session outside presence of Jury | |
| | | 8:50 am | Court takes recess | |
| | | 8:53 am | Jury seated. Court in session with Counsel | |
| | | 8:54 am | Plaintiff's calls witness out of order, witness #6 Junwen (James) Chiu, assisted by Mandarin Interpreter Jesse Liu, witness sworn | |
| CX | | 8:54 am | AS-ON cross examination of W#6 begins by Plaintiff's Counsel Noah Hagey | |
| EX | | | **ADMITTED – EX 1771** | |
| EX | | | IDENTIFICATION – EX 1933 – Declaration 7/29/2019 of Chiu with attachments | |
| EX | | | **ADMITTED – EX 1676** | |
| EX | | | **ADMITTED – EX 1513** | |
| EX | | | **ADMITTED – EX 1873** | |
| EX | | | **ADMITTED – EX 1795** | |
| EX | | | **ADMITTED – EX 1832** | |
| EX | | | **ADMITTED – EX 1864** | |
| EX | | | **ADMITTED – EX 1765** | |

2

| TRIAL DATE: 11/8/2019 | | | REPORTER(S): Irene Rodriguez/Lee-Anne Shortridge | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| | | 10:30 am | Court takes 15 min recess | |
| | | 10:49 am | Jury seated. Court in session with Counsel | |
| | | | Examination of W#6 resumes | |
| EX | | | **ADMITTED – EX 1347** | |
| EX | | | **ADMITTED – EX 1367** | |
| EX | | | **ADMITTED – EX 1232** | |
| EX | | | **ADMITTED – EX 1148** | |
| EX | | | **ADMITTED – EX 1147** | |
| EX | | | **ADMITTED – EX 1773** | |
| EX | | | **ADMITTED – EX 1775** | |
| | EX | | **ADMITTED – EX 2197** | |
| | EX | | **ADMITTED – EX 2019** | |
| EX | | | **ADMITTED – EX 1602** | |
| EX | | | **ADMITTED – EX 1269** | |
| | EX | | **ADMITTED – EX 2057** | |
| EX | | | **ADMITTED – EX 1762** | |
| EX | | | **ADMITTED – EX 1180** | |
| | | 12:01pm | Jury excused for lunch | |
| | | 12:01pm | Court in session outside presence of Jury taking up allocation of time for counsel | |
| | | 12:03pm | Court takes lunch recess | |
| | | 1:16 pm | Court in session outside presence of Jury taking up objection to admission of EX 1933 – **Court sustained objection under Rule 403** | |

| | | | |
|---|---|---|---|
| **TRIAL DATE:** 11/8/2019 | | | **REPORTER(S):** Irene Rodriguez/Lee-Anne Shortridge | **CLERK**: Adriana M. Kratzmann |
| | | 1:26 pm | Court takes up scheduling matters for Jury with Counsel outside presence of Jury |
| | | 1:28 pm | Jury seated.  Court in session with Counsel |
| | DX | 1:31 pm | AS-ON direct examination of W#6 Junwen (James) Chiu begins by Defendant's Counsel Michael Scarborough |
| | EX | | **ADMITTED – EX 2041** |
| | EX | | **ADMITTED – EX 2406** |
| | | 3:17 pm | Court takes 15 min recess |
| | | 3:43 pm | Jury seated. Court in session with Counsel |
| | | | Direct examination of W#6 resumes |
| | EX | | **ADMITTED – EX 2419** |
| RCX | | 4:18 pm | AS-ON re-cross examination of W#6 Junwen (James) Chiu begins by Plaintiff's Counsel Noah Hagey |
| EX | | | **ADMITTED – EX 1183** |
| | | 4:37 pm | Witness #6 testimony concludes and is excused |
| | CX | 4:37 pm | Witness #5 Jason Espinosa resumes the stand and resumes cross examination by Defendant's Counsel Joy Siu |
| | EX | | **ADMITTED – EX 2096** |
| | EX | | **ADMITTED – EX 2098** |
| | EX | | **ADMITTED – EX 2399** |
| | EX | | **ADMITTED – EX 2404** |
| | EX | | **ADMITTED – EX 2405** |
| | EX | | **ADMITTED – EX 2111** |
| | EX | | **ADMITTED – EX 2090** |

| | | | |
|---|---|---|---|
| **TRIAL DATE:** 11/8/2019 | | **REPORTER(S):** Irene Rodriguez/Lee-Anne Shortridge | **CLERK**: Adriana M. Kratzmann |
| | EX | | **ADMITTED – EX 2088** |
| | EX | | **ADMITTED – EX 2089** |
| | EX | | **ADMITTED – EX 2091** |
| | | 5:01 pm | W#5 testimony concludes and is excused |
| | | 5:01 pm | Court admonishes the jury and jury excused to return on 11/13/2019 |
| | | 5:04 pm | Court in session outside presence of Jury going over schedule and time allocation |
| | | | Court discussing *Joint Stipulation Regarding Admission of Written Discovery* how to enter into record Dkt. 444 filed 11/8/2019. |
| | | 5:12 pm | Court adjourned. Further Jury trial set for Wednesday 11/13/2019 at 8:30 am |
| | | | |