J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
    theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**PROPOSAL RE SCHEDULING**<br><br>**Compl. Filed:** Nov. 1, 2016<br>**First Am. Compl.:** Nov. 3, 2017<br>**Final Pretrial Conf.:** Oct. 10, 2019<br>**Trial Date:** Oct. 15, 2019 |

Pursuant to the Court's request, Plaintiff Optronic Technologies, Inc. ("Orion") respectfully submits this revised proposal regarding scheduling for the remainder of trial. This proposal is based on the schedule provided by the Court with anticipated 15-minute jury breaks in each of the remaining morning and afternoon sessions. Defendants have advised that they intend to use the full remainder of their time, including 30 minutes of video for Dave Anderson. The below schedule anticipates Plaintiff will expend approximately **6.5 hours** and Defendants will expend approximately **12.5 hours**.

| Date | Plaintiff (6.5 hrs) | Defendants (12.5 hrs) |
|---|---|---|
| Wed, Nov. 13 (7 hrs) | Peter Moreo (direct/redirect) **2.25 hrs** <br> Dave Anderson video **0.25 hrs** <br> Dr. Sasian direct **0.5 hrs** | Peter Moreo cross **3.5 hrs** <br> Dave Anderson video **0.5 hrs** |
| Thurs, Nov. 14 (3.25 hrs - AM) | Dr. Sasian redirect **0.25 hrs** <br> Dr. Zona direct **1.75 hours** | Dr. Sasian cross **1.5 hrs** |
| Fri, Nov. 15 (5 hrs) | Dr. Zona redirect **0.75 hr** | Dr. Zona cross **3.5 hrs** <br> Dr. Saravia direct **1.25 hrs** |
| Mon, Nov. 18 (3.25 hrs - AM) | Dr. Saravia cross **1.0 hr** | Dr. Saravia direct (continuing) **1.75 hrs** <br> Dr. Saravia re-direct **0.5 hr** |
| Tues, Nov. 19 (4 hrs - AM)[1] | CLOSING ARGUMENT | CLOSING ARGUMENT |
| Wed, Nov. 20 (3.25 hrs - PM) | CHARGING INSTRUCTIONS AND BEGINNING OF JURY DELIBERATIONS | |
| Thurs, Nov 21 (All Day) | JURY DELIBERATIONS | |
| Fri, Nov 22 (All Day) | JURY DELIBERATIONS | |

This schedule should allow an hour of additional time at the end of November 18 for overages or lost time during the preceding sessions.

---

[1] For the day of closing argument, Orion proposes that the Court convene between 8:30am and 1:00pm, which would allow for a 20-minute snack break between closings (assuming each side presents a two-hour closing).

| | | |
|---|---|---|
| 1 | Dated: November 12, 2019 | Respectfully submitted, |
| 2 | | BRAUNHAGEY & BORDEN LLP |
| 3 | | |
| 4 | | By:   */s/ Matthew Borden*<br>              Matthew Borden |
| 5 | | Attorneys for Plaintiff<br>Optronic Technologies, Inc., d/b/a Orion |
| 6 | | Telescopes and Binoculars® |