SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LEO D. CASERIA, Cal. Bar No. 240323
THOMAS DILLICKRATH, (admitted *pro hac vice*)
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Telephone:    202.747.1900
Facsimile:    202.747.1901
E-mail:       lcaseria@sheppardmullin.com
              tdillickrath@sheppardmullin.com

MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
HELEN C. ECKERT, Cal. Bar No. 240531
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:    415.434.9100
Facsimile:    415.434.3947
E-mail:       mscarborough@sheppardmullin.com
              dballard@sheppardmullin.com
              heckert@sheppardmullin.com
              jsiu@sheppardmullin.com

Attorneys for Defendants NINGBO SUNNY
ELECTRONIC CO., LTD., SUNNY OPTICS,
INC., and MEADE INSTRUMENTS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1-25,<br><br>Defendants. | Case No. 5:16-cv-06370-EJD-VKD<br>*Assigned To:  Honorable Edward J. Davila*<br><br>**DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFF'S AMENDED DEPOSITION DESIGNATIONS OF DAVE ANDERSON**<br><br>Compl.:            November 1, 2016<br>First Am. Compl:   November 3, 2017<br>Trial Date:        October 22, 2019 |

SMRH:4827-1667-5500

Case No. 5:16-cv-06370-EJD-VKD
DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS
TO PLAINTIFF'S AMENDED DEPOSITION DESIGNATIONS

Pursuant to the Court's Pretrial Order dated May 2, 2019 (ECF No. 239), the Court's Order re Pretrial Conference dated October 18, 2019 (ECF No. 418), and Section 7 of Judge Davila's Standing Order for Civil Cases ("Standing Order"), Defendants Ningbo Sunny Electronic, Co., Ltd., Sunny Optics, Inc., and Meade Instruments Corp. ("Defendants") hereby respectfully submit as **Attachment A** Defendants' objections and counter-designations to Plaintiff Optronic Technologies, Inc.'s ("Orion") amended deposition designations of third-party Dave Anderson, along with a corresponding Objection Key Code Chart as **Attachment B**.

Dated:  November 13, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Leo D. Caseria*
         LEO D. CASERIA

Attorneys for Defendants
NINGBO SUNNY ELECTRONIC CO., LTD.,
SUNNY OPTICS, INC., and
MEADE INSTRUMENTS CORP.

SMRH:4827-1667-5500

-1-   Case No. 5:16-cv-06370-EJD-VKD
DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS
TO PLAINTIFF'S AMENDED DEPOSITION DESIGNATIONS