1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   LEO D. CASERIA, Cal. Bar No. 240323
3  THOMAS DILLICKRATH, (admitted *pro hac vice*)
   2099 Pennsylvania Avenue, NW, Suite 100
4  Washington, D.C. 20006-6801
   Telephone:    202.747.1900
5  Facsimile:    202.747.1901
   E-mail:       lcaseria@sheppardmullin.com
6                tdillickrath@sheppardmullin.com

7  MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
   DYLAN I. BALLARD, Cal. Bar No. 253929
8  HELEN C. ECKERT, Cal. Bar No. 240531
   JOY O. SIU, Cal. Bar No. 307610
9  Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111
10 Telephone:    415.434.9100
   Facsimile:    415.434.3947
11 E-mail:       mscarborough@sheppardmullin.com
                 dballard@sheppardmullin.com
12               heckert@sheppardmullin.com
                 isiu@sheppardmullin.com
13
   Attorneys for Defendants NINGBO SUNNY
14 ELECTRONIC CO., LTD., SUNNY OPTICS,
   INC., and MEADE INSTRUMENTS CORP.
15

16              UNITED STATES DISTRICT COURT

17     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 OPTRONIC TECHNOLOGIES, INC. d/b/a     Case No. 5:16-cv-06370-EJD-VKD
   Orion Telescopes & Binoculars, a California   *Assigned To:  Honorable Edward J. Davila*
19 corporation,
                                          **DEFENDANTS' OPPOSITION TO**
20              Plaintiff,                **PLAINTIFF'S REQUEST FOR JUDICIAL**
                                          **NOTICE**
21        v.
                                          Compl.:          November 1, 2016
22 NINGBO SUNNY ELECTRONIC CO.,           First Am. Compl: November 3, 2017
   LTD., SUNNY OPTICS, INC., MEADE        Trial Date:      October 22, 2019
23 INSTRUMENTS CORP., and DOES 1-25,

24              Defendants.

25

26

27

28

                                          Case No. 5:16-cv-06370-EJD-VKD

Defendants Ningbo Sunny Electronic, Co., Ltd., Sunny Optics, Inc., and Meade Instruments Corp. ("Defendants") hereby respectfully submit Defendants' Opposition to Plaintiff's Request for Judicial Notice.

Facts that are not relevant are not proper subjects of judicial notice. *Adriana Intern. Corp. v. Thoeren*, 913 F.2d 1406, 1410 n.2 (9th Cir. 1990); *CollegeNet, Inc. v. Common Application, Inc.*, 355 F. Supp. 3d 926, 946 (D. Or. 2018) (same); *Neylon v. Cty. of Inyo*, 2016 WL 6834097, at *4 (E.D. Cal. Nov. 21, 2016) ("[I]f an exhibit is irrelevant or unnecessary to deciding the matters at issue, a request for judicial notice may be denied.").

Plaintiff asks the Court to take judicial notice of two Houston Rockets games and the resulting score. These facts are not relevant or necessary to deciding any claims or defenses in this antitrust case involving telescopes.

When questioned about Trial Exhibit 1208, Mr. Ni testified that he did not attend any basketball games with David Shen: "In my memory I don't believe I have watched any basketball game with Mr. Shen." *See* Trial Transcript at 827:11-12. For this additional reason, the details of the outcomes of two different Houston Rockets games are irrelevant and unnecessary.

Plaintiff had ample opportunity to question Mr. Ni about these or other issues over his four days of trial testimony.

Plaintiff's Request for Judicial Notice should be denied.


Dated: November 14, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


*/s/ Leo D. Caseria*
LEO D. CASERIA

Attorneys for Defendants
NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., and MEADE INSTRUMENTS CORP.