UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

# TITLE: Optronic v Ningbo Sunny
# CASE NUMBER: 5:16cv06370EJD

## Minute Order and Trial Log

Date: 11/15/2019
Time in Court: 8:37-8:50am,8:56-10:00,10:30-11:42am,1:10-3:10,3:27-3:36pm
**Total: 4 Hrs. 38 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Noah Hagey, Matthew Borden, Ronald Fisher, Jeffrey Theodore
Defendant Attorney(s) present: Michael Scarborough, Thomas Dillickrath, Leo Caseria, Dylan Ballard, Joy Siu

**PROCEEDINGS: Jury Trial (Day 12)**

**Further Jury Trial held. Testimony heard and evidence entered and concluded**
W#10 John Douglas Zona, W#11 Celeste Saravia

Please see trial log attached.
Further Jury Trial set for Monday November 18, 2019 at 8:30 am with Counsel only. Jury to return on Wednesday November 20, 2019 at 1:30 pm

**The following exhibits are marked for identification:**
Plaintiffs: None

Defendants: 2421,2422

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: None

Defendants: **2421,2422**

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:   Optronic v Ningbo Sunny
Case No:   16cv06370EJD

# TRIAL LOG

| TRIAL DATE: 11/15/2019 | | | REPORTER(S):<br> Irene Rodriguez/Lee-Anne Shortridge | CLERK:<br> Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:37 am | Court in session outside presence of Jury taking up evidentiary issues | |
| | | 8:50 am | Court takes recess | |
| | | 8:56 am | Jury seated. Court in session with Counsel | |
| DX | | 8:56 am | Direct examination of W#10 Dr. Zona resumes by Plaintiffs Counsel Noah Hagey | |
| | | 9:18 am | **Sidebar** | |
| | | 9:19 am | Direct examination resumes | |
| | | 9:48 am | Direct examination concludes | |
| | CX | 9:49 am | Cross examination of W#10 Dr. Zona begins by Defendants Counsel Thomas Dillickrath | |
| | | 9:55 am | Jury excused for 25 min recess | |
| | | 9:55 am | Court in session outside presence of Jury taking up evidentiary issues | |
| | | 10:00 am | Court takes recess | |
| | | 10:30 am | Jury seated. Court in session with Counsel | |
| | CX | | Cross examination resumes of W#10 | |
| | | 10:38 am | **Sidebar** | |
| | | 10:43 am | Cross examination resumes | |

2

| **TRIAL DATE:** 11/15/2019 | | | **REPORTER(S):** Irene Rodriguez/Lee-Anne Shortridge | **CLERK**: Adriana M. Kratzmann |
|---|---|---|---|---|
| | | 11:04 am | **Sidebar** | |
| | | 11:07 am | Cross examination resumes | |
| | EX | | **ADMITTED – EX 2421** | |
| | EX | | **ADMITTED – EX 2422** | |
| | | 11:16 am | **Sidebar** | |
| RDX | | 11:18 am | Re-direct examination of W#10 begins by Plaintiffs Counsel Noah Hagey | |
| | RCX | 11:26 am | Re-cross examination of W#10 begins of Defendants Counsel Thomas Dillickrath | |
| | | 11:26 am | W#10 testimony concludes, and witness is excused | |
| | | 11:26 am | Plaintiffs rest their case | |
| | | 11:27 am | Defendant's make request of civil rules of procedures and the Court takes note and preserves the request made on the record (at **sidebar**) | |
| | | 11:27 am | Defendants begin their case | |
| | | | Defendants call next witness, W#11 Celeste Saravia, witness sworn | |
| | DX | 11:29 am | Direct examination of W#11 Celeste Saravia begins by Defendants Counsel Thomas Dillickrath | |
| | | 11:34 am | Defendants request that W#11 Celeste Saravia be designated as an expert in Antitrust economics. | |
| | | 11:34 am | Court designates W#11 Celeste Saravia as an expert in the area of Antitrust economics | |
| | | 11:40 am | Jury excused for lunch | |
| | | 11:40 am | Court in session with Counsel outside the presence of the Jury | |
| | | 11:42 am | Court takes lunch recess | |
| | | 1:10 pm | Jury seated. Court in session with Counsel | |

| **TRIAL DATE:** 11/15/2019 | | | **REPORTER(S):** Irene Rodriguez/Lee-Anne Shortridge | **CLERK**: Adriana M. Kratzmann |
|---|---|---|---|---|
| | | 1:10 pm | Direct examination of W#11 resumes | |
| | | 1:19 pm | **Sidebar** | |
| | | 1:24 pm | Direct examination of W#11 resumes | |
| | | 2:30 pm | **Sidebar** | |
| | | 2:34 pm | Direct examination of W#11 resumes | |
| CX | | 2:47 pm | Cross examination of W#11 Saravia begins by Plaintiffs Counsel Noah Hagey | |
| | | 3:05 pm | W#11 testimony concludes, and witness is excused | |
| | | 3:06 pm | Defense rests their case.  All presentation of evidence concludes | |
| | | 3:08 pm | Jury excused for the day and to return on Wednesday 11/20/2019 at 1:30 pm | |
| | | 3:09 pm | Court in session outside presence of Jury to go over jury instructions and verdict forms | |
| | | 3:10 pm | Court takes 10 min recess | |
| | | 3:27 pm | Court in session outside presence of Jury regards to verdict form | |
| | | 3:34 pm | Defendant's will file a Rule 50 Judgment as a Matter of Law.  Court preserved Defendant's request and notice of Rule 50 motion.  Defendant to file the motion by Monday 11/18/2019 by 10:00 pm | |
| | | 3:36 pm | Court adjourned for the day.  Further Jury Trial with Counsel <u>only</u> on Monday 11/18/2019 at 8:30 am. | |