UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

# TITLE:  Optronic v Ningbo Sunny
# CASE NUMBER:  5:16cv06370EJD

## Minute Order and Trial Log

Date:  11/19/2019
Time in Court: 8:06-8:58am,10:00am
**Total: 53 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Noah Hagey, Matthew Borden, Ronald Fisher, Jeffrey Theodore
Defendant Attorney(s) present: Michael Scarborough, Thomas Dillickrath, Leo Caseria, Dylan Ballard, Joy Siu

**PROCEEDINGS:  Jury Trial (Day 14)**

**Further Jury Trial held. With Counsel ONLY Jury not present charging conference held.**

Please see trial log attached.
Further Jury trial with Counsel only on Wednesday November 20, 2019 at 1:30 pm to resume charging conference and finalize verdict form.

**The following exhibits are marked for identification:**
Plaintiffs: None

Defendants: None

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: None

Defendants: None

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:  Optronic v Ningbo Sunny
Case No:  16cv06370EJD

# TRIAL LOG

| TRIAL DATE: 11/19/2019 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:06 am | Court in session outside presence of Jury with charging conference | |
| | | 8:58 am | Court off the record | |
| | | 10:00 am | Court back on the record and charging conference to resume at 4:00 pm | |
| | | 12:27pm | Court conducts telephone conference with counsel off the record | |
| | | 12:39pm | Counsel to return at 4:15 pm for further charging conference | |
| | | 4:25 pm | Court confirms meeting time with Counsel off the record | |
| | | 5:14 pm | Counsel meets with Judge in chambers regarding proposed verdict form | |
| | | 6:08 pm | Meeting in chambers concludes.  Court to reconvene tomorrow Wednesday 11/20/2019 at 1:30 pm to finalize verdict form with Counsel only.  Jury to return on Thursday 11/21/2019 at 8:15 am for closing arguments. | |
| | | | | |
| | | | | |

2