J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
    theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**NOTICE RE VERDICT FORM**<br><br>**Compl. Filed:**           Nov. 1, 2016<br>**First Am. Compl.:**     Nov. 3, 2017<br>**Final Pretrial Conf.:** Oct. 10, 2019<br>**Trial Date:**            Oct. 15, 2019 |

1    Pursuant to the Court's direction, Plaintiff Optronic Technologies, Inc. ("Orion") met and
2 conferred with Defendants regarding the parties' verdict form proposals, and hereby files as
3 **Exhibit 1** a proposed verdict form.  Orion understands that the parties concur in the substance of
4 **Exhibit 1** in light of the Court's prior rulings.

Dated: November 20, 2019                    BRAUNHAGEY & BORDEN LLP


                                            By:    /s/ J. Noah Hagey
                                                   J. Noah Hagey

                                            Attorneys for Plaintiff OPTRONIC
                                            TECHNOLOGIES, INC. d/b/a Orion
                                            Telescopes & Binoculars