UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

# TITLE:  Optronic v Ningbo Sunny
# CASE NUMBER: 5:16cv06370EJD

## Minute Order and Trial Log

Date:  11/20/2019
Time in Court: 1:45pm-2:23,2:58-3:27pm
**Total: 1 Hr. 7 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez/Lee-Anne Shortridge

**APPEARANCES:**
Plaintiff Attorney(s) present: Noah Hagey, Matthew Borden, Ronald Fisher, Jeffrey Theodore
Defendant Attorney(s) present: Michael Scarborough, Thomas Dillickrath, Leo Caseria, Dylan Ballard, Joy Siu

**PROCEEDINGS:  Jury Trial (Day 15)**

**Further Jury Trial held. With Counsel ONLY charging conference held, jury not present.**

Please see trial log attached.
Further Jury trial on Thursday November 21, 2019 at 8:30 am closing arguments.

**The following exhibits are marked for identification:**
Plaintiffs: None

Defendants: None

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: None

Defendants: None

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: Optronic v Ningbo Sunny
Case No: 16cv06370EJD

## TRIAL LOG

| TRIAL DATE: 11/20/2019 | | | REPORTER(S): Irene Rodriguez/Lee-Anne Shortridge | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 1:45 pm | Court in session outside presence of Jury resume charging conference | |
| | | 2:23 pm | Court takes recess | |
| | | 2:58 pm | Court in session outside presence of Jury resume charging conference | |
| | | | Court sustains objection and does not admit Exhibit 1933 | |
| | | 3:27 pm | Court adjourned for the day | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2