1  SHEPPARD, MULLIN, RICHTER & HAMPTON
   LLP
2    A Limited Liability Partnership
     Including Professional Corporations
3  LEO D. CASERIA, Cal. Bar No. 240323
   THOMAS DILLICKRATH, (*admitted pro hac vice*)
4  2099 Pennsylvania Avenue, NW, Suite 100
   Washington, D.C. 20006-6801
5  Telephone:    202.747.1900
   Facsimile:    202.747.1901
6  E-mail:    lcaseria@sheppardmullin.com
             tdillickrath@sheppardmullin.com
7

8  MICHAEL W. SCARBOROUGH, Cal. Bar No.
   203524
9  DYLAN I. BALLARD, Cal. Bar No. 253929
   HELEN C. ECKERT, Cal. Bar No. 240531
10 JOY O. SIU, Cal. Bar No. 307610
   Four Embarcadero Center, 17th Floor
11 San Francisco, CA 94111
   Telephone:    415.434.9100
12 Facsimile:    415.434.3947
   E-mail:    mscarborough@sheppardmullin.com
13            dballard@sheppardmullin.com
              heckert@sheppardmullin.com
14            jsiu@sheppardmullin.com

15 ATTORNEYS FOR DEFENDANT
   NINGBO SUNNY ELECTRONIC CO., LTD.
16

J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
    theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC

17              UNITED STATES DISTRICT COURT

18         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 OPTRONIC TECHNOLOGIES, INC. d/b/a
   Orion Telescopes & Binoculars, a California
20 corporation,

21            Plaintiff,

22       v.

23 NINGBO SUNNY ELECTRONIC CO., LTD.,
   SUNNY OPTICS, INC., MEADE
24 INSTRUMENTS CORP., and DOES 1-25,

25            Defendant.

26

27

28

Case No. 5:16-cv-06370-EJD-VKD
*Assigned to: Honorable Edward J. Davila*

**JOINT STIPULATION AND [PROPOSED]
ORDER RE BRIEFING SCHEDULE FOR
PLAINTIFF AND DEFENDANT NINGBO
SUNNY'S POST-TRIAL MOTIONS**

Compl. Filed:  November 1, 2016
Trial Date:  October 22, 2019
Partial Judgment Entered: December 5, 2019

Plaintiff Optronic Technologies, Inc. d/b/a Orion Telescopes & Binoculars ("Plaintiff") and Defendant Ningbo Sunny Electronics Co., Ltd. ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

1.      WHEREAS, on December 5, the Court entered partial judgment in favor of Plaintiff against Defendant (ECF No. 518);

2.      WHEREAS, Plaintiff anticipates filing a motion to amend the judgment to add prejudgment interest pursuant to Federal Rule of Civil Procedure 59(e) and an application for fees and costs pursuant to Rule 54;

3.      WHEREAS, Defendant anticipates filing a renewed motion for judgment as a matter of law pursuant to Rule 50(b), a motion for new trial pursuant to Rule 59, and a motion to amend the judgment pursuant to Rule 59 to set off the value of Plaintiff's settlement with certain Synta entities;

4.      WHEREAS, the parties anticipate possible briefing on Plaintiff's equitable claims;

5.      WHEREAS, the Court ordered counsel for the parties to meet and confer regarding a schedule for post-trial briefing on December 5, 2019 (ECF No. 514);

6.      WHEREAS, counsel for the parties met and conferred on December 12, 2019;

7.      WHEREAS, in the interests of efficiency, in light of the holidays, to accommodate the schedules and availability of the parties and their counsel, and to allow for an orderly briefing of the issues the parties intend to raise, the parties have agreed on a mutual extension of post-trial briefing deadlines and a briefing schedule.

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, through their counsel, that:

(1) The briefing schedule for Plaintiff's motion to amend the judgment pursuant to Federal Rule of Civil Procedure 59, Plaintiff's application for fees and costs pursuant to Rule 54, Defendant's renewed motion for judgment as a matter of law pursuant to Rule 50(b), Defendant's motion for new trial pursuant to Rule 59, and Defendant's motion to amend the judgment pursuant to Rule 59 shall be as follows:

- Opening Briefs Due:  January 16, 2020

-1-

1          • Opposition Briefs Due:  January 30, 2020

2          • Reply Briefs Due:  February 6, 2020

3      (2) The briefing schedule regarding Plaintiff's request for equitable relief shall be as

4  follows:

5          • Plaintiff's Opening Brief Due:  February 20, 2020

6          • Defendant's Opposition Brief Due:  March 5, 2020

7          • Plaintiff's Reply Brief Due:  March 12, 2020

8

9      **IT IS SO STIPULATED**.

10

11  Dated:  December 16, 2019

12                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

13

14                    By    _____
                                        */s/ Leo D. Caseria*
15                                      LEO D. CASERIA

16                         Attorneys for Defendant NINGBO SUNNY
                                    ELECTRONIC CO., LTD.
17

18  Dated:  December 16, 2019

19                              BRAUNHAGEY & BORDEN, LLP

20

21                    By    _____
                                        */s/ Noah Hagey*
22                                      J. NOAH HAGEY

23                         Attorneys for Plaintiff OPTRONIC TECHNOLOGIES
                              INC. d/b/a Orion Telescopes & Binoculars
24

25

26

27

28

1

## **ATTESTATION**

2      Pursuant to Civil Local Rule 5-1(i)(3), I, Leo D. Caseria, attest that all signatories listed,

3  and on whose behalf the filing is submitted, concur in the filing's content and have authorized the

4  filing.

5

6                                                        */s/ Leo D. Caseria*
                                                         Leo D. Caseria
7

8

9

10  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

12
    Dated:  12/16/2019

13                                                     The Honorable Edward J. Davila
                                                       United States District Judge
14

15  The hearing on the anticipated motions under Rules 50, 54, and 59 is set for Febrauary 20, 2020  at
16  9:00 a.m.  The hearing on the anticipated motion for equitable relief is set for April 2, 2020 at 9:00
    a.m.
17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4826-0159-3518.3                          JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING
                                               SCHEDULE FOR POST-TRIAL MOTIONS