J. Noah Hagey, Esq. (SBN: 262331)
      hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
      borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
      theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
      fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S MOTION FOR EQUITABLE RELIEF AND JUDGMENT ON UCL CLAIM**<br><br>**Date:** April 2, 2020<br>**Time:** 9:00 A.M.<br>**Judge:** Hon. Edward J. Davila<br>**Location:** Courtroom 4 – 5th Fl.<br><br>**Compl. Filed:** Nov. 1, 2016<br>**First Am. Compl.:** Nov. 3, 2017<br>**Final Pretrial Conf.:** Oct. 10, 2019<br>**Trial Date:** Oct. 15, 2019<br><br>**Judgment:** Dec. 5, 2019 |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EQUITABLE RELIEF**

Having carefully considered the papers, evidence, trial record, jury findings, and arguments presented, and for good cause showing, the Court GRANTS Plaintiff's Motion for Equitable Relief and Judgment on UCL Claim as follows:

1. Plaintiff Optronic Technologies, Inc. ("Orion") has shown that it is entitled to injunctive relief under Section 16 of the Clayton Act. 15 U.S.C. § 26; *eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388 (2006).

2. Orion has also shown that it is entitled to injunctive relief under California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq.*

3. Defendant shall:

    a. Supply Meade on non-discriminatory terms (*i.e.*, most-favored-customer terms) for five years after the entry of this Order. *Image Tech. Servs., Inc. v. Eastman Kodak Co.*, 125 F.3d 1195 (9th Cir. 1997). Should Defendant obtain a stay of this Order, such stay shall also toll the five-year supply period during the pendency of the stay.

    b. Supply Orion on non-discriminatory terms for five years after the entry of this Order. Should Defendant obtain a stay of this Order, such stay shall also toll the five-year supply period during the pendency of the stay.

    c. Refrain from communicating with Suzhou Schmidt Optical Technology Co. Ltd., Nantong Schmidt Opto-Electrical Technology Co., Ltd, Good Advance Industries, Ltd., Celestron Acquisition, LLC, Synta Technology Corp., Atlas E-Commerce, LLC, SW Technology Corp., and David Shen (the "Synta Entities") about the prices of telescopes and accessories.

    d. Refrain from sharing customer information with the Synta Entities, including but not limited to statistics about which products Defendant's customers are buying, how much Defendant is charging for those products, and the volume of purchases from Defendant.

   e. Refrain from communicating with the Synta Entities about which products Defendant and the Synta Entities will manufacture.

   f. Refrain from participating in any internal meetings or strategy sessions in which any representative from a competitor, including David Shen or any employee of the Synta Entities, is in attendance.

 4. Judgment shall be entered in Orion's favor on its claim under the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq.* Orion shall submit a proposed form of judgment that reflects this Order within 10 days.

**IT IS SO ORDERED.**

_____
The Honorable Edward J. Davila
United States District Judge