UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., et al.,<br><br>Defendants. | Case No. 16-cv-06370-EJD (VKD)<br><br>**ORDER RE DISCOVERY DISPUTE RE PLAINTIFF'S INTERROGATORY NO. 4**<br><br>Re: Dkt. No. 585 |

The parties dispute whether defendant Ningbo Sunny Electronic Co. ("Ningbo Sunny") should be required to provide more information in response to plaintiff Optronic Technologies, Inc.'s ("Orion") post-judgment Interrogatory No. 4. Dkt. No. 585. The Court has reviewed the parties' joint submission and concludes this matter is suitable for resolution without a hearing. Civ. L.R. 7-1(b).

Interrogatory No. 4 asks Ningbo Sunny in relevant part: "Have you or your agents had any non-written communications with the Synta Entities, or their agents, related to this litigation within the last six (6) months? If so, please describe who the participants were and what was discussed." Dkt. No. 585-2 at 4. Subject to objections not at issue in this dispute, Ningbo Sunny responded to this interrogatory as follows: "Ningbo Sunny employees and management have not had any non-written communications with the Synta Entities regarding this litigation in the past six months. Ningbo Sunny's attorneys have occasionally communicated with attorneys for Synta Entities to provide information or a status update regarding proceedings in this case." *Id.*

Orion argues that Ningbo Sunny should be required to identify the date, participants, and substance of each responsive communication. Dkt. No. 585 at 2. Ningbo Sunny argues that it has

made a reasonable effort to respond, and that requiring it to provide further detail would be unduly burdensome.  *Id.* at 3.

While the additional information Orion seeks is likely to be of marginal relevance, in view of Ningbo Sunny's current response to Interrogatory No. 4, the Court concludes that providing additional responsive information would not be unduly burdensome for Ningbo Sunny or its counsel.  The interrogatory covers a limited period of time during which responsive communications occurred only "occasionally."  The Court anticipates that the approximate dates, participants, and subject matter of those occasional communications are likely reflected in counsel's billing records, notes, or calendar entries, and that these materials are reasonably available to counsel.

Ningbo Sunny must serve an amended response to Interrogatory No. 4 no later than **March 11, 2020**.

**IT IS SO ORDERED.**

Dated:   March 4, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge