UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC,<br><br>    Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 16-cv-06370-EJD (VKD)<br><br>**ORDER SETTING MARCH 17, 2020 DISCOVERY STATUS CONFERENCE** |

Having reviewed Ningbo Sunny Electronic Co., Ltd.'s Notice Regarding Discovery Orders (Dkt. No. 603), the Court sets a discovery status conference for March 17, 2020, 10:00 a.m. Any party may appear for that proceeding by telephone. Counsel shall make arrangements for appearance via CourtCall, 866-582-6878. In addition, if a party chooses to appear by telephone, it shall file a notice so stating.

**IT IS SO ORDERED.**

Dated: March 12, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge