SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LEO D. CASERIA, Cal. Bar No. 240323
THOMAS DILLICKRATH, (*admitted pro hac vice*)
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Telephone:    202.747.1900
Facsimile:    202.747.1901
E-mail:       lcaseria@sheppardmullin.com
              tdillickrath@sheppardmullin.com

MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
HELEN C. ECKERT, Cal. Bar No. 240531
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:    415.434.9100
Facsimile:    415.434.3947
E-mail:       mscarborough@sheppardmullin.com
              dballard@sheppardmullin.com
              heckert@sheppardmullin.com
              jsiu@sheppardmullin.com

Attorneys for Defendant
NINGBO SUNNY ELECTRONIC CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1-25,,<br><br>Defendant. | Case No. 5:16-cv-06370-EJD-VKD<br>*Assigned to: Honorable Edward J. Davila*<br><br>**DEFENDANT NINGBO SUNNY ELECTRONIC CO., LTD.'S NOTICE REGARDING COURT'S ORDER RE MOTION FOR ORDER TO SHOW CAUSE (ECF 598)**<br><br>Compl. Filed: November 1, 2016<br>Trial Date: October 22, 2019<br>Partial Judgment Entered: December 5, 2019 |

Defendant Ningbo Sunny Electronic Co., Ltd. ("Ningbo Sunny" or "Defendant") provides this notice regarding Judge Edward J. Davila's March 9, 2020 Order (ECF No. 598). The Court's March 9 Order required Ningbo Sunny to do certain things by today, March 16, 2020.

At page 6, paragraph 5, the Order mandates: "No later than March 16, 2020, Ningbo Sunny shall identify all planned and actual sales of product made by Ningbo Sunny into the United States, whether directly or through an intermediary such as Celestron." According to Ningbo Sunny's Chinese counsel James Zou, Mr. Zou has been informed by James Qiu of Ningbo Sunny that since January 1, 2020, Ningbo Sunny is no longer selling products into the United States, either directly or indirectly.

At page 6, paragraph 3, the Order also mandates: "No later than March 16, 2020, Ningbo Sunny shall provide to Orion a declaration, which is signed and made under penalty of perjury, describing the actions it has taken to ensure that it complied with its post-judgment discovery obligations." According to Ningbo Sunny's Chinese counsel James Zou, Ningbo Sunny will not submit a declaration. Mr. Zou provided the following basis for Ningbo Sunny's decision:

1. There exist some differences in understanding the legal terminology of the "ordinary course of business" between China and the USA. Ningbo Sunny did everything in "good faith", yet the court still found Ningbo Sunny in "bad faith".

   I. It is an ordinary and commercial practice that Ningbo Sunny pushes its clients to make the payment at the end of each Chinese Lunar Year due to the pressure from its Bank and suppliers. Celestron paid Ningbo Sunny between $7.7 million and $4.2 million during the months of January and February in 2016, 2017, 2018, and 2019, and during the same period Ningbo Sunny returned significant amount of money to its bank; both of the above illustrates that it is customary and reasonable for Ningbo Sunny to demand payment at the end of each Chinese Lunar Year (between every January and February, from year to year).

   II. It will be more complicated and against Orion's favor if Ningbo Sunny could not return the bank loan. Obviously, the bank will sue Ningbo Sunny for not satisfying the

outstanding loan, and Ningbo Sunny may be forced to go bankrupt thereafter. If that happens, it will surely go against Orion's favor.

    III.    Ningbo Sunny only asked Celestron to pay "as much as possible" rather than to make the early payment. It is Celestron's sole decision to pay the money that was not due. Also, take Celestron's prior payments were not on time and the Coronavirus situation in China during that time, it is fair and reasonable for Celestron to make the early payment.

    IV.    This is the first time that Ningbo Sunny was involved in a lawsuit in the United States, and the first time to prepare the post-trial discovery, Ningbo Sunny assumed it was demanded to provide the emails prior to December 31, 2019, and do not need to provide Qiu's Email with Celestron, since it was generated after January 1, 2020.

In conclusion, Ningbo Sunny believes all its practices were in "good faith", and in consist with Peter Ni's former declaration, however, due to some differences in understanding the US Legal terminology and differences in business customary between the United States and China, it was still be found as "bad faith". Therefore, to avoid any further troublesome. Ningbo Sunny will not sign any further declaration.

    2.    No one is appropriate to make the declaration now.

    I.    Because of the Coronavirus, Ningbo Sunny has not commenced working on large scale, and many of its employees were not returned to work.

    II.    Also, to be honest, many of Ningbo Sunny's employees are aware of the judgment of this case and are questioning the future of Ningbo Sunny; some of them, like Wen Zhou, have already handed their resignation. It is impossible to ask them to sign the declaration now.

In summary, Ningbo Sunny will not sign any declaration at this stage. Please note that it is not Sunny's intention to disobey the judge's order, but merely afraid of violation of declaration again due to inaccuracy in understanding the US Legal terminology and was unable to locate the right person to sign the declaration.

Dated: March 16, 2020         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                              By      */s/ Leo D. Caseria*
                                         LEO D. CASERIA
                                      Attorneys for Defendant
                                 NINGBO SUNNY ELECTRONIC CO., LTD.