UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC, <br> Plaintiff, <br> v. <br> NINGBO SUNNY ELECTRONIC CO., LTD., et al., <br> Defendants. | Case No. 16-cv-06370-EJD (VKD) <br><br> **ORDER RE DISCOVERY CONFERENCE** |

The Court conducted a discovery conference on March 17, 2020 to discuss the status of defendant Ningbo Sunny's compliance with the Court's prior discovery orders (Dkt. Nos. 593, 594, and 595). As discussed during the conference, the Court orders as follows:

1. Interrogatories Nos. 4, 9, 10, and 12: Counsel for Ningbo Sunny represented that counsel is authorized to serve supplemental responses to these interrogatories on behalf of Ningbo Sunny, but that Ningbo Sunny has not yet identified someone who can verify the responses. Ningbo Sunny shall serve its supplemental responses to these interrogatories, with or without verification, no later than **March 17, 2020**.[1]

2. Interrogatories Nos. 1, 2, 5, 6, 16, and 17: Ningbo Sunny shall serve supplemental responses to these interrogatories (to the extent required by Dkt. No. 594), with or without verification, no later than **March 20, 2020**. If Ningbo Sunny cannot serve some of the supplemental responses by that date, it shall provide a date certain for such service.

---

[1] The Court does not excuse the verification requirement for any interrogatory responses.

3. Declaration required by Dkt. No. 595: Counsel for Ningbo Sunny indicated at the hearing that Ningbo Sunny's Chinese counsel, James Zhou, has knowledge of how Ningbo Sunny conducted a search for documents responsive to Orion's post-judgment document requests. Ningbo Sunny may attempt to satisfy its obligations to the Court as set out in the order at Dkt. No. 595 by submitting a factual declaration of Mr. Zhou regarding how Ningbo Sunny conducted a search for responsive documents. Such declaration shall be filed no later than **March 20, 2020**.

**IT IS SO ORDERED.**

Dated: March 17, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge