UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., et al.,<br><br>Defendants. | Case No.  5:16-cv-06370-EJD<br><br>**FINAL JUDGMENT AS TO DEFENDANT NINGBO SUNNY** |

On November 26, 2019 the jury returned a verdict (Dkt. No. 501) (the "Verdict") in favor of Plaintiff Optronic Technologies, Inc. ("Plaintiff") against Defendant Ningbo Sunny Electronic Co. Ltd. ("Defendant") as to Orion's claims for damages under Section 1 of the Sherman Act, Section 2 of the Sherman Act, Section 7 of the Clayton Act, and the California Cartwright Act, Cal. Bus. & Profs. Code § 16600, et seq. (collectively, the "Damages Claims")

On December 5, 2019, the Court entered Partial Judgment on the jury's verdict in the amount of $50,400,000 in accordance with the Verdict's award of $16,800,000 in damages as trebled pursuant to 15 U.S.C. § 15(a).  Dkt. No. 518.

On April 3, 2020 an Amended Partial Judgment was entered on the Damages Claims in the amount of $52,030,371.73 in accordance with the partial judgment, with $3,100,000 then deducted to offset Plaintiff's Settlement and Supply Agreement with Defendant's settling coconspirators, and with $4,730,371.73 then added to account for Plaintiff's attorneys' fees and costs (Dkt. No. 629), with post-judgment interest thereon from the date of entry of the judgment at the applicable federal post-judgment interest rate until paid in full.  Dkt. No. 630.

On April 9, 2020, the Court entered an Order Granting Plaintiff's Motion for Equitable

CASE NO.: 5:16-CV-06370-EJD
FINAL JUDGMENT AS TO DEFENDANT NINGBO SUNNY

1

Relief And Judgment on UCL Claim. Dkt. No. 635.

Final Judgment is hereby entered in accordance the December 5, 2019 Partial Judgment, the April 3, 2020 Amended Partial Judgment, and April 9, 2020 Order Granting Plaintiff's Motion for Equitable Relief and Judgment on UCL Claim.

This Final Judgment is without prejudice to the Court's jurisdiction to enter judgment upon application by Plaintiff against Defendants Meade Instruments, Corp. and Sunny Optics, Inc. upon lifting of the automatic stay imposed by their respective bankruptcy filings.

**IT IS SO ORDERED.**

Dated: April 9, 2020

EDWARD J. DAVILA
United States District Judge