UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., et al.,<br><br>Defendants. | Case No. 5:16-cv-06370-EJD<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR FURTHER CLARIFICATION** |

On April 22, 2020, Plaintiff filed a Motion for Further Clarification or, in the Alternative, for Order Declaring an Assignment of Assets to Orion (the "Motion") (Dkt. No. 644).

Defendant's response to the Motion, if any, must be filed no later than May 6, 2020. The Court finds that a reply brief in support of the Motion will not be necessary. The Motion will be heard on May 8, 2020 at 10:00 A.M., at the same time as the pending Motion to Withdraw (Dkt. No. 589).

**IT IS SO ORDERED.**

Dated: April 27, 2020

EDWARD J. DAVILA
United States District Judge

CASE NO.: 5:16-CV-06370-EJD
ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR FURTHER CLARIFICATION
1