**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
kevin@kjclawgroup.com
6700 Fallbrook Ave, Suite 207
West Hills, CA 91307
Telephone: (818) 392-8995

*Attorneys for Defendant*
*Ningbo Sunny Electronic Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1-25,<br><br>Defendants. | Case No. 5:16-cv-06370-EJD-VKD<br><br>**NOTICE OF COMPLETE WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT NINGBO SUNNY ELECTRONIC CO., LTD.**<br><br>[Filed concurrently with [Proposed] Order]<br><br>*Assigned to the Hon. Edward J. Davila*<br><br>Complaint Filed: November 1, 2016<br>Trial Date: October 22, 2019<br>Final Judgment Entered: April 9, 2020 |

-1-

NOTICE OF COMPLETE WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF COUNSEL

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Defendant Ningbo Sunny Electronic Co., Ltd. ("Ningbo Sunny") has retained the law firm of KJC Law Group, A Professional Corporation ("KJC Law Group") as its attorneys of record in the above-captioned case.[1] All notices, pleadings, and papers from this point forward shall be served upon:

> **KJC Law Group, A Professional Corporation**
> Kevin J. Cole (SBN 321555)
> *kevin@kjclawgroup.com*
> 6700 Fallbrook Avenue, Suite 207
> West Hills, CA 91307
> Telephone: (818) 392-8995

With the retention of KJC Law Group, Sheppard Mullin is withdrawing as counsel consistent with the Court's May 8, 2020 Order [Dkt. No. 655].

Pursuant to N.D. Cal. Civil L.R. 5-1(c)(2) and L.R. 11-5, Ningbo Sunny respectfully requests an order permitting the complete withdrawal of Sheppard Mullin as its attorneys of record in the above-captioned case and substitution by KJC Law Group.

DATED: May 21, 2020                    Respectfully submitted,

**KJC LAW GROUP, A.P.C.**
By:   /s/ *Kevin J. Cole*
Kevin J. Cole, Esq.
*Attorneys for Defendant*
*Ningbo Sunny Electronic Co., Ltd.*

DATED: May 21, 2020                    **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
By:   /s/ *Leo D. Caseria*
Leo D. Caseria, Esq.
*Attorneys for Defendant*
*Ningbo Sunny Electronic Co., Ltd.*

---

[1] On May 8, 2020, the Court granted Sheppard, Mullin, Richter & Hampton LLP's ("Sheppard Mullin") motion to withdraw as counsel for Ningbo Sunny, but on the condition that Sheppard Mullin continue representing Ningbo Sunny until such time as (i) Plaintiff's motion for contempt [Dkt. No. 624] is resolved, or (ii) 30 days from the Court's order granting Sheppard Mullin's motion to withdraw, whichever is sooner. *See* Court's May 8, 2020 Order [Dkt. No. 655].

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed, or caused to be filed, the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on May 21, 2020. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 21st day of May 2020.

                **KJC LAW GROUP, A.P.C.**
By:  /s/ *Kevin J. Cole*
       Kevin J. Cole, Esq.
       *Attorneys for Defendant*
       *Ningbo Sunny Electronic Co., Ltd.*