UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC,<br><br>    Plaintiff,<br><br>    v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 5:16-cv-06370-EJD<br><br>**ORDER REFERRING MOTION TO MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 644 |

On June 1, 2020, Judge DeMarchi issued an Order Granting In Part And Denying In Part Motion For Sanctions. Dkt. No. 672 (the "Discovery Order"). On June 17, 2020, Ningbo Sunny filed an Administrative Motion Under L.R. 6-1(B) And 6-3 To Enlarge Time To Respond To The Court's June 1, 2020 Discovery Order. Dkt. No. 687. The administrative motion is hereby referred to Judge DeMarchi for consideration.

**IT IS SO ORDERED.**

Dated: June 19, 2020

EDWARD J. DAVILA
United States District Judge

CASE NO.: 5:16-CV-06370-EJD
ORDER REFERRING MOTION TO MAGISTRATE JUDGE
1