1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  Matthew Borden, Esq. (SBN: 214323)
       borden@braunhagey.com
3  Jeffrey M. Theodore, Esq. (SBN: 324823)
       theodore@braunhagey.com
4  Ronald J. Fisher, Esq. (SBN: 298660)
       fisher@braunhagey.com
5  BRAUNHAGEY & BORDEN LLP
   351 California Street, 10th Floor
6  San Francisco, CA 94104
   Telephone: (415) 599-0210
7  Facsimile: (415) 276-1808

8  ATTORNEYS FOR PLAINTIFF
   OPTRONIC TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER COMPELLING DEFENDANT AND CELESTRON ACQUISITION, LLC TO PRODUCE EVIDENCE**<br><br>**Judge:** Hon. Edward J. Davila<br><br>**Compl. Filed:** Nov. 1, 2016<br>**First Am. Compl.:** Nov. 3, 2017<br>**Final Pretrial Conf.:** Oct. 10, 2019<br>**Trial Date:** Oct. 15, 2019<br><br>**Judgment:** Dec. 5, 2019 |

Case No.: 5:16-cv-06370-EJD-VKD
[PROPOSED] ORDER

1  This Court, having considered Plaintiff *Ex Parte* Application for an Order Compelling
2  Celestron Acquisition, LLC to Produce Invoices and a Temporary Restraining Order, hereby orders
3  as follows:

4  1. Defendant Ningbo Sunny Electronic Co., Ltd. ("Defendant") and third-party
5  Celestron Acquisition LLC ("Celestron") are hereby enjoined from selling, divesting,
6  hypothecating, or transferring out of the United States any assets, product, or receivables in their
7  possession associated with telescopes manufactured by Ningbo Sunny and imported into the United
8  States through ViewWay Optics Enterprises Co., Ltd. ("ViewWay").

9  2. Within 10 days of the issuance of this Order, Defendant and Celestron shall produce
10  to Plaintiff all invoices, bills of lading, communications, and other documents relating to telescope
11  sales to, telescope purchases from, or telescope imports by ViewWay created or sent between
12  January 1, 2020 to the present.

13  3. Plaintiff, Defendant, and Celestron are directed to appear before the Court ~~on~~
14  at 1:30 p.m. on July 15   , 2020 and to show cause as to why the temporary relief issued in this
15  Order should not continue as a preliminary injunction, and/or whether additional or other relief
16  should issue.

17  4. Defendant and Celestron may file a brief in response to this order to show cause no later than Monday, July 13, 2020 by the close of the business day.
18  **IT IS SO ORDERED.**

20  Dated:  July 2, 2020 at 4:08 p.m.

Hon. Edward J. Davila
United States District Judge