J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
    theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS FILED IN SUPPORT OF RESPONSE TO THIRD PARTY CELESTRON ACQUISTION, LLC'S *EX PARTE* APPLICATION SEEKING CLARIFICATION OF JULY 2, 2020 TEMPORARY RESTRAINING ORDER UNDER SEAL PURSUANT TO LOCAL RULE 79-5(e)**<br><br>**Judge:** Hon. Edward J. Davila<br><br>**Compl. Filed:** Nov. 1, 2016<br>**First Am. Compl.:** Nov. 3, 2017<br>**Final Pretrial Conf.:** Oct. 10, 2019<br>**Trial Date:** Oct. 15, 2019<br><br>**Judgment:** Dec. 5, 2019 |

Plaintiff Optronic Technologies, Inc. ("Orion") files this administrative motion pursuant to Civil Local Rule 79-5(e).

The sealing of documents filed in support of Optronic Technologies, Inc.'s Response to Third Party Celestron Acquistion, LLC's *Ex Parte* Application Seeking Clarification of the Court's July 2, 2020 Temporary Restraining Order (the "Response") are governed by the good cause standard of Federal Rule of Civil Procedure 26(c) and the narrowly tailored standard of Civil Local Rule 79-5(b) because the Response is tangential to the merits of this action. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

Orion files this motion because the Response describes, characterizes, or quotes a document produced by third-party Celestron Acquisition, LLC in this matter on "Attorney's-Eyes-Only" terms. This document is also attached as an exhibit to the Declaration of Matthew Borden in support of the Response.

As required by the Local Rules, these documents have been attached as exhibits to the Declaration of Ronald J. Fisher Relating to Plaintiff Optronic Technologies, Inc.'s Administrative Motion for Leave to File Documents Filed in Support of Response to Third Party Celestron Acquistion, LLC's *Ex Parte* Application Seeking Clarification of July 2, 2020 Temporary Restraining Order Pursuant to Local Rule 79-5(e) ("Fisher Declaration") and filed conditionally under seal. However, none of the exhibits to the Fisher Declaration merit sealing in toto under the good cause and narrowly tailored standards. To aid the Court's review, Orion sets forth its position as to each document in the table below with a reference to the Fisher Declaration.

| Fisher Ex. No. | Document | Bates No./Description | Orion's Position & Argument |
|---|---|---|---|
| Fisher Ex. 1 | Borden Decl. Ex. 6 | N/A | Position: Oppose Sealing in Toto.<br><br>Sealing the entire document would not comport with the "narrowly tailored" requirement imposed by Civil Local Rule 79-5(b). |
| Fisher Ex. 2 | Response to Third Party Celestron Acquistion, LLC's *Ex Parte* Application Seeking Clarification of the Court's July 2, 2020 Temporary Restraining Order | N/A | Position: Oppose Sealing.<br><br>The document does not disclose sensitive commercial information warranting sealing. |

For the foregoing reasons, Orion respectfully requests that this motion be denied as set forth above. Orion files a proposed order to aid the Court's review concurrently herewith.

Dated: July 8, 2020

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By:    /s/ *Ronald J. Fisher*
         Ronald J. Fisher

Attorneys for Plaintiff OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars ®