UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 7/15/2020 | **Time:** 1:41-2:12, 3:18-4:00 pm (Total: 1Hr. 13Mins) | **Judge:** EDWARD J. DAVILA |
|---|---|---|
| **Case No.**: 16-cv-06370-EJD | **Case Name:** Optronic Technologies, Inc., v. Ningbo Sunny Electronic Co., Ltd. | |

**Attorney for Plaintiff:** Matthew Borden, Ronald Fisher
**Attorney for Defendant:** Kevin Cole, Christopher Frost

**Deputy Clerk:** Adriana M. Kratzmann       **Court Reporter:** Irene Rodriguez

### PROCEEDINGS – ORDER TO SHOW CAUSE HEARING

Hearing held via Zoom Webinar due to COVID19
1:41-2:12pm Zoom Webinar
The Court heard from the parties as to the Order to Show Cause Hearing re Plaintiff's Ex Parte Application for Temporary Restraining Order (Dkt. 702).
The Court took a recess and allowed the parties to meet and confer re the matter. The parties came to a resolution of the matter and agreed upon a settlement.
**The Court with the agreement of the parties ordered the injunction withdrawn as of today and the Temporary Restraining Order is dissolved. Counsel shall file a proposed order for review/approval by the Court.**

3:18-4:00 pm Zoom SEALED Meeting – The Court ordered the transcript of the proceedings SEALED and cannot be released absent a court order.

**Order to be prepared by:**
(X)   Plaintiff            ( )   Defendant            ( )   Court