| | |
|---|---|
| 1 | J. Noah Hagey, Esq. (SBN: 262331) |
|   |    hagey@braunhagey.com |
| 2 | Matthew Borden, Esq. (SBN: 214323) |
|   |    borden@braunhagey.com |
| 3 | Jeffrey M. Theodore, Esq. (SBN: 324823) |
|   |    theodore@braunhagey.com |
| 4 | Ronald J. Fisher, Esq. (SBN: 298660) |
|   |    fisher@braunhagey.com |
| 5 | BRAUNHAGEY & BORDEN LLP |
|   | 351 California Street, Tenth Floor |
| 6 | San Francisco, CA 94104 |
|   | Telephone: (415) 599-0210 |
| 7 | Facsimile: (415) 276-1808 |
| 8 | ATTORNEYS FOR PLAINTIFF |
|   | OPTRONIC TECHNOLOGIES, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1-25,<br><br>            Defendants. | Case No: 5:16-cv-06370-EJD-VKD<br><br>**PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S NOTICE OF PUBLICLY FILED DOCUMENTS PURSUANT TO COURT'S ORDER (ECF NO. 724) RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF NO. 706)**<br><br>**Compl. Filed:**    Nov. 1, 2016<br>**First Am. Compl.:**   Nov. 3, 2017<br>**Final Pretrial Conf.:**   Oct. 10, 2019<br>**Trial Date:**      Oct. 15, 2019<br><br>**Final Judgment:**   April 9, 2020 |

Case No. 5:16-cv-06370-EJD-VKD
PLAINTIFF'S NOTICE OF PUBLICLY FILED DOCUMENTS PURSUANT TO COURT'S ORDER (ECF NO. 724) RE ADMIN. MOTION TO FILE UNDER SEAL (ECF NO. 706)

Pursuant to the Court's Order re Administrative Motions to File Under Seal (ECF No. 724) issued on August 5, 2020, Plaintiff Optronic Technologies, Inc., d/b/a Orion Telescopes & Binoculars® ("Orion") hereby publicly files the following documents:

| Dkt No. | Document | Public Record |
|---|---|---|
| 706-6 | Fisher Declaration (Dkt. No. 706-1), Exhibit 2 | Entire document |

Dated:  August 14, 2020

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By:   /s/ *Matthew Borden*
          Matthew Borden

Attorneys for Plaintiff OPTRONIC TECHNOLOGIES, INC. d/b/a Orion Telescopes & Binoculars ®