J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
    theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
Hunter B. Thomson, Esq. (SBN: 330533)
    thomson@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>Defendants. | Case No. 5:16-cv-06370-EJD<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO REOPEN CASE<br><br>**Judge:** Hon. Edward J. Davila<br><br>**Compl. Filed:** Nov. 1, 2016<br>**First Am. Compl.:** Nov. 3, 2017<br>**Final Pretrial Conf.:** Oct. 10, 2019<br>**Trial Date:** Oct. 15, 2019<br><br>**Final Judgment:** April 9, 2020 |

Having reviewed the papers submitted in connection with this matter, the Court **ORDERS** that the case be reopened for purposes of post-judgment discovery.

The Court **FURTHER ORDERS** that Orion may serve the following document requests:

1. All Communications between You and Defendants, Ningbo Zhanjing, ViewWay, Jiangsu Stuttgart, Homeinside, Ningbo Heming, Nantong Schmidt Opto-Electrical Technology Co., Ltd., and Suzhou Synta Optical Technology Co., Ltd., Concerning any Telescope Products during the Relevant Time Period.
2. Documents sufficient to identify any purchase of sale of Telescope Products during the Relevant Time Period between You and the entities listed in (1) above, including the SKU, manufacturer, and quantity of each Telescope Product purchased or sold.

Defined terms shall have the meaning assigned in Exhibit 10 to the Declaration of Matthew Borden (Dkt. No. 734-11).  This Order is without prejudice to Orion seeking permission from the Court for further discovery as needed based on new evidence uncovered in its review.

**IT IS SO ORDERED.**

Dated: _____May 3___, 2021

_____
Hon. Edward J. Davila
United States District Judge