CHRISTOPHER FROST (SBN 200336)
cfrost@eisnerlaw.com
EISNER, LLP
9601 Wilshire Blvd., 7th Floor
Beverly Hills, California 90210
Telephone: (310) 855-3200
Facsimile: (310) 855-3201

Attorneys for Non-Party
CELESTRON ACQUISITION, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars (r), a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>Defendants. | Case No. 5:16-cv-06370-EJD-VKD<br><br>*The Hon. Edward J. Davila*<br><br>**DECLARATION OF CHRISTOPHER FROST IN SUPPORT OF CELESTRON ACQUISITION, LLC'S RESPONSE TO ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Hearing Date:  June 17, 2021<br>Hearing Time:  11:30 a.m.<br>Courtroom:  4 (5th Floor)<br><br>**Compl. Filed:** Nov. 1, 2016<br>**First Am. Compl.:** Nov. 3, 2017<br>**Trial Date:** Oct. 15, 2019<br>**Judgment:** Dec. 5, 2019 |

I, Christopher Frost, hereby declare:

1. I am an attorney licensed and in good standing in the State and California and this Court. I am a Partner with Eisner, LLP, counsel of record to non-party Celestron Acquisition, LLC ("Celestron"). I make this declaration in support of Celestron's Response to Order to Show Cause re Preliminary Injunction. Except as otherwise noted, the facts identified herein are of my own personal knowledge and, if called upon to do so, I could and would testify competently thereto.

2. On May 21, 2021, Celestron produced 156 documents, comprising 497 pages, responsive to Document Request 2 of the May 2, 2021 Subpoena to Celestron (the "Subpoena).

3. On June 11, 2021, Celestron produced 8,423 documents, comprising 28,787 pages, responsive to the Subpoena.

4. On June 13, 2021, Celestron produced another 1,177 comprising 1,632 pages, which includes all of Celestron Global Limited's ("CGL") documents responsive to Document Request 1 of the Subpoena.

5. Celestron expects to produce all remaining CGL documents responsive to Document Request 2 of the Subpoena in advance of the June 17, 2021 hearing on this matter.

6. Attached hereto as **Exhibit 4** is a true and correct copy of email correspondence between me and counsel for Orion, dated June 10, 2021.

7. Attached hereto as **Exhibit 5** is a true and correct copy of email correspondence between Min Ma, Senior Buyer at Celestron, and yyzhenghf@126.com, dated February 23, 2020 through February 26, 2020, produced at CELESTRON_002596–CELESTRON_002598.

8. Attached hereto as **Exhibit 6** is a true and correct copy of email correspondence (with attachment) between Min Ma, Senior Buyer at Celestron, and bao@ngzhanjing.com, dated April 30, 2020 through May 5, 2020, produced at CELESTRON_004167–CELESTRON_004176.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a ViewWay invoice for PO #64892, dated December 9, 2020, produced at CELESTRON_029044.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a ViewWay Purchase Agreement, produced at CELESTRON_028714–CELESTRON_02715, with certified English translation.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a ViewWay VAT Invoice, produced at CELESTRON_028947, with certified English translation.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a ViewWay invoice for PO #64763, dated December 3, 2020, produced at CELESTRON_029052.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a ViewWay Purchase Agreement, produced at CELESTRON_028621–CELSTRON_028622 with certified English translation.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a ViewWay VAT Invoice, produced at CELESTRON_028661, with certified English translation.

I declare under penalty of perjury of the laws of California that the foregoing is true and correct to the best of my knowledge.

DATED: June 14, 2021                              EISNER, LLP


By:     */s/ Christopher Frost*
        CHRISTOPHER FROST
        Attorneys for Non-Party
        CELESTRON ACQUISITION, LLC