UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NINGBO SUNNY ELECTRONIC CO., LTD., et al., <br><br> Defendants. | Case No.   5:16-cv-06370-EJD <br><br> **INTERIM ORDER RE ORION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF RESPONSE TO TEMPORARY RESTRAINING ORDER** <br><br> Re: Dkt. No. 758 |

In view of the Court's orders granting administrative motions to file under seal documents accompanying Plaintiff Optronic Technologies, Inc.'s ("Orion") motion for temporary restraining order and third-party Celestron Acquisition, LLC's ("Celestron") show cause response (Dkt. Nos. 767, 768), the Court requests that Celestron promptly submit a response to Orion's administrative motion to file under seal documents accompanying Orion's show cause response (Dkt. No. 758).

The parties are further advised that any future requests to file under seal must fully comply with Civil Local Rule 79-5, including with the requirement that unredacted versions of documents sought to be sealed indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version.  Civ. L.R. 79-5(d)(1)(D).

**IT IS SO ORDERED.**

Dated: June 22, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-06370-EJD
INTERIM ORDER RE ADMIN. MOT. TO FILE UNDER SEAL
1