UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NINGBO SUNNY ELECTRONIC CO., LTD., et al., <br><br> Defendants. | Case No. 16-cv-06370-EJD (VKD) <br><br> **ORDER LIFTING STAY RE DKT. NO. 772** |

On June 28, 2021, this Court provisionally granted Celestron and the Indirect Purchaser Plaintiffs' motion to modify the protective order. Dkt. No. 772. Orion having filed a notice of service on affected third parties (Dkt. No. 777), and no objections having been received, the Court hereby lifts the stay on its June 28 order and will concurrently enter the modified protective order as proposed by Celestron and the Indirect Purchaser Plaintiffs (Dkt. No. 747-5).

**IT IS SO ORDERED.**

Dated: August 10, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge