J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Jeffrey M. Theodore, Esq. (SBN: 324823)
  theodore@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
  fisher@braunhagey.com
Hunter B. Thomson, Esq. (SBN: 330533)
  thomson@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

ATTORNEYS FOR PLAINTIFF
OPTRONIC TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., d/b/a Orion Telescopes & Binoculars ®, a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD., SUNNY OPTICS, INC., MEADE INSTRUMENTS CORP., and DOES 1 - 25,<br><br>            Defendants. | Case No. 5:16-cv-06370-EJD<br><br>**DECLARATION OF MATTHEW BORDEN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR FURTHER POST-JUDGMENT DISCOVERY**<br><br>**Judge:**         Hon. Edward J. Davila<br><br>**Compl. Filed:**         Nov. 1, 2016<br>**First Am. Compl.:**    Nov. 3, 2017<br>**Final Pretrial Conf.:**  Oct. 10, 2019<br>**Trial Date:**            Oct. 15, 2019<br><br>**Final Judgment:**      April 9, 2020 |

Case No. 5:16-cv-06370-EJD
BORDEN DECL. ISO PLAINTIFF'S ADMINISTRATIVE MOTION FOR FURTHER POST-JUDGMENT DISCOVERY

I, Matthew Borden, declare:

1. I am licensed to practice before this Court and counsel of record for Plaintiff Optronic Technologies, Inc. ("Orion"). I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. Ningbo Sunny has not satisfied the Court's money judgment against it. Nor has Ningbo Sunny complied with the Court's Order that it supply Orion with telescopes.

3. Attached as **Exhibit 1** is a true and correct copy of a document bearing the initial Bates number Meade-SMRH212919.

4. Attached as **Exhibit 2** is a true and correct copy of a document bearing the initial Bates number Meade-SMRH216694.

5. Attached as **Exhibit 3** is a true and correct copy of a document bearing the initial Bates number Meade-SMRH214718.

6. Attached as **Exhibit 4** is a true and correct copy of a document bearing the initial Bates number Meade-SMRH215279.

7. Attached as **Exhibit 5** is a true and correct copy of proposed post-judgment discovery to KJC Law Group, A.P.C.

8. This motion is made without conferring with counsel for Ningbo Sunny because Ningbo Sunny has no counsel in this case and is no longer complying with the Court's orders. Accordingly, meeting and conferring with Ningbo Sunny's counsel was not possible. I swear under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: April 13, 2022                             */s/ Matthew Borden*
                                                              Matthew Borden

1   Case No. 5:16-cv-06370-EJD
BORDEN DECL. ISO PLAINTIFF'S ADMINISTRATIVE MOTION FOR FURTHER POST-JUDGMENT DISCOVERY