# EXHIBIT 1

Message

| | |
|---|---|
| **From**: | Ori Katz [OKatz@sheppardmullin.com] |
| **Sent**: | 12/3/2019 1:17:34 AM |
| **To**: | Leo Caseria [LCaseria@sheppardmullin.com] |
| **CC**: | Charles Barker [cbarker@sheppardmullin.com] |
| **Subject**: | RE: Ningbo update |

How about this for a response:

Ningbo Sunny is entitled to continue to run its business even though a verdict has now been entered against it. The business decision regarding how to ship to US customers (including whether to do so via a third party in the future) is a decision for Ningbo Sunny to make based on what it believes will be best for Ningbo Sunny overall. If shipping to US customers via third parties does not harm Ningbo Sunny's business, that decision should be defensible.

In terms of the A/R you've listed below, it would be in Ningbo Sunny's interest to collect as much as possible as soon as possible for the benefit of all of Ningbo Sunny's creditors. A judgement is likely to be entered against Ningbo Sunny in the next few days. Thirty days after the judgment is entered the plaintiffs will almost certainly begin attempting to collect on that judgment. They will seek payment directly from the customers below and those customers will be obligated to pay the plaintiffs once they are served with the appropriate paperwork from the plaintiffs.

Ori

**Ori Katz** | Partner
+1 415-774-3238 | direct
+1 415-517-6907 | mobile
OKatz@sheppardmullin.com | Bio

**SheppardMullin**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
+1 415-434-9100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Leo Caseria
**Sent:** Monday, December 2, 2019 12:31 PM
**To:** Ori Katz <OKatz@sheppardmullin.com>
**Subject:** FW: Ningbo update

Here's the email.

**Leo D. Caseria** | Partner
+1 202-747-1925 | Direct (Washington, DC)
+1 213-617-4206 | Direct (Los Angeles)
+1 310-405-1787 | Mobile
LCaseria@sheppardmullin.com | Bio

**SheppardMullin**
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
+1 202-747-1900 | main

333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Peter Ni <peter.ni@meade.com>
**Sent:** Monday, December 2, 2019 1:46 PM
**To:** Leo Caseria <LCaseria@sheppardmullin.com>; Victor Aniceto <victor.aniceto@meade.com>
**Cc:** Hank Qi 亓勇 <kqy@sunny-optics.com>; knwj@sunny-optics.com; Peter Ni <peter.ni@meade.com>; Will Chuchawat <WChuchawat@sheppardmullin.com>; Dylan Ballard <dballard@sheppardmullin.com>; Michael Zhang <MZhang@sheppardmullin.com>; Mike Scarborough <MScarborough@sheppardmullin.com>
**Subject:** RE: Ningbo update

Leo:

I would like to respond your question as following:

1) Ningbo Sunny don't sells telescopes to a third part in China right now, in the phone conversation last week, I asked is it possible that we ship to US customers through the third party in the future
2) Ningbo Sunny currently have accounts receivable from US customers as following:
A. Celestron :   about $ 8.5million
B. Bushnell:     about $ 500K
C. Konus US:    about $70K , another $200K just waiting for shipment
D. Hawke US: $180K is waiting for shipment this week
E. Meade:      $170K just shipped

Thanks
Peter Ni

---

**From:** Leo Caseria [mailto:LCaseria@sheppardmullin.com]
**Sent:** Sunday, December 1, 2019 7:09 AM
**To:** Victor Aniceto <victor.aniceto@meade.com>
**Cc:** Hank Qi 亓勇 <kqy@sunny-optics.com>; knwj@sunny-optics.com; Hank QI <hank.qi@meade.com>; Peter Ni <peter.ni@meade.com>; Will Chuchawat <WChuchawat@sheppardmullin.com>; Dylan Ballard <dballard@sheppardmullin.com>; Michael Zhang <MZhang@sheppardmullin.com>; Mike Scarborough <MScarborough@sheppardmullin.com>
**Subject:** Re: Ningbo update

Ok.

Leo Caseria
Sheppard Mullin Richter & Hampton LLP
Mobile: 310-405-1787
Office (DC): 202-747-1925
Office (LA): 213-617-4206


-------- Original Message --------
From: Victor Aniceto <victor.aniceto@meade.com>
Date: Sun, Dec 1, 2019, 9:58 AM
To: Leo Caseria <LCaseria@sheppardmullin.com>
CC: Hank Qi 亓勇 <kqy@sunny-optics.com>, knwj@sunny-optics.com, Hank QI <hank.qi@meade.com>, Peter Ni <peter.ni@meade.com>, Will Chuchawat <WChuchawat@sheppardmullin.com>, Dylan Ballard <dballard@sheppardmullin.com>, Michael Zhang <MZhang@sheppardmullin.com>, Mike Scarborough

<MScarborough@sheppardmullin.com>
Subject: Re: Ningbo update

I will get the documents to you on Monday. Then we can discuss after the BK counsel weighs in.

Best Regards.

Victor Aniceto
President
Meade Instruments


> On Dec 1, 2019, at 5:43 AM, Leo Caseria <LCaseria@sheppardmullin.com> wrote:
>
> Hi Victor, my suggestion would be to do this call after you get us the materials below:
>
> -latest financials for Meade, including balance sheet and any cash flow statements;
>
> -organizational documents for Meade and its parent
>
> The bankruptcy attorneys need these documents to investigate the options and provide you with more detailed guidance. You and I had a long call on Wednesday with Ori and Alan to discuss the possibility of bankruptcy and what that would mean. As they explained on the call, they need more information. After the call I sent you an email requesting the documents above. I followed up on Friday and again on Saturday. We need these document to provide additional details beyond what was discussed on Wednesday. Also, we may only have a very short period of time to evaluate bankruptcy and move forward on that if that is what you decide to do, so we really need the materials as soon as possible.
>
> Leo
>
> Leo D. Caseria | Partner
> +1 202-747-1925 | Direct (Washington, DC)
> +1 213-617-4206 | Direct (Los Angeles)
> +1 310-405-1787 | Mobile
> LCaseria@sheppardmullin.com | Bio
>
> SheppardMullin
> 2099 Pennsylvania Avenue, NW, Suite 100
> Washington, DC 20006-6801
> +1 202-747-1900 | main
>
> 333 South Hope Street, 43rd Floor
> Los Angeles, CA 90071-1422
> +1 213-620-1780 | main
> www.sheppardmullin.com | LinkedIn | Twitter
>
>
> -----Original Message-----
> From: Victor Aniceto <victor.aniceto@meade.com>
> Sent: Saturday, November 30, 2019 7:59 PM
> To: Leo Caseria <LCaseria@sheppardmullin.com>
> Cc: Hank Qi 亓勇 <kqy@sunny-optics.com>; knwj@sunny-optics.com; Hank QI <hank.qi@meade.com>; Peter Ni <peter.ni@meade.com>; Will Chuchawat <WChuchawat@sheppardmullin.com>; Dylan Ballard <dballard@sheppardmullin.com>; Michael Zhang <MZhang@sheppardmullin.com>; Mike Scarborough <MScarborough@sheppardmullin.com>
> Subject: Re: Ningbo update
>
> Let's talk on Monday. I need to understand the various options, possibilities and how this affects our day to day operations.
>
> Best Regards.
>
> Victor Aniceto
> President
> Meade Instruments

ORION-MEADE-535931
Meade-SMRH212921