# EXHIBIT 3

| | |
|---|---|
| **Message** | |
| **From**: | Charles Barker [cbarker@sheppardmullin.com] |
| **Sent**: | 12/4/2019 1:58:33 AM |
| **To**: | Leo Caseria [LCaseria@sheppardmullin.com] |
| **CC**: | Ori Katz [OKatz@sheppardmullin.com] |
| **Subject**: | Re: Ningbo update |

Ok with me

Sent from my iPhone

On Dec 3, 2019, at 3:43 PM, Leo Caseria <LCaseria@sheppardmullin.com> wrote:

Client is raising these questions again, both in calls and emails. Ok to send?

**Leo D. Caseria** | Partner
+1 202-747-1925 | Direct (Washington, DC)
+1 213-617-4206 | Direct (Los Angeles)
+1 310-405-1787 | Mobile
LCaseria@sheppardmullin.com | Bio

**SheppardMullin**
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
+1 202-747-1900 | main

333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Ori Katz
**Sent:** Monday, December 2, 2019 8:57 PM
**To:** Leo Caseria <LCaseria@sheppardmullin.com>
**Cc:** Charles Barker <cbarker@sheppardmullin.com>
**Subject:** Re: Ningbo update

Looks good to me. Charlie?

On Dec 2, 2019, at 5:50 PM, Leo Caseria <LCaseria@sheppardmullin.com> wrote:

Thanks Ori.

The first paragraph talks about "shipping" goods, which I see in Peter Ni's email below. But if they ship goods to US customers through a third party and continue collecting direct payments from those US customers, this makes no difference, as they would still have US AR. I think what Peter Ni is really asking is whether it is ok for Ningbo Sunny to stop selling products directly to US customers altogether, and instead sell only to resellers located in China. Below is a revised email that addresses what I think Peter Ni is really asking. I would also add a sentence reminding them to check the terms of any contract they may have with their customers before making a change.

ORION-MEADE-536901
Meade-SMRH214718

Proposed revised email:

Ningbo Sunny is entitled to continue to run its business even though a verdict has now been entered against it. The business decision regarding how to sell and who to sell to (including whether to stop selling directly to US customers and only deal with Chinese resellers in the future) is a decision for Ningbo Sunny to make based on what it believes will be best for Ningbo Sunny overall. If it does not harm Ningbo Sunny's business to stop selling directly to US customers and only deal with Chinese resellers, that decision should be defensible. Of course, any change must comply with the terms of any contract or agreement between Ningbo Sunny and its customers.

In terms of the A/R you've listed below, it would be in Ningbo Sunny's interest to collect as much as possible as soon as possible for the benefit of all of Ningbo Sunny's creditors. A judgement is likely to be entered against Ningbo Sunny in the next few days. Thirty days after the judgment is entered the plaintiffs will almost certainly begin attempting to collect on that judgment. They will seek payment directly from the customers below and those customers will be obligated to pay the plaintiffs once they are served with the appropriate paperwork from the plaintiffs.

Ori


**Leo D. Caseria** | Partner
+1 202-747-1925 | Direct (Washington, DC)
+1 213-617-4206 | Direct (Los Angeles)
+1 310-405-1787 | Mobile
LCaseria@sheppardmullin.com | Bio

**SheppardMullin**
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
+1 202-747-1900 | main

333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter


**From:** Ori Katz
**Sent:** Monday, December 2, 2019 8:18 PM
**To:** Leo Caseria <LCaseria@sheppardmullin.com>
**Cc:** Charles Barker <cbarker@sheppardmullin.com>
**Subject:** RE: Ningbo update

How about this for a response:

Ningbo Sunny is entitled to continue to run its business even though a verdict has now been entered against it. The business decision regarding how to ship to US customers (including whether to do so via a third party in the future) is a decision for Ningbo Sunny to make based on what it believes will be best for Ningbo Sunny overall. If shipping to US customers via third parties does not harm Ningbo Sunny's business, that decision should be defensible.

In terms of the A/R you've listed below, it would be in Ningbo Sunny's interest to collect as much as possible as soon as possible for the benefit of all of Ningbo Sunny's creditors. A judgement is likely to be entered against Ningbo Sunny in the next few days. Thirty days after the judgment is entered the plaintiffs will almost certainly begin attempting to collect on that judgment. They will seek payment directly from the customers below and those customers will be obligated to pay the plaintiffs once they are served with the appropriate paperwork from the plaintiffs.

ORION-MEADE-536902
Meade-SMRH214719

Ori

**Ori Katz** | Partner
+1 415-774-3238 | direct
+1 415-517-6907 | mobile
OKatz@sheppardmullin.com | Bio

**SheppardMullin**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
+1 415-434-9100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Leo Caseria
**Sent:** Monday, December 2, 2019 12:31 PM
**To:** Ori Katz <OKatz@sheppardmullin.com>
**Subject:** FW: Ningbo update

Here's the email.

**Leo D. Caseria** | Partner
+1 202-747-1925 | Direct (Washington, DC)
+1 213-617-4206 | Direct (Los Angeles)
+1 310-405-1787 | Mobile
LCaseria@sheppardmullin.com | Bio

**SheppardMullin**
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
+1 202-747-1900 | main

333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Peter Ni <peter.ni@meade.com>
**Sent:** Monday, December 2, 2019 1:46 PM
**To:** Leo Caseria <LCaseria@sheppardmullin.com>; Victor Aniceto <victor.aniceto@meade.com>
**Cc:** Hank Qi 亓勇 <kqy@sunny-optics.com>; knwj@sunny-optics.com; Peter Ni <peter.ni@meade.com>; Will Chuchawat <WChuchawat@sheppardmullin.com>; Dylan Ballard <dballard@sheppardmullin.com>; Michael Zhang <MZhang@sheppardmullin.com>; Mike Scarborough <MScarborough@sheppardmullin.com>
**Subject:** RE: Ningbo update

Leo:

I would like to respond your question as following:

1)   Ningbo Sunny don't sells telescopes to a third part in China right now, in the phone conversation last week, I asked is it possible that we ship to US customers through the third party in the future
2)   Ningbo Sunny currently have accounts receivable from US customers as following:
A.   Celestron :   about $ 8.5million
B.   Bushnell:     about $ 500K
C.   Konus US:    about $70K , another $200K just waiting for shipment