J. Noah Hagey, Esq. (SBN: 262331)
   hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
   borden@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
   fisher@braunhagey.com
Yekaterina Kushnir, Esq. (SBN: 350843)
   kushnir@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Attorneys For Plaintiff
Optronic Technologies, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| OPTRONIC TECHNOLOGIES, INC., dba Orion Telescopes & Binoculars,<br><br>    Plaintiff,<br><br>    v.<br><br>NINGBO SUNNY ELECTRONIC CO., LTD.; SUNNY OPTICS, INC.; MEADE INSTRUMENTS CORP.; and DOES 1-25,<br><br>    Defendants. | Case No. 5:16-cv-06370-EJD<br><br>**[PROPOSED] ORDER RE: PLAINTIFF OPTRONIC TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>**Judge:** Hon. Edward J. Davila<br>**Location:** Courtroom 4 – 5th Fl.<br><br>**Compl. Filed:** Nov. 1, 2016<br>**First Am. Compl.:** Nov. 3, 2017<br>**Final Pretrial Conf.:** Oct. 10, 2019<br>**Trial Date:** Oct. 15, 2019<br><br>**Judgment:** Dec. 5, 2019 |

THIS MATTER comes before the Court upon for Plaintiff Optronic Technologies, Inc.'s ("Orion") Administrative Motion to Consider Whether Another Party's Material Should be Sealed, which was filed with this Court in the above-captioned action on December 12, 2023. All interested parties having appeared through counsel, and after full consideration of the parties' papers, the arguments of counsel, and all other files and papers herein, and for good cause appearing, the motion is GRANTED or DENIED as follows:

1. Lines 1:25 to 2:1 of the Plaintiff's Administrative Motion to Allow Use of Specified *Telescopes* Documents.

   _____          **DENIED**
   _____
   Grant Sealing                     Deny Sealing

2. Exhibit A.

   _____          **DENIED**
   _____
   Grant Sealing                     Deny Sealing

3. Exhibit F.

   _____          **DENIED**
   _____
   Grant Sealing                     Deny Sealing

Defendants, as the designating parties, failed to file a statement and/or declaration in support of keeping the documents under seal pursuant to Civil Local Rule 79-5(f). Therefore, the sealing request is denied without prejudice.

Orion shall file the documents identified above for which sealing has not been granted in the public record no earlier than four days, and no later than ten days, after the date of this order.

**IT IS SO ORDERED**.

Dated: ___February 21___, 2024

_____
Honorable Edward J. Davila
United States District Judge